UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * *
                                              *
Ann Marie Porto and Nicholas Porto,           *
Individually and on Behalf of                 *
Stephen Colon, a Minor Person                 *
with a Disability                             *
                                              *
Vs.                                           *   DOCKET NO.
                                              *
Town of Tewksbury, Town of Tewksbury Public Schools, *
Town of Tewksbury School Committee,           *
Christine L. McGrath, James McGuire,          *   04 10003 PBS
Kevin P. McArdle, Pauline King, Loreen R. Bradley, *
Michelina DeAngelis, Cheryl D. Porcaro, Carole A. Gallo, *
Jennifer A. Fiore, Julie E. Bossdorf-Paras,   *
Eleanor Edelstein, Robert Ware, Sharon J. Moser, *
William X. Traveis, Kara M. Buckley and Allison Dixon *
                                              *
* * * * * * * * * * * * * * * * * * * * * * *
```

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter our appearance on behalf of the Plaintiffs in the above-entitled matter.

Dated: January 5, 2004

PLAINTIFFS
By their Attorneys,

Lynn A. Leonard
Attorney-At-Law
527 Main Street, Suite 8
Melrose, MA 02176
(781) 662-6161
B.B.O. No. 561662

Anita B. Sullivan
Attorney-At-Law
458 Main Street
Wakefield, MA 01880
(781) 224-0701
B.B.O. No. 628873