SCANNED

DATE: 8-04

BY: MC

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 04 1003 PBS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Ann Marie Porto and Nicholas Porto, Individually   \*
and on Behalf of Stephen Colon, a Minor Person     \*
with a Disability                                   \*
                                                    \*
Vs.                                                 \*
                                                    \*
Town of Tewksbury, Town of Tewksbury Public Schools, \*
Town of Tewksbury School Committee,                 \*
Christine L. McGrath, James McGuire,                \*
Kevin P. McArdle, Pauline King, Loreen R. Bradley,  \*
Michelina DeAngelis, Cheryl D. Porcaro, Carole A. Gallo, \*
Jennifer A. Fiore, Julie E. Bossdorf-Paras,         \*
Eleanor Edelstein, Robert Ware, Sharon J. Moser,    \*
William X. Traveis, Kara M. Buckley and Allison Dixon \*
                                                    \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFFS' REQUESTS FOR INITIAL DISCLOSURES

Pursuant to Rule 26 (a)(1), Plaintiffs hereby request that the Defendant Town of Tewksbury provide the following information in writing and under oath within fourteen (14) days of the date of service herewith.

1. Please provide the last known address and telephone number for each of the following present and former employees:

   a. Christine L. McGrath
   b. James McGuire
   c. Kevin P. McArdle
   d. Pauline King
   e. Loreen R. Bradley
   f. Michelina DeAngelis
   g. Cheryl D. Porcaro

    h. Carole A. Gallo
    i. Jennifer A. Fiore
    j. Julie E. Bossdorf-Paras
    k. Eleanor Edelstein
    l. Robert Ware
    m. Sharon J. Moser
    n. William X. Traveis
    o. Kara M. Buckley
    p. Allison Dixon
    q. Carla P. Mason
    r. Vincent Messina

2. For each of the individuals identified in the preceding question, please state the following:

    a. Dates of hire by the Town of Tewksbury
    b. Date of separation from employment
    c. Job titles held while employed by the Town of Tewksbury

3. Please provide the names, last known addresses and telephone numbers for all teachers, classroom aides and counselors who were assigned to or worked with Stephen Colon at any time during his tenure in the Tewksbury Public Schools.

4. Please provide for inspection and copying any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment, which may be entered in the action, or to indemnify or reimburse for payments to satisfy the judgment.

 

Respectfully requested,
Plaintiffs
By their Attorneys,

_Lynn A. Leonard_
Lynn A. Leonard
Attorney-At-Law
527 Main Street, Suite 8
Melrose, MA 02176
(781) 662-6161
B.B.O. No. 561662

_Anita B. Sullivan_
Anita B. Sullivan
Attorney-At-Law
458 Main Street
Wakefield, MA 01880
(781) 224-0701
B.B.O. No. 628873

Dated: January 6, 2004

## CERTIFICATE OF SERVICE

    I, Lynn A. Leonard, hereby certify that I have served the foregoing Request for Initial Disclosures upon the Town Manager for the Town of Tewksbury by hand-delivery.

*[signature]*

Lynn A. Leonard
Attorney-At-Law
527 Main Street, Suite 8
Melrose, MA  02176
(781) 662-6161
B.B.O. No. 561662

Dated:  January 6, 2004

3