UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2004 JAN 22 P 3:51

C.A. NO.: 04 cv 10003 PBS

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| Ann Marie Porto and Nicholas Porto, Individually and on Behalf of Stephen Colon, a Minor Person with a Disability,<br>　　　　Plaintiff | )<br>)<br>)<br>)<br>)<br>) |
| vs. | )<br>)<br>) |
| Town of Tewksbury, Town of Tewksbury Public Schools, Town of Tewksbury School Committee, Christine L. McGrath, James McGuire, Kevin P. McArdle, Pauline King, Loreen R. Bradley, Michelina DeAngelis, Cheryl d. Porcaro, Carole A. Gallo, Jennifer A. Fiore, Julie E. Bossdorf-Paras, Eleanor Edelstein, Robert Ware, Sharon J. Moser, William X. Traveis, Kara M. Buckley and Allison Dixon,<br>　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' ASSENTED TO MOTION TO EXTEND TIME WITHIN WHICH TO FILE A RESPONSIVE PLEADING

The defendants in the above action hereby request that this honorable court extend the time within which the defendants may file a responsive pleading up to and including February 16, 2004. As reasons for the request the defendants state the following:

1. A responsive pleading is due to be filed by January 25, 2004.

2. Counsel for the defendants has a planned vacation for the end of January and will need an additional twenty (20) days in which to review the new complaint and file a responsive pleading.

3. The Plaintiff has assented to this Motion.

As set forth above, the defendants request that this honorable court grant this motion to extend time to file a responsive pleading.

Respectfully submitted,
The Defendants,
**Town of Tewksbury, Town of Tewksbury Public Schools, Town of Tewksbury School Committee, Christine L. McGrath, James McGuire, Kevin P. McArdle, Pauline King, Loreen R. Bradley, Michelina DeAngelis, Cheryl d. Porcaro, Carole A. Gallo, Jennifer A. Fiore, Julie E. Bossdorf-Paras, Eleanor Edelstein, Robert Ware, Sharon J. Moser, William X. Traveis, Kara M. Buckley and Allison Dixon**
By their attorneys,

_____
Deborah I. Ecker, BBO # 554623
Brody, Hardoon, Perkins & Kesten
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Assented to:

_____
Lynn A. Leonard, Esq.
458 Main Street
Melrose, MA 02176
(781) 662-6161