UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 04 - 10003 PBS

| | |
|---|---|
| Ann Marie Porto and Nicholas Porto, Individually and on Behalf of S.C., a Minor Person with a Disability,<br>　　　　Plaintiff<br><br>vs.<br><br>Town of Tewksbury, Town of Tewksbury Public Schools, Town of Tewksbury School Committee, Christine L. McGrath, James McGuire, Kevin P. McArdle, Pauline King, Loreen R. Bradley, Michelina DeAngelis, Cheryl D. Porcaro, Carole A. Gallo, Jennifer A. Fiore, Julie E. Bossdorf-Paras, Eleanor Edelstein, Robert Ware, Sharon J. Moser, William X. Traveis, Kara M. Buckley and Allison Dixon,<br>　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1

Pursuant to Local Rule 16.1, the parties in the above action submit this Joint Statement in advance of the scheduling conference set for April 12, 2004.

I.   **Statement Pursuant to Local Rule 16.1(B)**

Counsel for the plaintiff and defendants state that they have conferred pursuant to Rule 16.1(b) for the purpose of: (1) preparing an agenda of matters to be discussed at the scheduling conference; (2) preparing a proposed pretrial schedule; and (3) considering whether they will consent to trial by magistrate judgment.

II.   **Statement Pursuant to Local Rule 16.1(C )**

The parties state that they have discussed the plaintiff's settlement demand, but have been unable to resolve this dispute.

III.   **Joint Statement Pursuant to Local Rule 16.1(D)**

    A.   Joint Discovery Plan

        1.   The plaintiff proposes that all discovery be completed by December 31, 2004 while the defendants propose that all fact discovery be completed by October 31, 2004.

1

      a.    The plaintiff proposes conducting 25 depositions. At this time, the defendant does not agree to have the number of depositions exceed the ten depositions allowed by Rule 30 of the Federal Rules of Civil Procedure.

      b.    The parties agree to limit the number of interrogatories, requests for admissions and document requests allowed by the Federal Rules of Civil Procedure at this time.

2.    The parties propose that expert witnesses, if any, be identified on or before November 30, 2004 and that their depositions be completed on or before December 31, 2004.

B.    <u>Proposed Motion Schedule</u>

The plaintiff proposes that all motions to dismiss be filed by June 2004. The defendants propose that all motions and other dispositive motions be filed on or before January 31, 2005.

C.    <u>Proposed Pre-Trial Conference Date</u>

The parties propose that the Court conduct a pre-trial conference in this matter in February 2005.

| | |
|---|---|
| Respectfully submitted,<br>The Plaintiffs,<br>**Ann Marie Porto and Nicholas Porto,**<br>**Individually and on Behalf of S.C.**<br>**a Minor Person**<br>**with a Disability,**<br>By their attorneys<br><br>/s/<br>Lynne A. Leonard BBO #561662<br>527 Main Street, Suite 8<br>Melrose, MA 02176<br>Anita Sullivan, BBO#628873<br>458 Main Street<br>Wakefield, MA 01880 | Respectfully submitted,<br>The Defendants,<br>**Town of Tewksbury, Town of**<br>**Tewksbury Public Schools, Town**<br>**of Tewksbury School Committee,**<br>**Christine L. McGrath, James**<br>**McGuire, Kevin P. McArdle,**<br>**Pauline King, Loreen R. Bradley,**<br>**Michelina DeAngelis, Cheryl D.**<br>**Porcardo, Carole A. Gallo, Jennifer A.**<br>**Fiore, Julie E. Bossdorf-Paras, Eleanor**<br>**Edelstein, Robert Ware, Sharon J.**<br>**Moser, William X. Traveis, Kara M.**<br>**Buckley and Allison Dixon,**<br>By their attorneys<br><br>/s/<br>Deborah I. Ecker, BBO # 554623<br>Brody, Hardoon, Perkins & Kesten, LLP<br>One Exeter Plaza<br>Boston, MA 02116<br>(617) 880-7100 |

DATED: April 7, 2004

2