UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Ann Marie Porto, et al
Plaintiffs,

V.                                                  Civil Action Number
                                                    04-10003-PBS

Town of Tewksbury, et al
Defendants.                                         April 12, 2004


SCHEDULING ORDER


Saris, D.J.,

Fact Discovery deadline: 10/30/04

Plaintiff's expert designation deadline: 11/30/04

Defendant's expert designation deadline: 12/30/04

Expert discovery deadline: 1/30/05

Summary Judgment Motion filing deadline: 11/30/04

Opposition to Summary Judgment Motions: 12/15/04

Hearing on Summary Judgment or Pretrial Conference: 1/19/05 at 2:00 p.m.


                                    By the Court,

                                     /s/ Robert C. Alba
                                    Deputy Clerk