UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Ann Marie Porto and Nicholas Porto,
Individually and on Behalf of Stephen Colon,
a Minor Person with a Disability

Vs.                                            Civil Action No. 04-10003-PBS

Town of Tewksbury, et al.

\* \* \* \* \* \* \* \*  \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### CERTIFICATION

Counsel for Plaintiffs and Plaintiff Anne Marie Porto hereby affirm that we have conferred with a view toward establishing a budget for the costs of conducting litigation and to consider the resolution of the litigation through the use of alternative dispute resolution, as required by Fed. R. Civ. P. 16 (b) and Local Rule 16.1.

PLAINTIFFS
By their Attorneys,

_____          _____
Lynn A. Leonard                                    Anita B. Sullivan
Attorney-At-Law                                    Attorney-At-Law
527 Main Street, Suite 8                           458 Main Street
Melrose, MA  02176                                 Wakefield, MA  01880
(781) 662-6161                                     (781) 224-0701
B.B.O. No. 561662                                  B.B.O. No. 628873


_____
Ann Marie Porto,
Plaintiff

Dated: March 27, 2004