**Anita B. Sullivan**                                                      **Attorney at Law**

---
458 Main Street Wakefield, MA. 01880 (781) 224-0701 fax (781) 224-4370

March 22, 2004

Attorney Deborah Ecker
Brody, Hardoon, Perkins & Kesten
One Exeter Plaza
Boston, Ma. 02116

Dear Attorney Ecker:

    This letter is to confirm our conversation on March 19, 2004 that you are accepting service for all the defendants named in the Complaint, <u>Porto vs. Town Tewksbury</u>, et al. In the event this information is incorrect please advise.

Very truly yours,

*Anita B. Sullivan*

Anita B. Sullivan

cc:    Attorney Lynn Leonard

ABS/mdg