UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 04 - 10003 PBS

| | |
|---|---|
| Ann Marie Porto and Nicholas Porto, Individually and on Behalf of S.C., a Minor Person with a Disability,<br>　　　　Plaintiff<br><br>vs.<br><br>Town of Tewksbury, Town of Tewksbury Public Schools, Town of Tewksbury School Committee, Christine L. McGrath, James McGuire, Kevin P. McArdle, Pauline King, Loreen R. Bradley, Michelina DeAngelis, Cheryl D. Porcaro, Carole A. Gallo, Jennifer A. Fiore, Julie E. Bossdorf-Paras, Eleanor Edelstein, Robert Ware, Sharon J. Moser, William X. Traveis, Kara M. Buckley and Allison Dixon,<br>　　　　Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## DEFENDANTS' REQUEST TO RESERVE RIGHT TO DEPOSE AND EVALUATE S.C. IF NECESSARY AFTER DECISION ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The Defendants, the Town of Tewksbury, Town of Tewksbury Public Schools, Town of Tewksbury School Committee, Christine L. McGrath, James McGuire, Kevin P. McArdle, Pauline King, Loreen R. Bradley, Michelina DeAngelis, Cheryl Porcaro, Carole A. Gallo, Jennifer A. Fiore, Julie E. Bossdorf-Paras, Eleanor Edelstein, Robert Ware, Sharon J. Moser, William X. Traveis, Kara M. Buckley and Alison Dixon, (the "Defendants") hereby request that they be allowed to postpone the deposition and evaluation of S.C. until after the Court has rendered a decision on the Defendants' Motion for Summary Judgment which is currently due to be filed by November 30, 2004.

1

As grounds therefore, the Defendants state that S.C. is a minor child with learning disabilities who has been diagnosed with fetal alcohol syndrome. He is currently residing at the Eagleton School in Great Barrington, Massachusetts. In their Complaint, the Plaintiffs allege that S.C., while a student in the Life Skills Classroom in Tewksbury Public Schools, was sexually harassed by another student in that classroom. The Plaintiffs have brought claims against the Defendants for violation of Title IX of the Educational Amendments of 1972; Sexual Harassment; Discrimination in Public Schools; Title II of the Americans with Disabilities Act; Violation of 42 U.S.C. §1983; Negligence; Intentional Infliction of Emotional Distress; Loss of Consortium; and Loss of Enjoyment of Life. The Defendants intend to file a Motion for Summary Judgment on all claims against them. If successful, it will obviously not be necessary for the Defendants to conduct S.C.'s deposition or to have him undergo an evaluation by an expert. If however, the Defendants are not successful on their Motion for Summary Judgment and this matter proceeds to trial, the Defendants will need to take the deposition of S.C. as it will be necessary for the Plaintiffs to have S.C. testify at trial. In addition, it will be necessary at that time for the Defendants to have S.C. examined.

The Defendants, by this request, are seeking to protect S.C. from unnecessarily having to go through the deposition process and evaluation and also reserve their right to conduct the deposition and evaluation if necessary.

Wherefore, the Defendants respectfully request that the deposition and evaluation of S.C. be postponed and conducted if necessary after the Court's decision on the Defendants' Motion for Summary Judgment.

Respectfully submitted,
The Defendants,

Town of Tewksbury, Town of
Tewksbury Public Schools, Town
of Tewksbury School Committee,
Christine L. McGrath, James
McGuire, Kevin P. McArdle,
Pauline King, Loreen R. Bradley,
Michelina DeAngelis, Cheryl D.
Porcaro, Carole A. Gallo, Jennifer A.
Fiore, Julie E. Bossdorf-Paras, Eleanor
Edelstein, Robert Ware, Sharon J.
Moser, William X. Traveis, Kara M.
Buckley and Allison Dixon,
By their attorneys


/s/ Deborah I. Ecker
Deborah I. Ecker, BBO # 554623
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

DATED: October 4, 2004