UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 04 - 10003 PBS

Ann Marie Porto and Nicholas Porto, Individually )
and on Behalf of S.C., a Minor Person with a )
Disability, )
)
)
Plaintiff )
)
)
vs. )
)
)
Town of Tewksbury, Town of Tewksbury Public )
Schools, Town of Tewksbury School Committee, )
Christine L. McGrath, James McGuire, )
Kevin P. McArdle, Pauline King, )
Loreen R. Bradley, Michelina DeAngelis, )
Cheryl D. Porcaro, Carole A. Gallo, )
Jennifer A. Fiore, Julie E. Bossdorf-Paras, )
Eleanor Edelstein, Robert Ware, Sharon J. Moser, )
William X. Traveis, Kara M. Buckley )
and Allison Dixon, )
)
Defendants

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I hereby certify that counsel for the defendants has attempted to confer with attorneys for the plaintiffs, Lynn Leonard and Anita Sullivan, in the above-entitled action, in a good faith attempt to resolve or narrow the issues raised by the instant motions, and that we have been unable to do so.

1

Respectfully submitted,
The Defendants,
**Town of Tewksbury, Town of Tewksbury Public Schools, Town of Tewksbury School Committee, Christine L. McGrath, James McGuire, Kevin P. McArdle, Pauline King, Loreen R. Bradley, Michelina DeAngelis, Cheryl D. Porcaro, Carole A. Gallo, Jennifer A. Fiore, Julie E. Bossdorf-Paras, Eleanor Edelstein, Robert Ware, Sharon J. Moser, William X. Traveis, Kara M. Buckley and Allison Dixon,**
By their attorneys

/s/ Deborah I. Ecker
Deborah I. Ecker, BBO # 554623
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

DATED: October 4, 2004