UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 04-10003PBS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Ann Marie Porto and Nicholas Porto, Individually
and on Behalf of Stephen Colon, a Minor Person
with a Disability

Vs.

Town of Tewksbury, Town of Tewksbury Public Schools,
Town of Tewksbury School Committee,
Christine L. McGrath, James McGuire,
Kevin P. McArdle, Pauline King, Loreen R. Bradley,
Michelina DeAngelis, Cheryl D. Porcaro, Carole A. Gallo,
Jennifer A. Fiore, Julie E. Bossdorf-Paras,
Eleanor Edelstein, Robert Ware, Sharon J. Moser,
William X. Traveis, Kara M. Buckley and Allison Dixon

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFF'S OPPOSITION TO DEFENADANT'S REQUEST TO RESERVE RIGHT TO DEPOSE AND EVALUATE STEPHEN COLON

Now come the Plaintiffs, Stephen Colon (a minor person with a disability) and his legal Guardians, Ann Marie Porto and Nicholas Porto, and respectfully request that this Honorable Court deny the Defendants' Request to Reserve Right to Depose and Evaluate Stephen Colon. As grounds for their opposition, the Plaintiffs state the following:

1. Stephen Colon is seventeen years old. Stephen's experiences are central to the pending lawsuit and relevant to summary judgment issues. Although Stephen is mentally retarded, he is capable of testifying and participating in a deposition.

2. Stephen and his legal guardians are aware of Stephen's obligation to testify and to participate in depositions as part of these proceedings.

3. The discovery period is scheduled to end on October 30, 2004. Depositions have been ongoing since July 2004. The Defendants' request is not timely. The Defendants have been aware of Stephen's disability since the suit was filed in January 2004.

4. The Defendants seek "to protect Stephen from unnecessarily having to go through the deposition process."

5. In the unlikely event that Stephen has difficulty during deposition, the parties may seek the assistance of the Court for the appointment of a guardian *ad litem*. However, this can only be ascertained through the actual deposition process.

6. Finally, delaying the evaluation of the Plaintiff will only cause further unnecessary delays.

WHEREFORE, the Plaintiff's oppose the Defendants' Request to Reserve Right to Depose and Evaluate the Plaintiff Stephen Colon and request this Honorable Court deny the motion and/or order any other relief the Court deems right and just.

Respectfully requested
Plaintiffs
By their Attorneys,

Lynn A. Leonard
Attorney-At-Law
527 Main Street, Suite 8
Melrose, MA 02176
(781) 662-6161
B.B.O. No. 561662

Anita B. Sullivan
Attorney-At-Law
458 Main Street
Wakefield, MA 01880
(781) 224-0701
B.B.O. No. 628873

Dated: October 13, 2004