UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 04 - 10003 PBS

| | |
|---|---|
| Ann Marie Porto and Nicholas Porto, Individually and on Behalf of S.C., a Minor Person with a Disability,<br>　　　　Plaintiff<br><br>vs.<br><br>Town of Tewksbury, Town of Tewksbury Public Schools, Town of Tewksbury School Committee, Christine L. McGrath, James McGuire, Kevin P. McArdle, Pauline King, Loreen R. Bradley, Michelina DeAngelis, Cheryl D. Porcaro, Carole A. Gallo, Jennifer A. Fiore, Julie E. Bossdorf-Paras, Eleanor Edelstein, Robert Ware, Sharon J. Moser, William X. Traveis, Kara M. Buckley and Allison Dixon,<br>　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS MOTION FOR LEAVE OF COURT TO FILE MEMORANDUM OF LAW IN SUPPORT OF SUMMARY JUDGMENT IN EXCESS OF TWENTY (20) PAGES

　　The Defendants hereby move for leave of Court pursuant to Local Rule 7.1(B)(4) to file a memorandum of law in support of their summary judgment motion in excess of twenty (20) pages. As grounds therefore the Defendants state that the Plaintiffs' Complaint contains nine Counts brought against the Town of Tewksbury and against sixteen individual Defendants. Even though the Plaintiff on November 22, 2004 agreed to dismiss three of the individually named Defendants, in order to address each count against the now fourteen named Defendants, it is necessary for the memorandum of law to exceed twenty (20) pages. If this motion is not granted, the Defendants would be afforded less than two pages per Defendant to address all nineteen Counts brought against each individually. Such a page limitation would prejudice the Defendants.

1

Wherefore, the Defendants respectfully request that this honorable Court grant their Motion.

                    Respectfully submitted,
                    The Defendants,
                    **Town of Tewksbury, Town of Tewksbury Public Schools, Town of Tewksbury School Committee, Christine L. McGrath, James McGuire, Kevin P. McArdle, Pauline King, Loreen R. Bradley, Michelina DeAngelis, Cheryl D. Porcaro, Carole A. Gallo, Jennifer A. Fiore, Julie E. Bossdorf-Paras, Eleanor Edelstein, Robert Ware, Sharon J. Moser, William X. Traveis, Kara M. Buckley and Allison Dixon,**
                    By their attorneys

                    _____
                    Deborah I. Ecker, BBO # 554623
                    BRODY, HARDOON, PERKINS & KESTEN, LLP
                    One Exeter Plaza
                    Boston, MA 02116
                    (617) 880-7100

DATED: November 30, 2004