UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 04 - 10003 PBS

| | |
|---|---|
| Ann Marie Porto and Nicholas Porto, Individually and on Behalf of S.C., a Minor Person with a Disability, <br> Plaintiff <br><br> vs. <br><br> Town of Tewksbury, Town of Tewksbury Public Schools, Town of Tewksbury School Committee, Christine L. McGrath, James McGuire, Kevin P. McArdle, Pauline King, Loreen R. Bradley, Michelina DeAngelis, Cheryl D. Porcaro, Carole A. Gallo, Jennifer A. Fiore, Julie E. Bossdorf-Paras, Eleanor Edelstein, Robert Ware, Sharon J. Moser, William X. Traveis, Kara M. Buckley and Allison Dixon, <br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

### AFFIDAVIT OF DEBORAH I. ECKER

I, Deborah I. Ecker, hereby depose and state the following:

1. The documents attached as exhibits 1, 5, 6, 9, 16, 17, 19, and 24 to the Defendants' Concise Statement of Material Facts in Support of Defendants' Motion for Summary Judgment are true and accurate copies of pages taken from the deposition transcripts of the referenced witnesses taken during the court of the subject action.

2. The documents attached as exhibits 2, 3, 4, 8, 12, 13, 14, 15, 18, and 21 are copies of documents produced by the Defendants as part of S.C.'s school record during the subject action. The name of S.C.'s classmate has been redacted to protect that classmate's privacy.

1

3. The documents attached as exhibits 7 and 10 are documents produced by the Plaintiffs during the subject action. The name of S.C.'s classmate has been redacted to protect that classmate's privacy.

SIGNED under the pains and penalties of perjury, this 30th day of November, 2004.

_____
DEBORAH I. ECKER