UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 04 - 10003 PBS

| | |
|---|---|
| Ann Marie Porto and Nicholas Porto, Individually, and on Behalf of S.C., a Minor Person with a Disability,<br><br>        Plaintiff<br><br>vs.<br><br>Town of Tewksbury, Town of Tewksbury Public Schools, Town of Tewksbury School Committee, Christine L. McGrath, James McGuire, Kevin P. McArdle, Pauline King, Loreen R. Bradley, Michelina DeAngelis, Cheryl D. Porcaro, Carole A. Gallo, Jennifer A. Fiore, Julie E. Bossdorf-Paras, Eleanor Edelstein, Robert Ware, Sharon J. Moser, William X. Traveis, Kara M. Buckley and Allison Dixon,<br><br>        Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I, Deborah I. Ecker, hereby certify that I have conferred with the Plaintiffs' attorneys and have in good faith attempted to resolve or narrow the issues that are the basis of the Defendants' Motion for Summary Judgment. By a letter dated November 22, 2004, the Plaintiffs agreed to dismiss all claims against Pauline King, Jennifer Fiore, and Sharon Moser. Nine Counts still exists as against sixteen remaining Defendants, including thirteen Defendants sued in their official individual capacity.

Respectfully submitted,
The Defendants,
**Town of Tewksbury, Town of Tewksbury Public Schools, Town of Tewksbury School Committee, Christine L. McGrath, James McGuire, Kevin P. McArdle, Pauline King, Loreen R. Bradley, Michelina DeAngelis, Cheryl D. Porcaro, Carole A. Gallo, Jennifer A. Fiore, Julie E. Bossdorf-Paras, Eleanor Edelstein, Robert Ware, Sharon J. Moser, William X. Traveis, Kara M. Buckley and Allison Dixon,**
By their attorneys

---

Deborah I. Ecker, BBO # 554623
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

DATED: November 30, 2004