UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 04CV 10003PBS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Ann Marie Porto and Nicholas Porto, Individually
and on Behalf of Stephen Colon, a Minor Person
with a Disability

Vs.

Town of Tewksbury, Town of Tewksbury Public Schools,
Town of Tewksbury School Committee,
Christine L. McGrath, James McGuire,
Kevin P. McArdle, Pauline King, Loreen R. Bradley,
Michelina DeAngelis, Cheryl D. Porcaro, Carole A. Gallo,
Jennifer A. Fiore, Julie E. Bossdorf-Paras,
Eleanor Edelstein, Robert Ware, Sharon J. Moser,
William X. Traveis, Kara M. Buckley and Allison Dixon

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### Assented to Motion for Leave of Court to Enlarge Time for Filing Opposition to Summary Judgment Motion and to Exceed Twenty (20) Page Limitation

NOW come the Plaintiffs, Ann Marie and Nicholas Porto and their ward, Stephen Porto and respectfully request that this Honorable Court allow Plaintiffs' Motion for Leave of Court to Enlarge Time for Filing Opposition to Summary Judgment Motion and to Exceed Twenty (20) Page Limit. In support of this Motion, Plaintiffs state the following:

1. On November 30, 2004, Defendants filed a sixty-page Motion for Summary Judgment consisting of a forty-five page Memorandum of Law, a fifteen-page Concise

1

Statement of Facts and twenty-three exhibits. Defendants filed a Motion for Leave of Court to File Memorandum of Law in Support of Summary Judgment Motion in Excess of Twenty (20) Pages with their Motion, stating they were unable to adequately respond to the Complaint against thirteen named Defendants within the constraints of twenty pages.

2. Defendants' Summary Judgment Motion is more than twice the page limit ordinarily allowed by the Court for argument in support of summary judgment. Plaintiffs are unable to respond to the enlarged brief by the December 15, 2004 deadline set forth in the tracking order due to the number and complexity of legal and factual issues and the number of named Defendants.

3. Further, Plaintiffs will require more than twenty pages to respond to Defendants' arguments and factual assertions. Plaintiffs' Memorandum of Law in Opposition to Summary Judgment will not exceed the number of pages (45) submitted by Defendants. Plaintiffs request that a two-week extension of time until December 31, 2004 to submit their Opposition.

WHEREFORE, Plaintiffs request that this Court allow their Assented to Motion for Leave of Court to Enlarge Time for Filing Opposition to Summary Judgment Motion and to Exceed Twenty (20) Page Limitation.

                                                                                                                   Respectfully requested,
PLAINTIFFS
By their Attorneys,

_/s/ Lynn A. Leonard_                                                       _/s/ Anita B. Sullivan_

Lynn A. Leonard                                                                 Anita B. Sullivan
Attorney-At-Law                                                            Attorney-At-Law
527 Main Street, Suite 8                                        458 Main Street
Melrose, MA 02176                                           Wakefield, MA 01880
(781) 662-6161                                                      (781) 224-0701
B.B.O. No. 561662                                             B.B.O. No. 628873

Assented to: _/s/ Deborah I. Ecker_

Dated: December 10, 2004

3