UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 04-10003-PBS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Ann Marie Porto and Nicholas Porto, \*
Individually and on Behalf of Stephen Colon, \*
a Minor Person with a Disability \*
                                 \*
Vs.                              \*
                                 \*
The Town of Tewksbury, et al.    \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFF'S MOTION TO DISMISS

Now come the Plaintiffs, Ann Marie Porto and Nicholas Porto, individually and on behalf of Stephen Colon, and move this Honorable Court to dismiss Count VI, 42 U.S.C. §1983, of their Complaint against all named parties including the following sixteen individual Defendants: Christine L. McGrath, James McGuire, Kevin P. McArdle, Pauline King, Loreen R. Bradley, Michelina DeAngelis, Cheryl D. Porcaro, Carole A. Gallo, Jennifer A. Fiore, Julie E. Bossdorf-Paras, Eleanor Edelstein, Robert Ware, Sharon J. Moser, William X. Traveis, Kara M. Buckley and Allison Dixon.

Respectfully requested,
Plaintiffs
By their Counsel,

_____
Lynn Leonard
BBO No. 561662
527 Main Street, Suite 8
Melrose, MA 02176
(781) 662-6161

_____
Anita B. Sullivan
BBO No. 628873
458 Main Street
Wakefield, MA 01880
(781) 224-0701

December 31, 2004