79

| | | |
|---|---|---|
| 1 | | advice that I gave or opinion that I rendered, I |
| 2 | | don't recall. |
| 3 | Q | Do you recall that the incident was reported to |
| 4 | | the police? |
| 5 | A | I don't recall. |
| 6 | Q | Does reporting sexual harassment to the police |
| 7 | | relieve the school of their own responsibility for |
| 8 | | an investigation of sexual harassment involving |
| 9 | | physical touching? |
| 10 | A | Say that the question one more time.  It was just |
| 11 | | a little fast. |
| 12 | Q | I'm sorry.  Does reporting sexual harassment |
| 13 | | relieve the school of its responsibility for |
| 14 | | conducting an investigation? |
| 15 | A | No. |
| 16 | Q | So what investigation does the school conduct? |
| 17 | A | The school would do two things.  The school would |
| 18 | | file a 51-A, notifying the Department of Social |
| 19 | | Services, and then the school would take the |
| 20 | | appropriate action following the results of the |
| 21 | | investigation by the Tewksbury Police Department. |
| 22 | Q | Was a 51-A filed regarding the first incident that |
| 23 | | you have described involving Stephen Colon and |
| 24 | | another student on a school bus? |