UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 04-10003-PBS

```
***************************
Ann Marie Porto and Nicholas Porto,        *
Individually and on Behalf of Stephen Colon, *
a Minor Person with a Disability           *
                                           *
Vs.                                        *
                                           *
The Town of Tewksbury, et al.              *
***************************
```

## AFFIDAVIT OF ANN MARIE PORTO

I, Ann Marie Porto, further depose and state the following:

1. On August 10, 2004, I was deposed by Defendants through their attorney. I was questioned regarding sexual harassment of my son, Stephen Colon, during the time he attended the Tewksbury Public Schools from September 1994 through January 2001. I related all of the information that I could recall at the time of my deposition. Since the deposition, I have refreshed my recollection by reviewing the complaint that I filed on behalf of my son and recall the following additional facts.

2. At the Heathbrook Elementary School in the first grade (1994-1995), Stephen reported to me that Richard was using profanity and telling sexually explicit stories about his sister having oral sex with a male foster child who lived in Richard's home. I reported this to Mrs. Mason, the classroom teacher.

3. In the second grade (1995-1996), Stephen complained to me that Richard was using profanity, talking about his sister having sex with a male foster child at home, and telling stories about sexual acts involving tying a girl to a tree, taking her clothes off and

1

placing sticks inside her private parts. I reported this information to the teacher, Mrs. Gallo.

4. In the third grade (1996-1997), Stephen told me that Richard touched his (Stephen's) penis, described details of a movie involving a man and woman having oral sex and anal sex, and talked about his sister having sex with different boys. I reported this to Mrs. Gallo, to the principal and to the special education team at the yearly team meeting.

5. In the fourth grade (1996-1997), Stephen reported that Richard described sexual acts with a younger cousin. I reported this to the classroom teacher, Ms. Fiore. I was assured that there was proper supervision.

6. In the fifth grade (1998-1999) at the Dewing Elementary School, Stephen continued to report that he was verbally and physically abused in the schoolyard. I reported this to the classroom teacher, Julie Paris. Stephen also disclosed that Richard touched him behind a poster board in front of Mrs. Paris; that Richard performed oral sex on him while on the school van; that Richard touched and penetrated Stephen's buttocks with his fingers; and that Richard talked about a movie involving naked women wrestling. I notified Mrs. Paris and Principal Bradley.

7. Mrs. Paris told to me that she witnessed sexual touching between the children in the classroom. Principal Bradley promised to monitor the children in the classroom and to provide separate transportation. Thereafter, Stephen again reported that Richard grabbed him and tried to stick his fingers in his buttocks through his pants while in school. I reported this conduct to Principal Bradley and threatened to call the police.

8. I requested additional supervision at Stephen's fifth grade special education team meeting. I wanted Stephen supervised because of Richard's behaviors. I was told this request did not need to be in the IEP and that Stephen was appropriately supervised.

9. On the second to last day of the fifth grade, the school notified me that Stephen punched Richard in the nose. Stephen reported that he punched Richard because Richard was touching him. I notified Dr. Bradley and threatened to call the police. Dr. Bradley told me that it was the last day of school, and there was nothing she could do about it. I had made numerous reports to Dr. Bradley over the course of the school year.

10. I requested one-to-one supervision of Stephen in the sixth grade because of sexual contact between Stephen and Richard. I also addressed this request at the sixth grade special education team meeting. The team assured me that Stephen was supervised and monitored at all times by the classroom teacher and aides.

11. At the Wynn School (2000-2001) in the seventh grade, I the teacher Mrs. Edelstein to ensure that Stephen was supervised at all times.

12. I was never contacted my any school official in 1999, 2000, or 2001 as part of an investigation into complaints of sexual harassment involving my son. I was never informed of any investigative conclusions. In March 1999, I was never informed that the school filed a 51A. I signed releases for Mrs. Paris and Dr. Bradley to speak with Dr. Smith. I requested all police records. The Tewksbury Police informed me that they have no record of an investigation in March 1999.

13. I was never provided with a student handbook for Stephen during the time that he attended the Tewksbury Public Schools. I was never advised that I had a right to file a sexual harassment complaint.

14. After January 2001, Stephen never returned to the Tewksbury Public Schools. For three months, he received no educational services. From April 2001 through mid August 2001, Stephen received approximately 11 hours of tutoring per week. After January 2001, Stephen had three psychiatric hospitalizations at the Lowell Youth Treatment Center, the Charles River Hospital and the Bournewood Hospital. He was depressed and threatened to kill himself.

Signed under the pains and penalties of perjury this 29th day of December 2004.

_____
Ann Marie Porto