UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 04-10003-PBS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
Ann Marie Porto and Nicholas Porto,            \*
Individually and on Behalf of Stephen Colon,   \*
a Minor Person with a Disability               \*
                                               \*
Vs.                                            \*
                                               \*
The Town of Tewksbury, et al.                  \*
                                               \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**AFFIDAVIT OF STEPHEN COLON**

I, Stephen Colon, hereby depose and state the following:

1. I went to the Tewksbury Public Schools from the first grade to the seventh grade. In January 2001, I left the Tewksbury Public Schools. I was fourteen years at that time. I have been going to the Eagleton School since February 2002. I am 17 years old now.

2. I went to different schools in Tewksbury. From the first grade to the fourth grade, I went to the Heathbrook School. In the first grade, my teacher was Ms. Mason. In the second and third grade, my teacher was Ms. Gallo. In the fourth grade, my teacher was Ms. Fiore.

3. While I was at the Heathbrook School, a boy named Richard used to do and say some things that made me feel uncomfortable. I wrote about these things in a little blue journal and I told my mother about what Richard did. I used the journal to write about my problems and wrote with my own words how Richard was bugging me. These are some of the things that Richard used to say and do that made me feel uncomfortable:

    a.  Richard always told me about things that went on at his house. There was this little boy, four years old, and he told me his sister rubbed the little boy's private parts and that he (Richard) was feeling the girl's butt and vagina.

    b.      Richard told me that he was in the woods behind his house with his friend and his friend's girlfriend, and they started doing things with the girl like taking her shirt off. Richard said he touched her big boobs and fingered her and that it felt real good. When he told me this, I didn't want to know about it.

    c.      I told Ms. White at recess that Richard was bothering me and that I couldn't get him to stop touching me, so I had to defend myself. I remember it was the Heathbrook School because there was a big field and a slide and monkey bars. I did say that he was touching my ass. A lot of times that I got detention for fighting Richard off when he tried to touch me. Richard would not get in trouble, but I would.

    d.      A boy named Miles had to go to the bathroom and went into the woods by the playground. Miles peed into a cave-like area, and Richard forced me to lick it up.

4. In the fifth grade, I went to the Dewing School. In the sixth grade, I went to the Ryan School. I had Mrs. Paris for a teacher in the fifth and sixth grade.

5. In the fifth grade, Richard would grab my ass during recess. I told him to stop touching me. One time, Richard and I were behind the poster board. Richard was touching my private parts and Mrs. Paris saw it. It made me feel bad when Richard touched me. He always put his desk near mine, and I complained to Mrs. Paris that I did not want Richard near me. Ms. Paris told him to move his desk, but he still tried to talk to me.

6. In the fifth grade, Richard told me he touched his little cousin's private parts. We were all sitting down, and he talked about touching her ass and that she touched his penis. He told us he kissed her all the time and that they slept in the same bed. I told Mrs. Paris that Richard was talking about things that were not good.

7. Richard told me he had sex with his cousin. He told me his uncle let him watch porn at nighttime, that girls touched themselves in the crotch and ripped off their clothes. He asked me if I ever watched it. I told him that my mother doesn't let me watch that. One time, Mrs. Paris asked me what I was talking about with Richard, and I told her he keeps bothering me. I told Mrs. Paris that Richard was touching girls in his house and in the woods.

8. Richard told me the breasts are on top, the vagina is on the bottom, and that's where a baby comes out. He asked me, "How many holes does a girl have?" I didn't know, and he told me they have three, the ass, crotch (vagina hole) and mouth.

9. After Richard told me these stories, I went home and started playing doctor with my sister Melinda. I used a drumstick and touched Melinda. Then I would always see Dr. Smith. Dr. Smith asked me about what happened with Melinda, and I told him that Richard gave me the idea. Dr. Smith asked me questions about Richard, and I told him

that all the time in the van we were touching each other's private parts. I told Dr. Smith that I didn't want Richard to touch me. Richard would talk me into putting my mouth on his penis. He said that he would give me candy, cookies or soda.

10. We took turns having oral sex on the school bus. This happened a few times. We were right behind the bus driver in the first row of seats. The bus driver saw us sometimes. I wasn't sure if this was the right thing. It always made me feel uncomfortable. I told Richard that I did not want to do this. Richard told me if I didn't do what he wanted, he would tell everybody what he was doing to me on the bus. He threatened me with words.

11. Richard never stopped trying to touch me after what happened on the bus. He tried to move his desk near me. I complained to Mrs. Paris. Mrs. Paris saw Richard and me touching each other's private parts in the classroom at the computer. Nobody from the school ever talked to me to find out what was happening on the bus and at school.

12. I was scared and embarrassed about all the things that were happening at school. I told my mother about what Richard was doing. All the time I would say I have a headache and a stomachache. I couldn't sleep. I made excuses so that I wouldn't have to go to school. I begged my mother to let me stay home.

13. I used to try to keep Richard away from me by hitting him. (Ex. 1). One time when Richard touched me on the butt, I punched him. This was at the Ryan School. Richard would press his foot into my crotch underneath the table during math at least once a week. Ms. Paris saw this when it happened, and she moved Richard to another side of the table. I was angry all the time at the Ryan School. I had arguments with Ms. Paris almost weekly because I was trying to tell her. I would throw books around because I was upset. Ms. Paris told me to sit down and never asked questions. Sometimes I would not even do my schoolwork because I was too distracted. I would just say that I was finished.

14. I went to the Wynn Middle School in the seventh grade. The classroom aide, Ms. Dixon, would always have to pull Richard away from me. Mr. Traveis took Richard and me out of class once into his office. He asked us what was up and told us Ms. Dixon wrote a letter about us doing some things. Mr. Traveis didn't ask us any questions, and after five or ten minutes we went back to class. I was flipping out and throwing things on the floor because I was frustrated and worried that my friends would find out.

15. At the Wynn School, we were allowed to walk from class to class and to the bathroom alone. Richard would follow me to the bathroom. In the bathroom, we touched each other with our pants down. Richard always told me to turn around, and he would put his penis up my butt. This happened at the Ryan School and the Wynn School.

16. Most of the teachers would have us sign a pass, but there were a few teachers that didn't use a pass for the bathroom. Richard and I had been together in the bathroom five to ten times. Richard and I used the cafeteria and the gym bathrooms. Sometimes the classroom aides knocked on the restroom door. We didn't need a bathroom pass from the

3

cafeteria or the gym. Every time we went to gym, Richard would follow me to the bathroom while the kids were playing games.

17. I got stuck with what Richard was doing because Richard kept insisting. I felt weird and did not want anything to do with Richard, but he kept wanting more and more. Richard would always threaten to tell his friends about what we were doing. He threatened to tell the kids that I was gay. I always told Richard to stop touching me, but I was afraid not to let him.

18. On January 11 2001, I asked one of the teachers if I could go to my locker. I got my books and brought them back to the class. Richard was on his way out of the bathroom when I asked if I could use the bathroom. Richard never went back to the class. Instead, he followed me into the bathroom. Mr. Ware came into the bathroom and saw Richard and me with our pants down. I was freaking out, scared and nervous. Richard put his penis up my butt in the bathroom. Stephen testified that he went to his locker, returned to class and then asked to use the bathroom.

19. There were a lot of times when I couldn't pay attention to what was going on because I was afraid Richard would touch me and worried that he would tell people. I had nonstop headaches and didn't want to go to school.

20. I never got a Student Handbook from any teacher when I was at the Wynn Middle School, and no one ever told me what to do to stop Richard from touching me. After January 2001, I never went back to the Wynn School. I was depressed and angry about what happened. I wanted to kill myself and other people because of it. I went into the hospital for a few months before I was sent to live at the Eagleton School.

SIGNED under the pains and penalties of perjury this 12th day of December 2004

*[signature]*
Stephen Colon