UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Ann Marie Porto, et al,

        Plaintiffs,                CIVIL ACTION
                                                    NO. 04-10003-PBS

    v.

Town of Tewksbury, et al,

        Defendants.

**PRETRIAL ORDER**

SARIS, D.J.                                                                                 January 19, 2005

The above action has been set down for a JURY TRIAL on 7/18/05, at 9:00 a.m.

A FINAL PRETRIAL CONFERENCE has been scheduled for 7/12/05, at 3:00 p.m.

By 4/12/05, the parties shall make all expert disclosures as required by Fed. R. Civ. P. 26(a)(2).

By 6/14/05, the parties shall make pretrial disclosures as required by Fed. R. Civ. P. 26(a)(3).

Objections to the pretrial disclosures shall be served and filed by 6/28/05.

By 7/5/05, the parties shall file a joint pretrial memorandum in accordance with L.R. 16.5(d). Counsel are required to confer fifteen days before the final pretrial conference for the purpose of preparing the joint pretrial memorandum.

By 6/28/05, the parties shall file/serve proposed jury instructions, proposed voir dire questions, motions in limine, witness/exhibit lists[1], and any designations[2] of deposition testimony.

By 7/5/05, the parties shall file/serve opposition to motions in limine, any objections to

---

[1] Exhibits shall be premarked with <u>one</u> set of exhibit numbers. There should be no duplicative exhibit numbers. For example, if plaintiff's exhibits are premarked ## 1 - 100, the defendant's exhibits should be premarked ## 101, 102, etc... Counsel shall file with the Court an original and two (2) copies of the exhibit and witness lists.

[2] It is helpful if designations and counter-designations are submitted on the same copy, with designations highlighted in one color and counter-designations highlighted in another.

witnesses or exhibits, and counter-designations of deposition testimony.

    Trial briefs shall be filed/served by 7/11/05.

By the Court,

/s/ Robert C. Alba
Deputy Clerk
