UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 04 10003 PBS

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
                                                    *
Ann Marie Porto and Nicholas Porto, Individually    *
and on Behalf of Stephen C., a Minor Person         *
with a Disability                                   *
                                                    *
Vs.                                                 *
                                                    *
Town of Tewksbury                                   *
                                                    *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

**PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTIONS TO STRIKE THE
AFFIDVAITS OF ANN MARIE PORTO AND STEPHEN C.**

Now come the Plaintiffs, Stephen C. (a minor person with a disability) and his legal Guardians, Ann Marie Porto and Nicholas Porto, and respectfully request that this Honorable Court deny the Defendants' Motions to Strike the Affidavits of Ann Marie Porto and Stephen C.  As grounds for their opposition, the Plaintiffs state the following:

1.      The affidavits of Ann Marie Porto and Stephen C. are consistent with the Complaint and Answers to Interrogatories filed by Plaintiffs in this matter.

2.      Defendants never inquired of Mrs. Porto at her deposition or through interrogatories regarding the details of the general averments in the Complaint.

3.      Defendant chose to postpone the deposition of Stephen C., over Plaintiff's opposition, until after the Court's ruling on Defendant's Motion for Summary Judgment.

4.      Stephen C. is competent to testify in this matter.  His affidavit reflects his recollection of events.

1

2

WHEREFORE, the Plaintiffs oppose the Defendants' Motions to Strike the Affidavits of Ann Marie Porto and Stephen C. and request this Honorable Court deny the motion and/or order any other relief the Court deems right and just.

Respectfully requested
Plaintiffs
By their Attorneys,

/s/ Lynn A. Leonard                         /s/ Anita B. Sullivan

_____                     _____

Lynn A. Leonard                             Anita B. Sullivan
Attorney-At-Law                             Attorney-At-Law
527 Main Street, Suite 8                    458 Main Street
Melrose, MA  02176                          Wakefield, MA  01880
(781) 662-6161                              (781) 224-0701
B.B.O. No. 561662                           B.B.O. No. 628873


Dated:  January 24, 2005