## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**C.A. NO.: 04 - 10003 PBS**

| | |
|---|---|
| Ann Marie Porto and Nicholas Porto, | ) |
| Individually and on Behalf of S.C., a | ) |
| Minor Person with a Disability, | ) |
| Plaintiff | ) |
| | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| Town of Tewksbury, et al | ) |
| Defendants | |

### PROPOSED ORDER OF DISMISSAL

Pursuant to a Motion to Dismiss filed by the Plaintiffs, it is hereby ordered that all claims brought against Defendants Christine L. McGrath, James McGuire, Kevin P. McArdle, Pauline King, Loreen R. Bradley, Michelina DeAngelis, Cheryl Porcaro, Carole A. Gallo, Jennifer A. Fiore, Julie E. Bossdorf-Paras, Eleanor Edelstein, Robert Ware, Sharon J. Moser, William X. Traveis, Kara M. Buckley and Allison Dixon be dismissed and that separate and final judgment enter in their favor.

_____

SARIS, D. J.

DATED: