UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 04 - 10003 PBS

| | |
|---|---|
| Ann Marie Porto and Nicholas Porto, Individually and on Behalf of S.C., a Minor Person with a Disability, Plaintiff | ) ) ) ) ) ) ) |
| vs. | ) ) ) ) |
| Town of Tewksbury, Defendants | ) |

## DEFENDANT'S ASSENTED-TO MOTION TO CHANGE TRIAL DATE

The Defendant, Town of Tewksbury, hereby moves to change the trial date currently scheduled for July 18, 2005 to any date after the beginning of the 2005-2006 school year (mid to late September or any date thereafter). As grounds therefore, the Defendant states that the Defendant's witnesses are predominately comprised of school administrators and teachers who are not all required to work for the Town of Tewksbury during the months that school is not in session. The Defendant anticipates that some of the defense witnesses will seek other summer employment or leave Tewksbury during the summer months. Wherefore, the Defendant requests that the trial date be changed to a month during which school is in session when those defense witnesses who still work for the Town of Tewksbury are present at their respective jobs within the school system.

Respectfully submitted,
The Defendant,
**Town of Tewksbury,**
By their attorneys,


/s/ Deborah I. Ecker
Deborah I. Ecker, BBO# 554623
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza, 12th Floor
Boston, MA 02116
(617) 880-7100

Assented to by:


/s/ Lynn Leonard
Lynn A. Leonard, BBO# 561662
527 Main Street, Suite 8
Melrose, MA 02176
(781) 662-6161
(Attorney for the Plaintiffs)


/s/ Anita B. Sullivan
Anita B. Sullivan, BBO# 628873
458 Main Street
Wakefield, MA 01880
(781) 224-0701
(Attorney for the Plaintiffs)