UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 04CV 10003PBS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
\*
Ann Marie Porto and Nicholas Porto, Individually        \*
and on Behalf of Stephen Colon, a Minor Person          \*
with a Disability                                       \*
                                                        \*
Vs.                                                     \*
                                                        \*
Town of Tewksbury, et als.                              \*
                                                        \*
\* \* \* \* \* \* \* \*  \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' MOTION TO AMEND PRE-TRIAL ORDER**

NOW come the Plaintiffs, Ann Marie and Nicholas Porto and their ward, Stephen Porto and respectfully request that this Honorable Court allow Plaintiffs' Motion to Amend the Pre-Trial Order. In support of this Motion, Plaintiffs state the following:

1. On January 19, 2005, the Court scheduled this matter for trial on July 18, 2005 and issued a Pre-Trial Order.

2. On March 4, 2005, Defendant filed a Motion to Continue the Trial. Defendant's Motion was allowed by the Court on March 14, 2005. The Court rescheduled the trial of this matter to September 26, 2005 and the final pre-trial conference to September 19, 2005. The Pre-Trial Order was not amended in accordance with new trial date.

3. A decision on Defendant's Motion for Summary Judgment is currently pending before the Court. The Court's decision on the Defendant's Motion for Summary

1

      Judgment may serve to narrow the issues for trial in this matter. The decision may, therefore, affect the information required by the Pre-Trial Order such as the parties' voire dire questions and proposed jury instructions.

4. Based upon the foregoing facts, Plaintiffs request that the pre-trial Order be amended as set forth below. Plaintiffs are not seeking to change the deadline for expert disclosures (4/12/05), the trial date (9/26/05) or the final pre-trial conference date (9/19/05).

**Proposed Pre-Trial Order**:

Expert disclosures by 4/12/05

Jury trial on 9/26/05

Final pre-trial conference on 9/19/05

Pre-trial disclosures by 7/8/05 - Counsel for Plaintiffs request an early due date for pre-trial disclosures based upon their unavailability during the entire month of August.

Objections to pre-trial disclosures by 9/9/05

Proposed jury instructions, voire dire questions, motions in limine, witness/exhibit lists and any designations of deposition testimony by 9/9/05

Joint pre-trial memorandum by 9/16/05

File/serve oppositions to motions in limine, any objections to witnesses or exhibits and counter-designations of deposition testimony by 9/16/05

Trial briefs shall be filed by 9/19/05

WHEREFORE, Plaintiffs request that this Court allow their Motion to Amend the Pre-Trial Order as set forth herein.

    Respectfully requested,
    PLAINTIFFS
    By their Attorneys,

/s/ Lynn A. Leonard      /s/ Anita B. Sullivan
_____      _____
Lynn A. Leonard      Anita B. Sullivan
Attorney-At-Law      Attorney-At-Law
527 Main Street, Suite 8      458 Main Street
Melrose, MA  02176      Wakefield, MA  01880
(781) 662-6161      (781) 224-0701
B.B.O. No. 561662      B.B.O. No. 628873

Dated:  June 7, 2005