UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 04CV 10003PBS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
\*
Ann Marie Porto and Nicholas Porto, Individually   \*
and on Behalf of Stephen Colon, a Minor Person     \*
with a Disability                                  \*
\*
Vs.                                                \*
\*
Town of Tewksbury, et als.                         \*
\*
\* \* \* \* \* \* \* \*  \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**RULE 7.1 CERTIFICATION**

     Counsel for Plaintiffs hereby affirms that I have conferred with Attorney Deborah Ecker in an attempt to resolve the issue of amending the Pre-Trial Order. Counsel conferred by telephone at approximately 5:00 p.m. on June 7, 2005 regarding the proposed dates.

/s/ Lynn A. Leonard
_____
Lynn A. Leonard
Attorney-At-Law

Dated: June 7, 2005