UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 04 - 10003 PBS

Ann Marie Porto and Nicholas Porto, Individually )
and on Behalf of S.C., a Minor Person with a )
Disability, )
        Plaintiff )
)
)
vs. )
)
)
Town of Tewksbury, Town of Tewksbury Public )
Schools, Town of Tewksbury School Committee, )
Christine L. McGrath, James McGuire, )
Kevin P. McArdle, Pauline King, )
Loreen R. Bradley, Michelina DeAngelis, )
Cheryl d. Porcaro, Carole A. Gallo, )
Jennifer A. Fiore, Julie E. Bossdorf-Paras, )
Eleanor Edelstein, Robert Ware, Sharon J. Moser, )
William X. Traveis, Kara M. Buckley )
and Allison Dixon, )
        Defendants

## DEFENDANTS' PARTIAL OPPOSITION TO PLAINTIFF'S MOTION TO AMEND PRE-TRIAL ORDER

    The trial in the above referenced matter was originally scheduled to go forward on July 18, 2005. The Court issued a Pre-trial Order based on that trial date. Subsequently, the Court allowed the Defendant's Motion to Change the Trial date to September 26, 2005. The Court however, did not amend the Pre-trial Order at that time. The Plaintiffs have now filed a Motion to Amend the Pre-trial Order. In their Motion the Plaintiffs have suggested dates for the events contained in the Pre-trial Order.

    The Defendants do <u>not</u> oppose amending the Pre-trial Order to reflect the change in the trial date. The Defendants do oppose the dates selected by the Plaintiffs as they do not track the time frame contained in the original Pre-trial Order. Specifically, the Defendants oppose the date recommended by the Plaintiffs for the filing of Pre-trial disclosures. The Plaintiffs have recommended that the deadline for filing of Pre-trial Disclosures be July 8, 2005, a date over eleven weeks prior to the September 26, 2005 trial date. As grounds for selecting

a date so far in advance of trial the Plaintiffs state that they are unavailable to work the entire month of August and apparently given the selection of a date in the beginning of July, the entire month of July. While the Defendants appreciate the Plaintiffs' attorneys vacation schedules, the Defendants should not be penalized for their not being available to work in August. Further, the Defendants suggest that the Plaintiffs are still able to prepare their Pre-trial disclosures prior to their vacations if they would like, and either file their disclosures with the Court prior to their August vacations or upon their return.

Following the time frame contained in the original Pre-trial Order, the Defendants recommend that the new deadline for the filing of Pre-trial disclosures be August 24, 2005. The Defendants recommend the following dates for the events contained in the Pre-trial Order.

**Proposed Pre-Trial Order**

Jury Trial on 9/26/05;

Final Pre-trial Conference on 9/19/05;

Expert disclosures – completed by 4/12/05;

Pre-trial disclosures pursuant to Fed. R. Civ. P. 26(a)(2) by 8/24/05;

Objections to Pre-trial disclosures shall be served and filed by 9/7/05;

Proposed jury instructions, proposed voir dire questions, motions in limine, witness/exhibit lists and designations of deposition testimony by 9/7/05;

Joint Pre-Trial Memorandum by 9/12/05;

Oppositions to Motion in Limine, any objections to witnesses or exhibits and counter designations of deposition testimony by 9/14/05;

Trial briefs shall be filed/served by 9/19/05.

Wherefore, the Defendants respectfully request that this honorable Court amend the Pre-trial Order to reflect the dates set forth above.

Respectfully submitted,
The Defendants,
**Town of Tewksbury, Town of Tewksbury Public Schools, Town of Tewksbury School Committee, Christine L. McGrath, James McGuire, Kevin P. McArdle, Pauline King, Loreen R. Bradley, Michelina DeAngelis, Cheryl d. Porcaro, Carole A. Gallo, Jennifer A. Fiore, Julie E. Bossdorf-Paras, Eleanor**

                    **Edelstein, Robert Ware, Sharon J. Moser, William X. Traveis, Kara M. Buckley and Allison Dixon**
                    By their attorneys,

                    */s/ Deborah Ecker*
                    Deborah I. Ecker, BBO # 554623
                    Brody, Hardoon, Perkins & Kesten, LLP
                    One Exeter Plaza
                    Boston, MA 02116
                    (617) 880-7100

Dated: June 8, 2005