UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Ann Marie Porto, et al
        Plaintiff(s),　　　　　　　　　CIVIL ACTION
　　　　　　　　　　　　　　　　　　　NO. 04-10003-PBS
   v.

Town of Tewksbury, et al
        Defendant(s).

### NOTICE OF RESCHEDULED FINAL PRETRIAL CONFERENCE

SARIS, U.S.D.J.　　　　　　　　　　　　　　　　　　　　　　August 25, 2005

    The Final Pretrial Conference previously scheduled for September 19, 2005, has been **rescheduled** to **September 22, 2005, at 2:30 p.m.**

　　　　　　　　　　　　　　　　　　　By the Court,


　　　　　　　　　　　　　　　　　　　 /s/ Robert C. Alba
　　　　　　　　　　　　　　　　　　　Deputy Clerk


Copies to:  All Counsel


resched.ntc