UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Ann Marie Porto and Nicholas Porto, Individually and on Behalf of SC, a Minor Person with a Disability<br><br>v.<br><br>Town of Tewksbury | )<br>)<br>)<br>)<br>) C.A. No. 04-CV10003-PBS<br>)<br>)<br>)<br>) |

**PLAINTIFFS' PRE-TRIAL DISCLOSURES**
**PURSUANT TO FED.R.CIV.P. 26(a)(3)**

Plaintiffs, Ann Marie Porto and Nicholas Porto, Individually and on behalf of SC, a person with a disability, hereby provide the following disclosures pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure. Plaintiffs reserve the right to identify additional persons, documents and tangible things.

**A.  Name, Address and Telephone Number of Witnesses**

    1.  Witnesses Plaintiffs Expect to Present:

        a.  Dr. Christine McGrath
           One Ashland Place
           Gloucester, MA  01930

        b.  Loreen Bradley
           6 Barry Drive
           No. Chelmsford, MA  01863

        c.  Robert Ware
           5 Bennetts Crossing
           Ayer, MA  01432
           (978) 772-6308

        d.  Julie Paris

    225 Stonybrook Road  
    Fitchburg, MA  01420  
    (978) 342-2686

e.  Eleanor Edelstein  
    24 Meadowbrook Road  
    Bedford, MA  01730

f.  James McGuire  
    6 Golfview Road  
    Windham, NH  03087  
    (603) 434-9945

g.  Michelina DeAngelis  
    255 Lexington Street  
    Woburn, MA  01801

h.  William Traveis  
    40 Susan Drive  
    Reading, MA  01867  
    (781) 781-944-5666

i.  Allison Dixon  
    40 Temi Road  
    Sandown, NH

j.  Ann Marie Porto  
    30 Donna Drive  
    Tewksbury, MA  01876  
    (978) 851-7926

k.  Nicholas Porto  
    30 Donna Drive  
    Tewksbury, MA 01876  
    (978) 851-7926

l.  SC  
    Eagleton School  
    446 Monterrey Road  
    Great Barrington, MA  01230  
    (413) 528-4385

m.  Elizabeth Stasio-Englehart  
    6 Arnold Lane  
    York, ME  03909  
    (207) 363-6917

n. Norman Tanguay, M.D.
Wilmington Pediatrics
500 Salem Street, Rt. 62
Wilmington, MA 01887
(978) 988-6200

o. Edward F. Dragan, Ed.D.
24 Arnett Avenue, Suite 102
Lambertville, NJ 08530
(609) 397-8989

p. Alexandria M. Weida, Ed.D
3 Skopelos Circle
Andover, MA 01810
(978) 474-9977

q. Bradford M. Smith, Ph.D.
Fifteen Muzzey Street
Lexington, MA 02421
(781) 862-0555

r. Joel Herskowitz, M.D.
Floating Hospital For Children
Department of Pediatrics
750 Washington Street
Boston, MA 02111
(617) 636-8375

s. Keeper of Records
Massachusetts Executive Office of
Health and Human Services
600 Washington Street
Boston, MA 02111
(617) 210-5391

t. Keeper of the Records
Children's Hospital
300 Longwood Avenue 02115
(617) 735-7919

u. Keeper of Records
Massachusetts General Hospital
121 Interbelt Road
Somerville, MA 02143
(617) 727-2361

v.  Keeper of Records
New England Medical Center
Floating Hospital For Children
750 Washington Street
Boston, MA  02111
(617) 636-5000

w.  Keeper of Records
Bournewood Hospital
300 South Street
Brookline, MA  01267
(617) 469-0300

x.  Keeper of Records
Dare Family Services
265 Medford Street
Somerville, MA  02143
(800) 592-0400

y.  Keeper of records
Department of Education
Office For Civil Rights
33 Arch Street, Suite 900
Boston, MA  02110
(617) 289-0111

z.  Keeper of Records
Department of Social Services
Lowell Area Office
325 Chelmsford Street
Lowell, MA  01851
(978) 970-0223

aa.  Keeper of Records
Tewksbury Public Safety
918 Main Street
Tewksbury, MA  01876
(978) 640-4381

bb.  Keeper of Records
Tewksbury School Department
139 Pleasant Street
Tewksbury, MA  01876
(978) 640-5000

4

2. <u>Witnesses Plaintiffs May Call if the Need Arises</u>:

   a. Cheryl Porcaro
      30 Mitchell Drive
      Tewksbury, MA 01876

   b. Carol Gallo
      Tewksbury School Department
      139 Pleasant Street
      Tewksbury, MA 01876
      (978) 640-5000

   c. Kara Buckley
      Address Unknown

   d. Sharon Moser
      13 Orchard Lane
      Chelmsford, MA 01824
      (978) 250-4732

   e. Maureen Pryjma, MSW, LICSW
      Eagleton School
      446 Monterrey Road
      Great Barrington, MA 01230
      (413) 528-4385

   f. Patricia Doherty, MSW, LICSW
      Eagleton School
      446 Monterrey Road
      Great Barrington, MA 01230
      (413) 528-4385

   g. Martina Laska, M.Ed.
      Director of Education
      Eagleton School
      446 Monterrey Road
      Great Barrington, MA 01230
      (413) 528-4385

   h. Reggie Silberberg, LICSW
      Tri City Mental Health Center
      173 Chelsea Street
      Everett, MA 02149
      (781) 388-6200

**B. Testimony by Means of Deposition**

       Plaintiff does not expect that witness testimony shall be presented by means of a deposition.

**C. Identification of Each Document or Exhibit**

1. Documents and Exhibits Plaintiffs Expect to Offer:

    a. Tewksbury Public School Records for SC including but not limited to academic, disciplinary and special education records, Individual Education Plans, Evaluations, Educational Assessments, Reports, Team Meeting Notes and Correspondence

    b. Tewksbury Public School Administrative Policies and Procedures including but not limited to School Handbooks and Sexual Harassment Policies

    c. Tewksbury Public School Records for RC including but not limited to academic, disciplinary and special education records, Individual Education Plans, Evaluations, Educational Assessments, Reports, Team Meeting Notes and Correspondence

    d. Memorandum from James K. McGuire to Dr. Christine McGrath to dated January 12, 2001

    e. Handwritten Interview Notes of Robert Ware

    f. Handwritten note of Allison Dixon dated October 23, 2001

    g. Letter from Michele F. DeAngelis, Ed.D., to Ann Marie and Nicholas Porto dated July 18, 2001

    h. Letter from Sally A. Gello, Mediator, Bureau of Special Education Appeals, to Ann Marie and Nicholas Porto dated February 28, 2001

    i. Board of Special Education Appeals Mediation Agreement dated March 19, 2001

    j. Lack of Probable Cause Finding from the Massachusetts Commission Against Discrimination dated April 22, 2003

    k. Eagleton School Records

    l. Tewksbury Public Safety Report dated January 12, 2001

m.  Letter from Virginia Casey Goscniak to Deborah I. Ecker dated February 21, 2002

n.  Department of Social Services Records regarding SC, including but not limited to, Child Abuse/Neglect Report dated March 18, 1999; Child Abuse/Neglect Report dated January 11, 2001; Child Abuse/Neglect Investigation dated January 12, 2001

o.  Evaluation of SC by Dr. Alexandria Weida

p.  Medical Records from New England Medical Center Floating Hospital For Children

q.  Medical Records from Massachusetts General Hospital

r.  Medical Records from Children's Hospital

s.  Medical Records from Bournewood Hospital

t.  Records from Dare Family Services, Inc., regarding Ann Marie Porto

u.  Massachusetts Department of Education Compliance Report dated June 19, 2002

v.  Memorandum from Loreen R. Bradley to Dr. Christine L. McGrath dated March 10, 1999

w.  Guardianship Documents for SC

x.  Medical Bills from Mass. Health

y.  Report of Edward F. Dragan, Ed.D.

z.  Curriculum Vitae of Edward F. Dragan, Ed.D.

aa. Department of Education Regulations

bb. Job Descriptions for Tewksbury School Personnel

cc. Curriculum Vitae of Julie Paris

dd. Curriculum Vitae of Alexandria M. Weida

ee. Schematic of Wynn Middle School

2. <u>Documents and Exhibits Plaintiff May Offer</u>:

    None at this time.

|  |  |
|---|---|
|  | Respectfully submitted, Plaintiffs By their Attorneys, |

/s/  Lynn A. Leonard                                     /s/  Anita B. Sullivan

_____        _____

Lynn A. Leonard                                              Anita B. Sullivan
Attorney-At-Law                                              Attorney-At-Law
527 Main Street, Suite 8                                  458 Main Street
Melrose, MA  02176                                       Wakefield, MA  01880
(781) 662-6161                                               (781) 224-0701
B.B.O. No. 561662                                         B.B.O. No. 628873

Dated:  September 1, 2005

8