UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 04 - 10003 PBS

| | |
|---|---|
| Ann Marie Porto and Nicholas Porto, Individually and on Behalf of S.C., a Minor Person with a Disability,<br>                  Plaintiff<br><br>vs.<br><br>Town of Tewksbury, et al | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' PRETRIAL DISCLOSURES PURSUANT TO RULE 26(A)(3) OF THE FEDERAL RULES OF CIVIL PROCEDURE

### A. Witnesses

1. Ann Marie Porto – Plaintiff

2. S. C. – Plaintiff

3. Cheryl D. Porcaro - Systemwide Team Chairperson
   Tewksbury Public Schools
   139 Pleasant Street
   Tewksbury, MA 01876

4. Christine L. McGrath - Superintendent of Schools
   Tewksbury Public Schools
   Center Street School
   139 Pleasant Street,
   Tewksbury, MA

5. James McGuire - Principal,
   Wynn Middle School, Griffin Way
   Tewksbury, MA

6. Loreen Bradley - Assistant Superintendent of Schools
   Tewksbury Public Schools
   Center Street School
   139 Pleasant Street
   Tewksbury, MA

7. Julie E. Bossdorf-Paris
   225 StonyBrook Road
   Fitchburg, MA 01420

8. Eleanor Edelstein – Tewksbury Public Schools

9. Robert Ware – Behavior Management Specialist,
   Wynn Middle School, Griffin Way
   Tewksbury, MA

10. William Traveis
    40 Susan Drive
    Reading, MA 01867-1239

11. Allison Dixon – New Hampshire

12. Kara Buckley- Tewksbury Public Schools

13. Sharon J. Moser
    John F. Ryan Elementary School
    135 Pleasant Street
    Tewksbury, MA

14. Carol Gallo

15. Jennifer A. Fiore

16. Kevin P. McCardle – Tewksbury Public Schools

17. Michelina DeAngelis - Director of Student Services
    Tewksbury Public Schools
    133 Rear North Street
    Tewksbury, MA 01876

B. The Defendants do not anticipate that they will present any witnesses by means of deposition.

C. **Defendants Exhibits**

1. Documents contained in Plaintiff's education file including, S.C.'s Individual Education Plans from first grade to the present as well as evaluation team meeting notes, notices of appeal and evaluations performed.

2. Evaluation reports written by Daniel M. Pilachowski, M.Div., M.A., MSW, LICSW

3. Memorandum dated March 10, 1999 to Dr. Christine L. McGrath from Loreen R. Bradley

4. Child Abuse/Neglect Report dated 3/8/99

5. Documents from Mediation held March 19, 2001 and letters sent to Ms. Porto prior to that date offering S. C. home tutoring.

6. Handwritten Note dated October 23, 2000 from Allison Dixon

7. Incident Report dated January 12, 2001 to Dr. Christine McGrath from James K. McGuire

8. Handwritten Note dated January 12, 2001 by Mr. Ware

9. John W. Wynn Middle School Student Handbook 2000-2001

10. Eagleton School documents, including Clinical ISP Reviews and Eagleton School Psychiatric Updates

11. Center For Family Development records for Ann Marie Porto

12. Center For Family Development records for S.C.

13. Concord Family and Youth Services records.

Respectfully submitted,
The Defendants,
**Town of Tewksbury, et al**
By their attorneys,


/s/ Leonard H. Kesten
Leonard H. Kesten, BBO# 542042
Deborah I. Ecker, BBO # 554623
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: September 1, 2005