UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 04 - 10003 PBS

Ann Marie Porto and Nicholas Porto,    )
Individually and on Behalf of S.C., a    )
Minor Person with a Disability,    )
     )
        Plaintiffs    )
     )
vs.    )
     )
Town of Tewksbury    )
     )
        Defendants    )

## DEFENDANTS' WITNESS LIST AND EXHIBIT LIST

### Defendants' Witness List

1.    <u>Witnesses Defendants Expect to Present</u>

    a.  Cheryl Porcaro
        Systemwide Team Chairperson
        Tewksbury Public Schools

2.    <u>Witnesses Defendants May Call if Necessary</u>

If necessary, the Defendants reserve the right to call those witnesses listed on the Plaintiffs' Witness List. In addition, the Defendants may call the following witness if necessary:

    a.  Kevin P. McCardle
        Tewksbury Public Schools

### Defendants' Exhibit List

The Defendants do not anticipate that they will be introducing any exhibits into evidence at this time. If necessary, the Defendants may use the following documents and/or introduce the following exhibits into evidence at trial:

1.    Evaluation Team Meeting Notes contained in S.C. education file from 1st grade through the present;

2.    S.C. Individual Education Plans from 1st grade through the present;

3.    Memorandum dated March 10, 1999 to Dr. McGrath from Loreen R. Bradley;

4.    Handwritten note by Allison Dixon dated October 23, 2000;

5.    Memorandum dated January 12, 2001 to Dr. McGrath from Mr. McGuire;

6.    Handwritten note by Robert Ware dated January 12, 2001;

7.    Letter dated June 12, 1997 to Mrs. Porto from Mariellen Nastasi, School Psychologist;

8.    Report of Daniel M. Pilackowski, LICSW dated February 26, 2004;

9.    Letter dated February 26, 2001 to Mr. and Mrs. Porto from, Cheryl Porcaro;

10.   Letter dated February 21, 2001 to Mr. and Mrs. Porto from Cheryl Porcaro;

11.   Board of Special Education Appeals Mediation Agreement dated March 19, 2001;

12.   Eagleton School Clinical ISP Reviews and Psychiatric Updates;

13.   Ann Marie Porto's records from the Center For Family Development;

14.   S.C. records from the Center For Family Development

Respectfully submitted,
The Defendants,
**Town of Tewksbury**
By their attorney,


/s/ Leonard H. Kesten
Leonard H. Kesten, BBO# 542042
Deborah I. Ecker, BBO # 554623
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

DATED: September 9, 2005