UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Ann Marie Porto and Nicholas Porto, Individually and on Behalf of SC, a Minor Person with a Disability<br><br>v.<br><br>Town of Tewksbury | )<br>)<br>)<br>)<br>) C.A. No. 04-CV10003-PBS<br>)<br>)<br>)<br>) |

### PLAINTIFF'S MOTION TO IMPOUND

   NOW comes counsel for the Plaintiffs and respectfully request this Honorable Court impound the Exhibits to the Motions in Limine and Impound Records produced pursuant to subpoena in order to allow Counsel the opportunity to redact the records according to Local Rule 5.3 and Rule 7.2.  As grounds therefore, Plaintiffs state the following:

1. Many of the records used as exhibits to the Motions in Limine are confidential counseling records.  The existence of a privilege is the issue for Motions in Limine.  Scanning the documents into the system would be a violation of privacy and unfair prejudice to the Parties until the issues can be addressed by the Court.

2. Numerous records have been subpoened by Plaintiffs (and potentially Defendants).  There are sensitive documents which refer to the minor Plaintiff by name.  Local Rule 5.3 (2) requires redaction of the name of a minor child.  Counsel will redact said documents before they are entered into the courts electronic system in order to preserve the privacy rights of the minor Plaintiff and his Guardians pursuant to Local Rule 5.3(B)

3. Further, Rule 5.3 refers to Local Rule 7.2 which allows the court to seal unredacted documents from the public, noting that the court may require the party to file a redacted copy for the public file.

   WHEREFORE, counsel requests this Honorable Court seal any unredacted exhibits pending the rulings on the Motions in Limine and seal records produced pursuant to subpoena until counsel has the opportunity to redact said records.

                                        Respectfully submitted,

                                        Plaintiffs
                                        By their Attorneys,

| /s/  Lynn A. Leonard | /s/  Anita B. Sullivan |
|---|---|
| Lynn A. Leonard | Anita B. Sullivan |
| Attorney-At-Law | Attorney-At-Law |
| 527 Main Street, Suite 8 | 458 Main Street |
| Melrose, MA  02176 | Wakefield, MA  01880 |
| (781) 662-6161 | (781) 224-0701 |
| B.B.O. No. 561662 | B.B.O. No. 628873 |

Dated:  September 9, 2005