UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| Ann Marie Porto and Nicholas Porto, Individually and on Behalf of SC, a Minor Person with a Disability<br><br>v.<br><br>Town of Tewksbury | )<br>)<br>)<br>)<br>) C.A. No. 04-CV10003-PBS<br>)<br>)<br>)<br>) |

**PLAINTIFF'S MOTION IN LIMINE**

Now Come Plaintiffs, by and through counsel, and move in limine to exclude portions of the following proffered records: (1) Eagleton Clinical ISP Reviews/Psychiatric Updates; (1) Report of Daniel M. Pilachowski ("Pilachowski"); (3) Center For Family Development; (3) Bournewood Hospital; (4) New England Medical Center; and (4) Wilmington Pediatrics; and (5) Report of Alexandria Weida. As grounds therefore, Plaintiffs state that the records are subject to the limitations set forth in Federal Rules of Evidence 412 and 802 set for in the attached Memorandum of Law, pursuant to Fed.R.Evid. 412, Plaintiffs seek to exclude the following information from the proffered records[1]:

---

[1] Defendant does not identify with specificity the records which it seeks to introduce. In the event there are records in addition to those identified herein which Defendant seeks to use for any purpose, Plaintiff requests that all references to prior sexual conduct be stricken from consideration pursuant the Rule 412. Plaintiff also reserves the right to make further objections.

1

**Eagleton School Clinical ISP Reviews (Exs. 1-10)**

| **Objection** | **Objectionable Material** |
|---|---|
| | **Dated 1/30/02 (Ex. 1)** |
| Rule 412 | Page 1, "…of the safe options group to address his sexually reactive behaviors…" "Steve is able to take responsibility for offending a younger female foster child whom his Aunt Ann Marie adopted . . ." " . . . because of the sexual abuse" |
| Hearsay | Page 1, "…but still can get argumentative with his aunt's biological and adopted children who are not fond of Steve because of the sexual abuse…" |
| | **Dated 3/21/02 (Ex. 2)** |
| Rule 412 | Page 2, "There was also an incident two years ago when Ann Marie's older daughter discovered Stephen sexually touching a seven-year-old foster girl in their home by putting objects into her vagina. Stephen and the girl claimed that this occurred one time and that they were playing doctor." "(Sissy didn't want him touching his younger brother)" "He will spend nights at his grandmothers because of his sexually inappropriate behaviors in the past." |
| Hearsay | Page 2, "The hospital felt he might have a mood disorder…" |
| | **Dated 5/2/02 (Ex. 3)** |
| Rule 412 | Page 1, "Ann Marie concedes that they do not like Stephen because of his past sexualized behaviors." |
| | **Dated 8/8/02 (Ex. 4)** |
| Hearsay | |

2

|  | Page 1, "In counseling Steve started to deal with the fact that his biological mother who was abusing alcohol and drugs while pregnant with him, does not want Stephen to ever live with them claiming that she is afraid of him and afraid of his sexually reactive behaviors with her younger son, Eddie."<br>"…he was so oppositional…"<br>"Stephen refused to sleep where he was told and instead snuck into the younger boy's bedroom, he sniffed markers, wrote gang slogans on trees, and kept hanging around an 11 year old girl saying she was his girlfriend despite Ann Marie's attempts to stop him." |
|---|---|
|  | **Dated 10/31/02 (Ex. 5)** |
| Rule 412 | Page 1, "Steven . . .was being inappropriate with a younger girl pretending to be her boyfriend etc."<br>"During this week's group, Steven honestly struggled with being honest about sexually abusing his foster sister who was eight at the time (Steve was 12). Steven became so overwhelmed with anger, and shame after being the speaker that he needed to leave the group and process his feelings with the AO and this clinician. |
| Hearsay | Page 1, "…compared to the visit before when Steve did not follow directions, was being inappropriate with a younger girl pretending to be her boyfriend, etc."<br>"There were a lot of family dynamics in both Ann Marie's household and his biological and his biological family's household that overwhelmed Steven and made him take revenge on Melinda who he say as a spoiled brat and was jealous of because she was adopted by Ann Marie and Nick and got everything she wanted" |
|  | **Dated 5/1/03 (Ex. 6)** |

3

| | |
|---|---|
| Rule 412 | Page 1, ". . . because of his past sexual behaviors and poor judgment this will never occur." <br> ". . . (the older sister of the girl he sexually touched) . . ." |
| Hearsay | Page 1, "…and gets the response that because of his past sexual behaviors and poor judgment this will never occur" |

**Dated 8/7/03 (Ex. 7)**

| | |
|---|---|
| Rule 412 | Page 1, "Ever since Steve gave the family and Melinda an apology letter for his sexual abuse of Melinda . . ." <br> "Steve has been participating in the Safe Options Group dealing with his offending behaviors since 10/02" <br> "When Steve is finished with the group next month, his risk factor will be evaluated by an outside sex offender evaluator as…" |

Dated 11/6/03 (Ex. 8)

| | |
|---|---|
| Rule 412 | Page 1, "He completed the Safe Options sexual offenders' group in September and dealt openly and honestly about his sexual offending behaviors. He met with the sexual offender evaluator on October 31." |

**Dated 1/29/04 (Ex. 10)**

| | |
|---|---|
| Rule 412 | Page 1, "Dan felt that we should continue to review relapse prevention . . ." |

### **Eagleton School Psychiatric Updates (Exs. 11-16)**

**Dated 2/12/02 (Ex. 11)**

4

| | |
|---|---|
| Hearsay | Page 2, "These evaluations continued to the point where it was felt that being in an unstructured setting placed him at risk for continued sexual behaviors that he could be easily talked into those and continue with those and in order to put a stop to the continued behaviors that might lead him to more inappropriate behaviors it was felt that being in a structured residential program where he could be supervised and directed more carefully would be helpful. |
| | Page 3, 'His cognitive limitations sometimes place him at risk for saying what he believes people are expecting without any good awareness of the understanding. The entire second paragraph which summarizes the results of "the psychometric testing" |
| | Page 4, "They clearly remain impaired and continue with a good deal of difficulties and it is clear from their taking care of another child…"through the end of the paragraph. |
| | **Dated 1/28/03 (Ex. 14)** |
| Rule 412 | Page 1, "His major difficulties that stem from the past have been his sexually reactive behaviors…" |
| | **Dated 6/17/03 (Ex. 14)** |
| Rule 412 | Page 1, " . . . and more help accepting responsibility for the abuse that took place with one of his adopted sisters." Page 2, "They are even trying to approach the older sister who was extremely upset over the issue that resulted in the loss of another foster child because of his sexualized behaviors." |
| | **Dated 10/28/03 (Ex. 15)** |

5

| | |
|---|---|
| Rule 412 | Page 1, "…as well as group for sexual offenders…" <br> "especially because of her experience with his abuse reactivity that she has to watch very carefully for." |
| | **Dated 3/9/04 (Ex. 16)** |
| Rule 412 | Page 1, "Even though a recent ASAP placed him /at low risk for re-offending . . ." <br> " . . . not re-engage in offending behavior." <br> " . . . offending behavior." |

### Report of Daniel M. Pilachowski Report (Ex. 17)

Dr. Pilachowski's Report dated February 26, 2004 and Addendum dated March 22, 2004 focus on SC's conduct toward his foster sister. Pursuant to Rule 412, Plaintiffs request the Report and Addendum be excluded in the entirety.[2]

### Medical Records, Dr. Normand Tanguay, Wilmington Pediatrics (Ex. 18)

| | |
|---|---|
| Hearsay | 6/30/98, "Mom also concerned because Stephen starting to act out sexually. He is interested in girls. He and a girl (9 year old in his class) were found hugging and kissing on the bus. Mom wishes counseling to address these issues." |
| Hearsay/ Rule 412 | 2/17/99, "Phone call from mom…" through the end of the note. |
| Hearsay | 1/11/01, "Mom called, Stephen acting out sexually in school" |
| Hearsay | 1/19/01, "She is concerned Stephen will act out sexually more" |

---

[2] Plaintiffs reserve the right to identify additional objections to portions of the record in the event that the Court rules the Pilachowski Report admissible.

6

| | |
|---|---|
| Hearsay/Opinion | 2/2/01, Letter to Kathleen Mulligan DMR, paragraphs 2 and 3 |

## Medical Records, Bournewood Hospital (Ex. 19)

| | |
|---|---|
| Hearsay/Rule 412 | Discharge Summary dated 12/27/01, Page 1, "Eagleton residential program for sexual abuse perpetrators." |
| Hearsay | Discharge Summary, dated 12/27/01, Page 2, "He was in 8th grade before being expelled due to sexual encounter with other student during school hours." |
| Hearsay/Rule 412 | Pre-Admission referral Form, dated 11/20/01, Page 1, psychiatric history, "found perpetrating sex with a male peer" |
| Hearsay/Rule 412 | Initial Intake Form, dated 11/20/01, Page 1, why are you seeking treatment at this time section, "Patient is expecting transition to a sexual abuser program…" |
| Hearsay/Rule 412 | Initial Intake Form, dated 11/20/01, Page 6, clinical formulation section, "and perpetrating history…" |
| Hearsay/Rule 412 | Initial Intake Form, dated 11/20/01, Page 6, provisional diagnosis section, axis IV, "…and perp history…" |
| Hearsay | notes, 11/26/01, "patient allegedly was in a sexual encounter with a male peer…", "…a residential program to address sexual abuse…" |
| Hearsay/Rule 412 | notes, 11/20/01 Evaluation, "..await transition to Eagleton Res. For sexual abuse perpetrators…", "…and harm to family members…", …after being discovered in sexual encounter with male peer Jan. 01…""…able to talk about own sexual history and contract for safety, "I didn't do anything at Charles River with four roommates" |

### Medical Records, New England Medical Center (Ex. 20)

| | |
|---|---|
| Hearsay | Initial Psychiatric Diagnostic Examination, dated 10/2/01, Page 3, disciplinary problems section, "was kicked out of school in Jan. 01 sexual act with male peer…" |
| Hearsay/Rule 412 | Initial Psychiatric Diagnostic Examination, dated 10/2/01, Page 3,does child share a room section, "sleeps in living room to keep him away from siblings concerns about inappropriate sexual behavior…" |
| Hearsay/Rule 412 | Initial Psychiatric Diagnostic Examination, dated 10/2/01, Page 6, section VII, "…Jan. 01 alleged consensual sexual activities with male peer over a couple of months" |
| Hearsay/Rule 412 | Initial Psychiatric Diagnostic Examination, dated 10/2/01,Page 6, section VII, "…patient has a history of abusing his younger female siblings sexually in the past…" |

### Center for Family Development for SC (Ex. 21)

| | |
|---|---|
| Rule 412 | Page 4, paragraph 1. "because fondled a child in their home." |
| Rule 412 | Page 5, paragraph 2. "Because he fondled his foster sister." |
| Rule 412 | Page 8, paragraph 1. "When Stephen engaged ... in their home." "for boys with ... inappropriate sexual behaviors." |
| Rule 412/Hearsay | Page 28, paragraph 1. " since the incident ... younger foster sister." "Which incident appears ... have been consensual." |
| Hearsay | Page 29, paragraph 1. "But Stephen understands ... go to jail." |

| | |
|---|---|
| Hearsay | Page 31, paragraph 1. "He has also ... student at school." |

### Center for Family Development for Ann Marie Porto (Ex. 22)

| | |
|---|---|
| Hearsay/Conclusion/Opinion | Page 19, paragraph 2. She chosen to ... problems at home". |
| Hearsay/Opinion | Page 20, paragraph 2. "However, she has ... relational problems." |
| Hearsay | Page 22, paragraph 1. "Ann Marie implying ... toward this daughter". "In which she ... blacked out briefly." |
| Hearsay | Page 22, paragraph 2. "Because of the ... reports and believes." |
| Hearsay | Page 25, paragraph 1. "It is possible ... for maternal empathy." Page 39, paragraph 1. "Sexualized behavior between Nick and Alissa." |
| Hearsay | Page 40, paragraph 4. "Who's concern about ... altercation with Nick." |
| Privileged (family sessions) | Page 44, paragraph 1 in the entirety. (2/24/03) |
| Privileged (family session) | Page 45, paragraph 1 in the entirety. (1/21/03) |
| Privileged (family sessions) | Page 46, paragraphs 1 and 2 in the entirety. (12/10/02) and (1/14/03) |
| Privileged (family sessions) | Page 47 in its entirety (11/12/02) and (11/26/02) |
| Privileged (family sessions) | Page 48 in its entirety. (10/15/02) and (10/29/02) |
| Privileged (family sessions) | Page 49 in its entirety. (9/24/02) |
| Privileged (family sessions) | Page 51, paragraph 1 in the entirety. (8/6/02) |
| Privileged (family sessions) | Page 52, paragraph 1 in the entirety. (7/9/02) |

| | |
|---|---|
| Privileged (family sessions) | Page 53, paragraph 1 in the entirety. (6/20/02) |
| Privileged (family sessions) | Page 54, paragraph 1 & 2, in the entirety. (6/6/02) and (6/11/02) |
| Privileged (family sessions) | Page 55, paragraph 1 in the entirety. (5/14/02) |
| Rule 412 | Page 56, bottom of page, "offender" (5/9/02) |

## Report of Alexandria M. Weida (Ex. 23)

Rule 412

        Pages 1-4, all references to "sexual offender" or "perpetrator"

        Page 1, "Further, SC states that several yeas ago, he was sexually inappropriate with a younger aged female foster child in the family home. He said he had inserted a small plastic toy into the child's vagina then withdrew it when she protested."

        Page 2, " . . . sexually inappropriate with a total of two children."

        Page 2, " . . . involved in this most recent episode of sexual acting out and a female foster child who reside din the family home."

        Page 2, "For example, he said the female whom he had been sexually inappropriate with was too young for such activity."

        Page 3,  " . . . with the two children . . . sexual offending behaviors"
" . . . sexual offending behaviors . . ."
" . . . with the two children with whom he was sexually inappropriate . . ."
 " . . . inappropriate sexual behaviors . . ."

        Page 4, " . . . sex offender . . ."

10

               " . . . sex offender treatment . . ."
                " . . . sexually acting out . . ."
               " . . . risk to victimize . . ."
               " . . . sexual acting out children . . ."
               " . . . two children with whom he has been sexually inappropriate."

               Respectfully submitted,

               Plaintiffs
               By their Attorneys,

/s/  Lynn A. Leonard         /s/   Anita B. Sullivan
_____    _____
Lynn A. Leonard          Anita B. Sullivan
Attorney-At-Law          Attorney-At-Law
527 Main Street, Suite 8       458 Main Street
Melrose, MA  02176        Wakefield, MA  01880
(781) 662-6161          (781) 224-0701
B.B.O. No. 561662         B.B.O. No. 628873

Dated:  September 9, 2005