UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Ann Marie Porto and Nicholas Porto,<br>Individually and on Behalf of SC,<br>a Minor Person with a Disability<br><br>v.<br><br>Town of Tewksbury | )<br>)<br>)<br>)<br>) C.A. No. 04-CV10003-PBS<br>)<br>)<br>)<br>) |

## PLAINTIFFS' WITNESS/EXHIBIT LIST

WITNESSES

    a. Dr. Christine McGrath, Superintendent

    b. Loreen Bradley, Assistant Superintendent

    c. Robert Ware

    d. Julie Paris

    e. Eleanor Edelstein

    f. James McGuire

    g. Kara Buckley

    h. William Traveis

    i. Allison Dixon

    j. Sharon Moser

    k. Ann Marie Porto

    l. Nicholas Porto

    m. SC

1

n. Elizabeth Stasio-Englehart

o. Norman Tanguay, M.D.

p. Edward F. Dragan, Ed.D.

q. Alexandria M. Weida, Ed.D

r. Bradford M. Smith, Ph.D.

s. Joel Herskowitz, M.D.

t. Martina Laska, M.Ed.

u. Keeper of Records
Massachusetts Executive Office of
Health and Human Services

u. Keeper of Records
New England Medical Center
Floating Hospital For Children

v. Keeper of Records
Bournewood Hospital

w. Keeper of Records
Dare Family Services

x. Keeper of records
Department of Education

y. Keeper of Records
Department of Social Services

z. Keeper of Records
Tewksbury Public Safety

aa. Keeper of Records
Tewksbury School Department

**Witnesses who may be called subject to Rulings on Motions in Limine:**

bb. Maureen Pryjma, MSW, LICSW

    cc.  Patricia Doherty, MSW, LICSW

    dd.  Philip J. Pryjma. M.D.

EXHIBITS

    a.  Tewksbury Public School Records for SC including but not limited to academic, disciplinary and special education records, Individual Education Plans, Evaluations, Educational Assessments, Reports, Team Meeting Notes and Correspondence

    b.  Tewksbury Public School Administrative Policies and Procedures including but not limited to School Handbooks and Sexual Harassment Policies

    c.  Tewksbury Public School Records for RC including but not limited to academic, disciplinary and special education records, Individual Education Plans, Evaluations, Educational Assessments, Reports, Team Meeting Notes and Correspondence

    d.  Memorandum from James K. McGuire to Dr. Christine McGrath to dated January 12, 2001

    e.  Handwritten Interview Notes of Robert Ware

    f.  Handwritten note of Allison Dixon dated October 23, 2001

    g.  Letter from Michele F. DeAngelis, Ed.D., to Ann Marie and Nicholas Porto dated July 18, 2001

    h.  Letter from Sally A. Gello, Mediator, Bureau of Special Education Appeals, to Ann Marie and Nicholas Porto dated February 28, 2001

    i.  Board of Special Education Appeals Mediation Agreement dated March 19, 2001

    j.  Lack of Probable Cause Finding from the Massachusetts Commission Against Discrimination dated April 22, 2003

    k.  Eagleton School Records

    l.  Tewksbury Public Safety Report dated January 12, 2001

    m.  Letter from Virginia Casey Goscniak to Deborah I. Ecker dated February 21, 2002

n.  Department of Social Services Records regarding SC, including but not limited to, Child Abuse/Neglect Report dated March 18, 1999; Child Abuse/Neglect Report dated January 11, 2001; Child Abuse/Neglect Investigation dated January 12, 2001

o.  Evaluation of SC by Dr. Alexandria Weida

p.  Medical Records from New England Medical Center Floating Hospital For Children

q.  Medical Records from Massachusetts General Hospital

r.  Medical Records from Children's Hospital

s.  Medical Records from Bournewood Hospital

t.  Records from Dare Family Services, Inc., regarding Ann Marie Porto

u.  Massachusetts Department of Education Compliance Report dated June 19, 2002

v.  Memorandum from Loreen R. Bradley to Dr. Christine L. McGrath dated March 10, 1999

w.  Guardianship Documents for SC

x.  Medical Bills from Mass. Health

y.  Report of Edward F. Dragan, Ed.D.

z.  Curriculum Vitae of Edward F. Dragan, Ed.D.

aa. Department of Education Regulations

bb. Job Descriptions for Tewksbury School Personnel

cc. Curriculum Vitae of Julie Paris

dd. Curriculum Vitae of Alexandria M. Weida

ee. Schematic of Wynn Middle School

                                                                                Respectfully submitted,
                                                                                Plaintiffs

|  | By their Attorneys, |
|---|---|
| /s/  Lynn A. Leonard | /s/  Anita B. Sullivan |
| _____ | _____ |
| Lynn A. Leonard | Anita B. Sullivan |
| Attorney-At-Law | Attorney-At-Law |
| 527 Main Street, Suite 8 | 458 Main Street |
| Melrose, MA  02176 | Wakefield, MA  01880 |
| (781) 662-6161 | (781) 224-0701 |
| B.B.O. No. 561662 | B.B.O. No. 628873 |

Dated:  September 9, 2005