UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| Ann Marie Porto and Nicholas Porto, Individually and on Behalf of SC, a Minor Person with a Disability <br><br> v. <br><br> Town of Tewksbury | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 04-CV10003-PBS <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE**
**EVIDENCE OF CONSENT TO SEXUAL CONDUCT**

Now Come Plaintiffs, by and through counsel, and move in limine to exclude evidence regarding SC's alleged consent to sexual conduct. As grounds for this motion, Plaintiffs state the following:

1. Defendant has asserted a defense to Plaintiff's Title IX claim that S.C. welcomed sexual conduct.

2. On June 17, 2005, this Court issued an Order stating that "SC was too young for a finding of genuine welcomeness," citing Mary M. v. N. Lawrence Cmty. Sch. Corp., 131 F.3d 1220, 1225 (7th cir. 1997). ("Welcomeness is an improper inquiry to be made in Title IX cases involving sexual discrimination of [kindergarten through eighth grade] children."); Dept. of Ed., Office of Civil rights, Sexual Harassment guidance: Harassment of Students by school Employees, Other Students, or Third parties, 62 Fed. Reg. 12,034, 12, 040 (March 13, 1997 ("If younger children are involved, it may be necessary to determine the degree to which they are able to recognize that certain sexual conduct is conduct to which they can or should reasonably object and the degree to which they can articulate an objection.") Moreover, SC has delayed cognitive abilities that place his capacity to consent further in doubt."

3. Based upon the foregoing, evidence regarding alleged consent to sexual conduct has no probative value. The prejudice that would result to the Plaintiff is substantial.

2

      Wherefore, Plaintiffs respectfully request that this Court preclude all evidence regarding SC's alleged consent to sexual conduct.

                                        Respectfully submitted,

                                        Plaintiffs
                                        By their Attorneys,

| /s/  Lynn A. Leonard | /s/  Anita B. Sullivan |
|---|---|
| Lynn A. Leonard | Anita B. Sullivan |
| Attorney-At-Law | Attorney-At-Law |
| 527 Main Street, Suite 8 | 458 Main Street |
| Melrose, MA  02176 | Wakefield, MA  01880 |
| (781) 662-6161 | (781) 224-0701 |
| B.B.O. No. 561662 | B.B.O. No. 628873 |

Dated:  September 9, 2005