UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Ann Marie Porto and Nicholas Porto,<br>Individually and on Behalf of SC,<br>a Minor Person with a Disability<br><br>v.<br><br>Town of Tewksbury | )<br>)<br>)<br>)<br>) C.A. No. 04-CV10003-PBS<br>)<br>)<br>)<br>) |

**PLAINTIFF'S MOTION FOR ORDER TO EXAMINE TEWKSBURY WITNESSES AS ADVERSE PARTIES**

    NOW comes the Plaintiffs and respectfully move this Honorable Court to allow Counsel for the Plaintiff to examine the Tewksbury defendants as adverse parties pursuant to the Federal Rules of Evidence Rule 611(c) regarding the Mode and Order of Interrogation and Presentation. This section specifically identifies that adverse parties may be examined with leading questions: "(c) Leading questions. Leading questions should not be used on the direct examination of a witness except as may be necessary to develop the witness' testimony. Ordinarily leading questions should be permitted on cross-examination. When a party calls a hostile witness, an adverse party, or a witness identified with an adverse party, interrogation may be by leading questions."

    Counsel identifies the following witnesses as adverse parties:

        James McGuire
        Robert Ware
        Eleanor Edelstein
        Sharon Moser
        Julie Paris
        Dr. Christine McGrath
        Dr. Michelina DeAngelis
        Cheryl Porcaro
        William Traveis
        Allison Dixon
        Lorena Bradley

    WHEREFORE counsel requests a ruling to examine adverse Parties with leading questions pursuant to Fed.R.Evid. 611(c).

                                                Respectfully submitted,

                                                Plaintiffs
                                                By their Attorneys,

| /s/ Lynn A. Leonard | /s/ Anita B. Sullivan |
|---|---|
| Lynn A. Leonard | Anita B. Sullivan |
| Attorney-At-Law | Attorney-At-Law |
| 527 Main Street, Suite 8 | 458 Main Street |
| Melrose, MA 02176 | Wakefield, MA 01880 |
| (781) 662-6161 | (781) 224-0701 |
| B.B.O. No. 561662 | B.B.O. No. 628873 |

Dated: September 9, 2005