UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Ann Marie Porto and Nicholas Porto, Individually and on Behalf of SC, a Minor Person with a Disability<br><br>v.<br><br>Town of Tewksbury | )<br>)<br>)<br>)<br>) C.A. No. 04-CV10003-PBS<br>)<br>)<br>)<br>) |

**PLAINTIFF'S OBJECTIONS TO
DEFENDANT'S PRE-TRIAL DISLOSURES**

Plaintiffs object to nonspecific descriptions of Defendant's exhibits.  Plaintiffs request that Defendant identify all exhibits with specificity by the date of the pre-trial conference and further reserve the right to submit motions in limine on any previously unidentified documents.

Respectfully submitted,

Plaintiffs
By their Attorneys,

/s/  Lynn A. Leonard                         /s/  Anita B. Sullivan
_____     _____
Lynn A. Leonard                              Anita B. Sullivan
Attorney-At-Law                              Attorney-At-Law
527 Main Street, Suite 8                  458 Main Street
Melrose, MA  02176                       Wakefield, MA  01880
(781) 662-6161                               (781) 224-0701
B.B.O. No. 561662                         B.B.O. No. 628873

Dated:  September 9, 2005