UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____ )
                                          )
Ann Marie Porto and Nicholas Porto,       )
Individually and on Behalf of SC,         )
a Minor Person with a Disability          )
                                          )  C.A. No. 04-CV10003-PBS
v.                                        )
                                          )
Town of Tewksbury                         )
_____ )

**PLAINTIFF'S DEPOSITION DESIGNATIONS**

Plaintiffs do not intend to present witness testimony by means of a deposition.

                                    Respectfully submitted,

                                    Plaintiffs
                                    By their Attorneys,


/s/  Lynn A. Leonard                /s/  Anita B. Sullivan
_____             _____
Lynn A. Leonard                     Anita B. Sullivan
Attorney-At-Law                     Attorney-At-Law
527 Main Street, Suite 8            458 Main Street
Melrose, MA  02176                  Wakefield, MA  01880
(781) 662-6161                      (781) 224-0701
B.B.O. No. 561662                   B.B.O. No. 628873

Dated:  September 9, 2005