UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Ann Marie Porto and Nicholas Porto,<br>Individually and on Behalf of SC,<br>a Minor Person with a Disability<br><br>v.<br><br>Town of Tewksbury | )<br>)<br>)<br>)<br>) C.A. No. 04-CV10003-PBS<br>)<br>)<br>)<br>) |

**ASSENTED TO MOTION TO ENLARGE TIME FOR FILING OF PLAINTIFF'S PROPOSED JURY INSTRUCTIONS AND VOIRE DIRE**

NOW come the Plaintiffs, by and through counsel, and respectfully request that this Honorable Court allow Plaintiffs' Motion for Leave of Court to Enlarge Time for Filing Proposed Jury Instructions and Voire Dire until Monday, September 12, 2005.  In support of this Motion, Plaintiff's counsel Attorney Lynn A. Leonard states that she had an unexpected death in the family.  Defendant's counsel assents to this request poses no harm or prejudice.

WHEREFORE, Plaintiffs request that this Court allow their Motion for Leave of Court to Enlarge Time for Filing Proposed Jury Instructions and Voire Dire until Monday, September 12, 2005.

2

                                          Respectfully submitted,

                                          Plaintiffs
                                          By their Attorneys,

| /s/  Lynn A. Leonard | /s/   Anita B. Sullivan |
|---|---|
| Lynn A. Leonard | Anita B. Sullivan |
| Attorney-At-Law | Attorney-At-Law |
| 527 Main Street, Suite 8 | 458 Main Street |
| Melrose, MA  02176 | Wakefield, MA  01880 |
| (781) 662-6161 | (781) 224-0701 |
| B.B.O. No. 561662 | B.B.O. No. 628873 |

Dated:  September 9, 2005