UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Ann Marie Porto and Nicholas Porto,<br>Individually and on Behalf of SC,<br>a Minor Person with a Disability<br><br>v.<br><br>Town of Tewksbury | )<br>)<br>)<br>)<br>) C.A. No. 04-CV10003-PBS<br>)<br>)<br>)<br>) |

## PLAINTIFF'S DEPOSITION DESIGNATIONS

Plaintiffs do not intend to present witness testimony by means of a deposition.

                                          Respectfully submitted,

                                          Plaintiffs
                                          By their Attorneys,

| | |
|---|---|
| /s/  Lynn A. Leonard | /s/   Anita B. Sullivan |
| _____ | _____ |
| Lynn A. Leonard | Anita B. Sullivan |
| Attorney-At-Law | Attorney-At-Law |
| 527 Main Street, Suite 8 | 458 Main Street |
| Melrose, MA  02176 | Wakefield, MA  01880 |
| (781) 662-6161 | (781) 224-0701 |
| B.B.O. No. 561662 | B.B.O. No. 628873 |

Dated:  September 9, 2005