UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Ann Marie Porto and Nicholas Porto,<br>Individually and on Behalf of SC,<br>a Minor Person with a Disability<br><br>v.<br><br>Town of Tewksbury | )<br>)<br>)<br>)<br>) C.A. No. 04-CV10003-PBS<br>)<br>)<br>)<br>) |

**I.    Succinct Statement Summarizing Principal Claims and Defenses to be Read to Venire**

     This is a civil claim in which the Plaintiff SC, a public school student with a disability seeks compensatory and punitive damages for the trauma and losses he suffered due to years of sexual harassment at the hands of a fellow student while attending programs in Tewksbury Pubic Schools.  SC has stated federal claims under Title IX and the Americans with Disabilities Act as well as state claims under the Massachusetts Torts Claims Act and anti-discrimination statute.  SC was placed, by agreement between Ann Marie and Nicholas Porto and Tewksbury in a residential treatment program where SC remains to date.

     SC's long time legal guardians, Ann Marie Porto and Nicholas Porto, have lost the enjoyment of having SC in their care and have suffered emotionally as a result of defendant Town of Tewksbury's conduct.

     Tewksbury denies that it violated SC's rights and alleges that at all times they acted to maintain SC's safety.  In addition, they allege they responded reasonably to circumstances when sexual harassment was identified to them and continued to maintain SC's safety.  Tewksbury further contends they have complied with all requirements to inform and reasonably investigate any claims of harassment.

**II.     Proposed Voire Dire Questions**

1. Do you have children who attend or have attended public school?
2. Do you have any family members or acquaintances with cognitive limitations?
3. Have you ever been the victim of sexual harassment or sexual assault?
4. Is there any member of the jury who, based on the summary of facts presented, feels they cannot impartially assess the credibility of a person with cognitive limitations?

5. Is there any member of the jury who is unable to render a fair and impartial verdict based on the summary of facts presented?
6. Does any member of the jury have a spouse or family member who is a teacher or employed by a school system?

Respectfully submitted,

Plaintiffs
By their Attorneys,

/s/  Lynn A. Leonard                          /s/  Anita B. Sullivan
_____       _____
Lynn A. Leonard                               Anita B. Sullivan
Attorney-At-Law                               Attorney-At-Law
527 Main Street, Suite 8                   458 Main Street
Melrose, MA  02176                        Wakefield, MA  01880
(781) 662-6161                                (781) 224-0701
B.B.O. No. 561662                          B.B.O. No. 628873

Dated:  September 12, 2005