UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Ann Marie Porto, et al
        Plaintiffs,                        CIVIL ACTION
                                              NO.  04-10003-PBS
    v.

Town of Tewksbury, et al
        Defendants.


## NOTICE OF RESCHEDULED FINAL PRETRIAL CONFERENCE

SARIS, U.S.D.J.                                                                September 14, 2005

      The Final Pretrial Conference previously scheduled for September 22, 2005, has been **rescheduled** to **September 21, 2005, at 11:00 a.m.**

                                                                      By the Court,


                                                                      /s/ Robert C. Alba
                                                                    Robert Clerk


Copies to:  All Counsel


resched.ntc