UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 04 - 10003 PBS

| | |
|---|---|
| Ann Marie Porto and Nicholas Porto, Individually and on Behalf of S.C., a Minor Person with a Disability, </br></br>Plaintiffs </br></br> vs. </br></br> Town of Tewksbury </br></br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

### DEFENDANT'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF STATEMENTS MADE BY R.C. OR HIS PARENTS REGARDING HIS SEXUAL HISTORY

This case arises out of sexual conduct between the plaintiff S.C. and a fellow student, R.C. During discovery, the plaintiff Ann Marie Porto testified regarding certain information about the sexual behavior history of R.C. that she claims she learned from R.C.'s mother. However, the plaintiffs do not intend to call any percipient witness to R.C.'s sexual history. Accordingly, any evidence of R.C.'s sexual behavior with persons other than S.C. introduced through the testimony of Ms. Porto is hearsay.

Wherefore, the defendants ask this court to order that the plaintiffs and their counsel do not refer in any way to information regarding the sexual history of R.C. obtained through hearsay statements.

>Respectfully submitted,
>The Defendants,
>**Town of Tewksbury**
>By their attorney,
>
>
>/s/ Leonard H. Kesten
>Leonard H. Kesten, BBO# 542042
>Deborah I. Ecker, BBO # 554623
>BRODY, HARDOON, PERKINS & KESTEN, LLP
>One Exeter Plaza
>Boston, MA 02116
>(617) 880-7100

DATED: September 16, 2005