UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 04 - 10003 PBS

| | |
|---|---|
| Ann Marie Porto and Nicholas Porto, Individually and on Behalf of S.C., a Minor Person with a Disability,<br><br>Plaintiffs<br><br>vs.<br><br>Town of Tewksbury<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR ORDER TO EXAMINE TEWKSBURY WITNESSES AS ADVERSE PARTIES**

The Defendant hereby opposes the Plaintiffs' Motion For Order To Examine Tewksbury Witnesses As Adverse Parties at trial. As grounds therefore, the Defendants admit that the eleven witnesses listed by the Plaintiffs in their Motion had been defendants in this case prior to the Plaintiffs dismissing them as parties to this lawsuit. The Defendants further admit that all eleven of the individuals listed are or were employees of the Defendant. The Defendant opposes the Plaintiff's motion for an order to examine the witnesses listed as adverse parties as the individuals are not party opponents at this trial. If the Plaintiff calls any of these individuals to the stand during her case, she should not be allowed to ask leading questions.

Wherefore, the Defendant hereby opposes the Plaintiffs' Motion For Order to Examine Tewksbury Witnesses As Adverse Parties.

1

Respectfully submitted,
The Defendants,
**Town of Tewksbury**
By their attorney,


/s/ Leonard H. Kesten
Leonard H. Kesten, BBO# 542042
Deborah I. Ecker, BBO # 554623
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

DATED: September 16, 2005