UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 04 - 10003 PBS

| | |
|---|---|
| Ann Marie Porto and Nicholas Porto, Individually and on Behalf of S.C., a Minor Person with a Disability, <br><br> Plaintiffs <br><br> vs. <br><br> Town of Tewksbury <br><br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**DEFENDANT'S LIMITED OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE TO PRECLUDE CHARACTERIZATION OF PLAINTIFF AS A SEXUAL OFFENDER OR PERPETRATOR**

The Plaintiffs have filed a motion in limine to preclude the Defendant from any direct or indirect reference that in any way characterizes the Plaintiff S.C. as a sexual offender or predator because they "believe" that the Defendants will "attempt to characterize the student S.C. as a sexual predator or sexual offender". However, the plaintiff's theory of this case is that S.C.'s sexual partner, a fellow student, was the instigator of sexual behavior between the two children. However, there is ample evidence in this case which may suggest to the finder of fact that it was S.C. who was the instigator of sexual behavior with the other student and with at least one other child much younger than himself. The issue of who was the "sexual harasser" in this case is quite important. Accordingly, the Defendants are entitled to introduce relevant evidence regarding the sexual contact alleged in this case and make whatever characterizations which may result form such evidence as appropriate.

1

Wherefore, the Defendants request that this motion be denied.

>Respectfully submitted,
>The Defendants,
>**Town of Tewksbury**
>By their attorney,
>
>/s/ Leonard H. Kesten
>Leonard H. Kesten, BBO# 542042
>Deborah I. Ecker, BBO # 554623
>BRODY, HARDOON, PERKINS & KESTEN, LLP
>One Exeter Plaza
>Boston, MA 02116
>(617) 880-7100

DATED: September 16, 2005