ORIGINAL

1          UNITED STATES DISTRICT COURT

2            DISTRICT OF MASSACHUSETTS

3

    C.A. NO. 04-10003-PBS
4

5   - - - - - - - - - - - - - - - - - -
                                        -
6   ANN MARIE PORTO and NICHOLAS PORTO, -
    Individually and on Behalf of SC,   -
    a Minor Person with a Disability,   -
7              Plaintiffs               -
                                        -
8       -VS-                            -
                                        -
9   THE TOWN OF TEWKSBURY, ET AL.,      -
               Defendants               -
10  - - - - - - - - - - - - - - - - - -  -

11

12

13          DEPOSITION OF STEPHEN COLON

14

15       Deposition taken at the law offices

16  of Brody, Hardoon, Perkins & Kesten, One Exeter

17  Plaza, 12th Floor, Boston, Massachusetts,

18  on Monday, February 14, 2005, commencing

19  at 10:25 a.m.

20

21

22

        DUNN & GOUDREAU COURT REPORTING SERVICE, INC.
23      ONE STATE STREET, BOSTON, MASSACHUSETTS 02109
                      617-742-6900
24

1    APPEARANCES:

2

3    For the Plaintiffs:

4         LYNN A. LEONARD, ESQ.
          527 Main Street, Suite 8
5         Melrose, Massachusetts  02176
     and
6         ANITA B. SULLIVAN, ESQ.
          458 Main Street
7         Wakefield, Massachusetts  01880

8

9    For the Defendants:

10        Brody, Hardoon, Perkins & Kesten
          By DEBORAH I. ECKER, ESQ.
11        One Exeter Plaza, 12th Floor
          Boston, Massachusetts 02116
12

13   Also Present:  Ann Marie Porto, Cheryl Porcaro,
     Robert Ware
14

15   Court Reporter:  Anne F. Penn, C.S.R., R.P.R.

16                      - - - -

17

18

19

20

21

22

23

24

1                          I N D E X

2      WITNESS                                PAGE

3      STEPHEN COLON

4

5      Examination by Ms. Ecker                 4

6      Examination by Ms. Sullivan            112

7

8

9                        E X H I B I T S

10

       FOR
11     IDENTIFICATION          DESCRIPTION      PAGE

12          1          Affidavit              108

13

14     (Exhibits retained by Ms. Ecker.)

15

16

17

18

19

20

21

22

23

24

1                          P-R-O-C-E-E-D-I-N-G-S

2                              STEPHEN COLON

3            having been duly sworn, was deposed and

4            testified as follows:

5                          E-X-A-M-I-N-A-T-I-O-N

6            BY MS. ECKER:

7   Q    Good morning, Stephen.  My name is Deborah Ecker,

8        and I represent the Town of Tewksbury.  You're

9        here today to take your deposition.  Do you know

10       what a deposition is?

11  A    Answer some questions.

12  Q    Okay.  And the stenographer who is here is going

13       to take down everything that you say.

14  A    And write it on the computer.

15  Q    Very good, that's right.  And you saw that she

16       just put you under oath?

17  A    Uh-hum.

18  Q    Do you know what that means?

19  A    (Shakes head.)

20  Q    Okay.  Do you know what it means to tell the

21       truth?

22  A    Yah.

23  Q    Okay.  What does it mean to tell the truth?

24  A    The whole truth, so if you have something that you

1       didn't come forth with, then you've got to be

2       lying.

3   Q   Okay.  So when she put you under oath, it meant

4       that you swore to tell the truth, okay?

5   A   (Nods head.)

6   Q   The other thing about this deposition is you have

7       to verbalize all your answers, you have to speak

8       your answers.

9   A   (Nods head.)

10  Q   You can't shake your head.

11  A   All right.

12  Q   If at any time you don't understand anything that

13      I ask you, make sure that you let me know, do you

14      understand that?

15  A   Okay, yah.

16  Q   Okay.  You can see I have two individuals with me

17      today, have you ever met them before?

18  A   Yah.

19  Q   Okay.  Do you know who the woman is who is sitting

20      next to me?

21  A   No.

22  Q   Do you know where you've seen her?

23  A   Yah, Tewksbury High School meeting.

24  Q   Okay.  What type of meeting have you seen her in?

1  Q    When you would get on the bus in the morning in

2       the 5th grade, who was already on the bus?

3  A    Richard.

4  Q    And nobody else?

5  A    No.

6  Q    Okay.  So you were the second person to be picked

7       up?

8  A    Yah.

9  Q    Okay.  And when you got off the bus in the

10      afternoon, was Richard the only one there?

11 A    No.

12 Q    Okay.  Who else was there?

13 A    First we would drop off Jen, Sierra, Richard, the

14      little slow girl, and then me.

15 Q    Okay.  So you were the last to get dropped off?

16 A    Yah.

17 Q    And do you know the name of your bus driver in 5th

18      grade?

19 A    John -- well, I had two other bus drivers.

20 Q    In the 5th grade?

21 A    Yah.

22 Q    What were their names?

23 A    It was John, Don, Jim or Greg, something like

24      that, and a lady.

1  Q    Okay.  Did you like the bus drivers?

2  A    Not John or the other guy.

3  Q    Okay.  Why didn't you like John?

4  A    He would always have a bad attitude.

5  Q    Okay.  Would he say something to you -- I

6       hurt my shoulder, I'm sorry -- that he had a bad

7       attitude?

8  A    He would always give me a look like I did

9       something wrong or something.

10 Q    Did you ever ask him why he gave you that look?

11 A    No.

12 Q    Okay.  In the 5th grade, did you ever get in

13      fights with anybody?

14 A    Yah.

15 Q    Who did you get in fights with?

16 A    These couple of boys.

17 Q    Were the boys on the bus or the boys in the

18      school?

19 A    In the school.

20 Q    Okay.  Were they in your classroom?

21 A    Yah.

22 Q    Do you know their names?

23 A    Brian and Austin.

24 Q    Were those same boys in your classroom in the 7th

1           grade?

2   A       No, they were still in the Ryan.

3   Q       They were still in the Ryan?

4   A       Yah.

5   Q       Okay.  And what did you fight with them about?

6   A       They would just call me sped, retarded and

7           everything else.

8   Q       Okay.  So when you fought, did you yell at them,

9           did you hit them?

10  A       I punched them in the face.

11  Q       Okay.  Do you remember which one you punched in

12          the face?

13  A       Brian.

14  Q       Okay.  Was that the first time you ever punched

15          anybody in the face at school?

16  A       Yah.

17  Q       Did you get in trouble because of it?

18  A       Yah.

19  Q       Okay.  Who got you in trouble?

20  A       A bunch of his friends lied that I started the

21          fight, and I got a detention, he didn't.

22  Q       Okay.  Who gave you a detention, do you remember

23          the teacher?

24  A       No.

1 Q    No?  Was it a male, man or a woman?

2 A    It was a woman.

3 Q    Okay.  And what did you have to do for detention?

4 A    I had to sit -- I had a choice, I had to sit and

5      be quiet; or it was around Christmas time, so she

6      says that you can sit quietly or you can put the

7      presents right near the door for the people to

8      pick up for the homeless people; and so --

9 Q    Which did you chose?

10 A    I chose to help with the presents.

11 Q    Was that the only time you received a detention?

12 A    No, I received several detentions.

13 Q    Okay.  When is the first time you got a detention?

14 A    Ryan, Ryan School.

15 Q    Okay.  What grade were you in?

16 A    6th.

17 Q    And why did you get a detention?

18 A    Richard was -- me, Anthony and Chad and Dan, we

19      were walking around and talking.  Richard came up

20      behind me and started grabbing my butt.  I told

21      him stop it, just please stop.  And he kept it up.

22         And my friends were saying you won't get in

23      trouble, we'll help you.  And so he kept on doing

24      it, and I just said that's enough, so I took my

```
 1        elbow and punched, elbowed him in the nose and
 2        made it bleed.
 3   Q    Okay.  Was there a teacher there?
 4   A    Uh-hum.
 5   Q    What teacher was there?
 6   A    I believe Miss Whitehead.
 7   Q    Was Miss Whitehead your teacher?
 8   A    No, she was the aide for recess.
 9   Q    Okay.  And how many kids were around, just your
10        friends and Richard?
11   A    My friends and the whole campus surrounded like a
12        circle.  And I just punched him right in his nose.
13   Q    And was Miss Whitehead there when you punched him?
14        Did she see it?
15   A    Well, she didn't see me punch him, but I punched
16        him, and then after that she came down and said
17        let's go, Steve.
18   Q    And did you tell Miss Whitehead what happened?
19   A    Yah, I told her that he kept on bothering me, and
20        my friends told him to stop, I did too.  I told
21        him plenty of times nicely and kindly to tell him
22        to stop it.  He kept it up, so I punched him.
23   Q    Okay.  What did you tell Miss Whitehead that
24        Richard was bothering you about?
```

1   A   He was grabbing my butt.

2   Q   What else did you tell her?

3   A   That was it.

4   Q   That was it?

5   A   (Nods head.)

6   Q   And what happened to you?

7   A   I got detention.

8   Q   What did you have to do?

9   A   I had to sit in detention quietly.

10  Q   Okay.  Who was there?  Was there another teacher

11      when you sat in detention?

12  A   I believe so.

13  Q   Do you know who it was?

14  A   No.

15  Q   Were there other kids there who also got

16      detention?

17  A   Two other guys.

18  Q   Do you know their names?

19  A   No.

20  Q   When you got detention, was it after school that

21      you had to sit?

22  A   Yah.

23  Q   Okay.  So how did you get home then since you

24      missed your bus?

1  A    Uhm, well, I had another time of detention too; so

2       I went home, I told my mom, mom, I'll be in

3       detention on Thursday so do you think you can pick

4       me up.

5  Q    So you didn't have to do detention right away?

6  A    No, I did detention the first time, and then I had

7       to do another one; so and then Thursday came, I

8       was sitting down, and I asked my mom if she could

9       pick me up on Thursday, and she said yah.

10 Q    Okay.  Did you tell your mom you had all these

11      detentions?

12 A    Uh-hum.

13 Q    What did you tell her about them?

14 A    I told her that I punched Richard in the face.

15 Q    Okay.  What were the other detentions for?

16 A    The other detentions were that I punched Brian in

17      the face.

18 Q    Why did you punch Brian in the face?

19 A    Because he was calling me retard and all those

20      type of things.

21 Q    Okay.  Did you punch anybody else?

22 A    (No response.)

23 Q    Are those the only two detentions that you had?

24 A    Yah.

1    Q    Yah, that's it?

2    A    Yah.

3    Q    Okay.  And were those both in the same grade?

4    A    I believe so.

5    Q    Okay.  Did you ever get in trouble when you didn't

6         get detention any other time when you were in the

7         Tewksbury school?

8    A    Yah.

9    Q    Okay.  What did you get in trouble for?

10   A    Well, there was these bullies bullying me around

11        and calling me all sorts of names, so I picked up

12        a stick and a rock and started throwing it at

13        them.

14   Q    Do you remember what grade you were in when you

15        did that?

16   A    I was in the Heathbrook.

17   Q    Do you know what grade?

18   A    Around 5th.

19   Q    Was there a teacher around when you did that?

20   A    No, all the teachers was up on the hill because

21        they -- you come from the hill down, and they were

22        talking to each other.  They don't pay attention.

23   Q    Do you know who those teachers were?

24   A    No.

```
 1   Q    Okay.  Do you know who your teacher was in first
 2        grade?
 3   A    Mrs. Mason.
 4   Q    What about the second grade?
 5   A    Ms. Mason.
 6   Q    Were those teachers there when you threw the stick
 7        and rock?
 8   A    No, they were still teaching.
 9   Q    Okay.  So you had other people look at you at the
10        playground and watch you?
11   A    Yah, but they were talking to amongst other staff
12        that was watching us.  It was like a mixed group
13        of the aides, guides and ladies.
14   Q    Okay.  So when you threw the stick and rock, do
15        you know who you threw it at?  Do you know the
16        names of the kids?
17   A    It was kids that were on my football team.
18   Q    You were on the football team?
19   A    I was.
20   Q    What football team were you on?
21   A    Navahos.
22   Q    Was that part of Pop Warner do you know?
23   A    (No response.)
24   Q    You don't know?
```

1   A    No.

2   Q    What grades were you in when you played football?

3   A    I don't remember.

4   Q    Okay.   Do you remember the names of the kids that
5        you threw the stick and the rock at?

6   A    No.

7   Q    Do you know the teacher that got you in trouble?

8   A    No.

9   Q    Okay.   Do you remember what you told the teacher
10       happened that you threw the stick and the rock?

11  A    I threw it at them because they were making fun of
12       me and calling me a retard.   And my sister came
13       by, Alyssa; and she told me to put the stick and
14       rock down.   And I said no, they kept on bothering
15       me.   And she said just put them down, it's not
16       good.

17  Q    But you threw it anyway?

18  A    Uh-hum.

19  Q    You didn't get detention, right?

20  A    No.

21  Q    What did you have to do or how did you get in
22       trouble?

23  A    Well, after I threw that, I just walked away.

24  Q    Did you talk to any teacher about it?

```
 1   A    No.
 2   Q    All right.  So that was one time you got in
 3        trouble, and then the two detentions, any other
 4        time you got in trouble at school that you
 5        remember?
 6   A    It was the high school, this kid and me was
 7        waiting for a bus driver to come, so we decided to
 8        get out of the school and go on the side of the
 9        school and bother people during work time.
10   Q    Okay.  You were waiting for John in the van or
11        somebody else in the van?
12   A    It was a female.
13   Q    It was a woman bus driver?
14   A    (Nods head.)
15   Q    Yes, you have to --
16   A    Yah.
17   Q    You're doing well, you just have to remember not
18        to shake your head.  So you walked out of the
19        school and went to the side of the school?
20   A    Yah, and just raised hell.
21   Q    Okay.  What did you do, you started screaming?
22   A    Yah, running around and screaming.  And my sister
23        seen it -- no, her friend seen it; and she said,
24        "Alyssa, is that your brother outside with that
```

1    kid, John?"  Yah.

2  Q  So who came and got you?

3  A  The bus driver.  We waited for the bus, and the

4     bus came; so we went in the bus and left.  And

5     then my sister took her yellow bus, and she went

6     home, told my mom what happened.  And I got -- I

7     had to get punished for it, for what I'd done.

8  Q  Okay.  Did someone at school get you in trouble or

9     was it just your mom?

10 A  No, my sister, my sister came home and she told my

11    mom; and my mom said, "So how was your day in

12    school?"

13         "It was good."

14         "Oh, really?  Then why did Alyssa tell me you

15    were running around of the outside of the school

16    and disturbing everybody from working?"

17         "Oh, I don't know."

18 Q  So what did you have do?  How were you punished?

19 A  I was punished.  I couldn't use the phone,

20    couldn't call my friend or they couldn't come

21    over.  I had to go eat, shower and then bed.

22 Q  Okay.  And do you remember what grade you were in?

23 A  6th.

24 Q  Okay.  And who of your friends used to come over

```
 1          and play?

 2    A     Anthony and Dan and Chad.

 3    Q     And what did you guys used to do when they came

 4          and played?

 5    A     Jump on the trampoline.

 6    Q     You have a trampoline in your yard?

 7    A     I have two.

 8    Q     Lucky you.  What else did you do other than jump

 9          on the trampoline?

10    A     Ride the quads.

11    Q     What's that?

12    A     A four-wheeler.

13    Q     How many quads do you have?

14    A     Four, four quads, three go-carts, two dirt bikes

15          and five mopeds.

16    Q     Wow.  Can you ride them all?

17    A     We found a black moped in the dirt, so my dad had

18          to fix it, so then we couldn't ride it.  Only I

19          know how to ride is the go-cart and the quad.

20    Q     And where would you, Dan and Chad ride these?

21    A     It was in my backyard in the woods.

22    Q     You have woods in the backyard?

23    A     Yah, our whole woods goes to the train tracks.

24    Q     In Tewksbury?
```

| | | |
|---|---|---|
| 1 | A | Yah. |
| 2 | Q | And would anybody be watching you when you did |
| 3 | | this? |
| 4 | A | My mom and my dad.  My dad would take the quads |
| 5 | | out of the shed in the garage, and I would start |
| 6 | | it and just ride it in the woods. |
| 7 | Q | Okay.  Would he ride with you? |
| 8 | A | No. |
| 9 | Q | Just you and your friends? |
| 10 | A | Yah. |
| 11 | Q | Okay.  What grade were you in? |
| 12 | A | 6th, 7th. |
| 13 | Q | Okay.  And are you still friends with Dan? |
| 14 | A | (No response). |
| 15 | Q | Let me ask you, do you still see him when you go |
| 16 | | home? |
| 17 | A | No. |
| 18 | Q | What about Chad, do you still see him when you go |
| 19 | | home? |
| 20 | A | No. |
| 21 | Q | Do you see anybody from Tewksbury when you go |
| 22 | | home? |
| 23 | A | No. |
| 24 | Q | You play with your brothers and sisters? |

```
 1   A     I mostly just play with myself.

 2   Q     Okay.   Mostly video games and stuff?

 3   A     Uh-hum.

 4   Q     Yah?

 5   A     Yah.

 6   Q     Okay.   Do you remember if you ever took the big

 7         yellow school bus?

 8   A     Oh, I took it when I was in the Heathbrook; but

 9         all the other times I took the yellow bus because

10         my mom wanted me to go in the yellow bus because I

11         was started arguments on the yellow bus.

12   Q     So you started going in the smaller bus?

13   A     Yah.

14   Q     Okay.   When you were in the bigger bus though,

15         what kind of arguments did you used to start?

16              MS. LEONARD:   Objection.

17   Q     You can answer.   That's okay.

18   A     I wouldn't start the arguments.   They would just

19         scream out and start calling me names and start

20         picking on me.

21   Q     So what did you do?

22   A     I just yelled at them, and then I decided just to

23         ignore them.

24   Q     Okay.   And did you tell the bus driver?
```

| | | |
|---|---|---|
| 1 | A | Yah. |
| 2 | Q | Okay.  Who was the bus driver? |
| 3 | A | It was an old lady. |
| 4 | Q | Okay.  What grade was this in? |
| 5 | A | Don't know. |
| 6 | Q | You don't know? |
| 7 | A | No. |
| 8 | Q | Did you tell anybody at school? |
| 9 | A | I don't believe so. |
| 10 | Q | No? |
| 11 | A | (No response.) |
| 12 | Q | Did you tell your mom? |
| 13 | A | Yah. |
| 14 | Q | Okay.  Were any of your sisters on the bus when |
| 15 | | this was happening? |
| 16 | A | Yah, she was in the back of it, back of the bus |
| 17 | | with her friend. |
| 18 | Q | Which sister, Alyssa? |
| 19 | A | Yah, Alyssa. |
| 20 | Q | Okay.  Would she say anything to the kids? |
| 21 | A | I don't believe so. |
| 22 | Q | Okay.  And do you remember how many years you took |
| 23 | | the big bus? |
| 24 | A | No. |

```
 1   Q     No?  Do you remember where it would pick you up?
 2   A     Right down the street from our house.
 3   Q     Okay.  At a bus stop?
 4   A     Yah.
 5   Q     Do you remember any other kids who were at the
 6         same bus stop?
 7   A     Yah.
 8   Q     Okay.  Who else was at the same bus stop?
 9   A     There was a few kids across the street, down the
10         street; and they'll just go down with their mom,
11         wait in their car, and then wait until the bus
12         comes.
13   Q     Okay.  Did your mom used to go with you to the bus
14         stop?
15   A     Yah.
16   Q     Every day?
17   A     Yah, just on winter times like if it would be
18         snowing she'll drive us or raining she'll drive
19         us.
20   Q     Okay.  Other than that, you used to walk?
21   A     Yah.
22   Q     And you say us, you and your sister?
23   A     Yah.
24   Q     Alyssa?
```

1   Q    Are there girls at the Eagleton School or is it

2        all boys?

3   A    It's just all boys.

4   Q    It is?  Are there girl teachers?

5   A    Yah.

6   Q    Other than your mom and your grandmother, have you

7        ever hugged any girls?

8   A    No.

9   Q    Have you ever watched TV where you've seen girls

10       being hugged?

11  A    No.

12  Q    No?  Have you ever watched any TV programs that

13       you've seen kissing?

14  A    No.

15  Q    No?

16  A    Mostly just play video games.

17  Q    Have you ever seen any TV programs where you've

18       seen people having sex?

19  A    No.

20  Q    Have you ever seen it in the movies, people having

21       sex?

22  A    No.

23  Q    Do you know what having sex means?

24  A    Yah, having sex.

```
 1   Q    What does it mean?
 2   A    When you find a person that you really admire or
 3        love and you want to have sex and your -- and your
 4        other partner agrees to it, you put a condom on
 5        for protection, you start kissing, then you have
 6        sex.
 7   Q    Okay.  Who told you that?
 8   A    Pretty obvious.
 9   Q    Pretty obvious?
10   A    Everybody does it in a lifetime when they get
11        married or when they've got a boyfriend or a
12        girlfriend.
13   Q    Okay.  Do you remember who first told you that's
14        what having sex was?
15   A    My mom told -- we have these talks about sex.
16   Q    Okay.  Do you remember the first time you had a
17        talk about sex with your mom?
18   A    No, but I had sex ed.
19   Q    Oh, you did at school?
20   A    Yah.
21   Q    Okay.  What grade were you in?
22   A    I believe it was the Heathbrook.
23   Q    Okay.  And do you know the teacher's name who
24        taught it?
```

| | | |
|---|---|---|
| 1 | A | No. |
| 2 | Q | Did you ever discuss sex with your sisters? |
| 3 | A | No. |
| 4 | Q | How about your dad? |
| 5 | A | No. |
| 6 | Q | And now, you're natural parents, what are their |
| 7 | | names? |
| 8 | A | Sissy and Stephen. |
| 9 | Q | Okay.  When is the last time you've seen them? |
| 10 | A | A long time ago. |
| 11 | Q | Did you ever discuss sex with them? |
| 12 | A | No, they never talked to me.  They mostly doing |
| 13 | | drugs or going out or partying. |
| 14 | Q | Did you used to go over there and visit them? |
| 15 | A | Used to when I was little. |
| 16 | Q | Okay.  And would they be taking drugs then? |
| 17 | A | Yah. |
| 18 | Q | Okay.  Did you see them taking drugs? |
| 19 | A | I can't -- I went to their house, my dad came home |
| 20 | | from work, he had a bag of weed. |
| 21 | Q | That's your natural dad, not -- |
| 22 | A | Yah.  And they went upstairs, and Sissy was up |
| 23 | | there and everything. |
| 24 | Q | Okay.  And where were you? |

| | | |
|---|---|---|
| 1 | A | I don't believe so. |
| 2 | Q | Did they ever tell you they were mad at you? |
| 3 | A | No. |
| 4 | Q | You ever touch Alyssa or Melinda? |
| 5 | A | No. |
| 6 | Q | Never? |
| 7 | A | (Shakes head.) |
| 8 | Q | Do you remember if you touched Melinda when you |
| 9 | | were in the 5th grade? |
| 10 | A | Yah. |
| 11 | Q | Okay.  What happened? |
| 12 | A | We were downstairs in our bedroom, and we started |
| 13 | | playing doctor. |
| 14 | Q | Okay.  When you say our bedroom, was it your |
| 15 | | bedroom or did you used to share a bedroom? |
| 16 | A | Me and Melinda shared a bedroom. |
| 17 | Q | Okay.  And when you say you started playing |
| 18 | | doctor, how many times did you do that? |
| 19 | A | (No response.) |
| 20 | Q | Are you counting, is that what you're doing? |
| 21 | A | Uh-hum. |
| 22 | | MS. LEONARD:  Objection.  Motion to strike. |
| 23 | | MS. ECKER:  Preserved until time of trial. |
| 24 | Q | How many times did you play doctor with Melinda? |

1          MS. LEONARD:  Objection.

2          MS. ECKER:  What's your objection?  How many

3     times did you play doctor with Melinda is proper

4     form.

5          MS. LEONARD:  I wouldn't assume that there was

6     more than once.

7          MS. ECKER:  I would appreciate it if you did

8     not coach your witness.

9  Q   Do you remember how many times?

10 A   (No response.)

11 Q   Can you tell me, Stephen?

12 A   Trying to remember.

13 Q   Okay.  Take your time.

14          MS. SULLIVAN:  Do you want a glass of water?

15          THE WITNESS:  No.

16 A   I believe it was twice.

17 Q   Do you remember the first time?  Do you remember

18     how old you were?

19 A   No.

20 Q   Were both times in the bedroom, in your bedroom?

21          MS. LEONARD:  Objection.

22 A   (No response.)

23 Q   Do you remember if both times were in the bedroom?

24          MS. LEONARD:  Objection.

1          MS. ECKER:  What's your objection?

2          MS. LEONARD:  You're leading him.  Why don't

3     you ask him where it happened.

4          MS. ECKER:  I'm allowed to lead him.

5  Q   Do you remember if both times were in your

6     bedroom?

7  A   (No response.)

8  Q   Do you not remember?

9          MS. LEONARD:  Objection.  You're assuming that

10     it was in the bedroom.  Why don't you ask him

11     where it was.

12          MS. ECKER:  He just said, A, he told me it was

13     in the bedroom.  All I just asked him was do you

14     remember, so quit it.

15          THE WITNESS:  Why don't you stop giving her

16     attitude.

17  Q   Why do you think I'm giving her attitude?

18  A   I --

19  Q   Are you mad at me?

20  A   Yah.

21          MS. LEONARD:  Objection.  This is dialogue,

22     just question and answer.

23  Q   I think what?

24  A   You think you're big and bad because you have two

```
 1        people on your side --
 2            MS. LEONARD:  Objection.
 3            MS. ECKER:  Go ahead.
 4   A    -- you can just give my lawyers attitude.
 5   Q    So you're mad at me?  You know I can ask you
 6        questions, correct?
 7   A    I know that.  I'm not stupid.
 8   Q    Okay.  I'm just asking what you recall.
 9   A    Yah, but you're not being clear enough.  You're
10        just saying where was the two times you touched
11        her, was it in the bedroom?
12   Q    Well, where was it?
13   A    You're assuming it was in the bedroom.
14   Q    Did you say that because your lawyer just said
15        that?
16            MS. LEONARD:  Objection.
17   A    No.
18   Q    Do you know what it is to tell the truth?
19   A    (No response.)
20   Q    Where did you play doctor with her on the two
21        occasions, Stephen?
22   A    (No response.)
23            MS. LEONARD:  Stephen, if you're upset by the
24        lawyer, you can take a break at any time.
```

 1              THE WITNESS:  All right.

 2    Q    I want the question answered though.  Do you

 3         remember?

 4    A    (No response.)

 5    Q    Is it that you don't remember or you just don't

 6         want to tell me?

 7    A    (No response.)

 8    Q    You can tell me you don't remember.

 9              MS. LEONARD:  Objection.

10    Q    Do you not remember?

11    A    I'm trying to think.

12    Q    Okay.  Take your time.

13    A    (No response.)

14    Q    Do you want me to ask you another question, and

15         you can think about this one?

16    A    Yah.

17    Q    Did you tell anybody that you were playing doctor

18         with Melinda?

19    A    No.

20    Q    You didn't tell anybody?

21    A    No.

22    Q    Okay.  When you say you were playing doctor, what

23         did you do?

24    A    (No response.)

```
 1   Q    Is it that you have a tough time remembering or
 2        you just don't want to tell me?
 3   A    I'm just frustrated.
 4   Q    You're frustrated?  Do you want to have lunch?
 5   A    No, I just want to have a break.
 6             MS. ECKER:  Okay.  Why don't we take lunch.
 7             (Luncheon recess taken, 12 p.m.)
 8                     AFTERNOON SESSION, 1:10 p.m.
 9             MS. ECKER:
10   Q    Did you have your lunch?
11   A    Yah.
12   Q    Okay.  All right.  Do you remember who your
13        teacher was in the 7th grade?
14   A    Uhm, no.
15   Q    No?  Okay.  Do you remember if you were in any
16        mixed classes when you were in the 7th grade?
17   A    It was only social studies and science and gym
18        time.
19   Q    Did you have home room in a mixed classroom in the
20        7th grade?
21   A    No.
22   Q    Do you remember who did your home room, who the
23        teacher was?
24   A    No.
```

1  A    I don't remember.

2  Q    Did you tell anybody other than Miss Paris at the

3       Tewksbury schools that you and Richard were

4       humping each other?

5  A    I don't remember.

6  Q    You don't remember?

7  A    Yah, I don't remember.

8  Q    Do you remember the first time Richard touched

9       you?

10 A    No.

11 Q    Do you remember the first time that you touched

12      Richard?

13 A    No.

14          MS. LEONARD:   Objection.

15 Q    Do you remember if you and Richard were touching

16      each other on the school bus?

17 A    Yah, we were touching each other on the school

18      bus.

19 Q    Do you remember what grade that was in?

20 A    No.

21 Q    Do you remember how many times that happened?

22 A    No, I don't remember.

23 Q    Do you remember what exactly the two of you were

24      doing?

| | | |
|---|---|---|
| 1 | A | We were touching each other's private parts. |
| 2 | Q | Did you have your clothes on? |
| 3 | A | Yah. |
| 4 | Q | So you were touching each other over your clothes? |
| 5 | A | Yah. |
| 6 | Q | Okay.  Were you doing anything else? |
| 7 | A | I don't remember. |
| 8 | Q | Did you tell anybody at the school that you and |
| 9 | | Richard were touching each other on the school |
| 10 | | bus? |
| 11 | A | I don't remember. |
| 12 | Q | Were any other kids on the bus other than you and |
| 13 | | Richard? |
| 14 | A | Yah. |
| 15 | Q | Okay.  Who else was on the bus? |
| 16 | A | Jen, and some other kid. |
| 17 | Q | You don't remember the other kid's name? |
| 18 | A | No. |
| 19 | Q | Was it when you were going to school or coming |
| 20 | | from school when you and Richard were touching |
| 21 | | each other or both? |
| 22 | A | I don't remember. |
| 23 | Q | Do you remember if you told the bus driver that |
| 24 | | this was going on? |

| | | |
|---|---|---|
| 1 | A | No. |
| 2 | Q | Do you remember where you were sitting on the bus, |
| 3 | | were you and Richard sitting together? |
| 4 | A | Yah. |
| 5 | Q | Okay.  Where on the bus? |
| 6 | A | The front row. |
| 7 | Q | Yah.  Was the front row behind the bus driver? |
| 8 | A | Yah. |
| 9 | Q | Okay.  Did the bus driver ever talk to you about |
| 10 | | you and Richard touching each other? |
| 11 | A | He just said stop it. |
| 12 | Q | How many times did he tell you to stop it? |
| 13 | A | A few times. |
| 14 | Q | Excuse me, how many times? |
| 15 | A | A few times. |
| 16 | Q | Okay.  And what specifically did he say to you? |
| 17 | | Is this John the bus driver? |
| 18 | A | Yah. |
| 19 | Q | Okay.  And what did John say to you? |
| 20 | A | Separate. |
| 21 | Q | Did you separate when he told you to? |
| 22 | A | Uh-hum. |
| 23 | Q | Yes? |
| 24 | A | Yah. |

1   Q    Okay.  And did you always sit next to Richard on
2        the school bus?
3   A    No, after that John put him in the back right
4        beside the girl in the wheelchair and me where I
5        was in the front row behind the bus driver.
6   Q    Okay.  Did you ever talk to the principal of the
7        school about your touching each other on the
8        school bus?
9   A    Don't remember.
10  Q    Did you ever go talk to any doctor about it?
11  A    Yah, my doctor in Tewksbury.
12  Q    Dr. Smith?
13  A    No, I had a child's doctor.
14  Q    Pediatrician?
15  A    Yah.
16  Q    Do you know, was it a male, a man or a woman?
17  A    Male.
18  Q    Do you remember his name?
19  A    No.
20  Q    Do you remember what you told him about you and
21       Richard?
22  A    That I had a headache and a stomachache and
23       everything.
24  Q    Okay.  Did you tell him though that you and