UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Ann Marie Porto, et al
        Plaintiffs,         CIVIL ACTION
                                      NO.   04-10003-PBS
    v.

Town of Tewksbury, et al
        Defendants.

**NOTICE OF RESCHEDULED JURY TRIAL**

SARIS, U.S.D.J.                                                                September 27, 2005

      The Jury Trial previously scheduled for September 26, 2005, has been **rescheduled** to **October 3, 2005, at 9:00 a.m.**

                                                      By the Court,

                                                      _/s/ Robert C. Alba_
                                                      Deputy Clerk

Copies to:  All Counsel

resched.ntc