UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 04 - 10003 PBS

Ann Marie Porto and Nicholas Porto,  )
Individually and on Behalf of S.C., a )
Minor Person with a Disability,       )
                                      )
        Plaintiffs                  )
                                      )
vs.                                   )
                                      )
Town of Tewksbury                     )
                                      )
        Defendants                  )

### DEFENDANTS' SUPPLEMENTAL TRIAL BRIEF

In response to the Court's request as regards whether M.G.L. ch. 214 applies here, the Defendant refers the Court to the argument contained in its Memorandum of Law in Support of Defendants' Motion for Summary Judgment.

        Respectfully submitted,
        The Defendants,
        **Town of Tewksbury**
        By their attorney,

        /s/ Leonard H. Kesten
        Leonard H. Kesten, BBO# 542042
        Deborah I. Ecker, BBO # 554623
        BRODY, HARDOON, PERKINS & KESTEN, LLP
        One Exeter Plaza
        Boston, MA 02116
        (617) 880-7100

DATED: September 28, 2005

1