# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**C.A. NO.: 04 - 10003 PBS**

Ann Marie Porto and Nicholas Porto,　)
Individually and on Behalf of S.C., a　)
Minor Person with a Disability,　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　　**Plaintiffs**　　　　)
　　　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
Town of Tewksbury　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　　Defendants　　　　　)

## DEFENDANT'S SUPPLEMENTAL WITNESS LIST

### Defendant's Witness List

In addition to those witnesses listed on the Defendant's previously submitted Witness List, the Defendant may call the following people if necessary:

1.　　Melinda Porto
　　　30 Donna Drive
　　　Tewksbury, MA 01876
　　　Date of Birth: January 4, 1992

2.　　Alyssa Porto
　　　30 Donna Drive
　　　Tewksbury, MA 01876
　　　Date of Birth: December 17, 1986

3.　　Elaine Colon
　　　20 Hillcrest Drive
　　　Tewksbury, MA 01876

1

Respectfully submitted,
The Defendant,
**Town of Tewksbury**
By their attorney,


/s/ Leonard H. Kesten
Leonard H. Kesten, BBO# 542042
Deborah I. Ecker, BBO # 554623
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

DATED: September 29, 2005

2