UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Ann Marie Porto and Nicholas Porto, <br> Individually and on Behalf of SC, <br> a Minor Person with a Disability <br><br> v. <br><br> Town of Tewksbury | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 04-CV10003-PBS <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFF'S OBJECTION TO**
**DEFENDANT'S SUPPLEMENTAL WITNESS LIST**

NOW come the Plaintiffs, Ann Marie and Nicholas Porto on behalf of their ward, SC, and respectfully request that this Honorable Court preclude the testimony of MP, a minor child, Alyssa Porto and Elaine Colon. As grounds for this Objection, Plaintiffs state that these witnesses were not identified in any pre-trial disclosures much less the final joint pre-trial memorandum or at the pre-trial conference. Defendant has been aware of these witnesses throughout the course of the litigation. Defendant is required to list all witnesses in its final pre-trial memorandum. The addition of these witnesses constitutes bad faith and unfair surprise to Plaintiffs. Defendant must, therefore, be precluded from adding additional witnesses just three days prior to the start of trial.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court preclude the testimony of MP, Alyssa Porto and Elaine Cohen.

1

Respectfully requested,
PLAINTIFFS
By their Attorneys,


/s/ Lynn A. Leonard                           /s/ Anita B. Sullivan
_____               _____
Lynn A. Leonard                               Anita B. Sullivan
Attorney-At-Law                               Attorney-At-Law
527 Main Street, Suite 8                      458 Main Street
Melrose, MA  02176                            Wakefield, MA  01880
(781) 662-6161                                (781) 224-0701
B.B.O. No. 561662                             B.B.O. No. 628873

Dated:  September 29, 2005