UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| Ann Marie Porto and Nicholas Porto, Individually and on Behalf of SC, a Minor Person with a Disability <br><br> v. <br><br> Town of Tewksbury | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 04-CV10003-PBS <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFF'S REBUTTAL TO DEFENDANT'S
OPPOSITION TO PLAINTIFF'S MOTION
IN LIMINE REGARDING FED.R.EVID 412**

NOW come the Plaintiffs, Ann Marie and Nicholas Porto and their ward, SC, and respectfully request that this Honorable Court preclude evidence regarding allegations of sexual conduct between SC and a female playmate which allegedly occurred in March 2001. As grounds for this Motion, Plaintiffs re-assert the arguments set forth in their original Motion in Limine regarding Fed.R.Evid. 412 and state further that any conduct which occurred in March 2001 after SC left the Tewksbury Public Schools is irrelevant.[1]

Plaintiff's claim that SC suffered damages as a result of ongoing sexual harassment in the school setting over a period of several years. According to SC's physician, psychologist and teachers, SC was unable to distinguish right and wrong behavior because of his cognitive limitations. As a result, SC was particularly vulnerable and easily victimized. SC was eventually forced to leave school as a result of the impact of sexual harassment. SC left the

---

[1] Plaintiffs maintain that allegations regarding SC and a foster sibling in March 1999 are also precluded by Fed.R.Evid 412. See Memorandum of Law in Support of Plaintiffs Motion in Limine Regarding Fed.R.Evid 412 previously filed with the court.

1

2

Tewksbury Public School in January 2001.  Vague details about a "recent incident of provocative touching" after SC left the public school system are not relevant, as this is the effect of SC's emotional trauma at school, not the cause.  Moreover, this is precisely the type of evidence that Fed.R.Evid. 412 prohibits.

Respectfully requested,
PLAINTIFFS
By their Attorneys,


/s/ Lynn A. Leonard                         /s/ Anita B. Sullivan
_____      _____
Lynn A. Leonard                             Anita B. Sullivan
Attorney-At-Law                             Attorney-At-Law
527 Main Street, Suite 8                   458 Main Street
Melrose, MA  02176                         Wakefield, MA  01880
(781) 662-6161                              (781) 224-0701
B.B.O. No. 561662                          B.B.O. No. 628873

Dated:  September 29, 2005