UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 04 - 10003 PBS

| | |
|---|---|
| Ann Marie Porto and Nicholas Porto, Individually and on Behalf of S.C., a Minor Person with a Disability,<br><br>Plaintiffs<br><br>vs.<br><br>Town of Tewksbury<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S MOTION FOR COURT ORDER
REGARDING EAGLETON SCHOOL RECORDS**

The defendant hereby asks this Honorable Court to issue the attached court order as soon as practicable. In support thereof, the defendant states:

The plaintiff, Stephen Colon, has been in residential treatment at the Eagleton School since 2002. During discovery in this case, both parties received the plaintiff's treatment records from the Eagleton School. The defendants issued a trial subpoena to that School for these records in order to ensure that the parties indeed have all of the records. Counsel for the Eagleton School has received the records responsive to the subpoena but has asked that the Court issue such an Order before he produces the records to counsel for the defendants. The records contain information that is relevant to this case.

Wherefore, the defendants ask that this Honorable Court to issue the attached court order as soon as possible.

                                  Respectfully submitted,
                                  The Defendants,
                                  Town of Tewksbury,
                                  By their attorney,

                                  /s/ Leonard H. Kesten
                                  Leonard H. Kesten, BBO# 542042
                                  Deborah I. Ecker, BBO # 554623
                                  BRODY, HARDOON, PERKINS & KESTEN, LLP
                                  One Exeter Plaza
                                  Boston, MA 02116
Dated: October 5, 2005        617-880-7100

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 04 - 10003 PBS

| | |
|---|---|
| Ann Marie Porto and Nicholas Porto, Individually and on Behalf of S.C., a Minor Person with a Disability, | ) ) ) ) |
| Plaintiffs | ) ) |
| vs. | ) ) ) |
| Town of Tewksbury | ) ) |
| Defendants | ) |

### COURT ORDER

The Court hereby orders the Eagleton School to produce all documents relating to their patient, Stephen Colon, to attorney Leonard Kesten, as attorney for the Town of Tewksbury. The documents are to be used only for the purposes of this action and will be held confidential otherwise.

SO ORDERED.

_____
Honorable Patti B. Saris
United States District Court

Dated: