UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 04 - 10003 PBS

| | |
|---|---|
| Ann Marie Porto and Nicholas Porto, Individually and on Behalf of S.C., a Minor Person with a Disability,<br><br>Plaintiffs<br><br>vs.<br><br>Town of Tewksbury<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### COURT ORDER

The Court hereby orders the Eagleton School to produce all documents relating to their patient, Stephen Colon, to attorney Leonard Kesten, as attorney for the Town of Tewksbury. The documents are to be used only for the purposes of this action and will be held confidential otherwise.

SO ORDERED.

_____
Honorable Patti B. Saris
United States District Court

Dated: 10/5/05