UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 04 - 10003 PBS

Ann Marie Porto and Nicholas Porto, )
Individually and on Behalf of S.C., a )
Minor Person with a Disability, )
)
            Plaintiffs )
)
vs. )
)
Town of Tewksbury )
)
            Defendants )

**DEFENDANT'S OBJECTION TO PLAINTIFF'S CALLING A WITNESS FROM THE DEPARTMENT OF EDUCATION TO TESTIFY ABOUT THE COORDINATED PROGRAM REVIEW REPORT OF FINDINGS DATED JUNE 2002 AND TO THE INTRODUCTION OF THE REPORT INTO EVIDENCE**

The Plaintiffs seek to call as a witness at trial an individual from the Department of Education to testify about the Coordinated Program Review performed by the Department of Education in 2002 of the Tewksbury Public Schools and to introduce the ninety-seven page report generated by the Department of Education as a result of the system wide review. The Defendant seeks to preclude the testimony of the Department of Education witness and objects to the introduction of the report not only on the grounds that the review was performed and the report generated after the relevant time period, but also because the report has no probative value.

The Program Review is conducted by the Department of Education every six years with a mid-cycle special education follow-up visit. The reviews are conducted by several representatives of the Department of Education, "team members" who go to the school district to interview various employees,

1

interview the parent advisory council, review student records, and who observe classrooms and other facilities. The Team Members then generate a report evaluating the school system in nine component areas. In each area being reviewed the Team Members evaluate compliance with numerous criterion as set forth in various rules and regulations. The school district then submits an a Corrective Action Plan in Response to the Report. In 2002, the Department of Education conducted a Coordinated Program Review of the Tewksbury Public Schools. There were five On-Site Team Members who performed the review and who generated a report of their findings. A Final Report was issued on June 19, 2002. The report was ninety-seven pages and includes review of numerous criterion evaluated by the Team Members. The Tewksbury Public Schools then submitted two Corrective Actions Plans in Response to the Coordinated Program Review Report Findings dated September and October 2002 as well as March and April 2002. The Plaintiff seek to have a witness from the Department of Education who is not listed as an On-Site Team Member, testify at trial as to one or two of the numerous criterion reviewed by the team members. The Defendant anticipates that the criterion to be reviewed involve school policies.

While it is not clear that the witness who the Plaintiffs seek to have testify was involved in the review, if he is allowed to testify and the report is allowed to be introduced into evidence at trial, then the Defendant must be allowed to question the witness as to how the review was performed, the criteria used, the individuals interviewed, the records reviewed as well as all of the findings contained in the ninety seven page report and the response of the Tewksbury Public School contained in the two Corrective Action Plans. The testimony of the Department of Education witness will take a significant period of time and will

provide little or no probative value. The issue of policy training in the school system is not relevant to the facts of this case.

Wherefore, the Defendant respectfully requests that this Honorable Court preclude the testimony of the witness being called from the Department of Education as well as preclude the introduction of the Coordinated Program Review Report of Findings.

Respectfully submitted,
The Defendants,
Town of Tewksbury,
By their attorney,

/s/ Leonard H. Kesten
Leonard H. Kesten, BBO# 542042
Deborah I. Ecker, BBO # 554623
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

DATED: October 11, 2005