UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 04 - 10003 PBS

Ann Marie Porto and Nicholas Porto,   )
Individually and on Behalf of S.C., a   )
Minor Person with a Disability,   )
       )
      Plaintiffs   )
       )
vs.   )
       )
Town of Tewksbury   )
       )
      Defendants   )

## DEFENDANT'S PROPOSED JURY VERDICT FORM

### Title IX

1. Did the Plaintiff prove by a preponderance of the credible evidence that Stephen was sexually harassed by Richard from October 2000 to January 11, 2001?

   _____ Yes           _____ No

   If yes, proceed to the next question.

2. Did the Plaintiff prove by a preponderance of the credible evidence that the sexual behavior between Stephen and Richard from October 2000 to January 11, 2001 was unwelcome by Stephen?

   _____ Yes           _____ No

   If yes, proceed to the next question.

3. Did the Plaintiff prove by a preponderance of the credible evidence that the sexual behavior between Stephen and Richard between October 2000 and January 11, 2001 was so severe, pervasive and objectively offensive in nature that it effectively barred Stephen access to an educational opportunity or benefit?

   _____ Yes           _____ No

   If yes, proceed to the next question.

4. Did the Plaintiff prove by a preponderance of the evidence that the School was acted with deliberate indifference to known acts of harassment of Stephen by Richard?

\_\_\_\_\_ Yes                                      \_\_\_\_\_ No

## Title II

5. Did the Plaintiff prove by a preponderance of the credible evidence that Stephen was sexually harassed by Richard?

\_\_\_\_\_ Yes                                      \_\_\_\_\_ No

6. Did the plaintiff prove by a preponderance of the evidence that the school officials were less responsive to known acts of sexual harassment because the individuals involved were disabled?

\_\_\_\_\_ Yes                                      \_\_\_\_\_ No

7. Did the Plaintiff prove by a preponderance of the credible evidence that the school officials acted in bad faith or with gross misjudgment when they responded to known acts of inappropriate sexual behavior?

\_\_\_\_\_ Yes                                      \_\_\_\_\_ No

        Respectfully submitted,
        The Defendant,
        **Town of Tewksbury**
        By their attorney,


        /s/ Leonard H. Kesten
        Leonard H. Kesten, BBO# 542042
        Deborah I. Ecker, BBO # 554623
        BRODY, HARDOON, PERKINS & KESTEN, LLP
        One Exeter Plaza
        Boston, MA 02116
        (617) 880-7100

DATED: October 17, 2005