UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Ann Marie Porto and Nicholas Porto, Individually and on Behalf of SC, a Minor Person with a Disability | ) ) ) ) |
| v. | ) C.A. No. 04-CV10003-PBS ) ) |
| Town of Tewksbury | ) ) |

# PLAINTIFF'S PROPOSED VERDICT FORM

## Title IX

1.   Did Richard sexually harass Stephen from October 2000 through January 11, 2001?

   _____Yes              _____ No

[If you answered Q. 1 yes, go to Q. 2.  If you answer Q. 1 no, go to Q. 7].


2.   Was the sexual harassment so severe, pervasive, and objectively offensive that it can be said to deprive Stephen of access to the educational opportunities provided by the middle school?

   _____ Yes              _____ No

[If you answered Q. 2 yes, go to Q. 3.  If you answered Q. 2 no, go to Q. 7].


3.   Did defendant Town of Tewksbury have actual knowledge of the harassment and was it deliberately indifferent to the harassment?

   _____ Yes              _____ No

[If you answered Q. 3 yes, go to Q..4.  If you answered Q. 3 no, go to Q. 7].

1

4. What amount of damages will fairly and reasonably compensate for damages proximately caused by the sexual harassment?

_____
(Amount in dollar figures)

_____
(Amount in words)

5. In your discretion, do you award punitive damages?

_____ Yes                    _____ No

6. What amount of punitive damages do you award?

_____
(Amount in dollar figures)

_____
(Amount in words)

## TITLE II

7. Did Stephen and Richard engage in anal intercourse or other similarly inappropriate sexual behavior or conduct together March 1999 through January 11, 2001?

_____ Yes                    _____ No

[If you answered Q. 7 yes, go to Q. 8. If you answer Q. 7 no, go to the Q. 9].

8. Did this behavior create an educational environment which was so severe, pervasive, and objectively offensive that it can be said to have excluded Stephen from participation in the school's services, programs, or activities?

_____ Yes                 _____ No

[If you answered Q. 8 yes, go to Q. 9.  If you answer Q. 8 no, go to the Q. 11].

9. Did the school's response to known sexual misconduct demonstrate bad faith or gross misjudgment under the circumstances?

_____ Yes                 _____ No

[If you answered Q. 9 yes, go to Q. 10.  If you answer Q. 9 no, go to Q. 11].

10. What amount of damages will fairly and reasonably compensate for damages proximately caused by the disability discrimination?

_____
[Amount in dollar figures]


_____
[Amount in words]

11. What is the total amount of compensatory damages you award to compensate Stephen?

_____
[Amount in dollar figures]


_____
[Amount in words]

We, the jury, unanimously concur in the above answers,


_____
JURY FOREPERSON

Dated:

3

Respectfully requested,
PLAINTIFFS
By their Attorneys,

/s/ Lynn A. Leonard                                  /s/ Anita B. Sullivan
_____                        _____
Lynn A. Leonard                                         Anita B. Sullivan
Attorney-At-Law                                         Attorney-At-Law
527 Main Street, Suite 8                             458 Main Street
Melrose, MA  02176                                  Wakefield, MA  01880
(781) 662-6161                                             (781) 224-0701
B.B.O. No. 561662                                    B.B.O. No. 628873

Dated:  October 19, 2005