AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ Massachusetts _____

PAGE 1

Ann Marie Porto, et al
V.
Town of Tewksbury, et al

EXHIBIT ~~■■■■■■~~ LIST

Case Number: 04-cv-10003-PBS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Patti B. Saris | Leonard, Sullivan | Kesten, Ecker |
| TRIAL DATE (S) 10/3/05, 10-5, 10-6, 10-11, 10-12, 10-17, 10-18, 10-19, 10-20, 10-21 | COURT REPORTER<br>Lee Marzilli | COURTROOM DEPUTY<br>Robert C. Alba |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 10/3/05 | | ✓ | TEAM MEETING NOTES 10-6-97 |
| 2 | | 10/3/05 | | ✓ | TEAM MEETING NOTES ~~10-6-97~~ 4-15-97 |
| 3 | | 10/5/05 | | ✓ | TEAM MEETING NOTES 6-4-99 |
| 4 | | 10/5/05 | | ✓ | FORM 51A FILED ON 1-11-01 |
| 5 | | 10/5/05 | | ✓ | INDIVIDUAL EDUCATION PLAN DATED 1-26-01 |
| 6 | | 10/5/05 | | ✓ | LETTER FROM TEWKSBURY SCHOOLS TO MRS. PORTO DATED 3-14-01 |
| 7 | | 10/5/05 | | ✓ | LETTER FROM TEWKSBURY SCHOOLS TO MRS. PORTO DATED 7-18-01 |
| | 8 | 10/5/05 | | ✓ | LETTER FROM DARE TO MRS PORTO |
| | 9 | 10/5/05 | | ✓ | MASS GENERAL REPORT DATED 3-19-01 |
| | 16 | 10/6/05 | | ✓ | MEMO FROM LOREEN BRADLEY TO CHRISTINE McGRATH DATED 3-10-99 |
| 17 | | 10/11/05 | | ✓ | 51A REPORT DATED 3-8-99 |
| 18 | | 10/11/05 | ✓ | ✓ | LETTER FROM KATHLEEN TYNAN TO LOREEN BRADLEY DATED 3/8/99 |
| 19 | | 10/11/05 | | ✓ | WYNN SCHOOL - STUDENT HANDBOOK |
| 20 | | 10/11/05 | | ✓ | NOTES OF ALISON DIRE |
| 21 | | 10/11/05 | | ✓ | NOTES OF ROBERT WARE 11-2000 |
| 22 | | 10/11/05 | | ✓ | NOTES OF ROBERT WARE |
| | 23 | 10/11/05 | | ✓ | NOTES OF ROBERT WARE (CARL) |
| | 24 | 10/11/05 | | ✓ | NOTES OF ROBERT WARE (TRAVIS) |
| 25 | | 10/12/05 | | ✓ | DEPT. OF EDUC. REPORT |
| 26 | | 10/12/05 | | ✓ | McGUIRE 51A REPORT |
| 27 | | 10/17/05 | | ✓ | 51B INVESTIGATION REPORT OF ELIZABETH ENGLEHART |
| ~~28~~ | | ~~10/3/05~~ | | ~~✓~~ | ~~51A REPORT~~ |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

AO 187A (Rev. 7/87)   EXHIBIT ~~~~~~~ LIST – CONTINUATION   PAGE 2

| PLF. NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 29 | | 10/17/05 | | ✓ | C.V. OF EDWARD DRAGAN |
| 30 | | 10/18/05 | | ✓ | LETTER TO DR. TANGUAY 9-21-99 |
| 31 | | 10/18/05 | | ✓ | DECEMBER 29, 1999 LETTER |
| | 32 | 10/18/05 | ✓ | ✓ | ~~~~~~~ DR. SMITH'S RECORDS |
| | ~~~~ | | | | |
| | 34 | 10/18/05 | | ✓ | TEAM NOTES |
| 35 | ~~ | 10/19/05 | | ✓ | IEP DATED 5/1996 |
| 36 | | 10/19/05 | | ✓ | LETTER TO MS PORTO DATED 6/12/97 |
| | 10 | 10/19/05 | | ✓ | 5/30/90 VISIT TO CHILDREN'S HOSPITAL - STEPHEN COLON |
| 37 | | 10/19/05 | | ✓ | IEP DATED 98/99 |
| 38 | | 10/19/05 | | ✓ | EDUCATIONAL ASSESSMENT DATED 6/99 |
| 39 | | 10/19/05 | | ✓ | SPEECH & LANGUAGE ASSESSMENT DATED 6/99 |
| 40 | | 10/19/05 | | ✓ | PSYCHOLOGICAL EVALUATION DATED 6/99 |
| 41 | | 10/19/05 | | ✓ | IEP DATED 4/97 |
| 42 | | 10/19/05 | | ✓ | IEP DATED 6/99 |
| 43 | | 10/19/05 | | ✓ | IEP DATED 5/2000 |
| 44 | | 10/19/05 | | ✓ | AMENDMENT TO IEP DATED 11/2000 |
| 45 | | 10/19/05 | | ✓ | TEAM MEETING NOTES 5/2000 |
| 46 | | 10/19/05 | | ✓ | IEP w/ TEAM MEETING NOTES 6/2001 |
| 47 | | 10/19/05 | | ✓ | SPEECH AND LANGUAGE ASSESSMENT DATED 6/2001 |
| 48 | | 10/19/05 | | ✓ | MGH PSYCHOMETRIC TESTING |
| | 12 | 10/19/05 | | ✓ | DARE FORM |
| | 13 | 10/19/05 | | ✓ | TWO PAGES OF DR. TANGUAY'S NOTES |
| | 14 | 10/19/05 | | ✓ | NEMC RECORDS - PSYCHIATRIC EXAM |
| | 49 | 10/20/05 | | ✓ | EVALUATION BY ALEXANDRIA WENDA |
| | 50 | 10/20/05 | | ✓ | REPORT - SPECIALIZED COUNSELING SERVICES |

Page _____ of _____ Pages