AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF     Massachusetts

Ann Marie Porto, et al
V.
Town of Tewksbury, et al

 **WITNESS LIST**

Case Number:  04-cv-10003-PBS

| PRESIDING JUDGE Patti B. Saris | | | | PLAINTIFF'S ATTORNEY Leonard, Sullivan | DEFENDANT'S ATTORNEY Kesten, Ecker |
|---|---|---|---|---|---|
| TRIAL DATE (S) 10/3/05, 10-5, 10-6, 10-11, 10-12, 10-17, 10-18, 10-19, 10-20, 10-21 | | | | COURT REPORTER Lee Marzilli | COURTROOM DEPUTY Robert C. Alba |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| 1 | | 10/3/05 | 10-5 10-6 | | ANN MARIE PORTO |
| 2 | | 10/6/05 | | | JULIE PARIS |
| 3 | | 10/11/05 | | | LOREEN R. BRADLEY |
| 4 | | 10/11/05 | | | ROBERT WAYCE |
| 5 | | 10/11/05 | | | WILLIAM TRAVIS |
| 6 | | 10/11/05 | | | SHARON MOSER |
| 7 | | 10/12/05 | | | ALISON DIXON |
| 8 | | 10/12/05 | | | DAVID KEELER |
| 9 | | 10/12/05 | | | JAMES K. McGuire |
| 10 | | 10/12/05 | | | ELEANOR EDELSTEIN |
| 11 | | 10/17/05 | | | STEPHEN COLON |
| 12 | | 10/17/05 | | | ELIZABETH STASIO - ENGLEHART |
| 13 | | 10/17/05 | | | EDWARD DRAGAN |
| 14 | | 10/18/05 | | | JOEL HERSADWITZ |
| | 1 | 10/18/05 | | | BRADFORD SMITH |
| | 2 | 10/18/05 10/19/05 | | | CHERYL PORCARO |
| | 3 | 10/19/05 | | | KATE MACDOUGALL |
| | 4 | 10/19/05 | | | CHRISTINE McGRATH |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.