```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

```
_____
                                    )
ANN MARIE PORTO and                 )
NICHOLAS PORTO,                     )
Individually and on Behalf of       )
SC, a Minor Person with             )
a Disability,                       )
                                    )
                      Plaintiffs,   )
                 v.                 )      CIVIL ACTION
                                    )      NO. 04-10003-PBS
TOWN OF TEWKSBURY,                  )
                                    )
                      Defendant.    )
_____)
```

Saris, U.S.D.J.

## SPECIAL VERDICT FORM

### Title IX

1. Did Richard sexually harass Stephen in the time period between October 2000 and January 11, 2001?

    __✓__ Yes          _____ No

[If you answered Q.1 yes, go to Q.2.  If you answer Q.1 no, go to Q.7].

2. Was the sexual harassment so severe, pervasive, and objectively offensive that it can be said to deprive Stephen of access to the educational opportunities provided by the middle school?

    __✓__ Yes          _____ No

[If you answered Q.2 yes, go to Q.3.  If you answered Q.2 no, go to Q.7].

3. Did defendant Town of Tewksbury have actual knowledge of the harassment and was it deliberately indifferent to the harassment?

    __✓__ Yes          _____ No

[If you answered Q.3 yes, go to Q.4.  If you answered Q.3 no, go to Q.7].

4. What amount of damages will fairly and reasonably compensate for damages proximately caused by the sexual harassment?

$250,000
(Amount in dollar figures)

two hundred and fifty thousand dollars
(Amount in words)

5. In your discretion, do you award punitive damages?

✓ Yes          ___ No

6. What amount of punitive damages do you award?

$1
(Amount in dollar figures)

one dollar
(Amount in words)

**Title II of the Americans with Disabilities Act**

7. Did Stephen and Richard engage in inappropriate sexual behavior or conduct together in the time period between October 2000 and January 11, 2001?

✓ Yes          ___ No

[If you answered Q.7 yes, go to Q.8.  If you answer Q.7 no, go to the Q.12].

8. Did this behavior create an educational environment which was so severe, pervasive, and objectively offensive that it can be said to have excluded Stephen from participation in the school's services, programs, or activities?

✓ Yes          ___ No

[If you answered Q.8 yes, go to Q.9.  If you answer Q.8 no, go to the Q.12].

2

9. Did the school exclude Stephen from participation in or deny him the benefits of the school's services, programs or activities by reason of his disability.

_____ Yes        __✓__ No

[If you answered Q.9 yes, go to Q.10. If you answer Q.9 no, go to Q.12].

10. Did the school's response to known sexual misconduct demonstrate bad faith or gross misjudgment under the circumstances?

_____ Yes        _____ No

[If you answered Q.10 yes, go to Q.11. If you answer Q.10 no, go to the end of the verdict form].

11. What amount of damages will fairly and reasonably compensate for damages proximately caused by the disability discrimination?

_____
(Amount in dollar figures)

_____
(Amount in words)

12. What is the total amount of compensatory damages you award to compensate Stephen?

__$250,000__
(Amount in dollar figures)

_two hundred and fifty thousand dollars_
(Amount in words)

We, the jury, unanimously concur in the above answers.

_____
JURY FOREPERSON

Dated: 10/21/05

3