UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Ann Marie Porto
*Individually and on behalf of S.C., a Minor person with a disability*, et al
      Plaintiffs,

V.

CIVIL ACTION: 04-10003-PBS

Town of Tewksbury, et al,
      Defendants.

### ORDER

SARIS, U.S.D.J.                                                        October 25, 2005

      This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict in favor of the Plaintiff S.C. in the amount of $250,000.00. Plaintiff shall propose a formal judgment that includes the creation of a trust for S.C. with an appropriate trustee with financial experience.

                                                                                        Patti B. Saris
                                                                           United States District Judge