UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Ann Marie Porto and Nicholas Porto, Individually and on Behalf of SC, a Minor Person with a Disability<br><br>v.<br><br>Town of Tewksbury | )<br>)<br>)<br>)<br>) C.A. No. 04-CV10003-PBS<br>)<br>)<br>)<br>) |

# PLAINTIFF'S PROPOSED JUDGMENT

Now comes plaintiff SC, by and through his legal guardians Ann Marie and Nicholas Porto, and propose that the Court enter Judgment for plaintiff as follows:

1. $250,000 in compensatory damages with interest thereon at the rate of 12 percent, as set forth in M.G.L. c. 231 § 6B.

2. Attorneys' fees and costs pursuant to 42 U.S.C. § 1988 and Fed.R.Civ.P. 54(d)(1) and (2), the amount of which shall be determined by the Court after consideration of Plaintiff's Motion for Attorneys' Fees and Costs, supporting legal memorandum and detailed accounting records.

3. All monies shall be payable to the SC Special Needs Trust created for the sole benefit of SC. The trust shall be drafted to supplement SC's needs without the loss of state and federal benefits. The trust shall be administered by Howard Cohen, a trustee with financial experience, and by Ann Marie and Nicholas Porto as co-trustees. As with any trust, the trustees shall have a fiduciary responsibility to the beneficiary. The trustees shall be bonded.

4. Mr. Cohen represents that he is a businessman with 20 years' experience successfully managing a multi million dollar portfolio of personal and business assets. He is president of Forest Park LLC, a property development company presently involved in two real estate projects valued at an estimated $6.5 million. He is also the trustee of HSC Realty Trust, which manages $1.5 million in commercial property. Mr. Cohen has $1 million in large and small capital investments and manages North Atlantic Frame and Alignment Inc. valued at $2 million. He is a qualified trustee based upon his business and financial experience.

Respectfully submitted,
PLAINTIFF
By his Attorney,


/s/ Lynn A. Leonard                           /s/ Anita B. Sullivan
_____                   _____
Lynn A. Leonard                                Anita B. Sullivan
Attorney-At-Law                                Attorney-At-Law
527 Main Street, Suite 8                    458 Main Street
Melrose, MA  02176                          Wakefield, MA  01880
(781) 662-6161                                  (781) 224-0701
B.B.O. No. 561662                             B.B.O. No. 628873

Dated:  November 3, 2005