UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Ann Marie Porto and Nicholas Porto, Individually and on Behalf of SC, a Minor Person with a Disability<br><br>v.<br><br>Town of Tewksbury | )<br>)<br>)<br>)<br>) C.A. No. 04-CV10003-PBS<br>)<br>)<br>)<br>) |

## PLAINTIFF'S MOTION TO AMEND PROPOSED JUDGMENT

Now comes plaintiff SC, by and through his legal guardians Ann Marie and Nicholas Porto, and requests that the Proposed Judgment submitted on November 3, 2005 be amended as follows:

## PROPOSED JUDGMENT

1. $250,000 in compensatory damages with interest thereon at the rate of 12 percent, as set forth in M.G.L. c. 231 § 6B.

2. Attorneys' fees and costs pursuant to 42 U.S.C. § 1988 and Fed.R.Civ.P. 54(d)(1) and (2), the amount of which shall be determined by the Court after consideration of Plaintiff's Motion for Attorneys' Fees and Costs, supporting legal memorandum and detailed accounting records.

3. All monies shall be payable to the SC Special Needs Trust created for the sole benefit of SC. The trust shall be drafted to supplement SC's needs without the loss of state and federal benefits. The trust shall be administered by Ann Marie and Nicholas Porto as co-trustees. As with any trust, the trustees shall have a fiduciary responsibility to the beneficiary. The trustees shall be bonded.

4. SC's legal guardians are qualified to manage plaintiff's jury award and to fulfill any fiduciary obligations. Ann Marie and Nicholas Porto have been plaintiff's legal guardians since age 13 months. They have always acted in his best interests. Toward that end, the Portos expended more than $35,000 in personal funds to pay the costs of SC's lawsuit. They are capable of making financial decisions in plaintiff's best interests.

In the event that the foregoing terms are not acceptable to the Court, plaintiff seeks clarification regarding the Court's request for "an appropriate trustee with financial experience."

2

Respectfully submitted,
PLAINTIFF
By his Attorneys,

| /s/ Lynn A. Leonard | /s/ Anita B. Sullivan |
|---|---|
| _____ | _____ |
| Lynn A. Leonard | Anita B. Sullivan |
| Attorney-At-Law | Attorney-At-Law |
| 527 Main Street, Suite 8 | 458 Main Street |
| Melrose, MA  02176 | Wakefield, MA  01880 |
| (781) 662-6161 | (781) 224-0701 |
| B.B.O. No. 561662 | B.B.O. No. 628873 |

Dated:  November 9, 2005