UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ANN MARIE PORTO and<br>NICHOLAS PORTO,<br>Individually and on Behalf of<br>SC, a Minor Person with<br>a Disability,<br>　　　　　　Plaintiffs,<br>　　　　v.<br><br>TOWN OF TEWKSBURY,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION<br>NO. 04-10003-PBS |

Saris, U.S.D.J.

**JUDGMENT**

The Court enters Judgment for Plaintiff as follows:

1. $250,000 in compensatory damages with interest, the rate to be established by the Court after reviewing the post-judgment motions.

2.  Attorneys' fees and costs pursuant to 42 U.S.C. § 1988 and Fed. R. Civ. P. 54(d)(1) and (2), the amount of which shall be determined by the Court after consideration of Plaintiff's Motion for Attorneys' Fees and Costs, supporting legal memorandum and detailed accounting records.

3.  All monies shall be payable to the SC Special Needs Trust created for the sole benefit of SC.  The trust shall be drafted to supplement SC's needs without the loss of state and federal benefits.  The trust shall be administered by Howard Cohen, a trustee with financial experience, and by Ann Marie and

Nicholas Porto as co-trustees.  As with any trust, the trustees

shall have a fiduciary responsibility to the beneficiary.  The

trustees shall be bonded

    **SO ORDERED**.


                    **S/PATTI B. SARIS**
                    United States District Judge