# Brody, Hardoon, Perkins & Kesten, LLP
### Attorneys at Law

| | | |
|---|---|---|
| Richard E. Brody<br>Laurence E. Hardoon<br>Samuel Perkins<br>Leonard H. Kesten<br>Jocelyn M. Sedney<br><br>Of Counsel:<br>Cheryl A. Jacques<br>Maria E. DeLuzio | One Exeter Plaza<br>Boston, Massachusetts 02116<br><br>Telephone 617-880-7100<br>Facsimile 617-880-7171<br>www.bhpklaw.com | Jeremy I. Silverfine<br>Sherri Gilmore Bunick<br>Deidre Brennan Regan<br>Deborah I. Ecker<br>Djuna E. Perkins<br>Thomas P. Campbell<br>Peter E. Montgomery<br>Andrew S. Brooslin<br>Kristin Tyler Harris<br><br>Administrator:<br>Elizabeth L. Joyce |

### RE: EXHIBIT A

November 23, 2005

**Hand Delivered**
Robert Alba, Courtroom Clerk
The Honorable Patti B. Saris
United States District Court
One Courthouse Way
Boston, MA 02210

RE: Ann Marie Porto and Nicholas Porto, Individually and on Behalf of Stephen Colon, a Minor Person with a Disability
VS: Town of Tewksbury, et al
No.: 04CV 10003 PBS

Dear Mr. Alba:

Enclosed is EXHIBIT A that was **not attached** to DEFENDANT'S MOTION FOR JUDGMENT NOTWITHSTANDING THE VERDICT OR, IN THE ALTERNATIVE, FOR A NEW TRIAL, electronically filed today.

Please note that Exhibit A is a Confidential Report that should not be scanned to the docket.

Thank you for your courtesy and cooperation. If you have any questions, please feel free to contact me.

Very truly yours,

BRODY, HARDOON, PERKINS & KESTEN, LLP

*/s/ Leonard H. Kesten*
Leonard H. Kesten

LHK:dac
Enclosure
cc: Lynn A. Leonard, Esq.
    Anita B. Sullivan, Esq.