UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

| | |
|---|---|
| Ann Marie Porto and Nicholas Porto, | ) |
| Individually and on Behalf of SC, | ) |
| a Minor Person with a Disability | ) |
| | ) C.A. No. 04-CV10003-PBS |
| v. | ) |
| | ) |
| Town of Tewksbury | ) |

_____ )

**AFFIDAVIT OF ATTORNEY LYNN A. LEONARD**

I, Lynn A. Leonard, Esquire, hereby depose and state as follows:

1. I received a B.A. from Suffolk University in 1989 and earned a J.D. from the New England School of Law in 1992.  I have been admitted to practice in Massachusetts and in the U.S. District Courts for the District of Massachusetts.

2. Since entering the practice of law, I have focused primarily on employment law and civil rights litigation.  I have been chief counsel in numerous cases involving civil rights claims.  I am presently in private practice in Melrose, Massachusetts.  Prior to entering into private practice, I served as counsel for the Massachusetts Commission Against Discrimination from 1992/1993 to 1996.  I have successfully litigated several civil rights cases including sexual harassment, disability, race and age discrimination claims.  Two of these cases involved gender-based discrimination issues of first impression.  In 1996/1997, I served as Director of Consumer Education for the Massachusetts Office of Consumer Affairs and Business regulation for one year before entering private practice in 1998.  I have been in private practice for eight years.

3. I have taught at seminars sponsored by the Massachusetts Continuing Legal Education, the University of Massachusetts Donahue Institute, the Massachusetts Commission Against Discrimination and by private corporations on various topics regarding employment law and civil rights.  I have been a member of the Labor and Employment Law Section of the Massachusetts Bar Association, the Boston Bar Association and the Association of Trial Attorneys of America.  I am a member of the Massachusetts Employment Law Association and a member of the Board of Directors of the First Eastern Middlesex Bar Association.  I also served as Chairperson of the Malden Human Rights Commission.

4. The hourly rate at which plaintiff is requesting reimbursement for my legal services is $250.00 per hour.  Based upon my background and experience, as well as my familiarity

with attorney fees customarily charged in the Boston Metropolitan area, I believe $250.00 per hour for my services is reasonable and that my rate is on the low end of the prevailing market rates for specialty practice in civil rights litigation in this geographic community.

5.  The total of my attorney fees to date is $173,025.00, which is supported by time and accounting records attached to plaintiff's motion.


Signed under the pains and penalties of perjury this 25th day of November 2005.



/s/ Lynn A. Leonard

_____

Lynn A. Leonard