UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Ann Marie Porto and Nicholas Porto,<br>Individually and on Behalf of SC,<br>a Minor Person with a Disability<br><br>v.<br><br>Town of Tewksbury | )<br>)<br>)<br>)<br>) C.A. No. 04-CV10003-PBS<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF ANITA B. SULLIVAN

I, Anita B. Sullivan, Esquire, hereby depose and state:

1. My name is Anita B. Sullivan. I received a B.A. from Eckerd College in American Studies in1982 and a J.D. from Massachusetts School of Law in 1995. I am an attorney in good standing with the Massachusetts Board of Bar Overseers. I have been licensed to practice law in the Commonwealth of Massachusetts since September 1995. I have been registered to practice in the Federal Court since February 23, 1996.

2. I have maintained a private solo law practice at 458 Main Street, Wakefield, Massachusetts since July 1996. I have employed an administrative assistant (twenty five to thirty hours weekly) since July 1997. Prior to opening a solo practice, I was of Counsel to Fleming and Miranda, a Wakefield firm specializing in real estate law.

3. My legal practice specializes in representation of children, education law and special education, school exclusion and suspension, guardianship of children and disabled persons, protective custody and state intervention in the Juvenile and Probate & Family Court.

4. I have been certified through the Committee for Public Services (Children and Family Law Division) as trial counsel since 1995 and completed advanced training through the agency in 1996 and 1997. Additionally, I am certified and practiced appellate work through the Committee for Public Counsel Services CAFL division. I also currently mentor and train attorneys for the Children and Family Law Program for CPCS and have done so for the past two years. I participated on the training panel for CPCS (CAFL) through the Massachusetts Continuing Legal Education (MCLE) to train new attorneys for CPCS work. I am

    a member of the National Association of Counsel for Children.

5. I was the 2005 recipient of the Mary Fitzpatrick Zealous Advocate award from CPCS.

6. In nine years of private practice, I have litigated no less than three to four cases per year (bench trials) as well as numerous preliminary and evidentiary hearings. I have litigated in the Massachusetts Juvenile Court, Probate Court and before the Bureau of Special Education Appeals.

7. My current rate of private billing is $200.00 per hour. I believe an hourly rate of $200 for my services given my litigation experience is reasonable.

The total of fees sought to date for my services, at $200 per hour, is $129,810.27.

                          **Respectfully Submitted,**

                          /s/ Anita B. Sullivan
                          _____
                          **Anita B. Sullivan**
                          **BBO 628873**
                          **458 Main Street**
                          **Wakefield, MA 01880**
                          **(781) 224-0701**

Dated: November 25, 2005