Category Report
12/1/1997 Through 11/25/2005

11/25/2005                                                                                                    Page 1

| Date | Account | Num | Description | Memo | Category | Cl | Amount |
|---|---|---|---|---|---|---|---|
| 1/6/2004 | IOLTA II | DEP | Retainer | | Porto | | 300.00 |
| 1/6/2004 | IOLTA II | TXFR | Lynn A. Leonard | Court Filing Fee | Porto | | -150.00 |
| | | | | Parking | Porto | | -7.00 |
| | | | | Parking | Porto | | -7.00 |
| | | | | Printing | Porto | | -2.47 |
| 2/3/2004 | IOLTA II | 1125 | Cheryl A. Laffey | Constable | Porto | | -35.00 |
| 6/2/2004 | IOLTA II | 1129 | MGH | Medical Records | Porto | | -20.00 |
| 6/25/2... | IOLTA II | DEP | Retainer | | Porto | | 300.00 |
| 6/29/2... | IOLTA II | 1138 | Medical Record Associat... | Medical Records | Porto | | -36.25 |
| 6/29/2... | IOLTA II | 1139 | Medical Record Associat... | Medical Records | Porto | | -35.70 |
| 6/29/2... | IOLTA II | 1140 | Medical Record Associat... | Medical Records | Porto | | -59.02 |
| 6/29/2... | IOLTA II | 1141 | Massachusetts General... | Medical Records | Porto | | -30.89 |
| 6/29/2... | IOLTA II | 1142 | Center For Family Devel... | Medical Records | Porto | | -10.00 |
| 8/13/2... | IOLTA II | DEP | Retainer | | Porto | | 3,000.00 |
| 9/22/2... | IOLTA II | 1144 | Jane Walsh | Julie Paris Deposit... | Porto | | -409.00 |
| 9/22/2... | IOLTA II | 1145 | Teresa Costello | Maguire/Bradley D... | Porto | | -825.00 |
| 9/23/2... | IOLTA II | 1146 | Bradford Smith | Consultation | Porto | | -225.00 |
| 9/23/2... | IOLTA II | 1147 | Staples | Photocopies | Porto | | -25.98 |
| 9/25/2... | IOLTA II | 1050 | Anita B. Sullivan | Medical Records - ... | Porto | | -75.00 |
| | | | | Overnight Mail - Dr... | Porto | | -34.75 |
| 9/25/2... | IOLTA II | 1051 | Lynn A. Leonard | Staples | Porto | | -45.57 |
| | | | | Staples | Porto | | -119.78 |
| | | | | Staples | Porto | | -46.72 |
| | | | | Parking | Porto | | -20.00 |
| | | | | Staples | Porto | | -25.31 |
| | | | | Parking | Porto | | -20.00 |
| | | | | Postage | Porto | | -3.85 |
| | | | | Postage | Porto | | -4.75 |
| | | | | Staples | Porto | | -46.92 |
| 9/25/2... | IOLTA II | 1052 | Dunn & Goudreau Court ... | Porto Deposition | Porto | | -746.50 |
| 9/25/2... | IOLTA II | 1053 | Bournewood Hospital | Medical Records | Porto | | -63.50 |
| 9/25/2... | IOLTA II | 1054 | East Boston Neighborho... | Medical Records | Porto | | -30.00 |
| 11/16/... | IOLTA II | DEP | Retainer | | Porto | | 4,000.00 |
| 11/16/... | IOLTA II | 1055 | Teresa Costello | Traveis/McGuire D... | Porto | | -453.00 |
| | | | | Ware/Dixon Depos | Porto | | -549.00 |
| | | | | Edelstein Depo | Porto | | -291.00 |
| 11/24/... | IOLTA II | 1056 | Edward Dragan | Expert Witness | Porto | | -2,205.00 |
| 1/3/2005 | IOLTA II | DEP | Retainer | | Porto | | 3,000.00 |
| 1/3/2005 | IOLTA II | 1057 | Jane Walsh | Porto Depositions | Porto | | -562.00 |
| 1/3/2005 | IOLTA II | 1058 | Staples | | Porto | | -67.10 |
| 1/4/2005 | IOLTA II | 1059 | Anita B. Sullivan | Photocpies | Porto | | -181.44 |
| 1/4/2005 | IOLTA II | 1060 | Jane Walsh | Porto Depositions | Porto | | -331.00 |
| 1/4/2005 | IOLTA II | 1061 | Lynn A. Leonard | Postage and Deliv... | Porto | | -13.50 |
| | | | | NEMC | Porto | | -22.70 |
| | | | | Printing and Repro... | Porto | | -1.47 |
| | | | | Tolls and Parking | Porto | | -14.00 |
| | | | | Postage and Deliv... | Porto | | -13.65 |
| 1/25/2... | IOLTA II | 1063 | Bradford Smith | Affidavit | Porto | | -700.00 |
| 2/8/2005 | IOLTA II | DEP | Retainer | | Porto | | 5,000.00 |
| 2/9/2005 | IOLTA II | 1065 | Edward Dragan | Expert Witness | Porto | | -5,000.00 |
| 3/18/2... | IOLTA II | DEP | Retainer | | Porto | | 3,000.00 |
| 4/1/2005 | IOLTA II | 1066 | Edward Dragan | Expert Witness | Porto | | -2,200.00 |
| 4/1/2005 | IOLTA II | 1067 | Dunn & Goudreau Court ... | Porto Deposition | Porto | | -424.00 |
| 4/18/2... | IOLTA II | DEP | Retainer | | Porto | | 3,000.00 |
| 4/18/2... | IOLTA II | 1073 | Edward Dragan | Expert Witness | Porto | | -2,628.10 |
| 7/26/2... | IOLTA II | 1086 | Essex Law Library | Printing and Repro... | Porto | | -15.00 |
| 8/5/2005 | IOLTA II | DEP | Retainer | | Porto | | 3,500.00 |
| 8/5/2005 | IOLTA II | 1087 | Edward Dragan | Expert Witness | Porto | | -3,884.31 |
| 9/6/2005 | IOLTA II | DEP | Retainer | | Porto | | 2,000.00 |
| 9/17/2... | IOLTA II | 1075 | Lynn A. Leonard | Expenses | Porto | | -1,193.63 |
| 9/17/2... | IOLTA II | 1079 | Dunn & Goudreau Court ... | Deposition | Porto | | -290.50 |
| 9/17/2... | IOLTA II | 1078 | Teri C. Gibson | Transcript | Porto | | -132.00 |
| 9/26/2... | IOLTA II | DEP | Retainer | | Porto | | 5,000.00 |
| 10/1/2... | IOLTA II | 1089 | Office Max | | Porto | | -171.99 |

# Category Report
12/1/1997 Through 11/25/2005

11/25/2005                                                                                             Page 2

| Date | Account | Num | Description | Memo | Category | Cl | Amount |
|---|---|---|---|---|---|---|---|
| 10/1/2... | IOLTA II | 1088 | Edward Dragan | Expert Witness | Porto | | -3,500.00 |
| 10/4/2... | IOLTA II | 1090 | Coates & Flemming | | Porto | | -180.00 |
| 10/7/2... | IOLTA II | 1092 | Edward Dragan | Expert Witness | Porto | | -5,375.00 |
| 10/7/2... | IOLTA II | DEP | Retainer | | Porto | | 8,000.00 |
| 10/7/2... | IOLTA II | 1093 | Mass Constable Service | Service of Process | Porto | | -2,355.00 |
| 11/17/... | IOLTA II | 1091 | UPS | | Porto | | -60.60 |
| 11/17/... | IOLTA II | 1099 | Lee A. Marzilli | | Porto | | -247.50 |
| 11/17/... | IOLTA II | 1100 | Lynn A. Leonard | Parking: 109.00 | Porto | | -339.46 |

TOTAL OUTFLOWS                                                                         36,564.91

## ADDITIONAL EXPENSES

**Paid:**

| | |
|---|---:|
| Fee paid directly to Dr. Dragan by Portos 9/24/04 | $ 3,500 |

**Outstanding:**

| | |
|---|---:|
| In-house photocopies 3,671 @ .15 per copy | $ 550.70 |
| Postage | 32.20 |
| Courthouse Parking for Portos | 84.00 |
| Tolls paid by Attorney Sullivan | 30.00 |
| Photocopies paid by Attorney Sullivan | 36.00 |
| Outstanding Bill from Dr. Dragan | $ 2,737.88 |
| **TOTAL** | **6,970.78** |
| | 36,564.91 |
| **GRAND TOTAL EXPENSES** | **$ 43,535.69** |