**Attorney Lynn A. Leonard**
**527 Main Street, Suite 8**
**Melrose, MA  02176**


**Invoice submitted to:**
**Ann Marie and Nicholas Porto**
**30 Donna Drive**
**Tewksbury, MA  01876**


**November 25, 2005**

| Date | Timekeeper | Task | Hours |
|------|-----------|------|-------|
| 06/02/03 | LAL | Consultation with Ann Marie Porto (1.0) | 1.0 |
| 06/03/03 | LAL | Letter to Attorney Gosniak (.2);<br>Letter to Jeffrey Turner (.2) | .2<br>.2 |
| 06/10/03 | LAL | Call to Attorney Gosniak (.5) | .5 |
| 06/12/03 | LAL | Review MCAD file (1.5)<br>Review file from Attorney Gosniak (1.5) | 1.5<br>1.5 |
| 06/23/03 | LAL | Confer with Attorney Sullivan (1.0)<br>re: causes of action | 1.0 |
| 07/02/03 | LAL | Meeting with Ann Marie Porto and<br>Attorney Sullivan (2.9)<br>re: Complaint | 2.9 |
| 07/22/03 | LAL | Call to Nancy To (.1) | .1 |
| 07/23/03 | LAL | Letter to Nancy To (.2);<br>Call to OCR Attorney Ruth Ricker (.5);<br>Review OCR file (1.0)<br>Review Attorney General file (.5) | .2<br>.5<br>1.0<br>.5 |
| 07/24/03 | LAL | Research civil rights statutes (1.4) | 1.4 |
| 07/29/03 | LAL | Confer with Attorney Sullivan<br>re:  MCAD appeal (.6) | .6 |
| 07/30/03 | LAL | Draft Appeal Brief for MCAD (5.0)<br>re: question of admin pre-req to lawsuit | 5.0 |
| 08/01/03 | LAL | Draft Appeal Brief for MCAD (7.0)<br>re: question of admin pre-req to lawsuit | 7.0 |
| 08/02/03 | LAL | Strategize with Attorney Sullivan (.9)<br>re: decision to withdraw admin appeal | .9 |
| 08/04/03 | LAL | Letter to Matthew Buehler (.2) | .2 |
| 08/27/03 | LAL | Confer with Attorney Sullivan<br>re:  terms of fee agreement (.4) | .4 |
| 09/15/03 | LAL | Research BBO standard/draft final fee agreement (.4) | .4 |
| | | **Subtotal** | **27.0** |

| | | | |
|---|---|---|---|
| 09/16/03 | LAL | Meeting with Portos and Attorney Sullivan (2.0); re: lawsuit/fee agreement | 2.0 |
| | | Prep for meeting (1.0) | 1.0 |
| 11/14/03 | LAL | Draft Complaint (8.0) | 8.0 |
| 12/20/03 | LAL | Meeting with Ann Marie Porto and Attorney Sullivan (4.5) re: develop facts for complaint | 4.5 |
| | | Draft Complaint (4.5) | 4.5 |
| 12/29/03 | LAL | Requested information at RMV to locate parties' addresses (.8) ; | .8 |
| 12/30/03 | LAL | Meet with Attorney Sullivan to discuss research and collaborate to draft Complaint (3.0) | 3.0 |
| 01/02/04 | LAL | Draft Complaint (5.0) | 5.0 |
| 01/03/04 | LAL | Finalize Complaint (1.5) | 1.5 |
| 01/04/04 | LAL | Draft Request for Initial Disclosures (.7) | .7 |
| 01/05/04 | LAL | File Complaint by hand-delivery (1.6) | 1.6 |
| 01/05/04 | LAL | Call to constable and meet to deliver documents for service (.5) | .5 |
| 01/22/04 | LAL | Rule 7.1 discussion re: Motion for Extension of Time to File Responsive Pleading (.1); | .1 |
| | | Review EFC filing (.1) | .1 |
| 02/13/04 | LAL | Review Answer to Complaint (.4) | .4 |
| | | Confer with Attorney Sullivan (.2) re: answer to Complaint | .2 |
| 02/27/04 | LAL | Letter to M. DeAngelis re: team meeting (.1) | .1 |
| 03/04/04 | LAL | Team Meeting for SC (2.0); | 2.0 |
| | | Roundtrip travel (.8) | .8 |
| 3/11/04 | LAL | Confer with Attorney Sullivan (.6) re: discovery plan | .6 |
| 03/12/04 | LAL | Meeting with Attorney Sullivan re: discovery plan (2.0) | 2.0 |
| | | **Subtotal** | **39.4** |

| 03/17/04 | LAL | Confer with Atty Sullivan re: federal funding issues (.3) | .3 |
|---|---|---|---|
| 04/01/04 | LAL | Discuss and draft discovery plan and proposed scheduling order (2.0) | 2.0 |
| 04/06/04 | LAL | Finalize Joint Scheduling Order (1.0) | 1.0 |
| 04/07/04 | LAL | Settlement Demand Letter (.5) | .5 |
| 04/12/04 | LAL | Scheduling Conference (.4) | .4 |
| | | Roundtrip travel (1.0) | 1.0 |
| 04/14/04 | LAL | Call to Ann Marie Porto (.2) | .2 |
| | | Letter to Ann Marie Porto re: discovery (.2) | .2 |
| | | Review Tewksbury Automatic Disclosures (.2) | .2 |
| 04/15/04 | LAL | Letter to court re: filing of summonses (.2) | .2 |
| 04/16/04 | LAL | Letter to Nancy Stetson (.2); | .2 |
| | | Call to witness Vincent Messina (.6); | .6 |
| | | Draft Automatic Disclosures (1.4) | 1.4 |
| 04/19/04 | LAL | Draft Rule 16.1 Certification (.2) | .2 |
| 04/23/04 | LAL | Call to witness Nancy Stetson (.2) | .2 |
| 04/24/04 | LAL | Meeting with Ann Marie Porto (4.0) | 4.0 |
| 05/07/04 | LAL | Discuss discovery requests with Attorney Sullivan (.6) | .6 |
| 05/08/04 | LAL | Draft discovery requests (4.5) | 4.5 |
| 05/09/04 | LAL | Draft discovery requests (2.0) | 2.0 |
| | | Call to Ann Marie Porto (.2) | .2 |
| 05/10/04 | LAL | Finalize discovery (3.0) | 3.0 |
| | | Letter to Ecker re: discovery (.2); | .2 |
| | | Draft Releases for Ann Marie Porto and SC (.3); | .3 |
| 05/11/04 | LAL | Call to Ann Marie Porto (.3) | .3 |
| | | Letters and Releases sent to 22 treatment providers (7.5) | 7.5 |
| 05/14/04 | LAL | Meeting with Attorney Sullivan re: discovery (3.5) | 3.5 |
| 05/21/04 | LAL | Review chronology of events (.5) | .5 |
| | | **Subtotal** | **35.2** |

| | | | |
|---|---|---|---|
| 05/06/04 | LAL | Draft discovery responses (1.0) | 1.0 |
| 05/27/04 | LAL | Finalize answers to defendant's document requests (4.0)<br>Reproduce documents | 4.0 |
| 05/28/04 | LAL | Finalize answers to defendant's interrogatories (2.4)<br>Letter to Ecker re: responses to discovery (.2) | 2.4<br>.2 |
| 06/10/04 | LAL | Prepare five Deposition Notices and letter to Ecker (.7) | .7 |
| 06/11/04 | LAL | Call to Ann Marie Porto (.3) | .3 |
| 06/23/04 | LAL | Letter to Ecker re discovery (.2)<br>Call to Ann Marie Porto (.4)<br>Prepare for deposition of Julie Paris (.8) | .2<br>.4<br>.8 |
| 07/12/04 | LAL | Prepare for deposition of Julie Paris (1.2)<br>Confer with Attorney Sullivan (.6) | 1.2<br>.6 |
| 07/13/04 | LAL | Deposition of Julie Paris (3.8);<br>Roundtrip travel (1.0) | 3.8<br>1.0 |
| 07/16/04 | LAL | Review Letter and Release from Ecker and discuss<br>with Attorney Sullivan (.3);<br>Draft Limited Release (.5) | .3<br>.5 |
| 07/20/04 | LAL | Review letter from Ecker and Second Request<br>For Production of Documents (.2) | .2 |
| 07/21/04 | LAL | Prepare three Deposition Notices and letter to Ecker (.4) | .4 |
| 07/23/04 | LAL | Letter to Ecker re: discovery (.2);<br>Draft release for Eleanor Edelstein (.2) | .2<br>.2 |
| 08/02/04 | LAL | Letter to Ecker re: discovery (.2)<br>Consult with Attorney Sullivan re: immunity (.2)<br>Prepare for meeting with Dr. Smith (.6) | .2<br>.2<br>.6 |
| 08/05/04 | LAL | Meeting with Dr. Smith (1.0)<br>Roundtrip travel (1.0)<br>Confer with Attorney Sullivan (.2) | 1.0<br>1.0<br>.2 |
| 08/06/04 | LAL | Letter to Ecker re: discovery (.2) | .2 |
| 08/08/04 | LAL | Research Eleventh Amendment Immunity (3.0) | 3.0 |
| 08/09/04 | LAL | Client Meeting re: deposition (2.2) | 2.2 |
| | | **Subtotal** | **27.0** |

| 08/10/04 | LAL | Day one deposition of Ann Marie Porto (5.8); | 5.8 |
| | | Roundtrip travel (1.0) | 1.0 |
| | | Client Conference (.5) | .5 |
| 08/11/04 | LAL | Prepare for deposition of James McGuire (1.9) | 1.9 |
| | | Confer with Attorney Sullivan (.6) | .6 |
| 08/12/04 | LAL | Day one deposition of James McGuire (3.6); | 3.6 |
| | | Roundtrip travel (.8) | .8 |
| 08/25/04 | LAL | Letter to Ecker re: discovery (.2); | .2 |
| | | Review documents and draft letter to Ecker re: discovery (.5) | .5 |
| 08/30/04 | LAL | Meeting with witness Anthony Hickford (1.2); | 1.2 |
| | | Roundtrip travel (.8) | .8 |
| 09/02/04 | LAL | Call to Ann Marie Porto (.2) | .2 |
| | | Draft Confidentiality Agreement (.3); | .3 |
| | | Letter to Ecker re: discovery (.2); | .2 |
| | | Letter to Mrs. Porto (.2) | .2 |
| 09/08/04 | LAL | Call to Ann Marie Porto (.4) | .4 |
| | | Prepare for deposition of Loreen Bradley (1.8) | 1.8 |
| | | Confer with Attorney Sullivan (.5) | .5 |
| 09/09/04 | LAL | Deposition of Loreen Bradley (2.7) | 2.7 |
| | | Roundtrip travel (.8) | .8 |
| 09/10/04 | LAL | Review letter from Ecker re: production of documents and discuss with Attorney Sullivan (.8) | .8 |
| 09/16/04 | LAL | Review letter from Ecker re: production of documents and discuss with Attorney Sullivan (.3) | .3 |
| 09/19/04 | LAL | Call to Ann Marie Porto (.7) | .7 |
| | | Prepare for deposition of William Traveis (1.2); | 1.2 |
| | | Prepare for day two deposition of James McGuire (2.3); | 2.3 |
| | | Confer with Attorney Sullivan (.7) | .7 |
| 09/20/04 | LAL | Day two deposition of James McGuire (1.9); | 1.9 |
| | | Roundtrip travel (.8) | .8 |
| | | Deposition of William Traveis (2.5) | 2.5 |
| 09/21/04 | LAL | Research issue of whether presentment is required for civil rights actions against a municipality (.4) | .4 |
| 09/22/04 | LAL | Assemble materials for review by Dr. Dragan (.7) | .7 |
| | | Letter to Dr. Dragan (.3) | .3 |
| | | **Subtotal** | **36.6** |

| | | | |
|---|---|---|---|
| 09/25/04 | LAL | Letter to Mrs. Porto (.3) | .3 |
| 09/27/04 | LAL | Call to Ann Marie Porto (.5) | .5 |
| | | Prepare for deposition of Alison Dixon (.9); | .9 |
| | | Prepare for deposition of Robert Ware (1.6); | 1.6 |
| | | Confer with Attorney Sullivan (.5) | .5 |
| 09/28/04 | LAL | Deposition of Alison Dixon (1.3); | 1.3 |
| | | Deposition of Robert Ware (3.7); | 3.7 |
| | | Roundtrip travel (.8) | .8 |
| 09/29/04 | LAL | Call to Ann Marie Porto (.2) | .2 |
| | | Review and edit Dr. Dragan retainer agreement (.4); | .4 |
| | | Letter to Dr. Dragan (.2) | .2 |
| 09/30/04 | LAL | Call to Ann Marie Porto (.4) | .4 |
| | | Review letter and attachments from Ecker re: additional discovery documents (.3); | .3 |
| | | Prepare for deposition of Eleanor Edelstein (1.3) | 1.3 |
| | | Confer with Attorney Sullivan (.3) | .3 |
| 10/01/04 | LAL | Deposition of Eleanor Edelstein (2.6); | 2.6 |
| | | Roundtrip travel (.8); | .8 |
| | | Review letter from Ecker re: deposition errata sheet (.2) | .2 |
| 10/04/04 | LAL | Research and review cases on issue of whether Title IX claim pre-empts 1983 claim (1.7); | 1.7 |
| | | Review defendant Motion re: Reserve Right to Depose and Evaluate SC (.2) | .2 |
| | | discuss with Attorney Sullivan (.4) | .4 |
| 10/05/04 | LAL | Review documents and draft letter to Ecker (.3) | .3 |
| 10/08/04 | LAL | Draft answers to defendant's second request for production of documents (.5); | .5 |
| | | Letter to Ecker (.2) | .2 |
| 10/13/04 | LAL | Draft and file Opposition to Motion (.7) | .7 |
| 10/15/04 | LAL | Review letter and attachments from Ecker re: deposition errata sheets (.1) | .1 |
| 10/16/04 | LAL | Review letter from Ecker and attachments (.1) | .1 |
| 10/20/04 | LAL | Consult with Attorney Sullivan on depositions (.8) | .8 |
| | | **Subtotal** | **21.3** |

| | | | |
|---|---|---|---|
| 10/24/04 | LAL | Call to Ann Marie Porto (.2) | .2 |
| | | Prepare for deposition of Sharon Moser (1.1) | 1.1 |
| | | Confer with Attorney Sullivan re: depositions (.3) | .3 |
| 10/25/04 | LAL | Deposition of Sharon Moser (2.9) | 2.9 |
| | | Roundtrip travel (.8) | .8 |
| 10/26/04 | LAL | Call to Ann Marie Porto (.5) | .5 |
| | | Prepare for deposition of Christine McGrath (1.8) | 1.8 |
| 10/26/04 | LAL | Follow up with Attorney Sullivan re: depositions (.2) | .2 |
| 10/27/04 | LAL | Deposition of Christine McGrath (2.8) | 2.8 |
| | | Roundtrip travel (.8) | .8 |
| 10/28/04 | LAL | Review answers to 29 sets of document requests and interrogatories from 15 defendants (.5) | .5 |
| 10/29/04 | LAL | Letter to Ecker re: discovery (.3) | .3 |
| 11/03/04 | LAL | Review letter from Ecker re: discovery and discuss with Attorney Sullivan (.3) | .3 |
| 11/09/04 | LAL | Call from Attorney Sullivan re: records (.8) | .8 |
| | | Conference call with Ann Marie Porto (.7) | .7 |
| 11/10/04 | LAL | Call to Dr. Dragan (.9) | .9 |
| | | Call to Attorney Sullivan re: SC Affidavit (.2) | .2 |
| 11/11/04 | LAL | Review letter from Dr. Dragan (.1) | .1 |
| | | Consult with Attorney Sullivan re: expert issues (.4) | .4 |
| 11/12/04 | LAL | Consult with Attorney Sullivan on Court decision re: reserving right to depose SC (.6) | .6 |
| 11/13/04 | LAL | Review letter from Ecker re: discovery (.1) | .1 |
| 11/14/04 | LAL | Review letter from Ecker re: claims against individuals and consider position (.3) | .3 |
| 11/15/04 | LAL | Call from Attorney Sullivan re: dismissing named individual defendants (.1) | .1 |
| 11/17/04 | LAL | Review letter and insurance policy from Ecker (.4) and discuss with Attorney Sullivan (.5) | .4 .5 |
| | | Follow up with adjuster re: interpretation (.5) | .5 |
| 11/22/04 | LAL | Letter to Ecker re: claims against individuals (.2) | .2 |
| | | **Subtotal** | **18.3** |

| 11/24/04 | LAL | Call to Dr. Dragan (.1) | .1 |
| | | Call to Attorney Sullivan re: expert (.3) | .3 |
| 11/26/04 | LAL | Review letter from Dr. Dragan (.1) | .1 |
| 11/29/04 | LAL | Call to Ecker (.1) | .1 |
| | | Prepare for Day two deposition of Christine McGrath (1.7) | 1.7 |
| 11/30/04 | LAL | Review SC school records at Tewksbury (1.9); | 1.9 |
| | | Day two deposition of Christine McGrath (1.6) | 1.6 |
| | | Case Conference with Mrs. Porto (.5) | .5 |
| | | Roundtrip travel (.8) | .8 |
| 11/30/04 | LAL | Review Motion for Summary Judgment, | |
| | | Concise Statement of facts, Memoranda of Law, | |
| | | Motion and affidavits (1.8) | 1.8 |
| 12/01/04 | LAL | Review correspondence and attachments from | |
| | | Ecker re: production of documents (.1); | .1 |
| | | Call to Dr. Dragan (.5); | .5 |
| | | Research and review OCR regulations, Title IX and | |
| | | analogous Title VII case law (4.0) | 4.0 |
| 12/02/04 | LAL | Review and summarize 279-page deposition | |
| | | of Ann Marie Porto (6.0); | 6.0 |
| | | Review/index New England Medical Center records (1.5); | 1.5 |
| | | Letter to New England Medical Center (.3); | .3 |
| 12/03/04 | LAL | Confer with counsel and draft Assented to | |
| | | Motion to Extend Time for Production | |
| | | of Expert Report and correspondence (.7) | .7 |
| 12/05/04 | LAL | Research and review cases on | |
| | | summary judgment standards (.8); | .8 |
| | | Research and review OCR regulations | |
| | | and EEOC Policy Guidance (1.6); | 1.6 |
| 12/06/04 | LAL | Review and summarize 133-page deposition | |
| | | of Julie Paris (2.9); | 2.9 |
| | | Review and index records of Dr. Bradford Smith (1.5); | 1.5 |
| | | Begin drafting opposition to summary judgment | |
| | | on Title IX claim (4.0) | 4.0 |
| 12/07/04 | LAL | Review and summarize 183-page deposition | |
| | | of Robert Ware (4.0); Review and summarize | 4.0 |
| | | 151-page deposition of William Traveis (3.3) | 3.3 |
| | | **Subtotal** | **40.1** |

| | | | |
|---|---|---|---|
| 12/08/04 | LAL | Continue drafting opposition to Title IX claim (4.0); | 4.0 |
| | | Review and summarize deposition of | |
| | | Eleanor Edelstein (2.1); | 2.1 |
| | | Review Bournewood Hospital medical records (1.5); | 1.5 |
| | | Travel to RMV to request information | |
| | | to locate witnesses (1.1) | 1.1 |
| | | | |
| | | E-mails to and from Dr. Smith (.1) | .1 |
| | | Call to Ann Marie Porto (.2) | .2 |
| | | | |
| 12/09/04 | LAL | Research issue of SC ability to consent (1.6); | 1.6 |
| | | | |
| | | Review and summarize deposition | |
| | | of Loreen Bradley (2.0); | 2.0 |
| | | Meeting at NEMC re: missing records (.7) | .7 |
| | | Roundtrip travel (1.0) | 1.0 |
| | | | |
| 12/10/04 | LAL | Meeting with SC and Ann Marie (2.8); | 2.8 |
| | | Roundtrip travel (.8) | .8 |
| | | | |
| 12/11/04 | LAL | Meeting with SC (1.6); | 1.6 |
| | | Roundtrip travel (.8); | .8 |
| | | Daft SC affidavit (1.5); | 1.5 |
| | | Call to Attorney Sullivan (.2) | .2 |
| | | | |
| 12/12/04 | LAL | Review and summarize 231-page deposition | |
| | | of James McGuire (5.1); | 5.1 |
| | | Review and cross-reference school records | |
| | | with time outline for fact development (3.0) | 3.0 |
| | | | |
| 12/13/04 | LAL | Continue drafting opposition to | |
| | | summary judgment on Title IX claim (4.0); | 4.0 |
| | | Confer with counsel and finalize Assented to Motion | |
| | | for Extension of Time to File Opposition (.5) | .5 |
| | | | |
| 12/14/04 | LAL | Review and index Mass. General Hospital records (.6); | .6 |
| | | Review and index Children's Hospital records (.8); | .8 |
| | | Review and index Wilmington Pediatrics (.7); | .7 |
| | | Review and index East Boston | |
| | | Neighborhood Health records (.7); | .7 |
| | | Review responses to interrogatories (.5); | .5 |
| | | Continue drafting opposition summary judgment on | |
| | | Title IX claim (4.0); | 4.0 |
| | | | |
| 12/15/04 | LAL | Continue Title IX SJ opposition (2.3); | 2.3 |
| | | Research and review cases on Title II ADA claim | |
| | | **Subtotal** | **44.2** |

|  |  | including disparate treatment and impact theories | |
|  |  | Review statutes, cases and codes (4.0); | 4.0 |
|  |  | Confer with Attorney Sullivan on Title II claim (.3) | .3 |
| 12/16/04 | LAL | Finalize opposition on Title IX claim (2.2); | 2.2 |
|  |  | Draft opposition on Title II claim (6.0) | 6.0 |
|  |  | Confer with Attorney Sullivan re: updated research (.5) | .5 |
| 12/17/04 | LAL | Call to Eagleton School (.3) | .3 |
|  |  | Confer with Attorney Sullivan re: SJ arguments (.9) | .9 |
| 12/19/04 | LAL | Research and review case law (1.5) and | 1.5 |
|  |  | draft opposition on state law harassment claim (3.0); | 3.0 |
|  |  | Research and review case law (1.2) and | 1.2 |
|  |  | Draft opposition on intentional infliction of | |
|  |  | emotional distress claim (1.5); | 1.5 |
|  |  | Confer with Attorney Sullivan (.5) | .5 |
| 12/20/04 | LAL | Draft Motion to Dismiss (.2) | .2 |
|  |  | Confer with Attorney Sullivan re: SJ (.6) | .6 |
| 12/22/04 | LAL | Call to Ann Marie Porto (.4) | .4 |
|  |  | Calls to Eagleton School (.2) | .2 |
| 12/23/04 | LAL | Calls to Dr. Smith (.5); | .5 |
|  |  | Prepare affidavit (1.7); | 1.7 |
|  |  | Calls to Eagleton School (.3) | .3 |
| 12/26/04 | LAL | Review DOE audit (.6) | .6 |
| 12/27/04 | LAL | Call to Attorney Sullivan re: SJ issues (.2) | .2 |
| 12/28/04 | LAL | Calls to Martina Laska (.3); | .3 |
|  |  | Prepare affidavit (.9) | .9 |
| 12/29/04 | LAL | Calls to Maureen Pryjma (.5); | .5 |
|  |  | Prepare affidavit (1.5); | 1.5 |
|  |  | Meeting with Ann Marie Porto (2.0); | 2.0 |
|  |  | Review chronology of events timetable (2.0); | 2.0 |
|  |  | Prepare affidavit (1.1) | 1.1 |
| 12/30/04 | LAL | Meet with Attorney Sullivan to discuss, | |
|  |  | Finalize, merge brief and photocopy/assemble exhibits (7.5) | 7.5 |
| 12/31/04 | LAL | Travel to Court to file Opposition to Motion for SJ | |
|  |  | by hand-delivery, but courthouse closed (1.0) | 1.0 |
|  |  | Call to Attorney Sullivan (.2) | .2 |
|  |  | **Subtotal** | **43.6** |

11

| 01/06/05 | LAL | Review letter from Ecker re: Affidavit of SC and and Confer with Attorney Sullivan (.3) | .3 |
|---|---|---|---|
| 01/12/05 | LAL | Call to Attorney Sullivan (.3) | .3 |
| 01/13/05 | LAL | Call to Attorney Sullivan (.1) | .1 |
| 01/14/05 | LAL | Review EFC filings (.3) | .3 |
| 01/18/05 | LAL | Prepare for Motion Session (.8) | .8 |
| 01/19/05 | LAL | Hearing on Motion for Summary Judgment (1.0); Roundtrip travel (1.0) | 1.0 1.0 |
| 1/19/05 | LAL | Review  EFC filings from Court (.1) | .1 |
| 01/24/05 | LAL | Draft and file Opposition to Motion to Strike Affidavits (.7) Confer with Attorney Sullivan (.7) | .7 .7 |
| 01/27/05 | LAL | Call to Ecker re: discovery and mediation (.1); Calls to Robert Alba and Amy Nee re: mediation (.2) | .1 .2 |
| 01/27/05 | LAL | Review and respond to letter from Ecker re: expert witnesses (.6) | .6 |
| 1/28/05 | LAL | Call to Ecker (.1); Review letter from Ecker re: scheduling of deposition and discuss with attorney Sullivan (.2); Letter to Ecker (.2) | .1 .2 .2 |
| 02/03/05 | LAL | Review Supplemental Memorandum in Support of Summary Judgment (.3); E-mail to Dr. Dragan (.1) | .3 .1 |
| 02/08/05 | LAL | E-mail to Dr. Dragan (.2); Letter to Ecker (.2) | .2 .2 |
| 02/08/05 | LAL | Review and respond to letter from Ecker re: experts (.3) | .3 |
| 02/10/05 | LAL | Confer with Attorney Sullivan re: SC's deposition (1.6) | 1.6 |
| 02/13/05 | LAL | Meeting with SC (3.0) Roundtrip travel (.8) | 3.0 .8 |
| 02/14/05 | LAL | Deposition of SC (4.9) Roundtrip travel (1.0) | 4.9 1.0 |
| | | **Subtotal** | **19.1** |

| | | | |
|---|---|---|---|
| | | Conference call with Attorney Sullivan and Dr. Dragan (1.2) | 1.2 |
| 02/21/05 | LAL | Call to Ann Marie Porto (.2) | .2 |
| | | Review report of Dr. Dragan (.5) | .5 |
| 02/15/05 | LAL | Call and e-mail to Bernice Sandler (.2) | .2 |
| 02/27/05 | LAL | Review letter from Dr. Dragan (.1) | .1 |
| 03/01/05 | LAL | Review letter from Dr. Dragan (.1) | .1 |
| 03/03/05 | LAL | Call to Dr. Dragan (.5); | .5 |
| | | Discuss defendant's Motion to Continue Trial with Attorney Sullivan and Portos (.3) | .3 |
| 03/18/05 | LAL | E-mail to Dr. Dragan (.3) | .3 |
| 03/21/05 | LAL | Call to Dr. Dragan (.7) | .7 |
| 03/21/05 | LAL | Call to Nicole Romano (.1) | .1 |
| 03/22/05 | LAL | Call to Dr. Dragan (.3) | .3 |
| 03/26/05 | LAL | Review letter from Dr. Dragan (.1) | .1 |
| 04/01/05 | LAL | Review letter from Dr. Dragan (.1) | .1 |
| 04/14/05 | LAL | Call to Ann Marie Porto (.2) | .2 |
| 04/17/05 | LAL | Call to Ann Marie Porto (.2) | .2 |
| 04/21/05 | LAL | Call to Ann Marie Porto (.2) | .2 |
| 04/25/05 | LAL | Call to Attorney Sullivan (.2) | .2 |
| 04/26/05 | LAL | Client Meeting (.5) | .5 |
| | | Day two of deposition of Ann Marie Porto (.6) | .6 |
| | | Roundtrip travel (1.0) | 1.0 |
| 04/27/05 | LAL | Call to Ann Marie Porto (.2) | .2 |
| 05/11/05 | LAL | Call to Attorney Sullivan (.4) | .4 |
| 06/03/05 | LAL | Confer with Attorney Sullivan re: OSEP/DOE (.6) | .6 |
| 06/07/05 | LAL | Draft and file Motion to Amend Pre-Trial Order (.6) | .6 |
| | | Rule 7.1 call to Attorney Ecker (.1) | .1 |
| | | **Subtotal** | **9.5** |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 06/08/05 | LAL | Review Defendant's Opposition to Motion (.1) | .1 |
| 06/13/05 | LAL | Two calls from Attorney Sullivan (.2) | .2 |
| 06/17/05 | LAL | Review and consider Court's Order<br>denying Motion for SJ (.2) | .2 |
| 06/20/05 | LAL | Confer with Attorney Sullivan on SJ Motion decision (.5)<br>Call to Ann Marie Porto (.2) | .5<br>.2 |
| 06/27/05 | LAL | Review letter from Dr. Dragan (.1);<br>Meeting with Attorney Sullivan re: planning and<br>strategy re: pre-trial orders (5.0) | .1<br><br>5.0 |
| 07/01/05 | LAL | Scheduling update from Attorney Sullivan (.2) | .2 |
| 07/02/05 | LAL | Research update from Attorney Sullivan (.4) | .4 |
| 07/04/05 | LAL | Investigation update from Attorney Sullivan (.2) | .2 |
| 07/05/05 | LAL | Investigation update from Attorney Sullivan re: expert (.6) | .6 |
| 07/12/05 | LAL | Confer with Attorney Sullivan (.9) | .9 |
| 07/13/05 | LAL | Confer with Attorney Sullivan (1.4) | 1.4 |
| 07/14/05 | LAL | Confer with Attorney Sullivan (.5) | .5 |
| 07/15/05 | LAL | Meeting with SC at Eagleton School (1.4);<br>Review Eagleton records (1.6);<br>Interview Patricia Doherty (.7)<br>Interview therapist Maureen Pryjma (.4)<br>Meet with program director (.6)<br>Interview teacher (.4)<br>Roundtrip travel (5.0)<br>Confer with Attorney Sullivan (.6) | 1.4<br>1.6<br>.7<br>.4<br>.6<br>.4<br>5.0<br>.6 |
| 07/16/05 | LAL | Consult on evidentiary issues (.3) | .3 |
| 07/18/05 | LAL | Confer with Attorney Sullivan re: trial issues (1.2) | 1.2 |
| 07/20/05 | LAL | Call to Edward Dragan (.8);<br>Research Daubert-Lanigan defenses and<br>review information provided by Dr. Dragan (3.0)<br>Confer with Attorney Sullivan (.8) | .8<br><br>3.0<br>.8 |
| | | **Subtotal** | **27.3** |

| 07/21/05 | LAL | Confer with Attorney Sullivan re: defenses (1.3) | 1.3 |
|----------|-----|--------------------------------------------------|-----|
| 07/22/05 | LAL | Case conference with Attorney Sullivan (2.0) re: pre-trial orders | 2.0 |
| 07/23/05 | LAL | Research update from Attorney Sullivan (.8) | .8 |
| 07/24/05 | LAL | Prepare for deposition: Consult with client and review transcripts (1.3) | 1.3 |
|          |     | Consult with Attorney Sullivan (.4) | .4 |
| 07/25/05 | LAL | Day three of deposition of Ann Marie Porto (1.7); | 1.7 |
|          |     | Roundtrip travel (1.0) | 1.0 |
| 07/28/05 | LAL | Review letter from Dr. Dragan (.1) | .1 |
| 08/01/05 | LAL | Review correspondence from Dr. Dragan (.1) | .1 |
| 08/05/05 | LAL | Letter to Dr. Dragan (.5) | .5 |
|          |     | Confer with Attorney Sullivan re: pre-trial orders (.3) | .3 |
| 08/06/05 | LAL | Confer with Attorney Sullivan re: pre-trial orders (.6) | .6 |
| 08/07/05 | LAL | Confer with Attorney Sullivan re: pre-trial orders (1.1) | 1.1 |
| 08/08/05 | LAL | Confer with Attorney Sullivan re: pre-trial orders (1.2) | 1.2 |
| 08/09/05 | LAL | Confer with Attorney Sullivan re: pre-trial orders (.5) | .5 |
| 08/10/05 | LAL | Confer with Attorney Sullivan re: pre-trial orders (.6) | .6 |
| 08/11/05 | LAL | Discuss McGuire depo with Attorney Sullivan (.6) | .6 |
| 08/16/05 | LAL | Consult with Attorney Sullivan re: pre-trial orders (.3) | .3 |
| 08/20/05 | LAL | Review medical records from Wilmington Pediatrics; New England Medical Center; Floating Hospital for Children (1.4) | 1.4 |
|          |     | E-mail to Attorney Sullivan (.1) | .1 |
| 08/21/05 | LAL | Draft Motion in Limine on records from Bournewood Hospital, NEMC and Eagleton (3.8) | 3.8 |
| 08/22/05 | LAL | Research and review case law on Fed.R.Evid. 412 (1.5); | 1.5 |
|          |     | Review medical records from Center for Family Development for SC and for Ann Marie Porto (1.8); | 1.8 |
|          |     | Research punitive damages under state law (1.2) | 1.2 |
|          |     | **Subtotal** | **24.2** |

| 8/23/05 | LAL | Research punitive damages under federal law (2.5); | 2.5 |
| | | Draft Motion in Limine and Memoranda of | |
| | | Law re: Fed.R..Evid. 412 (2.0) | 2.0 |
| | | E-mail to Attorney Sullivan (.1) | .1 |
| | | | |
| 08/24/05 | LAL | Additional research on state law peer harassment (3.0) | 3.0 |
| | | | |
| 08/25/05 | LAL | Review transcript from SJ hearing (1.0) | 1.0 |
| | | Memorandum to Dr. Dragan (.5) | .5 |
| | | | |
| 08/25/05 | LAL | Draft Pre-Trial Disclosures including review of | |
| | | medical and school records and locating names, | |
| | | addresses, telephone numbers of witnesses (6.5) | 6.5 |
| | | Confer with Attorney Sullivan (1.0) | 1.0 |
| | | | |
| 08/29/05 | LAL | Call from Elizabeth Stasio (.2) | .2 |
| | | | |
| 08/31/05 | LAL | Call from Dr. Weida re: CV (.1) | .1 |
| | | | |
| 09/01/05 | LAL | Review and consider defendant's Pre-Trial Disclosures (.3) | .3 |
| | | | |
| 09/03/05 | LAL | Draft Motion in Limine re: records of Dr. Pilachowski, | |
| | | Dr. Tanguay and Dr. Weida (1.5) | 1.5 |
| | | | |
| 09/05/05 | LAL | Prepare 29 subpoenas; contact constable and | |
| | | arrange for service of process (3.2); | 3.2 |
| | | | |
| 09/06/05 | LAL | Call to Ecker (.1); | .1 |
| | | Call to Patricia Doherty (.2) | .2 |
| | | Call from Maureen White at Wilmington Pediatrics (.2) | .2 |
| 09/07/05 | LAL | Calls and e-mails to Dina Laissow at Women's Law | |
| | | Center (.3) | .3 |
| | | Call to Ann Marie Porto (.2); | .2 |
| | | | |
| 09/08/05 | LAL | Review letter from Ecker re: documents (.1) | .1 |
| | | Review documents identified in letter (.2) | .2 |
| | | | |
| | | Call from Claudia Hunter for Dr. Herskowitz (.2) | .2 |
| | | Call from Alexandra Rourke at DSS (.2) | .2 |
| | | Call from Linda Beaupre at DSS (.2) | .2 |
| | | Research locale of Charles River Hospital records (.6) | .6 |
| | | Call from Attorney Rathbone (.1) | .1 |
| | | Call to Maureen Pryjma re: Affidavit (.4) | .4 |
| | | Meeting with Dr. Weida (.5) | .5 |
| | | Roundtrip travel to Lawrence (1.2) | 1.2 |

**Subtotal**                                                         **26.6**

| | | | |
|---|---|---|---|
| 09/09/05 | LAL | Draft Deposition Designations (.1); | .1 |
| | | Assented to Motion for Extension of Time to Submit Jury | |
| | | Instructions/Voire Dire (.2); | .2 |
| | | Letter to Court (.1); | .1 |
| | | Hand-deliver impounded documents to Court (1.0); | 1.0 |
| | | Draft plaintiff's witness/exhibit list (.5) | .5 |
| | | | |
| | | Review and consider EFC filings including: | |
| | | Proposed Jury Instructions, Objections to | |
| | | Pre-Trial Disclosures and Witness/Exhibit List (.7); | .7 |
| | | Research Jury Instructions (3.0); | 3.0 |
| | | Research Voire Dire (.5) | .5 |
| | | | |
| 09/10/05 | LAL | Draft Jury Instructions (5.0) | 5.0 |
| | | | |
| 09/11/05 | LAL | Draft Jury Instructions (5.0); Review letter from | 5.0 |
| | | Dr. Dragan (.1) | .1 |
| | | | |
| 09/12/05 | LAL | Letter to DSS (.3); | .3 |
| | | Draft Joint Pre-Trial Memo (1.9) | 1.9 |
| | | | |
| 09/13/05 | LAL | Draft Joint Pre-Trial Memo (1.4) | 1.4 |
| | | Call from Keeper of Records at NEMC | |
| | | re: missing files (.2) | .2 |
| | | Call from Dr. Weida (.1) | .1 |
| | | | |
| 09/15/05 | LAL | Call from Patricia Stodik of Tewksbury Police (.1) | .1 |
| | | Draft Joint Pre-Trial Memo (1.7) | 1.7 |
| | | Draft Trial Brief (2.1) | 2.1 |
| | | | |
| 09/16/05 | LAL | Calls to Nicole Romano re: Joint Pre-Trial Memo (.2) | .2 |
| | | Review and consider EFC filings (1.4): | 1.4 |
| | | Motion in Limine, Oppositions to | |
| | | Motions in Limine and Pre-Trial Memorandum; | |
| | | Confer with Attorney Sullivan (.6) | .6 |
| | | Call from Patricia Doherty (.1) | .1 |
| | | Call from David Hastings (.5) | .5 |
| | | Draft Trial Brief (1.6) | 1.6 |
| | | | |
| 09/19/05 | LAL | Call to Dr. Dragan (.1); | .1 |
| | | Call to Dr. Pryjma at Eagleton (.6) | .6 |
| | | Finalize and file Trial Brief (.9) | .9 |
| | | | |
| 09/20/05 | LAL | Call from Attorney Farraher (.3) | .3 |
| | | Call from Leslie Ranhala at DSS (.1) | .1 |
| | | Call from Joel Herskowitz (.1) | .1 |
| | | | |
| | | **Subtotal** | **30.5** |

| | | | |
|---|---|---|---|
| 09/21/05 | LAL | Final Pre-Trial Conference (1.7) | 1.7 |
| | | Roundtrip travel (1.0) | 1.0 |
| 09/22/05 | LAL | Prepare Trial Brief on state/federal SH claims (4.8) | 4.8 |
| | | Contact witnesses to reschedule trial testimony (.7) | .7 |
| 09/23/05 | LAL | Review and respond to letter from Atty Farraher (.3) | .3 |
| 09/26/05 | LAL | Call to Dr. Dragan (.3) | .3 |
| | | Call from Linda Beaupre at DSS (.2) | .2 |
| 09/28/05 | LAL | Call from Bradford Smith (.2); | .2 |
| | | Review new records from Bradford Smith and discuss records with Attorney Sullivan (1.5); | 1.5 |
| | | Review and consider EFC filings: Supplemental Memorandum in Opposition to Motion in Limine, Trial Brief, and Supplemental Witness List (.9); | .9 |
| | | Research new cases cited (.3) | .3 |
| | | Review deposition summaries (1.4) | 1.4 |
| 09/29/05 | LAL | Draft and file Objection to Defendant's Supplemental Witness List (.3) | .3 |
| | | Draft and file Plaintiff's Rebuttal to Defendant's Opposition to Rule 412 Motion in Limine (.8) | .8 |
| 09/29/05 | LAL | Call from Kesten re: Brad Smith records (.1) | .1 |
| 09/30/05 | LAL | Document camera tutorial (.9) | .9 |
| | | Roundtrip travel to courthouse (1.0) | 1.0 |
| | | Phone call to Robert Alba re: trial issues (.1); | .1 |
| | | Review correspondence from Kesten and fax Smith records (.2) | .2 |
| 10/01/05 | LAL | Trial Prep:  (8.0) including: | 8.0 |
| | | Review depo transcript of Mrs. Porto | |
| | | Review documents, prepare chronology | |
| | | Prepare outline of testimony | |
| | | Meeting with Ann Marie Porto | |
| | | Calls to Attorney DiPietrantio from DARE | |
| 10/02/05 | LAL | Trial Prep (8.5)  including: | 8.5 |
| | | Continue reviewing depo transcripts | |
| | | Second meeting with Ann Marie Porto | |
| | | Cross-reference documents, exhibits | |
| | | **Subtotal** | **33.2** |

|   |   | Draft letter to Dr. Dragan<br>Organize trial notebook<br>Review file, identify and assemble proposed exhibits |   |
|---|---|---|---|
| 10/03/05 | LAL | Day one of trial (4.1);<br>Roundtrip travel (1.0)<br>Client conference (.6)<br>Strategize with Attorney Sullivan (.8) | 4.1<br>1.0<br>.6<br>.8 |
|   |   | Evening Trial Prep (4.0)<br>Including calls to Mrs. Porto, review notes, revise outline | 4.0 |
| 10/04/05 | LAL | Trial prep (7.5) including<br>Meeting with Ann Marie Porto<br>Review trial notes from day one<br>Revise outline, review records | 7.5 |
| 10/05/05 | LAL | Day two of trial (4.4)<br>Roundtrip travel (1.0);<br>Strategize with Attorney Sullivan (1.0) | 4.4<br>1.0<br>1.0 |
|   |   | Evening Trial Prep (4.0):<br>Including calls to Mrs. Porto, outline for redirect exam,<br>review Motion to Produce Eagleton records,<br>call from Eagleton attorney; call to Attorney Sullivan<br>Review DSS records from Attorney Kesten | 4.0 |
| 10/06/05 | LAL | Day three of trial (4.4)<br>Roundtrip travel (1.0)<br>Strategize with Attorney Sullivan (1.2)<br>Review records produced by Eagleton (1.0) | 4.4<br>1.0<br>1.2<br>1.0 |
| 10/07/05 | LAL | Trial prep (8.0) including:<br>Meeting with Dr. Tanguay<br>Travel to Wilmington<br>Start review of records, transcripts, trial notes<br>and exhibits to prepare outlines for trial testimony<br>of Ware, Traveis and Moser<br>Call from Allen Willess, call to Dr. Dragan, call to client | 8.0 |
| 10/08/05 | LAL | Trial Prep (7.5) including:<br>Continue review of records, transcripts, trial notes<br>and exhibits and prepare outlines for trial testimony<br>of Ware, Traveis and Moser | 7.5 |
| 10/09/05 | LAL | Trial Prep (5.0) including: | 5.0 |
|   |   | **Subtotal** | **56.5** |

19

|  |  | Continue review of records, transcripts, trial notes and exhibits and prepare outlines for trial testimony of Ware, Traveis and Moser |  |
|---|---|---|---|
| 10/10/05 | LAL | Trial Prep (8.0) including: Finalize review of records, transcripts, trial notes and exhibits and prepare outlines for trial testimony of Ware, Traveis and Moser Start review for Dixon, Edelstein witnesses Call to Dr. Dragan Call to Client | 8.0 |
| 10/11/05 | LAL | Day four of trial (4.7) Roundtrip travel (1.0) Client conference (.8) Call to Attorney Valentine at DOE (.3) | 4.7 1.0 .8 .3 |
|  |  | Evening Trial Prep (4.0) including: Call to Liz Englehart; Review Allison Dixon deposition summary, notes, documents and prepare outline for trial testimony Review Eleanor Edelstein deposition summary , notes, documents and prepare outline for trial testimony Review EFC filing: Objection to DOE witness | 4.0 |
| 10/12/05 | LAL | Day five of trial (4.2); Roundtrip travel (1.0) Client conference (.4) Strategize with Attorney Sullivan (1.0) | 4.2 1.0 .4 1.0 |
| 10/13/05 | LAL | Trial Prep (7.5) including: Meeting with Dr. Weida, Meeting with Ms. Englehart with travel, research Title II theories Review Dr. Smith records and cross-reference with hospital records, start Smith outline | 7.5 |
| 10/14/05 | LAL | Call to Nicole Romano (.1); Meeting with Dr. Smith including travel (2.0); Meeting with SC at courthouse (3.0) Roundtrip travel to courthouse (1.0) Call from Dr. Tanguay (.2) Call to Dr. Pilachowski (.2) | .1 2.0 3.0 1.0 .2 .2 |
| 10/15/05 | LAL | Trial Prep (8.0) including: Review DSS records, Scan and e-mail documents to Ms. Englehart, discuss records with Ms. Englehart Prepare outline for Englehart testimony, review trial notes | 8.0 |
|  |  | **Subtotal** | **47.4** |

|  |  |  |  |
|---|---|---|---|
|  |  | Review Dr. Herskowitz records | |
|  |  | Call to Dr. Herskowitz and prepare outline | |
|  |  | Call to Dr. Smith, begin outline for Dr. Smith testimony | |
| 10/16/05 | LAL | Trial Prep including: | |
|  |  | Continue preparing for Dr. Smith testimony (3.0) | 3.0 |
|  |  | Review SC's IEP's and Testing for meeting with | |
|  |  | Dr. Dragan (1.2) | 1.2 |
|  |  | Meeting with Dr. Dragan (3.6) | 3.6 |
|  |  | Roundtrip travel (1.0) | 1.0 |
| 10/17/05 | LAL | Day six of trial (4.9); | 4.9 |
|  |  | Roundtrip travel (1.0) | 1.0 |
|  |  | Research Title II claim at NESL | |
|  |  | and review cases, articles (2.1) | 2.1 |
|  |  | Draft Second Trial Brief on Title II (1.2); | 1.2 |
|  |  | Draft Supplemental Jury Instructions (.9); | .9 |
|  |  | Review and consider EFC filings including: | |
|  |  | Supplemental Jury Instructions (.2); | .2 |
|  |  | Response to Title II Brief and Jury Verdict Form (.3) | .3 |
|  |  | Evening Trial Prep (3.0) | 3.0 |
|  |  | Review report of Dr. Weida and prepare outline; | |
|  |  | Call to Dr. Weida; additional research on consent issue; | |
|  |  | Review trial notes, Smith outline | |
| 10/18/05 | LAL | Day seven of trial (4.8) | 4.8 |
|  |  | Roundtrip travel (1.0) | 1.0 |
|  |  | Client conference (.4) | .4 |
|  |  | Strategize with Attorney Sullivan (1.0) | 1.0 |
|  |  | Evening Trial Prep (6.0): | 6.0 |
|  |  | Research punitive damages under Title II | |
|  |  | Motion for Application of | |
|  |  | Continuing Violation Doctrine to Title II | |
|  |  | Review Motion for DV and draft Opposition | |
|  |  | Draft Jury Verdict Form | |
|  |  | Review Court's Proposed Jury Instructions | |
|  |  | Draft Amended Jury Instructions | |
| 10/19/05 | LAL | Day eight of trial (7.7) | 7.7 |
|  |  | Roundtrip travel (1.0) | 1.0 |
|  |  | Review and consider EFC filings including: | |
|  |  | Supplemental Proposed Jury Instructions | |
|  |  | **Subtotal** | **44.3** |

|  |  |  |  |
|---|---|---|---|
|  |  | and Motion to Reconsider (.2) | .2 |
|  |  | Evening Trial Prep (7.0):<br>Pepare closing argument including<br>review of trial transcript, evidence and notes | 7.0 |
| 10/20/05 | LAL | Day nine of trial (7.9)<br>Roundtrip Travel (1.0) | 7.9<br>1.0 |
| 10/21/05 | LAL | Day ten of trial (7.4);<br>Discuss verdict with client (.6)<br>Roundtrip travel to court (1.0) | 7.4<br>.6<br>1.0 |
| 11/02/05 | LAL | Call to Ann Marie Porto (.3);<br>Call to proposed trustee Howard Cohen (.6);<br>Draft Motion for Attorney's Fees (1.0)<br>Draft Plaintiff's Proposed Judgment (1.2)<br>Call from Nicholas Porto (.6) | .3<br>.6<br>1.0<br>1.2<br>.6 |
| 11/07/05 | LAL | Conference call with Portos (.3) | .3 |
| 11/09/05 | LAL | Draft Motion to Amend Proposed Judgment (.6)<br>Draft Motion for Attorneys Fees (2.0) | .6<br>2.0 |
| 11/10/05 | LAL | Letter to Portos (.2) | .2 |
| 11/21/05 | LAL | Draft Motion for Attorney Fees (4.0)<br>Call to Attorney Michon (.2) | 4.0<br>.2 |
| 11/22/05 | LAL | Finalize Motion for Attorneys Fees (2.0)<br>Draft Affidavits (1.6)<br>Call to Attorney Michon (.2)<br>Call to Attorney Shilepsky (.2)<br>Call to Attorney Musiker (.2)<br>Confer with Attorney Sullivan (.5) | 2.0<br>1.6<br>.2<br>.2<br>.2<br>.5 |
|  |  | **Subtotal** | **40.8** |

**TOTAL HOURS**                                                    **692.1**

**TOTAL FEES**                                                    **$ 173,025**