UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Ann Marie Porto and Nicholas Porto,          )
Individually and on Behalf of SC,            )
a Minor Person with a Disability             )
                                             )   C.A. No. 04-CV10003-PBS
v.                                           )
                                             )
Town of Tewksbury                            )
                                             )

## AFFIDAVIT OF NANCY S. SHILEPSKY

I, Nancy S. Shilepsky, hereby depose and state as follows:

1.      I am a partner in the law firm of Shilepsky, O'Connell Casey Hartley Michon Yelen LLP ("Shilepsky O'Connell"), where I practice employment law. My firm handles sexual harassment cases under Title VII, which are analogous to sexual harassment claims under Title IX.

2.      I received my B.A. degree *magna cum laude* from Tufts University and my J.D. from Boston University School of Law. I have been a member of the Massachusetts Bar since 1978 and of the bar of the United States District Court for the District of Massachusetts since 1980. I am a member of The College of Labor and Employment Lawyers.

3.      I am a former member of the Board of Editors for Massachusetts Lawyers Weekly; a member of the Massachusetts Continuing Legal Education Labor and Employment Advisory Committee; and a member of the Labor and Employment Section of the Boston Bar Association. From 1996/1997 through 1998/1999, I served as Co-Chair of that Section. I am also a member of the Labor and Employment Section of the Massachusetts Bar Association and a member of Massachusetts Chapter of the National Employment Lawyers Association. I have chaired numerous continuing legal education programs on employment law topics for Massachusetts Continuing Legal Education, Inc., Massachusetts Bar Association, Boston Bar Association and other organizations, and have published books and articles on employment law subjects.

4.      I was a partner at Perkins, Smith & Cohen, LLP from 1999 through June 2005, where I was chair of the Labor, Employment and Employee Benefits Department. Prior to joining Perkins, Smith & Cohen, I was as a partner at Goulston & Storrs, PC in Boston; prior to joining Goulston & Storrs, PC, I was a partner at Dwyer & Collora, LLP in Boston; and prior to that, I was a founding partner of Shilepsky, Messing & Rudavsky.

5.    My hourly rate was $275 in 1998 (at Dwyer & Collora, LLP), $290-310 from 1998-1999 (at Goulston & Storrs, PC), $315-$430 from 2000-2005 (at Perkins, Smith & Cohen, LLP), and is currently $430.

6.    Attorney James B. O'Connell, Jr. is an honors graduate of Boston College; he received his J.D. from Northeastern University School of Law. He has been a member of the Massachusetts Bar since 1980.

7.    Prior to co-founding Shilepsky O'Connell, Attorney O'Connell was a partner in the trial department at Perkins, Smith & Cohen. He was also co-founder and partner of two firms concentrating in civil litigation: Murphy & O'Connell and Sally, O'Connell & Fitch. He began his professional career in the litigation department of Bingham McCutchen, LLP.

8.    Attorney O'Connell's currently hourly rate is $395.

9.    Attorney Lawrence J. Casey is a *cum laude* graduate of Boston College. He received his J.D. from Duquesne University. He has been a member of the Massachusetts Bar since 1990.

10.    Attorney Casey was a partner of the law firm Crowe & Casey, which merged with Perkins, Smith & Cohen, LLP in 1999; was a partner at Perkins, Smith & Cohen from 1999 through June 2005; and is currently a partner at Shilepsky O'Connell.

11.    Attorney Casey's current hourly rate is $350.

12.    Attorney H. James Hartley is a *cum laude* graduate of the University of Massachusetts at Amherst; he received his J.D. *cum laude* from Boston College Law School in 1992.

13.    Prior to co-founding Shilepsky O'Connell, Attorney Hartley was a partner at Perkins, Smith & Cohen, where he co-chaired the executive advocacy group. Before that, Attorney Hartley was lead employment law counsel for a Fortune 100 company with over 35,000 employees.

14.    Attorney Hartley's current hourly rate is $325.

15.    Attorney Katherine J. Michon is a graduate of the University of Massachusetts at Amherst; she received her J.D. from the New England School of Law in 1992.

16.    Prior to co-founding Shilepsky O'Connell, Attorney Michon was a partner at the employment law firm of Kimball, Brousseau & Michon. Previously in her career, she practiced employment law at Dwyer & Collora and at Shilepsky, Messing & Rudavsky.

17.    Attorney Michon's current hourly rate is $325.

2

18.     Attorney Barbara A. Robb is an associate at Shilepsky O'Connell. She is a graduate of Fairfield University. She received a Master of Arts in Public Administration from Ohio State University School of Public Policy and Management. Attorney Robb earned her J.D. *summa cum laude* from New England School of Law (1998) where she served as a member of the New England Law Review and was awarded the Amos L. Taylor Award for Excellence in Scholarship and the New England Law Review's Scribes Award.

19.     Attorney Robb was an associate at Perkins, Smith & Cohen. Prior to that, she was an associate with the firm of Lyne, Woodworth & Evarts and served as a law clerk to the Justices of the Massachusetts Superior Court.

20.     Attorney Robb's current hourly rate is $275.

21.     I understand that counsel for the plaintiff in this case are seeking fees at rates of $250/hour for Lynn A. Leonard and $200/hour for Anita B. Sullivan. Based on my experience and professional activities, I believe I am generally knowledgeable about the range of prevailing hourly rates charged by attorneys practicing employment law/civil rights in private practices in the greater Boston area. Although I have not worked with Ms. Leonard or her associate, I am generally aware of her employment law/civil rights practice. Ms. Leonard served as Senior Litigation Counsel for the Massachusetts Commission Against Discrimination. Combined with the results obtained in this case, which are excellent, I think there is no doubt that the rates requested by Ms. Leonard and her associate are well within the prevailing hourly rates for employment law/civil rights litigation attorneys with similar skills, experience and reputation in the Boston area.

Signed under the pains and penalties of perjury this 22nd day of November 2005.

Nancy S. Shilepsky

3

Attorney Anita B. Sullivan
458 Main Street
Wakefield, Ma. 01880


Invoice submitted to:
Porto, Ann Marie
30 Donna Dr.
Tewksbury MA. 01876


November 25, 2005


Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/19/2003 | ABS | initial consult with Ann Marie Porto<br>9:50 - 11:08 | 1.30<br>200.00/hr | 260.00 |
| 6/23/2003 | ABS | consult Atty. Leonard, identify causes of action, education<br>standard, MCAD and civil rights<br>2:25 - 3:25 | 1.00<br>200.00/hr | 200.00 |
| 7/2/2003 | ABS | meet with client and Lynn Leonard re: lawsuit<br>2:30 - 5:24 | 2.90<br>200.00/hr | 580.00 |
| 7/6/2003 | ABS | research complaint standards and causes of action<br>11:50 - 1:38 | 1.80<br>200.00/hr | 360.00 |
| 7/8/2003 | ABS | exchange client agreement with Lynn and consult re: terms<br>11:05 - 11:47 | 0.70<br>200.00/hr | 140.00 |
| 7/10/2003 | ABS | corres to Tewksbury, corres. to Eagleton School re: records<br>9:45 - 10:39 | 0.90<br>200.00/hr | 180.00 |
| 7/21/2003 | ABS | corres. to collaterals re: records  Tri City Health, N. E. Medical<br>Ctr.-Dept. of Special Needs Education, Dr. Springer, Dr.<br>Weida, DSS - Lowell<br>9:40 - 10:52 | 1.20<br>200.00/hr | 240.00 |
| 7/25/2003 | ABS | corres to  client<br>3:10 - 3:22 | 0.20<br>200.00/hr | 40.00 |

Porto, Ann Marie                                                                    Page    2

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/28/2003 ABS | call to Tewksbury Police, draft release for client<br>10:20 - 10:56 | | 0.60<br>200.00/hr | 120.00 |
| 7/29/2003 ABS | case conference re: MCAD Appeal<br>8:25 - 9:01 | | 0.60<br>200.00/hr | 120.00 |
| 7/30/2003 ABS | research failure to protect Shanahan v. L.A. Unified School Dist.<br>7:55 - 8:31 | | 0.60<br>200.00/hr | 120.00 |
| 7/31/2003 ABS | draft additional releases for client<br>12:25 - 1:01 | | 1.10<br>200.00/hr | 220.00 |
| 8/2/2003 ABS | case conf with Lynn re: withdrawal of MCAD appeal<br>9:10 - 10:04 | | 0.90<br>200.00/hr | 180.00 |
| 8/6/2003 ABS | draft corres. to Tewskbury Police re: records<br>12:40 - 1:04 | | 0.40<br>200.00/hr | 80.00 |
| 8/27/2003 ABS | review and index SPED records from client, conf. with Lynn re:<br>identify additonal documents for case<br>2:25 - 4:43 (2.30)<br>conf. with Lynn re: fee agreement<br>5:10 - 5:34 (.40) | | 2.70<br>200.00/hr | 540.00 |
| 8/28/2003 ABS | corres to Ann Marie<br>2:08 - 2:26 | | 0.30<br>200.00/hr | 60.00 |
| 8/29/2003 ABS | corres to Dr. DeAngles, Tewksbury SPED<br>10:30 -10:54<br>corres to Tewksbury Police re: Stephen's records<br>12:40 - 1:04 | | 0.40<br>200.00/hr | 80.00 |
| 8/30/2003 ABS | review records from Atty. Gosniack<br>2:40 - 4:04 | | 2.40<br>200.00/hr | 480.00 |
| 9/16/2003 ABS | develop timeline of incidents with client and record review<br>12:10 - 3:04 | | 2.90<br>200.00/hr | 580.00 |
| 10/8/2003 ABS | SOL on complaints under federal statutes and for a minor<br>child/disabled adult<br>6:45 - 7:21 | | 0.60<br>200.00/hr | 120.00 |
| 10/28/2003 ABS | review AMP's notes and paperwork for pleadings (client meeting)<br>1:00 - 3:25 | | 2.40<br>200.00/hr | 480.00 |
| 11/6/2003 ABS | review pleading standards for complaint Bender education law<br>8:05 - 8:29 | | 0.40<br>200.00/hr | 80.00 |
| 11/14/2003 ABS | attorney meeting to draft complaint, draft facts<br>identify complaint/charge elements<br>11:30 - 4:24 | | 4.90<br>200.00/hr | 980.00 |
| 11/16/2003 ABS | reserach Title IX, Murrell, Davis<br>9:30 - 10:42 | | 1.20<br>200.00/hr | 240.00 |

Porto, Ann Marie                                                                                 Page     3

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 12/10/2003 ABS | start - draft complaint facts<br>1:15 - 3:09 | 1.90<br>200.00/hr | 380.00 |
| 12/20/2003 ABS | research re: MGL ch 76   Garon v. Dudley Charlton re: MGL<br>sec. 76<br>Fedele v. School Comm. of Westwood<br>1977 Opinion of Justics 374 Msss. 836<br>9:30 - 10:18   (.80)<br>client meeting with Lynn<br>12:30 - 5:00   (4.50) | 5.30<br>200.00/hr | 1,060.00 |
| 12/21/2003  ABS | legislative history research MGL 76S.5<br>4:05 - 5:30 | 1.40<br>200.00/hr | 280.00 |
| 12/28/2003 ABS | investigatre witness former school personnel<br>Mussina & school bus company<br>4:24 - 4:42 | 0.30<br>200.00/hr | 60.00 |
| 12/30/2003 ABS | research for complaint,  draft of complaint with L. Leonard<br>2:10 - 5:10 | 3.00<br>200.00/hr | 600.00 |
| 12/31/2003  ABS | client  consult to finalize complaint<br>2:15 - 4:15 | 2.00<br>200.00/hr | 400.00 |
| 1/3/2004  ABS | finalize complaint<br>8:25 - 10:01 | 1.60<br>200.00/hr | 320.00 |
| 1/8/2004  ABS | develop deiscovery index for Plaintiff to track records requested,<br>received, reviewed and related expense<br>4:45 - 5:27 | 0.70<br>200.00/hr | 140.00 |
| 1/19/2004  ABS | research Nicole M. v. Martinez Unified School<br>2:00 - 3:24 | 1.40<br>200.00/hr | 280.00 |
| 1/29/2004  ABS | consult client re: service and TEAM meeting<br>8:55 - 9:13 | 0.30<br>200.00/hr | 60.00 |
| 2/3/2004  ABS | f'u Eagleton evaluations,  f'u case managers P. Doherty and M.<br>Laska<br>9:50 - 10:26 | 0.60<br>200.00/hr | 120.00 |
| 2/6/2004  ABS | callt to Ann Marie re: damages and past Tewksbury services<br>12:20 - 12:56 | 0.60<br>200.00/hr | 120.00 |
| 2/13/2004  ABS | case conf. with Lynn re: Answer to complaint<br>3:35 - 3:47 | 0.20<br>200.00/hr | 40.00 |
| 2/14/2004  ABS | review answers to complaint<br>9:10 - 9:52 | 0.70<br>200.00/hr | 140.00 |
| 2/23/2004 ABS | f'u re: discovery outline | 0.40<br>200.00/hr | 80.00 |

Porto, Ann Marie                                                                Page      4

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 3/2/2004 ABS | F/U Eagleton schools- Pat Doherty re: updated evaluations, call to Ann Marie<br>4:05 - 4:47 | 0.70<br>200.00/hr | 140.00 |
| 3/3/2004 ABS | interview with Pat Doherty / clinician re: services, current mental health, progress<br>3:40 - 4:04 | 0.40<br>200.00/hr | 80.00 |
| 3/4/2004 ABS | travel 34 miles (RT)          9:00 - 9:24     (.40)<br>                             12:00 - 12:24   (.40)<br>consult atty and parent      9:30 - 9:54     (.40)<br>TEAM meeting               10:00 - 11:48  (1.30) | 2.50<br>200.00/hr | 500.00 |
| 3/11/2004 ABS | consult with Lynn re: discovery plan to narrow depositions and subpoena records<br>4:25 - 5:01 | 0.60<br>200.00/hr | 120.00 |
| 3/12/2004 ABS | meeting with Lynn re: discovery plan includes call to Deb Ecker<br>3:00 - 5:00 | 2.00<br>200.00/hr | 400.00 |
| 3/15/2004 ABS | research DOE. v. Chicago Brd of Ed. sexual assault & safety issues school bus<br>Tort v. civil rights<br>4:30 - 4:48 | 0.30<br>200.00/hr | 60.00 |
| 3/17/2004 ABS | case conference with Lynn, discuss federal funding and research evidence to establish funding<br>12:40 - 1:34 | 0.90<br>200.00/hr | 180.00 |
| 3/22/2004 ABS | draft confirmation letter for service<br>4:50 - 5:08 | 0.30<br>200.00/hr | 60.00 |
| 3/26/2004 ABS | meeting with Lynn re: discovery plan identify and preliminary deposition plan developed<br>research number of depositions FRCP<br>3:35 - 4:11 | 0.60<br>200.00/hr | 120.00 |
| 3/27/2004 ABS | meeting                              10:40 - 1:40<br>(3.00)<br>develop descovery plan Phase I and II,<br>  identify reserach issues        2:05 -2:29     (.40)<br>  deposition schedule             2:29 - 2:53     (.40)<br>  draft HIPPA releases from client records   2:53 - 3:29<br>  (.60) | 4.40<br>200.00/hr | 880.00 |
| 4/1/2004 ABS | preparation for discovery conference with Lynn, research standards tracking orders<br>11:30 -3:30 | 4.00<br>200.00/hr | 800.00 |

Porto, Ann Marie                                                                    Page    5

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/5/2004 ABS | consult Lynn | 1:35 - 2:05 | 0.70 | 140.00 |
|  | (.50) |  | 200.00/hr |  |
|  | review email from Lynn re: updated discovery plan | 4:25 - 4:37 |  |  |
|  | (.20) |  |  |  |
| 4/8/2004 ABS | research admissions FRCP with multi party defendants |  | 1.30 | 260.00 |
|  | 4:25 - 5:43   (1.30) |  | 200.00/hr |  |
| 4/9/2004 ABS | research  damages Coleta v. Ordway |  | 0.40 | 80.00 |
|  | 7:55 - 8:19 |  | 200.00/hr |  |
| 4/12/2004 ABS | client conference | 2:00 - 2:36  (.60) | 2.00 | 400.00 |
|  | discovery conf./Judge Saris | 2:40 - 3:05  (.40) | 200.00/hr |  |
|  | travel | 1:30 - 2:00  (.50) |  |  |
|  |  | 3:10 - 3:40  (.50) |  |  |
| 4/13/2004 ABS | review required disclosure for D's, call to Lynn |  | 0.40 | 80.00 |
|  | 3:10 - 3:34 |  | 200.00/hr |  |
| 4/23/2004 ABS | file review for client meeting |  | 0.20 | 40.00 |
|  | 3:15 - 3:27 |  | 200.00/hr |  |
| 4/24/2004 ABS | client meeting |  | 4.00 | 800.00 |
|  | 1:00 - 5:00 |  | 200.00/hr |  |
| 5/3/2004 ABS | review samples interrog. & documents |  | 3.00 | 600.00 |
|  | 3:20 - 6:20 |  | 200.00/hr |  |
| 5/4/2004 ABS | file review |  | 0.80 | 160.00 |
|  | 9:50 - 10:38 |  | 200.00/hr |  |
| 5/7/2004 ABS | work / consult with Lynn, document review re: interrogatories, |  | 3.00 | 600.00 |
|  | assess privilege, research privilege and competency |  | 200.00/hr |  |
|  | 2:00 - 5:00 |  |  |  |
| 5/10/2004 ABS | finalize answers to interrogatories |  | 0.30 | 60.00 |
|  | 5:40 - 5:58 |  | 200.00/hr |  |
| 5/14/2004 ABS | develop Discovery |  | 3.50 | 700.00 |
|  | 8:10 - 11:40 |  | 200.00/hr |  |
| 5/15/2004 ABS | track down Dept. of Mass Heath billing records |  | 0.30 | 60.00 |
|  | 2:10 - 2:28 |  | 200.00/hr |  |
| 5/21/2004 ABS | draft answers to interrogatories |  | 3.90 | 780.00 |
|  | 8:50 - 10:14   (1.40) |  | 200.00/hr |  |
|  | client interview in person |  |  |  |
|  | 10:35 - 11:01   (.60) |  |  |  |
|  | start draft Plantiff's request for Interrogatories |  |  |  |
|  | 12:20 - 1:26   (1.10) |  |  |  |
|  | start draft plaintiff's response to Document Production |  |  |  |
|  | 1:26 - 2:14     (.80) |  |  |  |

Porto, Ann Marie                                                                                        Page       6

| | | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|---|
| 5/22/2004 ABS | received and indexed records from Children's Hopsital 11:50 - 12:08 | | | | 0.30 200.00/hr | 60.00 |
| 5/23/2004 ABS | reviewed records from Children's Hopsital 2:10 - 2:46 | | | | 0.60 200.00/hr | 120.00 |
| 5/24/2004 ABS | review returned releases, redraft and send out 11:30 - 11:54 | | | | 0.40 200.00/hr | 80.00 |
| 5/25/2004 ABS | f/u with medical issues regarding S.C. evaluations & hospitalizations 3:45 - 4:09 | | | | 0.40 200.00/hr | 80.00 |
| 5/26/2004 ABS | finalize 1st request production of Documents 9:10 - 10:46 | | | | 1.60 200.00/hr | 320.00 |
| 5/27/2004 ABS | review interrogationeis, consult Ann Marie Porto re: ints. 12:36 - 1:18 | | | | 0.70 200.00/hr | 140.00 |
| 5/28/2004 ABS | Merrimac educ. center transportation collabration, interview clerk re: drivers 1:40 - 1:58 | | | | 0.30 200.00/hr | 60.00 |
| 6/3/2004 ABS | call to Ann Marie re: TEAM 9:10 - 9:16 | | | | 0.10 200.00/hr | 20.00 |
| 6/14/2004 ABS | receive and review notice of Deposition, F/U call re: scheduling 11:10 - 11:22 | | | | 0.20 200.00/hr | 40.00 |
| 7/1/2004 ABS | review answers to ints. by C. Porcaro, cross reference answers to documents provided 3:20 - 5:50 | | | | 2.50 200.00/hr | 500.00 |
| 7/6/2004 ABS | research, admissions 1:15 - 5:33 | | | | 4.30 200.00/hr | 860.00 |
| 7/8/2004 ABS | receive and review Mass Health records re: S.C. services, index records coordinate with treatment services 4:50 - 6:26 | | | | 1.60 200.00/hr | 320.00 |
| 7/12/2004 ABS | consult with Lynn 4:20 - 4:56 | | | | 0.60 200.00/hr | 120.00 |
| 7/13/2004 ABS | case conf with client depo Julie Paris travel | 9:28 - 10:04 10:04 - 2:52 9:00 - 9:36 3:05 - 3:41 | (.60) (4.80) (.60) (.60) | | 6.60 200.00/hr | 1,320.00 |
| 7/16/2004 ABS | conf. with Lynn re: client release, F/U. with client re: release 3:55 - 4:31 | | | | 0.60 200.00/hr | 120.00 |
| 7/19/2004 ABS | corres. to Dr. Bowman and Dr. Bergerson 12:55 - 1:19 | | | | 0.40 200.00/hr | 80.00 |

Porto, Ann Marie                                                                        Page        7

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/23/2004 ABS | discovery, depo Preparation , interrogatories, C.V.'s for teachers, principal job description, DOE license requirements 1:10 - 4:58 | | 4.80 200.00/hr | 960.00 |
| 7/27/2004 ABS | consult and F/U, draft corresp. to North Shore Cardiology Assoc. re: S.C. Treatment 1:35 - 1:59 | | 0.40 200.00/hr | 80.00 |
| 8/2/2004 ABS | consult with Lynn re: 11 Amendment and defenses presentment research 4:50 - 5:20 | | 0.50 200.00/hr | 100.00 |
| 8/5/2004 ABS | travel | 1:20 - 1:50    (.50) 3:05 - 3:47    (.70) | 2.40 200.00/hr | 480.00 |
| | case conf. with Lynn | 1:50 - 2:02    (.20) | | |
| | interview with Dr. Brad Smith | 2:02 - 3:02   (1.00) | | |
| 8/9/2004 ABS | Preparation  for deposition | 1:30 - 3:30   (2.00) | 2.60 200.00/hr | 520.00 |
| | 2nd letter to DARE | 3:30 - 3:42    (.20) | | |
| | corres. to Tri City Mental Health | 3:42 - 3:54    (.20) | | |
| | corres. to Pilachowski | 3:54 - 4:06    (.20) | | |
| 8/10/2004 ABS | travel | 9:00- 9:30    (.50) 4:00 - 4:36    (.60) | 7.40 200.00/hr | 1,480.00 |
| | client meeting | 9:30 - 10:00   (.50) | | |
| | client deposition/Boston | 10:00 - 3:48   (5.80) | | |
| 8/12/2004 ABS | travel | 8:30 - 9:00   (.50) 12:40 - 1:10   (.50) | 5.70 200.00/hr | 1,140.00 |
| | Depo MacGuire | 9:00 - 12:36  (3.60) | | |
| | research potential experts | 6:40 - 7:46   (1.10) | | |
| 8/13/2004 ABS | f/u with experts - Dragan/review emails | 11:20 - 12:38  (1.30) | 2.50 200.00/hr | 500.00 |
| | Latham | 1:15 - 1:27    (.20) | | |
| | Stein | 1:27 - 1:45    (.30) | | |
| | review OCR guidelines | 1:45 - 2:03    (.30) | | |
| | review "Plain talk about consent" psychological report | 2:03 - 2:27    (.40) | | |
| 8/14/2004 ABS | N. Stein email corres.    4:55 - 5:07 | | 0.20 200.00/hr | 40.00 |
| 8/15/2004 ABS | contact potential expert re: special needs and sexual behavior 7:50 - 8:26   (.60) contact potential expert re: NS sexual harrassment of special | | 1.70 200.00/hr | 340.00 |

Porto, Ann Marie                                                                    Page     8

|  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|

|  |  | | | |
|---|---|---|---|---|
|  |  | educaiton students    8:26 - 8:44   (.30) | | |
|  |  | contact potential expert re: developmental disabilities and | | |
|  |  | cognitive functioning assessment   8:44 - 9:08   (.40) | | |
|  |  | contact potential expert discrimination/sexual development M.V. | | |
|  |  | population        10:05 - 10:29  (.40) | | |
| 8/16/2004 | ABS | consult Dr. Latham (expert F/U) | 0.90 | 180.00 |
|  |  | 1:50 - 2:44 | 200.00/hr | |
| 8/20/2004 | ABS | response email from expert       8:10 - 8:16 | 0.10 | 20.00 |
|  |  | | 200.00/hr | |
| 9/2/2004 | ABS | review retainer agreement from Dr. Dragan along with packet of | 1.30 | 260.00 |
|  |  | his published articles | 200.00/hr | |
|  |  | 7:40 - 8:58 | | |
| 9/8/2004 | ABS | case conf. with Lyunn re: depo for Bradley | 0.50 | 100.00 |
|  |  | 4:10 - 4:40 | 200.00/hr | |
| 9/9/2004 | ABS | client conf.          9:49 - 10:07      (.30) | 1.90 | 380.00 |
|  |  | Bradley depo      10:07 - 12:43      (.60) | 200.00/hr | |
|  |  | travel              9:20 - 9:50      (.50) | | |
|  |  | travel              1:00 - 1:30      (.50) | | |
| 9/10/2004 | ABS | consult Lynn re: Bradley depo and corresp. from Ecker | 0.80 | 160.00 |
|  |  | re:documents | 200.00/hr | |
|  |  | 12:25 - 1:13 | | |
| 9/16/2004 | ABS | case conf. with Lynn re: ongoing discovery document issue | 0.60 | 120.00 |
|  |  | 12:50 - 1:26 | 200.00/hr | |
| 9/19/2004 | ABS | research DOE - SAC and school psych. standards for licenure, | 1.40 | 280.00 |
|  |  | research school psychol. assoc. | 200.00/hr | |
|  |  | 12:50 - 1:32  (.70) | | |
|  |  | case conf. with Lynn re: depo's | | |
|  |  | 2:10 - 2:52   (.70) | | |
| 9/20/2004 | ABS | travel                   9:45 - 10:15       (.50) | 4.60 | 920.00 |
|  |  |                         3:10 - 3:40       (.50) | 200.00/hr | |
|  |  | client meeting        10:15 - 10:27      (.20) | | |
|  |  | Traves depo          10:27 - 12:57     (2.50) | | |
|  |  | McGuire depo 2nd day   2:10 - 3:04       (.90) | | |
| 9/27/2004 | ABS | depo Preparation  (research facilitator job description, DOE | 2.30 | 460.00 |
|  |  | standards) | 200.00/hr | |
|  |  | 4:15 - 6:03  (1.80) | | |
|  |  | case conf. with Lynn | | |
|  |  | 6:30 - 7:00   (.50) | | |

Porto, Ann Marie                                                            Page      9

|  |  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 9/28/2004 ABS | Ware depo | 9:02 - 12:44 | (3.70) | 7.70 | 1,540.00 |
|  | depo's consult | 1:00 - 1:18 | (.30) | 200.00/hr |  |
|  | depo Dixon | 1:30 - 2:42 | (1.20) |  |  |
|  | travel | 8:10- 8:40 | (.50) |  |  |
|  |  | 2:55 - 3:25 | (.50) |  |  |
|  | start witness file, review Paris' personnel file provided by |  |  |  |  |
|  | Tewksbury   3:50 - 4:44  (.90) |  |  |  |  |
|  | start direct exam outline, review depo of McGuire day 1 |  |  |  |  |
|  | 4:44 - 5:20 (.60) |  |  |  |  |
| 9/29/2004 ABS | email to Dragan 7:10 - 7:58 |  |  | 0.80 | 160.00 |
|  |  |  |  | 200.00/hr |  |
| 9/30/2004 ABS | case conf. with Lynn re: depo of Edelstein |  |  | 0.30 | 60.00 |
|  | 4:15 - 4:33 |  |  | 200.00/hr |  |
| 10/1/2004 ABS | travel | 8:10 - 8:34 | (.40) | 4.60 | 920.00 |
|  |  | 1:12 - 1:36 | (.40) | 200.00/hr |  |
|  | case conf. | 8:34 - 8:58 | (.40) |  |  |
|  | depo Edelstein | 9:00 - 11:36 | (2.60) |  |  |
|  | consult client | 12:30 - 1:12 | (.80) |  |  |
| 10/4/2004 ABS | case conf. with Lynn and Atty. Ecker re: Ecker's motion, and |  |  | 0.40 | 80.00 |
|  | review |  |  | 200.00/hr |  |
|  | 11:20 - 11:44 |  |  |  |  |
| 10/13/2004 ABS | email to Lynn Leonard f/u re: depo mini's |  |  | 0.10 | 20.00 |
|  | 3:35 - 3:41 |  |  | 200.00/hr |  |
| 10/15/2004 ABS | records received from New England Medical Center |  |  | 1.10 | 220.00 |
|  | f/u missing records, review and index |  |  | 200.00/hr |  |
|  | 11:25 - 12:31 |  |  |  |  |
| 10/20/2004 ABS | consult Lynn re: S's depo, outstanding motion |  |  | 0.80 | 160.00 |
|  | 4:45 - 5:27 |  |  | 200.00/hr |  |
| 10/24/2004 ABS | research accomadation standards for depo FRCP, review client |  |  | 1.70 | 340.00 |
|  | records re: language and cognitive levels for client meeting |  |  | 200.00/hr |  |
|  | 1:25 - 2:31    (1.10) |  |  |  |  |
|  | consult atty. re: depo   6:30 - 6:48    (.60) |  |  |  |  |
| 10/25/2004 ABS | depo Sharon Mosher | 10:05 - 12:59 | (2.90) | 3.90 | 780.00 |
|  | travel | 9:15 - 9:45 | (.50) | 200.00/hr |  |
|  |  | 12:45 - 1:15 | (.50) |  |  |
| 10/26/2004 ABS | f/u with Lynn re: depo |  |  | 0.20 | 40.00 |
|  | 7:10 - 7:22 |  |  | 200.00/hr |  |

Porto, Ann Marie                                                                                    Page    10

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/27/2004 ABS | travel | 8:10 - 8:46  (.60)<br>12:05 - 12:41  (.60) | 4.20<br>200.00/hr | 840.00 |
|  | client conf. | 8:46 - 8:58  (.20) |  |  |
|  | depo Christine McGrath | 9:00 - 11:48  (2.80) |  |  |
| 10/29/2004 ABS | research discovery limits, numbers of interrogatories, individual<br>parties vs. entity, FRCP & legislative history<br>1:40 - 3:16 |  | 1.60<br>200.00/hr | 320.00 |
| 10/30/2004 ABS | New England Medical Center records reviewed       2:30 -<br>3:00      (.50) |  | 1.10<br>200.00/hr | 220.00 |
|  | review depo from Edelstein                                      6:20 -<br>6:56      (.60) |  |  |  |
| 11/3/2004 ABS | case conf. with Lynn re: interrogatories<br>3:05 - 3:17 |  | 0.20<br>200.00/hr | 40.00 |
| 11/5/2004 ABS | travel<br>9:00 - 9:30     (.50)<br>10:12 - 10:42   (.50) |  | 1.70<br>200.00/hr | 340.00 |
|  | review Probate records re: Review correspondence and family<br>9:30 - 10:12    (.70) |  |  |  |
| 11/6/2004 ABS | start review of additional Tewksbury school records provided/<br>organize records by year and index<br>3:15 - 5:27 |  | 2.20<br>200.00/hr | 440.00 |
| 11/8/2004 ABS | f/u re: email registration with Federal Court.<br>11:05 - 11:23 |  | 0.30<br>200.00/hr | 60.00 |
| 11/9/2004 ABS | conference call with client re: S.J. and records<br>3:48 - 4:30 |  | 1.50<br>200.00/hr | 300.00 |
| 11/10/2004 ABS | consult Lynn re: affidavit from S.C<br>10:10 - 10:22    (.20) |  | 0.70<br>200.00/hr | 140.00 |
|  | reesearch affidavit and SJ brief<br>3:10 - 3:40      (.50) |  |  |  |
| 11/11/2004 ABS | consult Lynn re: expert report requirements<br>6:45 - 7:09 |  | 0.40<br>200.00/hr | 80.00 |
| 11/12/2004 ABS | consult Ann Marie Porto, re: SC deposition and affidavit<br>11:25 - 12:01 |  | 0.60<br>200.00/hr | 120.00 |
| 11/15/2004 ABS | call to Ann Marie f/u Lynn re: dismissing named defs<br>3:10 - 3:22  (.20) |  | 0.40<br>200.00/hr | 80.00 |
|  | case conf. with Lynn<br>3:30 - 3:42  (.20) |  |  |  |
| 11/17/2004 ABS | consult Lynn re: insurance policy         4:40 - 5:10 |  | 0.50<br>200.00/hr | 100.00 |

Porto, Ann Marie                                                                            Page    11

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 11/24/2004 ABS | call to - from Lynn re: expert<br>3:10 - 3:28 | 0.30<br>200.00/hr | 60.00 |
| 11/29/2004 ABS | review Moser depo          2:40 - 3:22   (.70)<br>review Travei's depo      3:22 - 4:10   (.80) | 1.50<br>200.00/hr | 300.00 |
| 11/30/2004 ABS | travel                                10:00 - 10:30    (.50)<br>                                        5:20 - 5:50      (.50)<br>review records on site          10:30 -  12:24   (1.90)<br>case conf. with Lynn           1:00 - 2:06      (1.10)<br>depo Christine McGrath      2:10 - 3:46      (1.60)<br>client consult                      3:46 - 3:58      (.20)<br>receive and review SJ motion   4:00 - 5:18   (1.20) | 6.10<br>200.00/hr<br><br><br><br><br><br>200.00/hr | 1,220.00 |
| 12/1/2004 ABS | research cited cases in SJ motion, coordinate cited facts with<br>documents<br>2:50 - 6:38 | 3.80<br>200.00/hr | 760.00 |
| 12/2/2004 ABS | research motions to strike & evidentary standards for<br>inadmissable documents/privilege in SJ brief from defendants<br>4:00 - 5:24 | 1.40<br>200.00/hr | 280.00 |
| 12/3/2004 ABS | coordinate def's facts with documents provided, identify facts in<br>discovery, identify and mark up, start draft statement of facts<br>1:00 - 5:42 | 4.70<br>200.00/hr | 940.00 |
| 12/4/2004 ABS | reserach response to def's statement of facts (SJ brief standards)<br>pull facts from documents for statement of facts<br>2:10 - 6:40 | 4.50<br>200.00/hr | 900.00 |
| 12/10/2004 ABS | meet with Stephen and Ann Marie<br>2:10 - 6:40      (4.50)<br>travel    1:40 - 2:10   (.50)<br>            6:40 - 7:10   (.50) | 5.50<br>200.00/hr | 1,100.00 |
| 12/11/2004 ABS | travel                10:00 - 10:30    (.50)<br>                      12:10 - 12:40    (.50)<br>meet with S.C.    10:30 - 12:06   (1.60)<br>transcribe notes from interview with S.C. forward to Lynn, F/U<br>call to Lynn<br>                      2:04 - 2:52      (.80) | 3.40<br>200.00/hr | 680.00 |
| 12/12/2004 ABS | IDEA exhustion reserach Witte v. Clark County School District<br>research Joleen Morrison v. NECC  56 Mass App Court. 784<br>1:40 - 2:58   (1.30) | 2.20<br>200.00/hr | 440.00 |

Porto, Ann Marie                                                                    Page    12

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  | research extension and start draft of extension of opposition to SJ, forward to Lynn<br>3:10 - 4:04    (.90) |  |  |  |
| 12/15/2004 ABS | call from Lynn re: Title II        12:25 - 12:43  (.30)<br>work on statement of facts        2:00- 4:30    (2.50) |  | 2.80<br>200.00/hr | 560.00 |
| 12/16/2004 ABS | case conf.re: updated research        1:25 - 1:55    (.50)<br>research statutory construction re: punitive damages and 76Sc.5<br>2:43 - 4:49    (2.10) |  | 2.60<br>200.00/hr | 520.00 |
| 12/17/2004 ABS | call from Lynn re: SJ brief<br>12:55 - 1:49 |  | 0.90<br>200.00/hr | 180.00 |
| 12/19/2004 ABS | case conf. with Lynn re: SJ<br>11:55 - 12:25 |  | 0.50<br>200.00/hr | 100.00 |
| 12/20/2004 ABS | call from Lynn  re: S.J. brief<br>5:05 - 5:41 |  | 0.60<br>200.00/hr | 120.00 |
| 12/26/2004 ABS | research and review Tewksbury DOE compliance, compare to<br>Title IX &76 standards<br>9:50 - 1:14   (3.40)<br>draft brief and SJ arguments<br>1:30 - 5:30   (4.00) |  | 7.40<br>200.00/hr | 1,480.00 |
| 12/27/2004 ABS | call from Lynn, redraft tort arguments for SJ brief, research<br>(shepardize) and edit SJ brief<br>9:45 - 2:39    (4.90) |  | 4.90<br>200.00/hr | 980.00 |
| 12/29/2004 ABS | draft brief negligent supervision and tort arguments (including<br>presentment)<br>9:00 -1:00    (4.00)<br>meet with Ann Marie Porto<br>3:40 - 5:40   (2.00) |  | 6.00<br>200.00/hr | 1,200.00 |
| ABS | draft brief 76 argument and infliction<br>10:15 - 2:09  (2.90)<br>4:00 - 5:30   (1.50) |  | 4.40<br>200.00/hr | 880.00 |
| 12/30/2004 ABS | call from Lynn, edit SJ brief, including shepardizing, finalize 76<br>arguments, coordinate exhibits<br>10:45 - 6:15 |  | 7.50<br>200.00/hr | 1,500.00 |
| 12/31/2004 ABS | call from Lynn re: filing status<br>7:38 - 7:50 |  | 0.20<br>200.00/hr | 40.00 |
| 1/4/2005 ABS |  |  | 200.00/hr | NO CHARGE |
| 1/5/2005 ABS | call from Lynn<br>12:50 - 1:50 |  | 200.00/hr | NO CHARGE |

Porto, Ann Marie                                                                    Page    13

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/6/2005 | ABS | call from Lynn<br>3:35 - 3:47 | 200.00/hr | NO CHARGE |
| 1/7/2005 | ABS | call from Ann Marie Porto<br>3:55 - 4:19 | 0.40<br>200.00/hr | 80.00 |
| 1/10/2005 | ABS | call from Lynn<br>5:10 - 5:34 | 200.00/hr | NO CHARGE |
| 1/12/2005 | ABS | call from Lynn<br>4:10 - 4:28   (.30)<br>outline notes for SJ motion session<br>6:50 - 8:08   (1.30) | 1.60<br>200.00/hr | 320.00 |
| 1/13/2005 | ABS | call from Lynn re: conf with Ecker re: motions filed, review<br>Ecker's motion to strike F/U research<br>1:05 - 2:29 | 1.30<br>200.00/hr | 260.00 |
| 1/14/2005 | ABS | review def.'s motions re: affidavit<br>3:55 - 4:19 | 0.40<br>200.00/hr | 80.00 |
| 1/18/2005 | ABS | Preparation  for motion session<br>9:30 - 11:12 | 1.70<br>200.00/hr | 340.00 |
| 1/19/2005 | ABS | Preparation  for SJ argument        8:45 - 10:33   (1.80)<br>client conf.                       10:33 - 11:21   (.80)<br>travel                             2:15 - 2:45     (.50)<br>                                   4:15 - 4:45     (.50)<br>SJ arguments befor PBS             3:00 - 4:12    (1.20) | 4.80<br>200.00/hr | 960.00 |
| 1/24/2005 | ABS | consult Lynn<br>12:20 - 1:02 | 0.70<br>200.00/hr | 140.00 |
| 1/28/2005 | ABS | corres. from Atty. Ecker re: expert v. treating physician disclosure<br>12:10 - 12:28 | 0.30<br>200.00/hr | 60.00 |
| 1/29/2005 | ABS | review return corresp. re: treating physician<br>2:05 - 2:30 | 0.40<br>200.00/hr | 80.00 |
| 1/31/2005 | ABS | call to Ann Marie<br>4:20 - 4:32 | 0.20<br>200.00/hr | 40.00 |
| 2/3/2005 | ABS | rec. corres. from Atty Ecker, F/U with Atty Leonard<br>11:40 - 11:52 | 0.20<br>200.00/hr | 40.00 |
| 2/4/2005 | ABS | call to mediators re: availability, f/u expert s.a. evaluation<br>8:50 - 9:20 | 0.50<br>200.00/hr | 100.00 |
| 2/8/2005 | ABS | rec. return corres. and investiage changed address<br>1:25 - 1:31 | 0.10<br>200.00/hr | 20.00 |
| 2/9/2005 | ABS | research Lay Opinion Rule vs. Expert 1st circuit/state standards<br>3:20 - 5:32 | 2.20<br>200.00/hr | 440.00 |

Porto, Ann Marie

| | | | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|---|---|
| 2/10/2005 | ABS | consult Lynn re: Stephen's Depo., F/U investigation re: Review correspondence family<br>7:10 - 9:16 | | | | 2.10<br>200.00/hr | 420.00 |
| 2/13/2005 | ABS | meeting with client SC<br>travel<br><br>depo Preparation | 2:30 - 5:30<br>1:55 - 2:25<br>5:30 - 6:00<br>7:30 - 8:18 | (3.00)<br>(.50)<br>(.50)<br>(.80) | | 4.80<br>200.00/hr | 960.00 |
| 2/14/2005 | ABS | depo   (travel)<br>(.60)<br><br>(.60)<br>S.C. depo<br>(4.90)<br>f/u expert report, research standards<br>(1.90)<br>consult with Lynn and Dr. Dragon<br>(1.20) | | | 9:49 - 10:25<br><br>3:20 - 3:56<br><br>10:25 - 3:19<br><br>4:10 - 6:06<br><br>7:50 - 9:02 | 9.20<br>200.00/hr | 1,840.00 |
| 2/22/2005 | ABS | review FRCP re: expert disclsure and standards, review complaint re: expert disclosures,review/copy additional documents for expert review forward to expert<br>1:10 - 6:46 | | | | 6.60<br>200.00/hr | 1,320.00 |
| 2/28/2005 | ABS | call D. Ecker, review preliminary report from Dr. Dragan<br>2:55 - 4:43 | | | | 1.80<br>200.00/hr | 360.00 |
| 3/1/2005 | ABS | review additional documents, copy and forward to expert, forward notes to expert<br>10:40 - 12:10 | | | | 1.50<br>200.00/hr | 300.00 |
| 3/3/2005 | ABS | consult r: continuing trial date with Ecker and Leonard<br>4:36 - 6:00 | | | | 1.40<br>200.00/hr | 280.00 |
| 3/7/2005 | ABS | research, accomodationg M.R. person for testimony<br>case Comm. v. Jamal Sitahmedlamara<br>7:04 - 8:00 | | | | 0.90<br>200.00/hr | 180.00 |
| 3/8/2005 | ABS | note to calendar rescheduled dates for final pre trial and trial<br>2:05 -2:11 | | | | 0.10<br>200.00/hr | 20.00 |
| 3/21/2005 | ABS | consult re: expert evaluation with clients<br>2:05 - 2:47 | | | | 0.70<br>200.00/hr | 140.00 |
| 3/24/2005 | ABS | Preparation  for meeting with SC, draft questions<br>1:10 - 2:28 | | | | 1.30<br>200.00/hr | 260.00 |

Porto, Ann Marie                                                                    Page    15

|  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/25/2005 ABS | in person with Stephen | 3:00 - 6:18    (3.30) | 4.90 | 980.00 |
|  | travel | 2:30 -3:00    (.50) | 200.00/hr |  |
|  |  | 6:18 - 6:48    (.50) |  |  |
|  | conf. with atty | 7:05 - 7:41    (.60) |  |  |
| 3/28/2005 ABS | review case law re: expert disclosure requirements   9:20 - | | 1.90 | 380.00 |
|  | 10:44  (1.40) | | 200.00/hr |  |
|  | expert disclousre issues request extension final report 4:10 - 4;40 | | | |
|  | (.50) | | | |
| 3/29/2005 ABS | receive email from Dr. Dragon review final expert report | | 3.10 | 620.00 |
|  | 3:00 -3:42    (.70) | | 200.00/hr |  |
|  | review/compare to statement of facts in S.J., | | | |
|  |   compare to title IX elements, compare to DOE standards | | | |
|  | 3:42 - 6:06 (2.40) | | | |
| 4/1/2005 ABS | call to Ann Marie Porto | | 0.10 | 20.00 |
|  | 3:40 - 3:46 | | 200.00/hr |  |
| 4/21/2005 ABS | client call | | 0.10 | 20.00 |
|  | 9:05 - 9:11 | | 200.00/hr |  |
| 4/25/2005 ABS | Meeting  with Ann Marie | 12:40 - 2:52   (2.20) | 2.40 | 480.00 |
|  | call from Lynn | 3:08 -3:20    (.20) | 200.00/hr |  |
| 4/26/2005 ABS | travel | 9:25 - 9:55    (.50) | 1.60 | 320.00 |
|  |  | 10:45 - 11:15  (.50) | 200.00/hr |  |
|  | 2nd day depo Ann Marie Porto | 10:00 - 10:36  (.60) | | |
| 5/10/2005 ABS | consult Lynn re: tracking order | | 0.20 | 40.00 |
|  | 3:27 - 3:39 | | 200.00/hr |  |
| 5/11/2005 ABS | consult with Lynn re: trial schedule | | 0.10 | 20.00 |
|  | 4:25 - 4:31 | | 200.00/hr |  |
| 5/31/2005 ABS | research hearsay state hospital records  Comm v. Johnson 59 | | 4.30 | 860.00 |
|  | Mass App Court. 164 (2003) | | 200.00/hr |  |
|  | Prejedical error shepardized used motion in Limine | | | |
|  | research public record Mattron vs. City Pittsfield 56 Mass App | | | |
|  | 214 (2002) | | | |
|  | objection to  pre trial, disclosures | | | |
|  | 12:45 - 5:03 | | | |
| 6/3/2005 ABS | consult with Lynn .60 re:OSEP and DOE reports and their | | 0.60 | 120.00 |
|  | admissability | | 200.00/hr |  |
| 6/4/2005 ABS | review email corres. and f/u consult  re: fed standards and funding | | 0.70 | 140.00 |
|  | for Title IX violations  1:30 - 2:12 | | 200.00/hr |  |
| 6/6/2005 ABS | review email corres , r/c to Lynn | | 0.40 | 80.00 |
|  | 3:55 - 4:19 | | 200.00/hr |  |

Porto, Ann Marie                                                                        Page    16

|  |  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 6/13/2005 | ABS | 3x call to AMP          9:48, 10:06 and 1:42   (.20)<br>2X call to Lynn        10:06 - 10:18 (.20) |  | 0.50<br>200.00/hr | 100.00 |
| 6/15/2005 | ABS | review court order<br>9:40 - 9:46 |  | 0.10<br>200.00/hr | 20.00 |
| 6/17/2005 | ABS | review SJ order from PBS<br>12:25 - 1:01 |  | 0.60<br>200.00/hr | 120.00 |
| 6/20/2005 | ABS | review findings S/J, case conf with Lynn |  | 0.70<br>200.00/hr | 140.00 |
| 6/27/2005 | ABS | case conf. trail Preparation , meeting with Lynn<br>1:30 - 5:30 |  | 5.00<br>200.00/hr | 1,000.00 |
| 6/28/2005 | ABS | call to Eagleton re: appt.      9:40 - 9:46 |  | 0.10<br>200.00/hr | 20.00 |
| 6/29/2005 | ABS | return call from Eagleton   2:10 -2:16 |  | 0.10<br>200.00/hr | 20.00 |
| 7/1/2005 | ABS | call to Eagleton for appt. P. Doherty  11:00 - 11:12      (.20)<br>consult Lynn                          11:12 - 11:36      (.40) |  | 0.60<br>200.00/hr | 120.00 |
| 7/2/2005 | ABS | consult with Lynn   re: Eagleton/privilege, Pilachowski-privilege,<br>identify research, Fed. v. State privilege and Rule 412<br>5:20 - 6:32 |  | 1.20<br>200.00/hr | 240.00 |
| 7/4/2005 | ABS | consult with Lynn and email received, investigate Dr. Moore<br>MGH<br>2:25 - 3:07 |  | 1.17<br>200.00/hr | 233.33 |
| 7/5/2005 | ABS | call to Dr. Weida, outline for pre trial desclousures, consult Lynn<br>re: expert<br>2:40 - 3:52 |  | 1.20<br>200.00/hr | 240.00 |
| 7/6/2005 | ABS | draft pre trial disclosure              11:55 - 12:31      (.60)<br>draft updated release for client      12:31 - 12:59    (.30) |  | 0.90<br>200.00/hr | 180.00 |
| 7/7/2005 | ABS | consult with Lynn re: HIPAA barriers<br>3:35 - 3:59 |  | 0.40<br>200.00/hr | 80.00 |
| 7/9/2005 | ABS | consult with Lynn<br>10 :55 - 11:31, f/u witnesses and material facts |  | 1.15<br>200.00/hr | 230.00 |
| 7/11/2005 | ABS | case conference with Lynn   3:10 - 5:10   (2.00)<br>depo's & outline research       5:30 - 8:24  (2.90)<br>   McGuire,McGrath, Bradley |  | 4.90<br>200.00/hr | 980.00 |
| 7/12/2005 | ABS | consult with Lynn<br>5:05 - 5:59 |  | 0.90<br>200.00/hr | 180.00 |
| 7/13/2005 | ABS | consult with Lynn<br>4:30 - 5:54 |  | 1.40<br>200.00/hr | 280.00 |

Porto, Ann Marie                                                                    Page    17

|  |  |  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|---|---|

| 7/14/2005 ABS | client Preparation for depo | 4:10 - 6:04 | (1.90) | 3.00 | 600.00 |
|---|---|---|---|---|---|
|  | consult with Lynn | 3:40 - 4:10 | (.50) | 200.00/hr |  |
|  | research 51A school standards | 4:10 - 4:46 | (.60) |  |  |
|  | production of documents in Matter of Grand Jury |  |  |  |  |
|  | Investigation 437 Mass 340 (2002) |  |  |  |  |
| 7/15/2005 ABS | travel to Eagleton | 10:30 - 1:00 |  | 10.70 | 2,140.00 |
|  | (2.50) |  |  | 200.00/hr |  |
|  | travel from Eagleton | 6:10 - 8:40 |  |  |  |
|  | (2.50) |  |  |  |  |
|  | interview therapist Doherty | 1:00 - 1:42 |  |  |  |
|  | (.70) |  |  |  |  |
|  | interview terapist Pyjrma | 1:42 - 2:06 |  |  |  |
|  | (.40) |  |  |  |  |
|  | review updated clinical records | 2:06 - 2:54 |  |  |  |
|  | (.80) |  |  |  |  |
|  | consult program director | 2:54 - 3:30 |  |  |  |
|  | (.60) |  |  |  |  |
|  | review educational & psychiatric records | 3:30 - 4:18 |  |  |  |
|  | (.80) |  |  |  |  |
|  | interview teacher | 4:18 - 4:42 |  |  |  |
|  | (.40) |  |  |  |  |
|  | interview Stephen | 4:42 - 6:06 |  |  |  |
|  | (1.40) |  |  |  |  |
|  | consult with Lynn | 9:45 - 10:21 p.m. |  |  |  |
|  | (.60) |  |  |  |  |
| 7/16/2005 ABS | consult with Lynn re: therapy records | | | 0.30 | 60.00 |
|  | 1:05 - 1:23 |  |  | 200.00/hr |  |
| 7/18/2005 ABS | consult with Lynn re: approach to inquiries, hostile witnesses, f/u | | | 4.00 | 800.00 |
|  | privilege 7:48 - 9:00    (1.20) |  |  | 200.00/hr |  |
|  | start depo review    2:30 - 5:00    (2.50) |  |  |  |  |
|  | cleint f/u/ |  |  |  |  |
| 7/20/2005 ABS | consult with Lynn and Dragan | | | 0.80 | 160.00 |
|  |  |  |  | 200.00/hr |  |
| 7/21/2005 ABS | case conference with Lynn re: depositions and | | | 1.30 | 260.00 |
|  | Darebert/Lannigan standards , identify research for federal and |  |  | 200.00/hr |  |
|  | state standards FRCP & FRG |  |  |  |  |
|  | 3:10 - 4:28 |  |  |  |  |

Porto, Ann Marie                                                                                    Page    18

|  | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/22/2005 ABS | work with Lynn,  pretrial orders, depo disignations/research FRCP 3:30 - 5:30 | | 2.00 200.00/hr | 400.00 |
| 7/23/2005 ABS | consult with Lynn re: updated research and application to witnesses, Weida, Smith, Dragan, Herskowitz, Tanguay, Stasio 6:50 - 7:38 | | 0.80 200.00/hr | 160.00 |
| 7/24/2005 ABS | consult with Lynn re: AMP depo 11:16 - 11:40 | | 0.40 200.00/hr | 80.00 |
| 7/25/2005 ABS | travel | 9:10 - 9:40      (.50) 11:55 - 12:25     (.50) | 2.70 200.00/hr | 540.00 |
|  | depo. Porto  and client meeting        10:00 - 11:42  (1.70) | | | |
| 7/27/2005 ABS | review depo McGuire  (for designations)     2:50 - 4:20    (1.50) review depo McGrath (for designations)      4:20 - 5:44    (1.40) | | 2.90 200.00/hr | 580.00 |
| 8/2/2005 ABS | review additional records from Eagleton, cross reference with previous records, develop facts for trial | | 2.50 200.00/hr | 500.00 |
| 8/5/2005 ABS | started final pre trial , disclousres, review Tanguay records, review MGH updated records, consult with Lynn 8:50 - 10:56 | | 2.10 200.00/hr | 420.00 |
| 8/6/2005 ABS | consult with Lynn re: Charles River Hospital records 4:15 - 4:39 | | 0.60 200.00/hr | 120.00 |
| 8/7/2005 ABS | consult with Lynn and depo designations Dixon and Edelstein 7:00 - p.m. - 8:12 | | 1.10 200.00/hr | 220.00 |
| 8/8/2005 ABS | consult with Lynn and depo designations Paris and Bradley 1:35 - 2:47 | | 1.20 200.00/hr | 240.00 |
| 8/9/2005 ABS | consult with Lynn re: pre trial and witness designations 5:05 - 5:35 | | 0.50 200.00/hr | 100.00 |
| 8/10/2005 ABS | consult with Lynn re: scheduling witness interviews 3:35 - 4:11 | | 0.60 200.00/hr | 120.00 |
| 8/11/2005 ABS | consult with Lynn finalize witness list 7:56 - 8:08 | | 0.20 200.00/hr | 40.00 |
| ABS | case conf. with Lynn re: McGure's depo     9:45 - 10:21    (.60) | | 0.60 200.00/hr | 120.00 |
| 8/16/2005 ABS | consult with Lynn re: SC's strengths and weknesses for trial 9:05 - 9:23        (.30) draft affidavit for P. Doherty, call to P. Doherty, call to Eagleton 10:25 - 12:07    (1.70) | | 2.00 200.00/hr | 400.00 |
| 8/17/2005 ABS | call to constable D. Muscowitz 1:30 - 1:52 | | 0.20 200.00/hr | 40.00 |

Porto, Ann Marie                                                                                Page    19

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 8/19/2005 ABS | review FRCP legislative notes re: Rule 701 opinion of expert foundations for motion in limine and final pre trial<br>4:20 - 4:44 | 0.40<br>200.00/hr | 80.00 |
| 8/20/2005 ABS | review email from Lynn re: service of subpoenas<br>8:40 - 8:52 | 0.20<br>200.00/hr | 40.00 |
| 8/23/2005 ABS | review email from Lynn<br>4:55 - 5:13 | 0.30<br>200.00/hr | 60.00 |
| 8/29/2005 ABS | review expert v. treating physician standards updated caselaw research Thomas v. Consolidated Rail Garcia v. Springfield (8/05 Ponsor opinion)<br>5:48 - 6:54 | 1.07<br>200.00/hr | 213.33 |
| 8/30/2005 ABS | research and start draft joint pre trial        12:35 - 2:59<br>(2.40)<br>review C.V. from Dr. Weida                3:02 - 3:08<br>(.10)<br>review email and attached corres.        3:08 - 3:26      (.30)<br>review email and corres. from Lynn      4:10 - 4:22<br>(.20) | 3.00<br>200.00/hr | 600.00 |
| 8/31/2005 ABS | draft intro for trial memo        4:25 - 4:55 | 0.50<br>200.00/hr | 100.00 |
| 9/1/2005 ABS | review Center Family Development records for Motion in Limine 412 Rule-incorporate into motion, consult SC's therapist for facts re: accomodations<br>1:20 - 3:20 | 2.00<br>200.00/hr | 400.00 |
| 9/2/2005 ABS | Draft Motion - Accomodation/ Stephen research State v. Woods, Rule 610-611<br>draft Motion re: offender characterization<br>research Parker  review FRCP 16.5                4:10<br>- 4:34  (.40) | 2.90<br>200.00/hr | 580.00 |
| 9/3/2005 ABS | draft motion re: characterizing S.C. as offender or perpetrator research for motion  Comm. v. Fordham<br>                        Comm. v. Deagle<br>                        Comm. v. Moorer<br>                        Comm. v. Phoenix<br>                        Rule 611 FRCP<br>research motion to treat witnesses as adverse parties/witnesses re: impuning knowledge<br>Ruszcyk vs. Sect. of Public Safety<br>4:35 - 5:35 | 4.00<br>200.00/hr | 800.00 |

Porto, Ann Marie                                                                            Page    20

|  |  | Hrs/Rate | Amount |
|---|---|---|---|

| 9/4/2005 ABS | research, Jaffe v. Redmond vs. Supreme Court.<br>MGL 112 sec. 135B<br>    233 sec. 20B<br>9:20 - 12:38    (3.30)<br>received email from Lynn<br>1:30 - 2:24    (.90) | 4.20<br>200.00/hr | 840.00 |
| 9/5/2005 ABS | research, PI/ garden variety damages vs. emotional distress,<br>consent as element for damages, research vois dire instructions<br>including US District Court speaks re: PBS procedures and<br>reserach vori dire and case law for appellate standards jury<br>instructions<br>9:30 - 3:30 | 6.00<br>200.00/hr | 1,200.00 |
| 9/6/2005 ABS | start draft motion in limine rule 611 (c) adverse party motion<br>research<br>9:00 - 3:00    (6.00) edit motions<br>rec. and reviewed email from Lynn<br>4:18 - 4:36    (.30) | 6.30<br>200.00/hr | 1,260.00 |
| 9/7/2005 ABS | Limine, CFD, DARE<br>research admisability 51A reports and 51B reports (MGL 119)<br>research federal standards off. records vs. business recordsFRE<br>and Mass. case law<br>5:30 - 7:54    (2.40)<br>emails rec. and reviewed from Lynn<br>8:10 - 8:22    (.20)<br>draft voir dire questions (.60)<br>8:30 - 9:06<br>draft privilege memo | 7.20<br>200.00/hr | 1,440.00 |
| 9/8/2005 ABS | research/review jury instructions manuals, re: Title IX, ADA,<br>disability, Rule 412/vs. consent, draft motion / adverse parties,<br>draft motion re: charac of S.C. as offender/perpetrator<br>    10:00 - 5:36<br>(7.60)<br>review email from Rebecca/review case law    7:12 - 7:30<br>(.30)<br>review email from Lynn    7:30 - 7:42<br>(.20) | 8.10<br>200.00/hr | 1,620.00 |
| 9/9/2005 ABS | finalize Motions in Limine, accomodations, Privilege<br>9:15 - 11:09 (1.90)<br>review def's pre trial disclosure and start draft of plaintiff | 7.60<br>200.00/hr | 1,520.00 |

Porto, Ann Marie                                                                                    Page    21

|              |     |                                                                                                    | Hrs/Rate          | Amount |
|--------------|-----|----------------------------------------------------------------------------------------------------|-------------------|--------|
|              |     | response/objections, finalize Motion to Impound, finalize for accomodations 12:10 - 5:52 (5.70) |                   |        |
| 9/11/2005    | ABS | review emails from Lynn re: revised jury instructions 11:40 - 12:22                               | 0.70 200.00/hr    | 140.00 |
| 9/12/2005    | ABS | review revised jury instructions      7:50 - 8:14   (.40) f/u consult with Lynn      8:20 - 8:38   (.30) | 0.70 200.00/hr | 140.00 |
| 9/15/2005    | ABS | email from Lynn reviewed  re: pre trial memo, 214C, jury instructions 6:20 - 7:08      (.80) research treating physician v. expert, shepardize new case and effect in state and federal cases 7:08 - 8:02      (.90) work on response to def's pre trial disclosures (1.40) | 3.53 200.00/hr | 706.94 |
| 9/16/2005    | ABS | email from Lynn reviewed  re: motions, finalize response to def's pre trial disclosure 4:05 -4:53 | 1.80 200.00/hr    | 360.00 |
| 9/17/2005    | ABS | emails from Lynn reviewed/ re: Summary Judgment/updated brief, research, puni. standards  214 10:15 - 10:57 | 0.70 200.00/hr | 140.00 |
| 9/18/2005    | ABS | ADA research, reviewed, accomodation Alexander v Margolis, Buckhammon bd. & Care Home v. WestVirgina 19F Supp 2d 2/567 1988 re: policy & practice      8:30 - 10:22   (1.80) email from Lynn, re: updated brief      11:10 - 11:46 (.60) | 2.40 200.00/hr | 480.00 |
| 9/19/2005    | ABS | consult with Ann Marie, Dr. Dragon 5:00 - 5:36                                                     | 0.60 200.00/hr    | 120.00 |
| 9/20/2005    | ABS | review claims and defenses to S.J. motions    3:10 - 4:04   (.90) notes to file for trialprep    4:30 - 4:42   (.20) | 1.10 200.00/hr | 220.00 |
| 9/21/2005    | ABS | outline of notes for final pre trial      7:30 - 7:54    (.40) travel      9:50 - 10:20   (.50)      1:30 - 2:00    (.50) pre trial confer.      11:00 - 12:42 (1.70) case conf. trial strategy      12:42 - 1:18    (.60) research school safety & abuse policies, review Tewksbury policy      3:10 - 3:28    (.30) | 4.00 200.00/hr | 800.00 |
| 9/22/2005    | ABS | update releases for psychiatric records for SC 10:50 - 11:08                                       | 0.30 200.00/hr    | 60.00  |
| 9/23/2005    | ABS | research differences Title IX and state law 214c 7:40 - 8:46                                       | 1.10 200.00/hr    | 220.00 |

Porto, Ann Marie                                                                    Page    22

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|

| Date | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/26/2005 ABS | research files  Civil Procedure re: punitives, use of affidavits, directed verdict, appellate standards & objections 6:40 - 7:10  (1.50) review email from Lynn 7:25 - 8:01  (.60) | | 2.10 200.00/hr | 420.00 |
| 9/27/2005 ABS | r/c to channel 7 call to Ann Marie call to Lynn (.70) consult L. Keston call from Court re: new trial dates review email from Lynn start trial preparation | 9:10 - 9:16      (.10) 9:20 - 9:32      (.20) 9:32 - 10:14    (.70) 10:14 - 10:38  (.40) 11:05- 11:11   (.10) 3:15 - 3:33     (.30) | 3.80 200.00/hr | 760.00 |
| 9/28/2005 ABS | trial Preparation review emails from Lynn | 9:10 - 4:58    (7.80) 5:10 - 5:46    (.60) | 8.40 200.00/hr | 1,680.00 |
| 9/29/2005 ABS | call to Ann Marie re: Stephen's scheduling    10:30 - 10:48  (.30) review email                                      10:48 - 11:00 (.20) start witness prep/trial outlines              7:30-10:30 (3.00) | | 3.50 200.00/hr | 700.00 |
| 9/30/2005 ABS | trial Preparation , meeting with client, start draft for opening, document review (51B, Tewksbury IEP's) 8:30 - 12:30   (4.00) review Paris depo for direct, draft outline for direct, identify documents for direct 1:10 - 6:52      (5.70) | | 9.70 200.00/hr | 1,940.00 |
| 10/1/2005 ABS | trail Preparation, review opp to S.J., outline elements & facts for trial, review email from Lynn 11:50 - 6:14 | | 6.40 200.00/hr | 1,280.00 |
| 10/2/2005 ABS | reseach Jury components  10:40 - 1:40    (3.00) reserach ADA                     2:06 - 4:00      (1.90) Guardian standing             4:00 - 6:05      (2.10) trail Preparation               6:05 - 9:41      (3.60) | | 10.60 200.00/hr | 2,120.00 |
| 10/3/2005 ABS | Court, travel        8:00 - 8:30        (.50)                    1:50- 2:20        (.50) court                9:00 - 1:06        (4.10)    direct and start cross AMP client conference  1:10 -1:46        (.60) debrief                                 (.80) | | 6.40 200.00/hr | 1,280.00 |
| 10/4/2005 ABS | client conference                          (.80) reorganize exhibits/ list documents          10:46 11:58 | | 4.57 200.00/hr | 913.33 |

Porto, Ann Marie                                                            Page    23

|                |                                                                                   | Hrs/Rate   | Amount    |
|----------------|-----------------------------------------------------------------------------------|------------|-----------|

1.20)
email & phone call from Brody/Hardoon               12:02
-12:14   (.20)
draft exhibit list, email to Broady                12:30 -
12:36  (.10)
call re: attachment (from Brody) r/c & N. Romano   1:10 - 1:16
(.10)
trial Preparation                                  3:10 - 4:53
(1.70)
2nd call to Brody  and fax
(.10)

| Date | | Description | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|---|
| 10/5/2005 | ABS | travel | 8:00- 8:39   (50) 1:20 - 1:56   (.50) | | 9.60 200.00/hr | 1,920.00 |
| | | trial | 8:45 - 1:09   (4.40) (AP cross & | | | |
| | | redirect ,Julie Paris) | | | | |
| | | trial Prep 4:00-6:00,8:30-9:30   (3.00) | | | | |
| | | debrief | 3:00-4:00   (1.00) | | | |
| 10/6/2005 | ABS | travel | 8:00 8:36   (50) 1:10 - 1:36   (.50) | | 6.80 200.00/hr | 1,360.00 |
| | | court | 8:45 - 1:03   (4.40) | | | |
| | | debrief from trial | 1:03-2:15   (1.20) | | | |
| 10/7/2005 | ABS | trial Preparation , client contact, research 412 USV Guardian 5:50 - 8:56 | | | 3.10 200.00/hr | 620.00 |
| 10/8/2005 | ABS | draft Dragan direct / research Expert opinions and formation/ review emails 10:20 - 1:56 | | | 3.60 200.00/hr | 720.00 |
| 10/9/2005 | ABS | research | 3:40 - 6:04   (2.40) | | 5.00 200.00/hr | 1,000.00 |
| | | review Bradley | 6:35 - 7:23   (.80) | | | |
| | | draft Bradley direct | 7:50 - 9:14   (1.40) | | | |
| | | review emails | 9:25 - 9:49   (.40) | | | |
| 10/10/2005 | ABS | review McGrath depo | 2:10 - 3:34   (1.40) | | 3.80 200.00/hr | 760.00 |
| | | draft McGrath direct, ADA research, review emails 3:34 - 5:58 | | | | |
| 10/11/2005 | ABS | travel | 7:50 - 8:24   (.50) 2:10 - 2:40   (.50) | | 8.90 200.00/hr | 1,780.00 |
| | | court/trial | 8:44 - 1:26   (4.70) | | | |
| | | client conf. | 1:26 - 2:14   (.80) | | | |
| | | finalize ADA brief | | | | |
| | | triap Preparation | (2.00) | | | |

Porto, Ann Marie                                                                    Page    24

|  |  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|---|
|  |  |  |  | 200.00/hr |  |
| 10/12/2005 ABS | travel | 7:50 - 8:24 | (.50) | 8.87 | 1,773.33 |
|  |  | 1:32 - 2:02 | (.50) | 200.00/hr |  |
|  | court/trial | 8:48 - 1:00 | (4.20) |  |  |
|  | client conf. | 1:00 - 1:24 | (.40) |  |  |
|  | debrief | 3:00-4:00 | (1.00) |  |  |
|  | trial Preparation | 8:00-10:30 | (2.5) |  |  |

10/13/2005 ABS  in person interview with Liz Stasio Englehart in Lawrence          6.60      1,320.00
in person interview with Dr. A. Weida in Lawrence                                  200.00/hr
reserach: ADA standards: City Cleburne
1:10 - 3:28   (2.30)
start draft of ADA brief
review client (Stephen) depo & aff. client meeting
4:50 - 9:08   (4.30)

10/14/2005 ABS  travel to courthouse from Tewksbury with client                    6.80      1,360.00
10:34 - 11:30   (.90)                                                              200.00/hr
Preparation  client for trial
11:30 - 2:42   (3.20)
travel - return client home from court
2:42 - 3:30   (.80)
consult Guardian  re: trial Preparation
6:40 - 7:04   (.40)
review records re: client language level for trial Preparation
8:36 - 9:18   (.70)
review Motion for client modification/testimony
9:18 - 9:24   (.10)
review emails from Dr. Dragan
9:30 - 10:12   (.70)

10/15/2005 ABS  review Dr. Dragon's report              11:00 - 11:54   (.90)       4.60       920.00
draft driect examination questions                                                200.00/hr
revie FRCP 26.4 and Lannigan
Daubert for expert foundation
review CV
research Dragan's articles
research / review "sexuality issues for disabled" Melvyn Littner
                                                         2:00 - 2:30   (.50)
research Harassment in SPED                              2:30 - 5:30   (3.00)
email corresp. to Dr. Dragan                            6:06 - 6:18   (.20)

Porto, Ann Marie                                                                    Page    25

|  |  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 10/16/2005 ABS | expert testimony research  Dambrowski v. Champion International  WCC 9302-6710  1:50 - 2:38 (.80) |  |  | 8.30 200.00/hr | 1,660.00 |
|  | review OTA eval for redirect | 2:38 - 2:56 | (.30) |  |  |
|  | travel | 4:12 - 5:00 | (.80) |  |  |
|  |  | 9:30 - 10:18 | (.80) |  |  |
|  | meet with Dr. Dragan | 5:05 - 8:41 | (3.60) |  |  |
|  | NE school of Law research ADA | 8:45 - 9:27 | (.70) |  |  |
|  | review emails | 9:27 - 9:51 | (.40) |  |  |
|  | redraft direct Dr. Dragan | 10:30 - 11:24 | (.90) |  |  |
| 10/17/2005 ABS | travel (.50) |  | 7:52 - 8:26 | 9.97 200.00/hr | 1,993.33 |
|  |  |  | 1:30 - 2:02 |  |  |
|  | (.50) |  |  |  |  |
|  | court (4.90) |  | 8:26 - 1:20 |  |  |
|  | Preparation  for examination Herskowitz & Porcaro (.20) |  | 4:15 - 4:27 |  |  |
|  | review trial notes (.60) |  | 4:27 - 5:03 |  |  |
|  | consult Atty. Leonard  re: testimony re: elements (.40) |  | 5:03 - 5:27 |  |  |
|  | review emails (.20) |  | 5:27 - 5:39 |  |  |
|  | outline closing argument points p.m. (1.10) |  | 8:00 - 9:06 |  |  |
|  | review transcripts from opening arguments p.m (1.40) |  | 9:06 - 10:30 |  |  |
| 10/18/2005 ABS | travel | 7:58 - 8:26 | (.50) | 10.17 200.00/hr | 2,033.33 |
|  |  | 1:50 - 2:20 | (.50) |  |  |
|  | court/trial | 8:30 - 1:18 | (4.80) |  |  |
|  | client consult | 1:20 - 1:44 | (.40) |  |  |
|  | review trial notes for closing argument/ trial Preparation  for Wednesday, |  |  |  |  |
|  | Preparation  cross exam. Dr. McGrath (1.30) |  | 4:00 - 5:18 |  |  |
|  | Preparation  cross exam. Cheryl Porcaro (1.40) |  | 5:18 - 6:42 |  |  |
|  | includes review interrogatories, SPED regulations, mediation agreement, exhibits re: recommendations for residential placement, job description |  |  |  |  |

Porto, Ann Marie                                                                            Page    26

|  |  |  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|---|---|
|  |  | review emails from Lynn (.30) |  | 7:00 - 7:18 |  |  |
|  |  | debrief (1.00) |  | 8:00-9:00 |  |  |
| 10/19/2005 ABS | travel | 7:58 - 8:28 | (.50) |  | 9.37 | 1,873.33 |
|  |  | 5:10 - 5:42 | (.50) |  | 200.00/hr |  |
|  | court/ trial | 8:28 - 4:10 | (7.70) |  |  |  |
|  | client consult | 4:10 - 4:40 | (.50) |  |  |  |
| 10/20/2005 ABS | travel | 7:50 - 8:28 | (.50) |  | 8.87 | 1,773.33 |
|  |  | 4:30 - 4:56 | (.50) |  | 200.00/hr |  |
|  | Court / Trial | 8:28 - 4:22 | (7.90) |  |  |  |
|  | review final jury instructions and verdict form |  |  |  |  |  |
| 10/21/2005 ABS | trial/jury watch |  |  |  | 9.20 | 1,840.00 |
|  | travel |  | 7:40 - 8:28 a.m. | (.80) | 200.00/hr |  |
|  |  |  | 3:50 - 4:26 p.m. | (.60) |  |  |
|  | court |  | 8:28 - 3:50 | (7.40) |  |  |
|  | additional client contact | 8:20 - 8:44 p.m. | (.40) |  |  |  |
| 10/24/2005 ABS | researched sec 1988 attorney fees, Marcer v. Dube  EEOC guidelines 3:40 - 5:48 |  |  |  | 2.13 200.00/hr | 426.67 |
| 10/25/2005 ABS | f/u research re: motions and brief for attorney fees |  |  |  | 0.58 200.00/hr | 116.67 |
| 10/26/2005 ABS | call from AMP |  |  |  | 0.58 200.00/hr | 116.67 |
| 10/28/2005 ABS | f/u call to attorney for trust info |  |  |  | 0.83 200.00/hr | 166.67 |
|  | ABS | review court order re: trust for SC |  |  | 0.33 200.00/hr | 66.67 |
| 11/7/2005 ABS | conference call with Portos |  |  |  | 0.33 200.00/hr | 66.67 |
| 11/23/2005 ABS | review Tewksbury Motion for JNOV and notes for file and research |  |  |  | 2.23 200.00/hr | 446.67 |
|  | For professional services rendered |  |  |  | 649.05 | $129,810.27 |