# Brody, Hardoon, Perkins & Kesten, LLP
## Attorneys at Law

Richard E. Brody
Laurence E. Hardoon
Samuel Perkins
Leonard H. Kesten
Jocelyn M. Sedney

Of Counsel:
Cheryl A. Jacques
Maria E. DeLuzio

One Exeter Plaza
Boston, Massachusetts 02116

Telephone 617-880-7100
Facsimile 617-880-7171
www.bhpklaw.com

Jeremy I. Silverfine
Sherri Gilmore Bunick
Deidre Brennan Regan
Deborah I. Ecker
Djuna E. Perkins
Thomas P. Campbell
Peter E. Montgomery
Andrew S. Brooslin
Kristin Tyler Harris

Administrator:
Elizabeth L. Joyce

### RE: EXHIBIT A

November 23, 2005

**Hand Delivered**
Robert Alba, Courtroom Clerk
The Honorable Patti B. Saris
United States District Court
One Courthouse Way
Boston, MA  02210

RE:  Ann Marie Porto and Nicholas Porto, Individually
      and on Behalf of Stephen Colon, a Minor Person with
      a Disability
VS:   Town of Tewksbury, et al
      No.:  04CV 10003 PBS

Dear Mr. Alba:

Enclosed is EXHIBIT A that was **not attached** to DEFENDANT'S MOTION FOR JUDGMENT NOTWITHSTANDING THE VERDICT OR, IN THE ALTERNATIVE, FOR A NEW TRIAL, electronically filed today.

Please note that Exhibit A is a Confidential Report that should not be scanned to the docket.

Thank you for your courtesy and cooperation. If you have any questions, please feel free to contact me.

Very truly yours,

BRODY, HARDOON, PERKINS & KESTEN, LLP

s/ Leonard H. Kesten
Leonard H. Kesten

LHK:dac
Enclosure
cc.   Lynn A. Leonard, Esq.
      Anita B. Sullivan, Esq.