UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Ann Marie Porto and Nicholas Porto, ) | |
| Individually and on Behalf of SC, ) | |
| a Minor Person with a Disability ) | |
| ) | C.A. No. 04-CV10003-PBS |
| v. ) | |
| ) | |
| Town of Tewksbury ) | |

**ASSENTED TO MOTION TO ENLARGE TIME TO OPPOSE
MOTION FOR JUDGMENT NOTWITHSTANDING THE VERDICT
OR, IN THE ALTERNATIVE, FOR NEW TRIAL**

Now Comes plaintiff SC and respectfully requests that this Honorable Court allow his Motion to Enlarge Time to Oppose Motion for Judgment Notwithstanding the Verdict or, in the Alternative, For New Trial. Counsel for plaintiff requests a 14-day extension due to a conflict with an ongoing trial and other time-sensitive matters. Counsel for defendant has assented to the time extension.

WHEREFORE, plaintiff requests that this Court allow his Motion to Enlarge Time to Oppose Motion for Judgment Notwithstanding the Verdict or, in the Alternative, For New Trial, by 14 days.

1

2

Respectfully requested,
PLAINTIFF
By his Attorneys,

| /s/ Lynn A. Leonard | /s/ Anita B. Sullivan |
|---|---|
| Lynn A. Leonard | Anita B. Sullivan |
| Attorney-At-Law | Attorney-At-Law |
| 527 Main Street, Suite 8 | 458 Main Street |
| Melrose, MA  02176 | Wakefield, MA  01880 |
| (781) 662-6161 | (781) 224-0701 |
| B.B.O. No. 561662 | B.B.O. No. 628873 |

Assented to by:   /s/ Leonard H. Kesten
                  _____
                  Leonard H. Kesten
                  Counsel for Defendant

Dated:  December 5, 2005