UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Ann Marie Porto and Nicholas Porto, Individually and on Behalf of SC, a Minor Person with a Disability<br><br>v.<br><br>Town of Tewksbury | )<br>)<br>)<br>)  C.A. No. 04-CV10003-PBS<br>)<br>)<br>)<br>) |

## ASSENTED TO MOTION TO CORRECT JUDGMENT PURSUANT TO RULE 60 (b)

     Now Comes plaintiff, pursuant to Rule 60 (b), and respectfully requests that this Honorable Court correct a mistake in the Judgment entered in the above-referenced matter. Specifically, plaintiff requests that the Court include $1 in punitive damages awarded by the jury, but inadvertently omitted by the Court.

Respectfully requested,
PLAINTIFF
By his Attorneys,


/s/ Lynn A. Leonard                                   /s/ Anita B. Sullivan
_____            _____
Lynn A. Leonard                                       Anita B. Sullivan
Attorney-At-Law                                       Attorney-At-Law
527 Main Street, Suite 8                         458 Main Street
Melrose, MA  02176                               Wakefield, MA  01880
(781) 662-6161                                         (781) 224-0701
B.B.O. No. 561662                                  B.B.O. No. 628873



                     /s/ Leonard H. Kesten
Assented to by:     _____
                     Leonard H. Kesten
                     Counsel for Defendant

Dated:  December 5, 2005