UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Ann Marie Porto, et al<br>    Plaintiffs,<br><br>v.<br><br>Town of Tewksbury, et al<br>    Defendants. | CIVIL ACTION<br>NO.   04-10003-PBS |

## NOTICE OF MOTION HEARING

SARIS, U.S.D.J.                                                                                            January 5, 2006

TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re Motion for Judgment Notwithstanding the Verdict or, in the Alternative, for a New Trial on **February 1, 2006, at 2:30 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

By the Court,

 /s/ Robert C. Alba
Deputy Clerk

Copies to:  All Counsel