Attorney Anita B. Sullivan
458 Main Street
Wakefield, Ma. 01880


Invoice submitted
to:
Ann Marie & Nicholas Porto
30 Donna Drive
Tewksbury MA. 01876


January 17, 2006

Invoice # 962

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 11/8/2005 | f/u re: trust provisions<br>1:10 - 1:46 | 0.60<br>200.00/hr | 120.00 |
| 11/23/2005 | receive and review Tewksbury JNOV brief with notes for follow up<br>2:30 - 3:54 | 1.40<br>200.00/hr | 280.00 |
| 11/24/2005 | brief Follow up with Lynn Leonard<br>9:50 - 10:08 | 0.30<br>200.00/hr | 60.00 |
| 11/27/2005 | review jury instruction standards, research<br>12:30 - 12:54 | 0.40<br>200.00/hr | 80.00 |
| 11/29/2005 | review trial notes for brief<br>1:15 - 3:21 | 2.10<br>200.00/hr | 420.00 |

Ann Marie & Nicholas Porto                                                                                   Page      2

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 11/30/2005 | consult with Lynn (to divide brief issues) 1:18 - 1:54   (.60)<br>draft JNOV brief   2:36 - 4:00  (1.40)<br>l/m for Ann Marie  2:10 -2:16   (.10) | 2.10<br>200.00/hr | 420.00 |
| 12/2/2005 | 2nd read - JNOV brief from Tewksbury, research JNOV standards and new trial standards, outline introduction<br>2:10 - 5:04 | 2.90<br>200.00/hr | 580.00 |
| 12/6/2005 | receive/review Amended Judgment from Court<br>11:30 -11:36 | 0.10<br>200.00/hr | 20.00 |
| 12/9/2005 | conference with Lynn Leonard<br>12:45 - 1:15 | 0.50<br>200.00/hr | 100.00 |
| 12/10/2005 | research weight of evidence standards  (.60)<br>review updated draft coordinate Tewksbury's brief facts with notes and transcripts and trial testimony  (1.80) | 2.40<br>200.00/hr | 480.00 |
| 12/13/2005 | review Exhibits to verify Tewksbury facts<br>12:50 - 2:14 | 1.40<br>200.00/hr | 280.00 |
| 12/17/2005 | draft burden/persuasion argument from brief | 1.40<br>200.00/hr | 280.00 |
| 12/18/2005 | conference with Lynn Leonard<br>4:00 - 4:30 | 0.50<br>200.00/hr | 100.00 |
| 12/20/2005 | draft portion of JNOV brief<br>4:00 4:36<br>conference with Lynn Leonard<br>5:15 -5:45 | 0.50<br>200.00/hr | 100.00 |
| 12/21/2005 | final redline review/brief for opposition to JNOV, fax return to L. Leonard | 1.40<br>200.00/hr | 280.00 |
|  | For professional services rendered | 18.00 | $3,600.00 |

Ann Marie & Nicholas Porto                                                                 Page      3

                                                                                              Amount

              Balance due                                                                   $3,600.00