Lynn A. Leonard, Attorney At Law
527 Main Street, Suite 8
Melrose, MA 02176
E-mail: counsel@thelawbench.com

Invoice submitted to:
Ann Marie and Nicholas Porro
30 Donna Drive
Tewksbury MA 01876
Middlesex

January 20, 2006

In Reference To: Porro v. Town of Tewksbury, et al.

Invoice # 10004

Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 11/24/2005 | Conference with Attorney Sullivan | 0.30 250.00/hr | 75.00 |
| | Review for JNOV | 1.70 250.00/hr | 425.00 |
| 11/29/2005 | Review cases and outline response to JNOV | 1.50 250.00/hr | 375.00 |
| | Review trial notes | 1.00 250.00/hr | 250.00 |
| 11/30/2005 | Conference with Attorney Sullivan | 0.60 | 150.00 |

Ann Marie and Nicholas Porto                                                                 Page    2

|            |                                                  | Hrs/Rate        | Amount    |
|------------|--------------------------------------------------|-----------------|-----------|
| 12/10/2005 | Review Opposition to Motion for Atty Fees        | 0.50 250.00/hr  | 125.00    |
| 12/15/2005 | Meeting with Client                              | 0.50 250.00/hr  | 125.00    |
| 12/17/2005 | Draft Opposition to JNOV                         | 4.50 250.00/hr  | 1,125.00  |
| 12/18/2005 | Revise JNOV Opposition                           | 1.50 250.00/hr  | 375.00    |
|            | File Review                                      | 0.50 250.00/hr  | 125.00    |
|            | Conference with Attorney Sullivan                | 0.50 250.00/hr  | 125.00    |
| 12/19/2005 | Draft Opposition to JNOV                         | 6.00 250.00/hr  | 1,500.00  |
| 12/20/2005 | Draft Opposition to JNOV                         | 3.00 250.00/hr  | 750.00    |
|            | Conference with Attorney Sullivan                | 0.50 250.00/hr  | 125.00    |
| 12/21/2005 | Finalize Opposition to JNOV                      | 1.00 250.00/hr  | 250.00    |
| 1/20/2006  | Addendum to Motion                               | 1.20 250.00/hr  | 300.00    |
|            |                                                  | 35.40           | $8,850.00 |

For professional services rendered