**EXPENSES**

| | |
|---|---|
| Bradford Smith Interview | 147.00 |
| Edward Dragan | 76.68 |
| Printing and Reproduction  189 pages @ .15 | 28.35 |
| **TOTAL** | **$252.03** |