UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Ann Marie Porto and Nicholas Porto, Individually and on Behalf of SC, a Minor Person with a Disability | ) ) ) ) ) C.A. No. 04-CV10003-PBS |
| v. | ) ) |
| Town of Tewksbury | ) ) ) |

## ADDENDUM TO PLAINTIFF'S
## MOTION FOR ATTORNEY'S FEES AND COSTS

    Plaintiff SC hereby requests that the Court allow this Addendum to his Motion for Attorney's Fees and Costs filed on November 25, 2006. As grounds therefore, Plaintiff states that since the filing of his original motion, counsel has expended 53.40 hours responding to post-judgment matters. Additional costs have also posted in the amount of $252.00. Detailed accounting records are attached hereto in support of this addendum.

    WHEREFORE, Plaintiff requests that this Honorable Court award additional attorney's fees in the amount of $12,450.00 and costs in the amount of $252 as reflected in the attachment hereto.

Respectfully requested,
PLAINTIFFS
By their Attorneys,


/s/ Lynn A. Leonard                             /s/ Anita B. Sullivan
_____          _____
Lynn A. Leonard                                  Anita B. Sullivan
Attorney-At-Law                                 Attorney-At-Law
527 Main Street, Suite 8                     458 Main Street
Melrose, MA  02176                          Wakefield, MA  01880
(781) 662-6161                                   (781) 224-0701
B.B.O. No. 561662                             B.B.O. No. 628873

Dated:  January 20, 2006