Lynn A. Leonard, Attorney At Law
527 Main Street, Suite 8
Melrose, MA 02176
E-mail: counsel@thelawbench.com

January 20, 2006

Invoice submitted to:
Ann Marie and Nicholas Porro
30 Donna Drive
Tewksbury MA 01876
Middlesex

In Reference To: Porro v. Town of Tewksbury, et al.

Invoice # 10004

Professional Services

| | Hrs/Rate | Amount |
|---|---|---|
| 11/24/2005 Conference with Attorney Sullivan | 0.30 250.00/hr | 75.00 |
| Review for JNOV | 1.70 250.00/hr | 425.00 |
| 11/29/2005 Review cases and outline response to JNOV | 1.50 250.00/hr | 375.00 |
| Review trial notes | 1.00 250.00/hr | 250.00 |
| 11/30/2005 Conference with Attorney Sullivan | 0.60 | 150.00 |

Ann Marie and Nicholas Porto

Page 2

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 12/10/2005 | Review Opposition to Motion for Atty Fees | 0.50 250.00/hr | 125.00 |
| 12/15/2005 | Meeting with Client | 0.50 250.00/hr | 125.00 |
| 12/17/2005 | Draft Opposition to JNOV | 4.50 250.00/hr | 1,125.00 |
| 12/18/2005 | Revise JNOV Opposition | 1.50 250.00/hr | 375.00 |
| | File Review | 0.50 250.00/hr | 125.00 |
| | Conference with Attorney Sullivan | 0.50 250.00/hr | 125.00 |
| 12/19/2005 | Draft Opposition to JNOV | 6.00 250.00/hr | 1,500.00 |
| 12/20/2005 | Draft Opposition to JNOV | 3.00 250.00/hr | 750.00 |
| | Conference with Attorney Sullivan | 0.50 250.00/hr | 125.00 |
| 12/21/2005 | Finalize Opposition to JNOV | 1.00 250.00/hr | 250.00 |
| 1/20/2006 | Addendum to Motion | 1.20 250.00/hr | 300.00 |
| | | 35.40 | $8,850.00 |

For professional services rendered