UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Ann Marie Porto and Nicholas Porto, <br> Individually and on Behalf of SC, <br> a Minor Person with a Disability <br><br> v. <br><br> Town of Tewksbury | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 04-CV10003-PBS <br> ) <br> ) <br> ) <br> ) |

## PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF JNOV

NOW come the plaintiffs, Ann Marie and Nicholas Porto on behalf of SC, and respectfully request this Honorable Court strike defendant's Supplemental Memorandum in support of a Judgment Notwithstanding the Verdict. As grounds therefore, plaintiffs state that defendant materially misrepresented significant evidence to support its argument that SC initiated sexual conduct in January 2001.

Specifically, defendant on page 19 of its brief states the following:

"Further, during cross-examination, Dr. Smith testified as to what Stephen told him. Specifically, Dr. Smith testified as follows:

**Trial Transcript 7 at pp. 97 – 99**

Q – Okay. And there have been several references to the notes today regarding the sexual contact in January 2001, in that area. It's fair to say that there were several disclosures to you from Stephen, and from Mrs. Porto in fact that Richard had initiated sexual contact with Stephen; isn't that correct?

A – There – there are some disclosures in there that <u>Stephen</u> initiated (emphasis added).

1

A review of the trial transcript of the testimony of Dr. Smith (attached hereto as Exhibit 1) indicates that, in fact, Stephen reported the exact opposite. Dr. Smith actually testified that "There are some disclosures that Richard initiated," not Stephen (Exhibit 1, p. 97). Defendant presents the evidence in a false light. Such a substantial and material misrepresentation is prejudicial to plaintiff, contrary to the administration of justice and renders the brief untrustworthy and unreliable.[1]

WHEREFORE, plaintiffs respectfully request that the Court strike defendant's Supplemental Memorandum in Support of JNOV.

Respectfully requested,
PLAINTIFFS
By their Attorneys,


/s/ Lynn A. Leonard                          /s/ Anita B. Sullivan
_____          _____
Lynn A. Leonard                              Anita B. Sullivan
Attorney-At-Law                              Attorney-At-Law
527 Main Street, Suite 8                     458 Main Street
Melrose, MA  02176                           Wakefield, MA  01880
(781) 662-6161                               (781) 224-0701
B.B.O. No. 561662                            B.B.O. No. 628873

Dated:  March 16, 2006

---

[1] If defendant's brief is accepted by the Court, there are several references to trial testimony throughout that are out of context and which will require scrutiny by the Court.