# EXHIBIT NO. 1

1   correct?
2   A.   Yes.
3   Q.   And did his mental retardation have any impact on his
4   otherwise age-appropriate sexual urges?
5   A.   On his urges or on his behavior?
6   Q.   Both.
7   A.   I have no opinion whether they affected his urges.
8   Q.   Okay. On his behavior?
9   A.   Uhm, yeah, it's my opinion that his mental retardation
10  contributed to his judgment and his impulse control in acting
11  on things that he was feeling or fantasizing.
12  Q.   Okay. And there have been several references to the
13  notes today regarding the sexual contact in January, 2001, in
14  that area. It's fair to say that there were several
15  disclosures to you from Stephen, and from Mrs. Porto in fact,
16  that Richard had initiated sexual contact with Stephen; isn't
17  that correct?
18  A.   There are -- there are some disclosures in there that
19  Richard had initiated.
20  Q.   Okay. And do you recall that Richard had asked him if
21  he wanted to do it?
22  A.   That Stephen reported that?
23  Q.   Yes.
24  A.   Yes.
25  Q.   Okay. And do you recall that Stephen reported that

8a74207c-f6fd-48c9-9047-65633695b1c3

Page 98

1   Richard told him to face the wall, and he put his penis in
2   his bum?
3   A.   Yes.
4   Q.   And do you recall that there was a report that Stephen
5   was afraid he would be taken advantage of?
6   A.   I don't remember that.
7   Q.   Okay, well, let me refresh your memory. Do you see a
8   note that says "Afraid he'll be taken advantage of"?
9   A.   Yes.
10  Q.   Okay. It's fair to say that Stephen's mental
11  retardation affected his reporting, isn't it?
12  A.   At the time, I believed it did, yes.
13  Q.   Did you have an opinion as to who initiated the
14  conduct?
15          MR. KESTEN:  Objection.
16          THE COURT:   Sustained.
17  Q.   In any event, there were several reports to you that the
18  conduct was initiated by Richard; isn't that correct?
19  A.   There was at least one.
20  Q.   Okay. Based on Stephen's mental retardation and your
21  treatment of him over a considerable period of time, did you
22  think that he had the ability to consent to such conduct?
23          MR. KESTEN:  Objection.
24          THE COURT:   Overruled.
25  A.   It depends what the meaning of the word "consent" is.

8a74207c-f6fd-48c9-9047-65633695b1c3