UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
)
Ann Marie Porto and Nicholas Porto,      )
Individually and on Behalf of SC,        )
a Minor Person with a Disability         )
                                         )  C.A. No. 04-CV10003-PBS
v.                                       )
                                         )
Town of Tewksbury                        )
_____ )


**SECOND ADDENDUM TO PLAINTIFF'S
MOTION FOR ATTORNEY'S FEES AND COSTS**


Counsel for Plaintiff SC hereby requests that the Court allow a Second Addendum to the Motion for Attorney's Fees and Costs. The original Motion for Attorney's Fees and Costs was filed on November 25, 2006. At that time, Plaintiff requested attorney's fees in the amount of $302,835.27 and costs in the amount of $43,535.69.

Plaintiff filed the first Addendum to the Motion for Attorney's Fees and Costs on January 20, 2006 requesting an additional $12,450.00 in attorney's fees and additional costs in the amount of $252.

Plaintiff files this second Addendum requesting an additional $17,139.00 in attorney's fees and additional costs in the amount of $396.44. As grounds therefore, Plaintiff states that since the filing of the first Addendum, counsel has expended 72.8 hours on post-judgment matters and incurred additional costs. Detailed accounting records are attached hereto in support of Plaintiff's second Addendum.

The total attorney's fees incurred to date are $332,424.27. The total expenses incurred to date are $44,184.13. Plaintiff renews his request that interest on the jury award and on the counsel fees be calculated at 12% as set forth in his original motion.

WHEREFORE, Plaintiff requests that this Honorable Court award attorney's fees and costs in full.

Respectfully requested,
PLAINTIFFS
By their Attorneys,


/s/ Lynn A. Leonard                          /s/ Anita B. Sullivan

_____                      _____
Lynn A. Leonard                              Anita B. Sullivan
Attorney-At-Law                              Attorney-At-Law
527 Main Street, Suite 8                     458 Main Street
Melrose, MA  02176                           Wakefield, MA  01880
(781) 662-6161                               (781) 224-0701
B.B.O. No. 561662                            B.B.O. No. 628873

Dated:  April 19, 2006