Attorney Anita B. Sullivan
458 Main Street
Wakefield, Ma. 01880

Invoice submitted
to:
Ann Marie & Nicholas Porto
30 Donna Drive
Tewksbury MA. 01876

April 06, 2006

Invoice # 972

Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| 2/1/2006 travel    .80<br>JNOV motions at Federal Court    3.40<br>discuss and identify docs and testimony for sufficiency of<br>evidence brief/phone conference (.40) | 4.20<br>200.00/hr | 840.00 |
| 2/2/2006 research | 0.60<br>200.00/hr | 120.00 |
| 2/6/2006 case conf. with Lynn, outline tasks for brief | 0.71<br>200.00/hr | 142.00 |
| 2/7/2006 review transcripts | 2.00<br>200.00/hr | 400.00 |
| 2/8/2006 start section of JNOV brief | 2.00<br>200.00/hr | 400.00 |

Ann Marie & Nicholas Porto                                                               Page       2

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 2/16/2006 | revie additional transcripts | 4.50<br>200.00/hr | 900.00 |
| 2/27/2006 | case conf. with Lynn 1.20, research .80, edit brief .40 | 2.40<br>200.00/hr | 480.00 |
| 2/28/2006 | drafting | 1.30<br>200.00/hr | 260.00 |
| 3/1/2006 | F/U research and finalize draft | 1.50<br>200.00/hr | 300.00 |
| 3/13/2006 | consult with Lynn | 0.71<br>200.00/hr | 142.00 |
| 3/15/2006 | review Tewksbury brief .60, case conf. .20 | 0.80<br>200.00/hr | 160.00 |
| 3/16/2006 | final edit, responsive motion | 0.30<br>200.00/hr | 60.00 |
| 3/17/2006 |  | 0.30<br>200.00/hr | 60.00 |
|  | For professional services rendered | 21.32 | $4,264.00 |

Lynn A. Leonard, Attorney At Law
527 Main Street, Suite 8
Melrose, MA  02176
E-mail:  counsel@thelawbench.com

Invoice submitted to:
Ann Marie and Nicholas Porto
30 Donna Drive
Tewksbury MA 01876
Middlesex

April 15, 2006

In Reference To:   Porto v. Town of Tewksbury, et al.

Invoice # 10030

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| 2/1/2006 | Court Appearance including travel. | 2.50 | 625.00 |
|  | Preparation for JNOV Hearing. | 1.50 | 375.00 |
|  | Discuss JNOV hearing with Atty. Sullivan. | 0.40 | 100.00 |
|  | Phone call to client re: JNOV | 0.20 | 50.00 |
| 2/6/2006 | Phone call from Atty. Sullivan re: supplemental brief, evidentiary issues. | 0.70 | 175.00 |
| 2/7/2006 | Review trial transcripts. | 0.50 | 125.00 |
|  | Review Trial Transcripts. | 0.60 | 150.00 |
| 2/8/2006 | Research evidentiary issues. | 1.50 | 375.00 |
|  | Review cases on evidentiary issues. | 0.50 | 125.00 |
|  | Phone call to Dr. Smith re: bill. | 0.20 | 50.00 |
|  | Draft supplemental opposition. | 2.00 | 500.00 |
| 2/9/2006 | Review case. | 0.30 | 75.00 |
| 2/14/2006 | Review exhibits and trial transcripts. | 0.70 | 175.00 |

Ann Marie and Nicholas Porto                                                                                  Page    2

|            |                                                              | Hours | Amount      |
|------------|--------------------------------------------------------------|-------|-------------|
| 2/23/2006  | Review trial transcripts.                                    | 3.00  | 750.00      |
|            | Draft brief.                                                 | 4.00  | 1,000.00    |
| 2/24/2006  | Phone call to Anne Marie.                                    | 0.30  | 75.00       |
|            | Research.                                                    | 0.50  | 125.00      |
|            | Draft brief.                                                 | 4.00  | 1,000.00    |
| 2/25/2006  | Draft brief.                                                 | 5.00  | 1,250.00    |
| 2/26/2006  | Draft brief                                                  | 6.00  | 1,500.00    |
|            | Addendum to Fee Petition                                     | 1.00  | 250.00      |
| 2/27/2006  | Phone call to Atty. Sullivan re: brief.                      | 1.20  | 300.00      |
|            | Draft brief.                                                 | 1.00  | 250.00      |
| 2/28/2006  | Draft supplemental opposition.                               | 1.00  | 250.00      |
|            | Phone call to Client.                                        | 0.50  | 125.00      |
|            | Revise Brief.                                                | 1.50  | 375.00      |
| 3/1/2006   | Finalize Brief.                                              | 4.00  | 1,000.00    |
| 3/13/2006  | Phone call to Atty. Sullivan.                                | 0.70  | 175.00      |
| 3/15/2006  | Review defendant's supplemental brief.                       | 0.60  | 150.00      |
|            | Conference with Attorney Sullivan                            | 0.20  | 50.00       |
| 3/16/2006  | Review/outline supplemental opposition.                      | 0.50  | 125.00      |
|            | Review court file/exhibits at courthouse including travel.   | 2.50  | 625.00      |
|            | Draft motion to strike.                                      | 1.00  | 250.00      |
| 3/17/2006  | Finalize Motion.                                             | 0.30  | 75.00       |
| 3/22/2006  | Review opposition to motion.                                 | 0.10  | 25.00       |
| 4/15/2006  | Addendum to Attorney Fee Petition                            | 1.00  | 250.00      |
|            | For professional services rendered                           | 51.50 | $12,875.00  |

Ann Marie and Nicholas Porto                                                                 Page      3

    Additional Charges :

|  |  | Amount |
|---|---|---:|
| 2/1/2006 | Electronic Research. | 57.20 |
| 2/7/2006 | Transcript Cost | 243.19 |
| 2/27/2006 | Copying cost | 8.70 |
| 3/13/2006 | Service Fee | 1.00 |
| 3/16/2006 | Parking | 25.00 |
| 4/15/2006 | Inhouse printing cost from 2/1/06 through 4/15/06 | 61.35 |
|  | Total costs | $396.44 |
|  | Total amount of this bill | $13,271.44 |