# EXHIBIT 1
## Time Slip Revisions for Attorney Anita B. Sullivan

Case 1:04-cv-10003-PBS    Document 136-2    Filed 05/15/2006    Page 1 of 6

The following changes were made to Attorney Anita B. Sullivan's Time Slips pursuant to the Court's order:

**DELETIONS**

| <u>Date</u> | | <u>Time Slip Entry</u> |
|---|---|---|
| 7/8/2003 | .70 | (client agreement) |
| 7/29/2003 | .60 | (MCAD related) |
| 8/2/2003 | .90 | (MCAD related) |
| 8/27/2003 | .40 | (conf. w/LAL - fee agreement) |
| 8/29/2003 | .40 | (correspondence) |
| 11/6/2003 | .40 | (complaint standards) |
| 1/29/2004 | .30 | (consult re: team meeting) |
| 2/3/2004 | .60 | (investigation re: SC services related to damages/services) |
| 3/4/2004 | 2.50 | (team meeting) |
| 3/22/2004 | .30 | (letter) |
| 4/1/2004 | 4.00 | (research fed ct. standards) |
| 5/3/2004 | 3.00 | (review samples) |
| 5/4/2004 | .80 | (file review) |
| 7/6/2004 | 4.30 | (research) |
| 7/12/2004 | .60 | (consult with LAL) |
| 8/2/2004 | .50 | (consult with LAL) |
| 9/27/2004 | .50 | (conf. with LAL) |
| 10/29/2004 | 1.60 | (research FRCP) |
| 11/8/2004 | .30 | (Fed. Ct. Registration) |
| 12/15/2004 | .30 | (email re: ADA) |
| 12/17/2004 | .90 | (call from LAL) |

| | | |
|---|---|---|
| 12/19/2004 | .50 | (call from LAL) |
| 12/20/2004 | .60 | (call from LAL) |
| 12/29/2004 | 4.40 | (76 argument and infliction) |
| 12/31/2004 | .20 | (call from LAL) |
| 1/24/2005 | .70 | (confer with LAL) |
| 3/3/2005 | 1.40 | (consult) |
| 3/25/2005 | .60 | (confer with LAL) |
| 3/28/2005 | 1.90 | (mistake/duplicative) |
| 4/25/2005 | .20 | (conf. with LAL) |
| 6/6/2005 | .40 | (review email) |
| 6/13/2005 | .20 | (conf. with LAL) |
| 7/11/2005 | 2.00 | (conf. with LAL) |
| 7/12/2005 | .90 | (conf. with LAL) |
| 7/13/2005 | 1.40 | (conf. with LAL) |
| 7/14/2005 | .50 | (conf. with LAL) |
| 7/15/2005 | .60 | (conf. with LAL) |
| 7/23/2005 | .80 | (conf. with LAL) |
| 8/20/2005 | .20 | (conf. with LAL) |
| 8/23/2005 | 1.07 | (email from LAL) |
| 8/29/2005 | .30 | (research) |
| 8/30/2005 | .30 | (email and corresp. from LAL) |
| 9/4/2005 | .90 | (email and corresp. from LAL) |
| 9/6/2005 | .30 | (email from LAL) |
| 9/7/2005 | .20 | (email from LAL) |

| Date | Hours | Description |
|---|---|---|
| 9/12/2005 | .30 | (email from LAL) |
| 9/18/2005 | 2.50 | (ADA related) |
| 9/26/2005 | .60 | (emails from LAL) |
| 9/27/2005 | .30 | (emails from LAL) |
| 9/28/2005 | .60 | (emails from LAL) |
| 10/9/2005 | .40 | (review emails) |
| 10/10/2005 | 1.10 | (ADA research) |

**REDUCTIONS**

| Date | Reduction | Final Time Slip |
|---|---|---|
| 3/12/2004 | 1.50 | .50 |
| 3/17/2004 | .60 | .30 |
| 10/20/2004 | .50 | .30 |
| 11/17/2004 | .30 | .20 |
| 12/27/2004 | 2.90 | 2.00 |
| 12/29/2004 | 4.00 | 2.00 |
| 1/29/2005 | .20 | .20 |
| 2/10/2005. | 1.50 | .60 |
| 2/22/2005 | 4.00 | 2.60 |
| 3/3/2005 | 1.00 | .40 |
| 5/31/2005 | 2.00 | 2.30 |
| 6/17/2005 | .40 | .20 |
| 6/20/2005 | .40 | .30 |
| 6/27/2005 | 2.50 | 2.50 |
| 7/4/2005 | .60 | .20 |
| 7/9/2005 | .40 | .67 |
| 7/18/2005 | 1.00 | .60 |
| 7/21/2005 | .50 | .80 |
| 8/6/2005 | .50 | .20 |
| 8/7/2005 | .40 | .70 |
| 8/8/2005 | .40 | .80 |
| 8/9/2005 | .40 | .10 |

| Date | | |
|---|---|---|
| 8/10/2005 | .40 | .20 |
| 9/5/2005 | 3.00 | 3.00 |
| 9/8/2005 | 3.00 | 5.10 |
| 9/16/2005 | 1.10 | .80 |
| 10/2/2005 | 4.00 | 6.67 |
| 10/11/2005 | 2.00 | 6.90 |
| 10/13/2005 | 2.30 | 4.37 |
| 10/16/2005 | 1.10 | 7.23 |