# EXHIBIT 2
## Time Slip Revisions for Attorney Lynn A. Leonard

Case 1:04-cv-10003-PBS     Document 136-3     Filed 05/15/2006     Page 1 of 6

The following changes were made to Attorney Lynn A. Leonard's Time Slips pursuant to the Court's order. In addition, the hours have been recalculated at a rate of $200 per hour.

**DELETIONS**

| Date | | Time Slip Entry | |
|---|---|---|---|
| 07/22/03 | LAL | Call to Nancy To | .1 |
| 07/23/03 | LAL | Letter to Nancy To | .2 |
| 07/29/03 | LAL | Confer with Attorney Sullivan re: MCAD appeal | .6 |
| 07/30/03 | LAL | Draft Appeal Brief for MCAD re: question of admin pre-req to lawsuit | 5.0 |
| 08/01/03 | LAL | Draft Appeal Brief for MCAD re: question of admin pre-req to lawsuit | 7.0 |
| 08/02/03 | LAL | Strategize with Attorney Sullivan re: decision to withdraw admin appeal | .9 |
| 08/04/03 | LAL | Letter to Matthew Buehler | .2 |
| 08/27/03 | LAL | Confer with Attorney Sullivan re: terms of fee agreement | .4 |
| 08/05/04 | LAL | Confer with Attorney Sullivan | .2 |
| 09/15/04 | LAL | Research BBO standard/draft final fee agreement | .4 |
| 12/11/04 | LAL | Call to Attorney Sullivan | .2 |
| 12/15/04 | LAL | Confer with Attorney Sullivan on Title II claim   Research and review cases on Title II ADA claim including disparate treatment and impact theories | .3  1.0 |
| 12/16/04 | LAL | Draft opposition on Title II claim | 6.0 |
| 12/19/04 | LAL | Research and review case law and draft opposition on intentional infliction of emotional distress claim | 1.2  1.5 |
| 01/12/05 | LAL | Call to Attorney Sullivan | .3 |
| 01/13/05 | LAL | Call to Attorney Sullivan | .1 |

2

| Date | Initials | Description | Hours |
|---|---|---|---|
| 04/25/05 | LAL | Call to Attorney Sullivan | .2 |
| 06/13/05 | LAL | Two calls from Attorney Sullivan | .2 |
| 07/12/05 | LAL | Confer with Attorney Sullivan | .9 |
| 07/13/05 | LAL | Confer with Attorney Sullivan | 1.4 |
| 07/14/05 | LAL | Confer with Attorney Sullivan | .5 |
| 07/15/05 | LAL | Confer with Attorney Sullivan | .6 |
| 07/20/05 | LAL | Confer with Attorney Sullivan | .8 |
| 08/16/05 | LAL | Consult with Attorney Sullivan re: pre-trial orders | .3 |
| 08/25/05 | LAL | Confer with Attorney Sullivan | 1.0 |
| 10/13/05 | LAL | Research Title II theories | 1.0 |
| 10/17/05 | LAL | Research Title II claim at NESL and review cases, articles | 2.1 |
|  |  | Draft Second Trial Brief on Title II | 1.2 |
|  |  | Response to Title II Brief and Jury Verdict Form | .3 |
| 3/13/2006 | LAL | Phone call to Attorney Sullivan | .7 |

3

**REDUCTIONS**

| Date | | Original Timeslip Entry | Reduced By |
|---|---|---|---|
| 05/27/04 | LAL | Finalize answers to defendant's document requests | 2.0 |
| 08/08/04 | LAL | Research Eleventh Amendment Immunity | 1.5 |
| 09/19/04 | LAL | Confer with Attorney Sullivan re: depositions | .2 |
| 12/15/04 | LAL | Review statutes, cases and codes | 2.0 |
| 01/24/05 | LAL | Confer with Attorney Sullivan re: Opposition | .4 |
| 06/27/05 | LAL | Meeting with Attorney Sullivan re: planning and strategy re: pre-trial orders | 2.0 |
| 08/06/05 | LAL | Confer with Attorney Sullivan re: pre-trial orders | .4 |
| 08/07/05 | LAL | Confer with Attorney Sullivan re: pre-trial orders | .4 |
| 08/08/05 | LAL | Confer with Attorney Sullivan re: pre-trial orders | .4 |
| 08/09/05 | LAL | Confer with Attorney Sullivan re: pre-trial orders | .4 |
| 08/10/05 | LAL | Confer with Attorney Sullivan re: pre-trial orders | .4 |
| 10/18/05 | LAL | Evening Trial Prep<br>Research punitive damages under Title II<br>Motion for Application of<br>Continuing Violation Doctrine to Title II | 3.0 |
| 2/8/2006 | LAL | Phone call from Attorney Sullivan re: supplemental brief, evidentiary issues | .4 |
| 2/27/2006 | LAL | Phone call to Attorney Sullivan re: brief | .5 |

**NON-CORE TASKS**

| Date | | Timeslips Entry | Amount |
|---|---|---|---|
| 06/03/03 | LAL | Letter to Attorney Gosniak | .2 |
| | | Letter to Jeffrey Turner re: File Request | .2 |
| 12/29/03 | LAL | Requested information at RMV to locate parties' addresses | .8 |
| 01/05/04 | LAL | File Complaint by hand-delivery | 1.6 |
| 01/05/04 | LAL | Call to constable and meet to deliver documents for service | .5 |
| 02/27/04 | LAL | Letter to M. DeAngelis re: team meeting | .1 |
| 04/15/04 | LAL | Letter to court re: filing of summonses | .2 |
| 05/01/04 | LAL | Letters and Releases sent to 22 treatment providers | 7.5 |
| 06/10/04 | LAL | Prepare five Deposition Notices and letter to Ecker | .7 |
| 07/21/04 | LAL | Prepare three Deposition Notices and letter to Ecker | .4 |
| 12/08/04 | LAL | Travel to RMV to request information to locate witnesses | 1.1 |
| 12/30/04 | LAL | Photocopy/assemble exhibits | 3.5 |
| 12/31/04 | LAL | Travel to Court to file Opposition to Motion for SJ by hand-delivery, but courthouse closed | 1.0 |
| 01/27/05 | LAL | Calls to Robert Alba and Amy Nee re: mediation | .2 |
| 1/28/05 | LAL | Review letter from Ecker re: scheduling deposition and discuss with attorney Sullivan | .2 |
| 03/21/05 | LAL | Call to Nicole Romano | .1 |
| 05/11/05 | LAL | Call to Attorney Sullivan re: trial schedule | .4 |
| 07/01/05 | LAL | Scheduling update from Attorney Sullivan | .2 |
| 08/25/05 | LAL | Locate names, addresses, telephone numbers of witnesses | 2.5 |
| 09/05/05 | LAL | Prepare 29 subpoenas; contact constable and arrange for service of process | 3.2 |

| Date | Staff | Description | Hours |
|---|---|---|---|
| 09/06/05 | LAL | Call from Maureen White at Wilmington Pediatrics | .2 |
| 09/08/05 | LAL | Call from Linda Beaupre at DSS | .2 |
| | | Research locale of Charles River Hospital records | .6 |
| 09/09/05 | LAL | Hand-deliver impounded documents to Court | 1.0 |
| | | Letter to Court | .1 |
| 09/12/05 | LAL | Letter to DSS | .3 |
| 09/13/05 | LAL | Call from Keeper of Records at NEMC re: missing files | .2 |
| 09/16/05 | LAL | Calls to Nicole Romano re: Joint Pre-Trial Memo | .2 |
| 09/22/05 | LAL | Contact witnesses to reschedule trial testimony | .7 |
| 09/26/05 | LAL | Call from Linda Beaupre at DSS | .2 |
| 10/14/05 | LAL | Call to Nicole Romano | .1 |
| 10/15/05 | LAL | Scan and e-mail documents to Ms. Englehart | .5 |
| 02/08/06 | LAL | Phone Call to Dr. Smith re: bill | .2 |