# EXHIBIT 3
Final Time Slips for Attorney Anita B. Sullivan

Attorney Anita B. Sullivan
458 Main Street
Wakefield, Ma. 01880

Invoice submitted
to:
Porto, Ann Marie
30 Donna Dr.
Tewksbury MA. 01876

May 12, 2006

Invoice # 972

Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| 5/19/2003 initial consult with Ann Marie Porto<br>9:50 - 11: 08 | 1.30<br>200.00/hr | 260.00 |
| 6/23/2003 consult Atty. Leonard, identify causes of action, education<br>standard, MCAD and civil rights<br>2:25 - 3:25 | 1.00<br>200.00/hr | 200.00 |
| 7/2/2003 meet with client and Lynn Leonard re: lawsuit<br>2:30 - 5:24 | 2.90<br>200.00/hr | 580.00 |
| 7/6/2003 research complaint standards and causes of action<br>11:50 - 1:38 | 1.80<br>200.00/hr | 360.00 |
| 7/10/2003 corres to Tewksbury, corres. to Eagleton School re: records<br>9:45 - 10:03 | 0.30<br>200.00/hr | 60.00 |

Porto, Ann Marie                                                        Page    2

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 7/21/2003 | corres. to collaterals re: records  Tri City Health, N. E. Medical Ctr.-Dept. of Special Needs Education, Dr. Springer, Dr. Weida, DSS - Lowell<br>9:40 -10:52 | 1.20<br>200.00/hr | 240.00 |
| 7/25/2003 | corres to  client<br>3:10 - 3:22 | 0.20<br>200.00/hr | 40.00 |
| 7/28/2003 | call to Tewksbury Police, draft release for client<br>10:20 - 10:56 | 0.60<br>200.00/hr | 120.00 |
| 7/30/2003 | research failure to protect Shanahan v. L.A. Unified School Dist.<br>7:55 - 8:31 | 0.60<br>200.00/hr | 120.00 |
| 7/31/2003 | draft additional releases for client<br>12:25 - 1:01 | 1.10<br>200.00/hr | 220.00 |
| 8/6/2003 | draft corres. to Tewskbury Police re: records<br>12:40 - 1:04 | 0.40<br>200.00/hr | 80.00 |
| 8/27/2003 | review and index SPED records from client, conf. with Lynn re: identify additonal documents for case<br>2:25 - 4:43 (2.30) | 2.30<br>200.00/hr | 460.00 |
| 8/28/2003 | corres to Ann Marie<br>2:08 - 2:26 | 0.30<br>200.00/hr | 60.00 |
| 8/30/2003 | review records from Atty. Gosniack<br>2:40 - 4:04 | 2.40<br>200.00/hr | 480.00 |
| 9/16/2003 | develop timeline of incidents with client and record review<br>12:10 - 3:04 | 2.90<br>200.00/hr | 580.00 |
| 10/8/2003 | SOL on complaints under federal statutes and for a minor child/disabled adult<br>6:45 - 7:21 | 0.60<br>200.00/hr | 120.00 |
| 10/28/2003 | review AMP's notes and paperwork for pleadings (client meeting)<br>1:00 - 3:25 | 2.40<br>200.00/hr | 480.00 |

Porto, Ann Marie                                                                    Page      3

|  | | Hrs/Rate | Amount |
|---|---|---|---|
| 11/14/2003 | attorney meeting to draft complaint, draft facts<br>identify complaint/charge elements<br>11:30 - 4:24 | 4.90<br>200.00/hr | 980.00 |
| 11/16/2003 | reserach Title IX, Murrell, Davis<br>9:30 - 10:42 | 1.20<br>200.00/hr | 240.00 |
| 12/10/2003 | start - draft complaint facts<br>1:15 - 3:09 | 1.90<br>200.00/hr | 380.00 |
| 12/20/2003 | research re: MGL ch 76   Garon v. Dudley Charlton re: MGL<br>sec. 76<br>Fedele v. School Comm. of Westwood<br>1977 Opinion of Justics 374 Msss. 836<br>9:30 - 10:18  (.80)<br>client meeting with Lynn<br>12:30 - 5:00  (4.50) | 5.30<br>200.00/hr | 1,060.00 |
| 12/21/2003 | legislative history research MGL 76S.5<br>4:05 - 5:30 | 1.40<br>200.00/hr | 280.00 |
| 12/28/2003 | investigatre witness former school personnel<br>Mussina & school bus company<br>4:24 - 4:42 | 0.30<br>200.00/hr | 60.00 |
| 12/30/2003 | research for complaint,  draft of complaint with L. Leonard<br>2:10 - 5:10 | 3.00<br>200.00/hr | 600.00 |
| 12/31/2003 | client  consult to finalize complaint<br>2:15 - 4:15 | 2.00<br>200.00/hr | 400.00 |
| 1/3/2004 | finalize complaint<br>8:25 - 10:01 | 1.60<br>200.00/hr | 320.00 |
| 1/8/2004 | develop deiscovery index for Plaintiff to track records requested,<br>received, reviewed and related expense<br>4:45 - 5:27 | 0.70<br>200.00/hr | 140.00 |

Porto, Ann Marie                                                    Page    4

|  | Hrs/Rate | Amount |
|---|---|---|
| 1/19/2004 research Nicole M. v. Martinez Unified School<br>2:00 - 3:24 | 1.40<br>200.00/hr | 280.00 |
| 2/6/2004 callt to Ann Marie re: damages and past Tewksbury services<br>12:20 - 12:56 | 0.60<br>200.00/hr | 120.00 |
| 2/13/2004 case conf. with Lynn re: Answer to complaint<br>3:35 - 3:47 | 0.20<br>200.00/hr | 40.00 |
| 2/14/2004 review answers to complaint<br>9:10 - 9:52 | 0.70<br>200.00/hr | 140.00 |
| 2/23/2004 f/u re: discovery outline | 0.40<br>200.00/hr | 80.00 |
| 3/2/2004 F/U Eagleton schools- Pat Doherty re: updated evaluations, call<br>to Ann Marie<br>4:05 - 4:47 | 0.70<br>200.00/hr | 140.00 |
| 3/3/2004 interview with Pat Doherty / clinician re: services, current mental<br>health, progress<br>3:40 - 4:04 | 0.40<br>200.00/hr | 80.00 |
| 3/11/2004 consultwith Lynn re: discovery plan to narrow depositions and<br>subpoena records<br>4:25 - 5:01 | 0.60<br>200.00/hr | 120.00 |
| 3/12/2004 meeting with Lynn re: discovery plan includes call to Deb Ecker<br>3:00 - 3:30 | 0.50<br>200.00/hr | 100.00 |
| 3/15/2004 research DOE. v. Chicago Brd of Ed. sexual assault & safety<br>issues school bus<br>Tort v. civil rights<br>4:30 - 4:48 | 0.30<br>200.00/hr | 60.00 |
| 3/17/2004 case conference with Lynn, discuss federal funding and research<br>evidence to establish funding<br>12:40 - 12:58 | 0.30<br>200.00/hr | 60.00 |

Porto, Ann Marie                                                                          Page    5

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 3/26/2004 meeting with Lynn re: discovery plan identify and preliminary deposition plan developed research number of depositions FRCP 3:35 - 4:11 |  | 0.60 200.00/hr | 120.00 |
| 3/27/2004 meeting develop descovery plan Phase I and II, identify reserach issues deposition schedule draft HIPPA releases from client records | 10:40 - 1:40    (3.00) 2:05 -2:29    (.40) 2:29 - 2:53    (.40) 2:53 - 3:29    (.60) | 4.40 200.00/hr | 880.00 |
| 4/5/2004 consult Lynn (.50) review email from Lynn re: updated discovery plan (.20) | 1:35 - 2:05 4:25 - 4:37 | 0.70 200.00/hr | 140.00 |
| 4/8/2004 research admissions FRCP with multi party defendants 4:25 - 5:43    (1.30) |  | 1.30 200.00/hr | 260.00 |
| 4/9/2004 research  damages Coleta v. Ordway 7:55 - 8:19 |  | 0.40 200.00/hr | 80.00 |
| 4/12/2004 client conference discovery conf./Judge Saris travel | 2:00 - 2:36  (.60) 2:40 - 3:05  (.40) 1:30 - 2:00  (.50) 3:10 - 3:40  (.50) | 2.00 200.00/hr | 400.00 |
| 4/13/2004 review required disclosure for D's, call to Lynn 3:10 - 3:34 |  | 0.40 200.00/hr | 80.00 |
| 4/23/2004 file review for client meeting 3:15 - 3:27 |  | 0.20 200.00/hr | 40.00 |
| 4/24/2004 client meeting 1:00 - 5:00 |  | 4.00 200.00/hr | 800.00 |
| 5/7/2004 work / consult with Lynn, document review re: interrogatories, assess privilege, research privilege and competency 2:00 - 5:00 |  | 3.00 200.00/hr | 600.00 |

Porto, Ann Marie

Page    6

| | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 5/10/2004 | finalize answers to interrogatories<br>5:40 - 5:58 | | | 0.30<br>200.00/hr | 60.00 |
| 5/14/2004 | develop Discovery<br>8:10 - 11:40 | | | 3.50<br>200.00/hr | 700.00 |
| 5/15/2004 | track down Dept. of Mass Heath billing records<br>2:10 - 2:28 | | | 0.30<br>200.00/hr | 60.00 |
| 5/21/2004 | draft answers to interrogatories<br>- 10:14    (1.40)<br>client interview in person<br>10:35 - 11:01    (.60)<br>start draft Plantiff's request for Interrogatories<br>12:20 - 1:26    (1.10)<br>start draft plaintiff's response to Document Production<br>1:26 - 2:14      (.80) | 8:50 | | 3.90<br>200.00/hr | 780.00 |
| 5/22/2004 | received and indexed records from Children's Hopsital<br>11:50 - 12:08 | | | 0.30<br>200.00/hr | 60.00 |
| 5/23/2004 | reviewed records from Children's Hopsital<br>2:10 - 2:46 | | | 0.60<br>200.00/hr | 120.00 |
| 5/24/2004 | review returned releases, redraft and send out<br>11:30 - 11:54 | | | 0.40<br>200.00/hr | 80.00 |
| 5/25/2004 | f/u with medical issues regarding S.C. evaluations &<br>hospitalizations<br>3:45 - 4:09 | | | 0.40<br>200.00/hr | 80.00 |
| 5/26/2004 | finalize 1st request production of Documents<br>9:10 - 10:46 | | | 1.60<br>200.00/hr | 320.00 |
| 5/27/2004 | review interrogationeis, consult Ann Marie Porto re. ints.<br>12:36 - 1:18 | | | 0.70<br>200.00/hr | 140.00 |

Porto, Ann Marie                                                                    Page      7

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 5/28/2004 | Merrimac educ. center transportation collabration, interview clerk re: drivers<br>1:40 - 1:58 | 0.30<br>200.00/hr | 60.00 |
| 6/3/2004 | call to Ann Marie re: TEAM<br>9:10 - 9:16 | 0.10<br>200.00/hr | 20.00 |
| 6/14/2004 | receive and review notice of Deposition, F/U call re: scheduling<br>11:10 - 11:22 | 0.20<br>200.00/hr | 40.00 |
| 7/1/2004 | review answers to ints. by C. Porcaro, cross reference answers to documents provided<br>3:20 - 5:50 | 2.50<br>200.00/hr | 500.00 |
| 7/8/2004 | receive and review Mass Health records re: S.C. services, index records coordinate with treatment services<br>4:50 - 6:26 | 1.60<br>200.00/hr | 320.00 |
| 7/13/2004 | case conf with client      9:28 - 10:04      (.60)<br>depo   Julie Paris      10:04 - 2:52      (4.80)<br>travel      9:00 - 9:36      (.60)<br>      3:05 - 3:41      (.60) | 6.60<br>200.00/hr | 1,320.00 |
| 7/16/2004 | conf. with Lynn re: client release, F/U. with client re: release<br>3:55 - 4:31 | 0.60<br>200.00/hr | 120.00 |
| 7/19/2004 | corres. to Dr. Bowman and Dr. Bergerson<br>12:55 - 1:19 | 0.40<br>200.00/hr | 80.00 |
| 7/23/2004 | discovery, depo Preparation , interrogatories, C.V.'s for teachers, principal job description, DOE license requirements<br>1:10 - 4:58 | 4.80<br>200.00/hr | 960.00 |
| 7/27/2004 | consult and F/U, draft corresp. to North Shore Cardiology Assoc. re: S.C. Treatment<br>1:35 - 1:59 | 0.40<br>200.00/hr | 80.00 |

Porto, Ann Marie

Page    8

| | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|

**8/5/2004** travel     1:20 - 1:50   (.50)    2.40    480.00
                         3:05 - 3:47   (.70)    200.00/hr
      case conf. with Lynn      1:50 - 2:02   (.20)
      interview with Dr. Brad Smith    2:02 - 3:02   (1.00)

**8/9/2004** Preparation for deposition    1:30 - 3:30   (2.00)    2.60    520.00
      2nd letter to DARE       3:30 - 3:42   (.20)    200.00/hr
      corres. to Tri City Mental Health   3:42 - 3:54   (.20)
      corres. to Pilachowski      3:54 - 4:06   (.20)

**8/10/2004** travel     9:00- 9:30   (.50)    7.40    1,480.00
                         4:00 - 4:36   (.60)    200.00/hr
      client meeting       9:30 - 10:00   (.50)
      client deposition/Boston    10:00 - 3:48   (5.80)

**8/12/2004** travel     8:30 - 9:00   (.50)    5.70    1,140.00
                         12:40 - 1:10   (.50)    200.00/hr
      Depo MacGuire       9:00 - 12:36   (3.60)
      research potential experts    6:40 - 7:46   (1.10)

**8/13/2004** f/u with experts - Dragan/review emails      11:20 -    2.50    500.00
      12:38 (1.30)    200.00/hr
               Latham       1:15 - 1:27
      (.20)
               Stein       1:27 - 1:45
      (.30)
      review OCR guidelines       1:45 -
      2:03    (.30)
      review "Plain talk about consent" psychological report 2:03 -
      2:27    (.40)

**8/14/2004** N. Stein email corres.      4:55 - 5:07    0.20    40.00
      200.00/hr

**8/15/2004** contact potential expert re: special needs and sexual behavior    1.70    340.00
      7:50 - 8:26   (.60)    200.00/hr
      contact potential expert re: NS sexual harrassment of special
      educaiton students    8:26 - 8:44   (.30)
      contact potential expert re: developmental disabilities and
      cognitive functioning assessment   8:44 - 9:08   (.40)

Porto, Ann Marie

Page   9

| | Hrs/Rate | Amount |
|---|---|---|
| contact potential expert discrimination/sexual development M.V. population    10:05 - 10:29  (.40) | | |
| 8/16/2004 consult Dr. Latham (expert F/U)<br>1:50 - 2:44 | 0.90<br>200.00/hr | 180.00 |
| 8/20/2004 response email from expert    8:10 -8:16 | 0.10<br>200.00/hr | 20.00 |
| 9/2/2004 review retainer agreement from Dr. Dragan along with packet of his published articles<br>7:40 - 8:58 | 1.30<br>200.00/hr | 260.00 |
| 9/8/2004 case conf. with Lyunn re: depo for Bradley<br>4:10 -4:40 | 0.50<br>200.00/hr | 100.00 |
| 9/9/2004 client conf.    9:49 - 10:07   (.30)<br>Bradley depo   10:07 - 12:43  (.60)<br>travel    9:20 - 9:50  (.50)<br>travel    1:00 - 1:30  (.50) | 1.90<br>200.00/hr | 380.00 |
| 9/10/2004 consult Lynn  re: Bradley depo and corresp. from Ecker re:documents<br>12:25 - 1:13 | 0.80<br>200.00/hr | 160.00 |
| 9/16/2004 case conf. with Lynn re: ongoing discovery document issue<br>12:50 - 1:26 | 0.60<br>200.00/hr | 120.00 |
| 9/19/2004 research DOE - SAC and school psych. standards for licenure, research school psychol. assoc.<br>12:50 - 1:32  (.70)<br>case conf. with Lynn re: depo's<br>2:10 - 2:52   (.70) | 1.40<br>200.00/hr | 280.00 |
| 9/20/2004 travel    9:45 - 10:15   (.50)<br>    3:10 - 3:40   (.50)<br>client meeting   10:15 - 10:27  (.20)<br>Traves depo   10:27 - 12:57  (2.50)<br>McGuire depo 2nd day  2:10 - 3:04   (.90) | 4.60<br>200.00/hr | 920.00 |

Porto, Ann Marie                                                                 Page    10

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|

| 9/28/2004 | Ware depo | 9:02 - 12:44 | (3.70) | 7.70 | 1,540.00 |
|  | depo's consult | 1:00 -1:18 | (.30) | 200.00/hr |  |
|  | depo Dixon | 1:30 - 2:42 | (1.20) |  |  |
|  | travel | 8:10- 8:40 | (.50) |  |  |
|  |  | 2:55 - 3:25 | (.50) |  |  |

start witness file, review Paris' personnel file provided by Tewksbury   3:50 - 4:44  (.90)
start direct exam outline, review depo of McGuire day 1 4:44 - 5:20 (.60)

| 9/29/2004 | email to Dragan 7:10 - 7:58 |  |  | 0.80 | 160.00 |
|  |  |  |  | 200.00/hr |  |

| 9/30/2004 | case conf. with Lynn re: depo of Edelstein |  |  | 0.30 | 60.00 |
|  | 4:15 - 4:33 |  |  | 200.00/hr |  |

| 10/1/2004 | travel | 8:10 - 8:34 | (.40) | 4.60 | 920.00 |
|  |  | 1:12 - 1:36 | (.40) | 200.00/hr |  |
|  | case conf. | 8:34 - 8:58 | (.40) |  |  |
|  | depo Edelstein | 9:00 - 11:36 | (2.60) |  |  |
|  | consult client | 12:30 - 1:12 | (.80) |  |  |

| 10/4/2004 | case conf. with Lynn and Atty. Ecker re: Ecker's motion,  and review |  |  | 0.40 | 80.00 |
|  | 11:20 - 11:44 |  |  | 200.00/hr |  |

| 10/13/2004 | email to Lynn Leonard f/u re: depo mini's |  |  | 0.10 | 20.00 |
|  | 3:35 - 3:41 |  |  | 200.00/hr |  |

| 10/15/2004 | records received from New England Medical Center |  |  | 1.10 | 220.00 |
|  | f/u missing records, review and index |  |  | 200.00/hr |  |
|  | 11:25 - 12:31 |  |  |  |  |

| 10/20/2004 | consult Lynn re: S's depo, outstanding motion |  |  | 0.30 | 60.00 |
|  | 4:45 - 5:03 |  |  | 200.00/hr |  |

| 10/24/2004 | research accomadation standards for depo FRCP, review client records re: language and cognitive levels for client meeting |  |  | 1.70 | 340.00 |
|  | 1:25 - 2:31     (1.10) |  |  | 200.00/hr |  |

Porto, Ann Marie                                                                    Page    11

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|

consut atty. re: depo      6:30 - 6:48      (.60)

| 10/25/2004 | depo Sharon Mosher<br>travel | 10:05 - 12:59  (2.90)<br>9:15 - 9:45      (.50)<br>12:45 - 1:15     (.50) | | 3.90<br>200.00/hr | 780.00 |

| 10/26/2004 | f/u with Lynn re: depo<br>7:10 - 7:22 | | | 0.20<br>200.00/hr | 40.00 |

| 10/27/2004 | travel | 8:10 - 8:46    (.60)<br>12:05 - 12:41  (.60) | | 4.20<br>200.00/hr | 840.00 |
| | client conf. | 8:46 - 8:58    (.20) | | | |
| | depo Christine McGrath | 9:00 - 11:48  (2.80) | | | |

| 10/30/2004 | New England Medical Center records reviewed<br>(.50)<br>review depo  from Edelstein<br>6:56      (.60) | | 2:30 - 3:00<br><br>6:20 - | 1.10<br>200.00/hr | 220.00 |

| 11/3/2004 | case conf. with Lynn re: interrogatories<br>3:05 - 3:17 | | | 0.20<br>200.00/hr | 40.00 |

| 11/5/2004 | travel<br>9:00 - 9:30    (.50)<br>10:12 - 10:42  (.50)<br>review Probate records re: Review correspondence and family<br>9:30 - 10:12    (.70) | | | 1.70<br>200.00/hr | 340.00 |

| 11/6/2004 | start review of additional Tewksbury school records provided/<br>organize records by year and index<br>3:15 - 5:27 | | | 2.20<br>200.00/hr | 440.00 |

| 11/9/2004 | conference call with client re: S.J.  and records<br>3:48 - 4:30 | | | 1.50<br>200.00/hr | 300.00 |

Porto, Ann Marie                                                                Page    12

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 11/10/2004 | consult Lynn re: affidavit from S.C<br>10:10 - 10:22    (.20)<br>reesearch affidavit and SJ brief<br>3:10 - 3:40    (.50) | 0.70<br>200.00/hr | 140.00 |
| 11/11/2004 | consult Lynn re: expert report requirements<br>6:45 - 7:09 | 0.40<br>200.00/hr | 80.00 |
| 11/12/2004 | consult Ann Marie Porto, re: SC deposition and affidavit<br>11:25 - 12:01 | 0.60<br>200.00/hr | 120.00 |
| 11/15/2004 | call to Ann Marie f/u Lynn re: dismissing named def's<br>3:10 - 3:22   (.20)<br>case conf. with Lynn<br>3:30 - 3:42   (.20) | 0.40<br>200.00/hr | 80.00 |
| 11/17/2004 | consult Lynn re: insurance policy        4:40 - 4:58 | 0.30<br>200.00/hr | 60.00 |
| 11/24/2004 | call to - from Lynn re: expert<br>3:10 - 3:28 | 0.30<br>200.00/hr | 60.00 |
| 11/29/2004 | review Moser depo        2:40 - 3:22   (.70)<br>review Travei's depo      3:22 - 4:10   (.80) | 1.50<br>200.00/hr | 300.00 |
| 11/30/2004 | travel                       10:00 - 10:30    (.50)<br>                             5:20 - 5:50      (.50)<br>review records on site       10:30 - 12:24    (1.90)<br>case conf. with Lynn         1:00 - 2:06      (1.10)<br>depo Christine McGrath       2:10 - 3:46      (1.60)<br>client consult               3:46 - 3:58      (.20)<br>receive and review SJ motion 4:00 - 5:18      (1.20) | 6.10<br>200.00/hr | 1,220.00 |
| 12/1/2004 | research cited cases in SJ motion, coordinate cited facts with<br>documents<br>2:50 - 6:38 | 3.80<br>200.00/hr | 760.00 |

Porto, Ann Marie                                                                    Page    13

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 12/2/2004 | research motions to strike & evidentary standards for inadmissable documents/privilege in SJ brief from defendants 4:00 - 5:24 | 1.40 200.00/hr | 280.00 |
| 12/3/2004 | coordinate def's facts with documents provided, identify facts in discovery, identify and mark up, start draft statement of facts 1:00 - 5:42 | 4.70 200.00/hr | 940.00 |
| 12/4/2004 | reserach response to def's statement of facts (SJ brief standards) pull facts from documents for statement of facts 2:10 - 6:40 | 4.50 200.00/hr | 900.00 |
| 12/10/2004 | meet with Stephen and Ann Marie 2:10 - 6:40     (4.50) travel     1:40 - 2:10   (.50)              6:40 - 7:10   (.50) | 5.50 200.00/hr | 1,100.00 |
| 12/11/2004 | travel            10:00 - 10:30   (.50)                       12:10 - 12:40   (.50) meet with S.C.   10:30 - 12:06   (1.60) transcribe notes from interview with S.C. forward to Lynn, F/U call to Lynn              2:04 - 2:52     (.80) | 3.40 200.00/hr | 680.00 |
| 12/12/2004 | IDEA exhustion reserach Witte v. Clark County School District research Joleen Morrison v. NECC 56 Mass App Court. 784 1:40 - 2:58  (1.30) research extension and start draft of extension of opposition to SJ, forward to Lynn 3:10 - 4:04    (.90) | 2.20 200.00/hr | 440.00 |
| 12/16/2004 | case conf.re: updated research        1:25 -1:55   (.50) research statutory construction re: punitive damages and 76Sc.5 2:43 - 4:49    (2.10) | 2.60 200.00/hr | 520.00 |
| 12/26/2004 | research and review Tewksbury DOE compliance, compare to Title IX &76 standards 9:50 - 1:14   (3.40) | 7.40 200.00/hr | 1,480.00 |

Porto, Ann Marie                                                                Page    14

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
|  | draft brief and SJ arguments<br>1:30 - 5:30  (4.00) |  |  |
| 12/27/2004 | meeting with Ann Marie Porto<br>9:45 - 11:45 | 2.00<br>200.00/hr | 400.00 |
| 12/29/2004 | draft brief negligent supervision (including presentment)<br>9:00 -11:00   (2.00) | 2.00<br>200.00/hr | 400.00 |
| 12/30/2004 | call from Lynn, edit SJ brief, including shepardizing, finalize 76<br>arguments, coordinate exhibits<br>10:45 - 6:15 | 7.50<br>200.00/hr | 1,500.00 |
| 1/13/2005 | call from Lynn re: conf with Ecker re: motions filed, review<br>Ecker's motion to strike F/U research<br>1:05 - 2:29 | 1.30<br>200.00/hr | 260.00 |
| 1/14/2005 | review def.'s motions re: affidavit<br>3:55 - 4:19 | 0.40<br>200.00/hr | 80.00 |
| 1/18/2005 | Preparation  for motion session<br>9:30 - 11:12 | 1.70<br>200.00/hr | 340.00 |
| 1/19/2005 | Preparation  for SJ argument       8:45 - 10:33  (1.80)<br>client conf.                            10:33 - 11:21 (.80)<br>travel                                     2:15 - 2:45    (.50)<br>                                              4:15 - 4:45    (.50)<br>SJ arguments befor PBS        3:00 - 4:12    (1.20) | 4.80<br>200.00/hr | 960.00 |
| 1/28/2005 | corres. from Atty. Ecker re: expert v. treating physician disclosure<br>12:10 - 12:28 | 0.30<br>200.00/hr | 60.00 |
| 1/29/2005 | review return corresp. re: treating physician<br>2:05 - 2:17 | 0.20<br>200.00/hr | 40.00 |
| 1/31/2005 | call to Ann Marie<br>4:20 - 4:32 | 0.20<br>200.00/hr | 40.00 |

Porto, Ann Marie                                                                                      Page    15

|  |  | Hrs/Rate | Amount |
|---|---|---|---|

| 2/3/2005 | rec. corres. from Atty Ecker, F/U with Atty Leonard | 0.20 | 40.00 |
| | 11:40 - 11:52 | 200.00/hr | |

| 2/4/2005 | call to mediators re: availability, f/u expert s.a. evaluation | 0.50 | 100.00 |
| | 8:50 - 9:20 | 200.00/hr | |

| 2/8/2005 | rec. return corres. and investiage changed address | 0.10 | 20.00 |
| | 1:25 - 1:31 | 200.00/hr | |

| 2/9/2005 | research Lay Opinion Rule vs. Expert 1st circuit/state standards | 2.20 | 440.00 |
| | 3:20 - 5:32 | 200.00/hr | |

| 2/10/2005 | consult Lynn re: Stephen's Depo., F/U investigation re: Review | 0.60 | 120.00 |
| | correspondence family | 200.00/hr | |
| | 7:10 - 7:46 | | |

| 2/13/2005 | meeting with client SC | 2:30 - 5:30 | (3.00) | 4.80 | 960.00 |
| | travel | 1:55 - 2:25 | (.50) | 200.00/hr | |
| | | 5:30 - 6:00 | (.50) | | |
| | depo Preparation | 7:30 - 8:18 | (.80) | | |

| 2/14/2005 | depo  (travel) | 9:49 - 10:25 | 9.20 | 1,840.00 |
| | (.60) | | 200.00/hr | |
| | | 3:20 - 3:56 | | |
| | (.60) | | | |
| | S.C. depo | 10:25 - 3:19 | | |
| | (4.90) | | | |
| | f/u expert report, research standards | 4:10 - 6:06 | | |
| | (1.90) | | | |
| | consult with Lynn and Dr. Dragon | 7:50 - 9:02 | | |
| | (1.20) | | | |

| 2/22/2005 | review FRCP re: expert disclsure and standards, review | 2.60 | 520.00 |
| | complaint re: expert disclosures, review/mark up additional | 200.00/hr | |
| | documents for expert review forward to expert | | |
| | 1:10 - 3:46 | | |

| 2/28/2005 | call D. Ecker, review preliminary report from Dr. Dragan | 1.80 | 360.00 |
| | 2:55 - 4:43 | 200.00/hr | |

Porto, Ann Marie

Page    16

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 3/1/2005 | review additional documents, copy and forward to expert, forward notes to expert<br>10:40 - 12:10 | 1.50<br>200.00/hr | 300.00 |
| 3/7/2005 | research, accomodationg M.R. person for testimony case Comm. v. Jamal Sitahmedlamara<br>7:04 - 8:00 | 0.90<br>200.00/hr | 180.00 |
| 3/8/2005 | note to calendar rescheduled dates for final pre trial and trial<br>2:05 -2:11 | 0.10<br>200.00/hr | 20.00 |
| 3/21/2005 | consult re: expert evaluation with clients<br>2:05 - 2:47 | 0.70<br>200.00/hr | 140.00 |
| 3/24/2005 | Preparation for meeting with SC, draft questions<br>1:10 - 2:28 | 1.30<br>200.00/hr | 260.00 |
| 3/25/2005 | in person with Stephen      3:00 - 6:18      (3.30)<br>travel      2:30 -3:00      (.50)<br>      6:18 - 6:48      (.50) | 4.30<br>200.00/hr | 860.00 |
| 3/29/2005 | receive email from Dr. Dragon review final expert report<br>3:00 -3:42    (.70)<br>review/compare to statement of facts in S.J.,<br>    compare to title IX elements, compare to DOE standards<br>3:42 - 6:06 (2.40) | 3.10<br>200.00/hr | 620.00 |
| 4/1/2005 | call to Ann Marie Porto<br>3:40 - 3:46 | 0.10<br>200.00/hr | 20.00 |
| 4/21/2005 | client call<br>9:05 - 9:11 | 0.10<br>200.00/hr | 20.00 |
| 4/26/2005 | travel      9:25 - 9:55    (.50)<br>      10:45 - 11:15  (.50)<br>2nd day depo Ann Marie Porto   10:00 - 10:36  (.60) | 1.60<br>200.00/hr | 320.00 |
| 5/10/2005 | consult Lynn re: tracking order<br>3:27 - 3:39 | 0.20<br>200.00/hr | 40.00 |

Porto, Ann Marie                                                                    Page    17

|  | | Hrs/Rate | Amount |
|---|---|---|---|

| 5/11/2005 | consult with Lynn re: trial schedule<br>4:25 - 4:31 | 0.10<br>200.00/hr | 20.00 |
| 5/31/2005 | research hearsay state hospital records  Comm v. Johnson 59<br>Mass App Court. 164 (2003)<br>Prejedical error shepardized used motion in Limine<br>research public record Mattron vs. City Pittsfield 56 Mass App<br>214 (2002)<br>objection to  pre trial, disclosures<br>12:45 - 3:03 | 2.30<br>200.00/hr | 460.00 |
| 6/3/2005 | consult with Lynn .60 re:OSEP and DOE reports and their<br>admissability | 0.60<br>200.00/hr | 120.00 |
| 6/4/2005 | review email corres. and f/u consult  re: fed standards and<br>funding for Title IX violations   1:30 - 2:12 | 0.70<br>200.00/hr | 140.00 |
| 6/15/2005 | review court order<br>9:40 - 9:46 | 0.10<br>200.00/hr | 20.00 |
| 6/17/2005 | review SJ order from PBS<br>12:25 - 12:37 | 0.20<br>200.00/hr | 40.00 |
| 6/20/2005 | review findings S/J, case conf with Lynn | 0.30<br>200.00/hr | 60.00 |
| 6/27/2005 | case conf. trail Preparation , meeting with Lynn<br>1:30  - 4:00 | 2.50<br>200.00/hr | 500.00 |
| 6/28/2005 | call to Eagleton re: appt.     9:40 - 9:46 | 0.10<br>200.00/hr | 20.00 |
| 6/29/2005 | return call from Eagleton  2:10 -2:16 | 0.10<br>200.00/hr | 20.00 |
| 7/1/2005 | call to Eagleton for appt. P. Doherty   11:00 - 11:12    (.20)<br>consult Lynn                              11:12 - 11:36    (.40) | 0.60<br>200.00/hr | 120.00 |

Porto, Ann Marie

Page    18

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 7/2/2005 | consult with Lynn  re: Eagleton/privilege, Pilachowski-privilege, identify research, Fed. v. State privilege and Rule 412<br>5:20 - 6:32 | 1.20<br>200.00/hr | 240.00 |
| 7/4/2005 | consult with Lynn and email received, investigate Dr. Moore MGH<br>2:25 - 2:37 | 0.20<br>200.00/hr | 40.00 |
| 7/5/2005 | call to Dr. Weida, outline for pre trial desclousures, consult Lynn re: expert<br>2:40 - 3:52 | 1.20<br>200.00/hr | 240.00 |
| 7/6/2005 | draft pre trial disclosure          11:55 - 12:31    (.60)<br>draft updated release for client    12:31 - 12:59    (.30) | 0.90<br>200.00/hr | 180.00 |
| 7/7/2005 | consult with Lynn re: HIPAA barriers<br>3:35 - 3:59 | 0.40<br>200.00/hr | 80.00 |
| 7/9/2005 | consult with Lynn, f/u witnesses and material facts<br>3:25 - 4:07 | 0.70<br>200.00/hr | 140.00 |
| 7/11/2005 | depo's & outline research      5:30 - 8:24 (2.90)<br>McGuire,McGrath, Bradley | 2.90<br>200.00/hr | 580.00 |
| 7/14/2005 | client Preparation  for depo        4:10 - 6:04      (1.90)<br>research 51A school standards    4:10 - 4:46      (.60)<br>    production of documents in Matter of Grand Jury<br>Investigation 437 Mass 340 (2002) | 2.50<br>200.00/hr | 500.00 |
| 7/15/2005 | travel to  Eagleton                      10:30 - 1:00<br>(2.50)<br>travel from Eagleton                      6:10 - 8:40<br>(2.50)<br>interview therapist Doherty            1:00 - 1:42<br>(.70)<br>interview terapist Pyjrma                1:42 - 2:06<br>(.40)<br>review updated clinical records        2:06 - 2:54<br>(.80)<br>consult program director                2:54 - 3:30 | 10.10<br>200.00/hr | 2,020.00 |

Porto, Ann Marie                                                          Page    19

|  |  | Hrs/Rate | Amount |
|---|---|---|---|

|  |  |  |  |
|---|---|---|---|
| | (.60) | | |
| | review educational & psychiatric records    3:30 - 4:18 | | |
| | (.80) | | |
| | interview teacher                            4:18 - 4:42 | | |
| | (.40) | | |
| | interview Stephen                            4:42 - 6:06 | | |
| | (1.40) | | |
| 7/16/2005 | consult with Lynn re: therapy records | 0.30 | 60.00 |
| | 1:05 - 1:23 | 200.00/hr | |
| 7/18/2005 | consult with Lynn re: approach to inquiries, hostile witnesses, f/u | 3.10 | 620.00 |
| | privilege 7:48 - 824  (.60) | 200.00/hr | |
| | start depo review     2:30 - 5:00   (2.50) | | |
| | cleint f/u/ | | |
| 7/20/2005 | consult with Lynn and Dragan | 0.80 | 160.00 |
| | | 200.00/hr | |
| 7/21/2005 | case conference with Lynn  re: depositions and | 0.80 | 160.00 |
| | Darebert/Lannigan standards , identify research for federal and | 200.00/hr | |
| | state standards FRCP & FRG | | |
| | 3:10 - 3:58 | | |
| 7/22/2005 | work with Lynn,  pretrial orders, depo disignations/research | 2.00 | 400.00 |
| | FRCP | 200.00/hr | |
| | 3:30 - 5:30 | | |
| 7/24/2005 | consult with Lynn re: AMP depo | 0.40 | 80.00 |
| | 11:16 - 11:40 | 200.00/hr | |
| 7/25/2005 | travel                9:10 - 9:40     (.50) | 2.70 | 540.00 |
| | 11:55 - 12:25     (.50) | 200.00/hr | |
| | depo. Porto  and client meeting    10:00 - 11:42  (1.70) | | |

Porto, Ann Marie                                                                 Page    20

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 7/27/2005 | review depo McGuire  (for designations)    2:50 - 4:20   (1.50)<br>review depo McGrath (for designations)     4:20 - 5:44   (1.40) | 2.90<br>200.00/hr | 580.00 |
| 8/2/2005 | review additional records from Eagleton, cross reference with<br>previous records, develop facts for trial | 2.50<br>200.00/hr | 500.00 |
| 8/5/2005 | started final pre trial , disclousres, review Tanguay records,<br>review MGH updated records, consult with Lynn<br>8:50 - 10:56 | 2.10<br>200.00/hr | 420.00 |
| 8/6/2005 | consult with Lynn re: Charles River Hospital records<br>4:15 - 4:27 | 0.20<br>200.00/hr | 40.00 |
| 8/7/2005 | consult with Lynn and depo designations Dixon and Edelstein<br>7:00 - p.m. - 7:42 | 0.70<br>200.00/hr | 140.00 |
| 8/8/2005 | consult with Lynn and depo designations Paris and Bradley<br>1:35 - 2:23 | 0.80<br>200.00/hr | 160.00 |
| 8/9/2005 | consult with Lynn re: pre trial and witness designations<br>5:05 - 5:11 | 0.10<br>200.00/hr | 20.00 |
| 8/10/2005 | consult with Lynn re: scheduling witness interviews<br>3:35 - 3:47 | 0.20<br>200.00/hr | 40.00 |
| 8/11/2005 | consult with Lynn finalize witness list<br>7:56 - 8:08 | 0.20<br>200.00/hr | 40.00 |
|  | case conf. with Lynn re: McGure's depo     9:45 - 10:21   (.60) | 0.60<br>200.00/hr | 120.00 |
| 8/16/2005 | consult with Lynn re: SC's strengths and weknesses for trial<br>9:05 - 9:23        (.30)<br>draft affidavit for P. Doherty, call to P. Doherty, call to Eagleton<br>10:25 - 12:07    (1.70) | 2.00<br>200.00/hr | 400.00 |
| 8/17/2005 | call to constable D. Muscowitz 1:30 - 1:52 | 0.20<br>200.00/hr | 40.00 |

Porto, Ann Marie                                                                           Page    21

|  |  | Hrs/Rate | Amount |
|---|---|---|---|

| 8/19/2005 | review FRCP legislative notes re: Rule 701 opinion of expert foundations for motion in limine and final pre trial<br>4:20 - 4:44 | 0.40<br>200.00/hr | 80.00 |

8/30/2005  research and start draft joint pre trial       12:35 - 2:59    (2.40)      2.80        560.00
           review C.V. from Dr. Weida                     3:02 - 3:08    (.10)    200.00/hr
           review email and attached corres.              3:08 - 3:26    (.30)

8/31/2005  draft intro for trial memo       4:25 - 4:55                             0.50        100.00
                                                                                200.00/hr

9/1/2005   review Center Family Development records for Motion in                   2.00        400.00
           Limine 412 Rule-incorporate into motion, consult SC's therapist     200.00/hr
           for facts re: accomodations
           1:20 - 3:20

9/2/2005   Draft Motion - Accomodation/ Stephen research State v. Woods,           2.90        580.00
           Rule 610-611                                                        200.00/hr
           draft Motion re: offender characterization
           research Parker  review FRCP 16.5                         4:10 -
           4:34  (.40)

9/3/2005   draft motion re: characterizing S.C. as offender or perpetrator         4.00        800.00
           research for motion  Comm. v. Fordham                              200.00/hr
                             Comm. v. Deagle
                             Comm. v. Moorer
                             Comm. v. Phoenix
                             Rule 611 FRCP
           research motion to treat witnesses as adverse parties/witnesses
           re: impuning knowledge
           Ruszcyk vs. Sect. of Public Safety
           4:35 - 5:35

9/4/2005   research, Jaffe v. Redmond vs. Supreme Court.                            3.30        660.00
           MGL 112 sec. 135B                                                  200.00/hr
                   233 sec. 20B
           9:20 - 12:38        (3.30)

Porto, Ann Marie                                                                    Page    22

|  | | Hrs/Rate | Amount |
|---|---|---|---|

9/5/2005 research, PI/ garden variety damages vs. emotional distress,            3.00      600.00
consent as element for damages, research vois dire instructions     200.00/hr
including US District Court speaks re: PBS procedures and
reserach vori dire and case law for appellate standards jury
instructions
9:30 - 12:30

9/6/2005 start draft motion in limine rule 611 (c) adverse party motion          6.00    1,200.00
research                                                            200.00/hr
9:00 - 3:00     (6.00) edit motions

9/7/2005 Limine, CFD, DARE                                                       3.20      640.00
research admisability 51A reports and 51B reports (MGL 119)          200.00/hr
research federal standards off. records vs. business records FRE
and Mass. case law
5:30 - 7:54     (2.40)
emails rec. and reviewed from Lynn
8:10 - 8:22     (.20)
draft voir dire questions (.60)
8:30 - 9:06

9/8/2005 research/review jury instructions manuals, re: Title IX, ADA,           5.10    1,020.00
disability, Rule 412/vs. consent, draft motion / adverse parties,    200.00/hr
draft motion re: charac of S.C. as offender/perpetrator
10:00 - 2:36
(4.60)
review email from Rebecca/review case law     7:12 - 7:30
(.30)
review email from Lynn     7:30 - 7:42
(.20)

9/9/2005 finalize Motions in Limine, accomodations, Privilege                    7.60    1,520.00
9:15 - 11:09 (1.90)                                                 200.00/hr
review def's pre trial disclosure and start draft of plaintiff
response/objections, finalize Motion to Impound, finalize for
accomodations
12:10 - 5:52 (5.70)

Porto, Ann Marie                                                                    Page    23

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 9/12/2005 | review revised jury instructions    7:50 - 8:14   (.40)<br>f/u consult with Lynn    8:20 - 8:38   (.30) | 0.70<br>200.00/hr | 140.00 |
| 9/15/2005 | email from Lynn reviewed re: pre trial memo, 214C, jury<br>instructions<br>6:20 - 7:08    (.80)<br>research treating physician v. expert, shepardize new case and<br>effect in state and federal cases<br>7:08 - 8:02    (.90)<br>work on response to def's pre trial disclosures (1.40) | 3.10<br>200.00/hr | 620.00 |
| 9/16/2005 | email from Lynn reviewed re: motions, finalize response to def's<br>pre trial disclosure<br>4:05 -4:53 | 0.80<br>200.00/hr | 160.00 |
| 9/17/2005 | emails from Lynn reviewed/ re: Summary Judgment/updated<br>brief, research, puni. standards  214<br>10:15 - 10:57 | 0.70<br>200.00/hr | 140.00 |
| 9/18/2005 | ADA research, reviewed, accomodation Alexander v Margolis,<br>Buckhammon bd. & Care Home v. WestVirgina 19F Supp 2d<br>2/567 1988 re: policy & practice    8:30 - 10:22   (1.80)<br>email from Lynn, re: updated brief    11:10 - 11:46<br>(.60) | 2.40<br>200.00/hr | 480.00 |
| 9/19/2005 | consult with Ann Marie, Dr. Dragon<br>5:00 - 5:36 | 0.60<br>200.00/hr | 120.00 |
| 9/20/2005 | review claims and defenses to S.J. motions    3:10 - 4:04   (.90)<br>notes to file for trialprep    4:30 - 4:42   (.20) | 1.10<br>200.00/hr | 220.00 |
| 9/21/2005 | outline of notes for final pre trial    7:30 - 7:54    (.40)<br>travel    9:50 - 10:20   (.50)<br>    1:30 - 2:00    (.50)<br>pre trial confer.    11:00 - 12:42 (1.70)<br>case conf. trial strategy    12:42 - 1:18    (.60)<br>research school safety & abuse policies,<br>    review Tewksbury policy    3:10 - 3:28    (.30) | 4.00<br>200.00/hr | 800.00 |

Porto, Ann Marie                                                                            Page    24

| | | Hrs/Rate | Amount |
|---|---|---|---|

| 9/22/2005 | update releases for psychiatric records for SC<br>10:50 - 11:08 | 0.30<br>200.00/hr | 60.00 |
| 9/23/2005 | research differences Title IX and state law 214c<br>7:40 - 8:46 | 1.10<br>200.00/hr | 220.00 |
| 9/26/2005 | research files  Civil Procedure re: punitives, use of affidavits,<br>directed verdict, appellate standards & objections<br>6:40 - 7:10  (1.50)<br>review email from Lynn<br>7:25 - 8:01  (.60) | 2.10<br>200.00/hr | 420.00 |
| 9/27/2005 | r/c to channel 7                              9:10 - 9:16      (.10)<br>call to Ann Marie                        9:20 - 9:32      (.20)<br>call to Lynn (.70)                        9:32 - 10:14    (.70)<br>consult L. Keston                        10:14 - 10:38  (.40)<br>call from Court re:  new trial dates  11:05- 11:11    (.10)<br>start trial preparation                 3:10 - 5:10     (2.00) | 3.50<br>200.00/hr | 700.00 |
| 9/28/2005 | trial Preparation                        9:10 - 4:58     (7.80) | 7.80<br>200.00/hr | 1,560.00 |
| 9/29/2005 | call to Ann Marie re: Stephen's scheduling  10:30 - 10:48 (.30)<br>review email                                  10:48 - 11:00 (.20)<br>start witness prep/trial outlines             7:30-10:30 (3.00) | 3.50<br>200.00/hr | 700.00 |
| 9/30/2005 | trial Preparation , meeting with client, start draft for opening,<br>document review (51B, Tewksbury IEP's)<br>8:30 - 12:30   (4.00)<br>review Paris depo for direct, draft outline for direct, identify<br>documents for direct<br>1:10 - 6:52    (5.70) | 9.70<br>200.00/hr | 1,940.00 |
| 10/1/2005 | trail Preparation, review opp to S.J., outline elements & facts for<br>trial, review email from Lynn<br>11:50 - 6:14 | 6.40<br>200.00/hr | 1,280.00 |

Porto, Ann Marie                                                        Page    25

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|

10/2/2005  reseach Jury components  10:40 - 12:40   (2.00)           6.40       1,280.00
           reserach ADA              2:06 - 3:00     (.90)            200.00/hr
           Guardian standing         4:00 - 5:54    (1.90)
           trail Preparation         6:05 - 7:41    (1.60)

10/3/2005  Court, travel    8:00 - 8:30       (.50)                   6.50       1,300.00
                            1:50- 2:20        (.50)                   200.00/hr
           court            9:00 - 1:06      (4.10)   direct and start
           cross AMP
           client conference  1:10 -1:46      (.60)
           debrief                            (.80)

10/4/2005  client conference                                         4.50        900.00
           (.80)                                                     200.00/hr
           reorganize exhibits/ list documents        10:46 11:58
           1.20)
           email & phone call from Brody/Hardoon        12:02
           -12:14   (.20)
           draft exhibit list, email to Broady          12:30 -
           12:36  (.10)
           call re: attachment (from Brody) r/c & N. Romano   1:10 - 1:16
           (.10)
           trial Preparation                            3:10 - 4:53
           (1.70)
           2nd call to Brody  and fax
           (.10)

10/5/2005  travel           8:00- 8:39      (50)                     9.40       1,880.00
                            1:20 - 1:56     (.50)                    200.00/hr
           trial            8:45 - 1:09     (4.40) (AP cross &
           redirect ,Julie Paris)
           trial Prep 4:00-6:00,8:30-9:30     (3.00)
           debrief          3:00-4:00       (1.00)

10/6/2005  travel           8:00 8:36       (50)                     6.60       1,320.00
                            1:10 - 1:36     (.50)                    200.00/hr
           court            8:45 - 1:03     (4.40)
           debrief from trial   1:03-2:15      (1.20)

Porto, Ann Marie                                                          Page    26

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 10/7/2005 | trial Preparation , client contact, research 412<br>objections/appellate standards<br>5:50 - 8:56 | 3.10<br>200.00/hr | 620.00 |
| 10/8/2005 | draft Dragan direct / research Expert opinions and formation/<br>review emails<br>10:20 - 1:56 | 3.60<br>200.00/hr | 720.00 |
| 10/9/2005 | research            3:40 - 6:04   (2.40)<br>review Bradley       6:35 - 7:23   (.80)<br>draft Bradley direct 7:50 - 9:14  (1.40) | 4.60<br>200.00/hr | 920.00 |
| 10/10/2005 | review McGrath depo       2:10 - 3:34   (1.40)<br>draft McGrath direct, review emails<br>3:34 - 4:52                      (1.30) | 2.70<br>200.00/hr | 540.00 |
| 10/11/2005 | travel                    7:50 - 8:24   (.50)<br>                           2:10 - 2:40   (.50)<br>court/trial                8:44 - 1:26  (4.70)<br>client conf.               1:26 - 2:14   (.80)<br>finalize ADA brief | 6.50<br>200.00/hr | 1,300.00 |
| 10/12/2005 | travel                    7:50 - 8:24   (.50)<br>                           1:32 - 2:02   (.50)<br>court/trial                8:48 - 1:00  (4.20)<br>client conf.               1:00 - 1:24   (.40)<br>debrief                    3:00-4:00   (1.00)<br>trial Preparation          8:00-10:30   (2.5) | 9.10<br>200.00/hr | 1,820.00 |
| 10/13/2005 | in person interview with Liz Stasio Englehart in Lawrence<br>in person interview with Dr. A. Weida in Lawrence<br>reserach: ADA standards: City Cleburne<br>1:10 - 3:28   (2.30)<br>start draft of ADA brief<br>review client (Stephen) depo & aff. client meeting<br>4:50 - 6:50   (2.00) | 4.30<br>200.00/hr | 860.00 |
| 10/14/2005 | travel to courthouse from Tewksbury with client<br>10:34 - 11:30    (.90)<br>Preparation  client for trial | 6.80<br>200.00/hr | 1,360.00 |

Porto, Ann Marie

|  | | Hrs/Rate | Amount |
|---|---|---|---|

11:30 - 2:42    (3.20)
travel - return client home from court
2:42 - 3:30      (.80)
consult Guardian  re: trial Preparation
6:40 - 7:04      (.40)
review records re: client language level for trial Preparation
8:36 - 9:18      (.70)
review Motion for client modification/testimony
9:18 - 9:24      (.10)
review emails from Dr. Dragan
9:30 - 10:12    (.70)

10/15/2005 review Dr. Dragon's report        11:00 - 11:54    (.90)        4.50        900.00
draft direct examination questions                          200.00/hr
review FRCP 26.4 and Lannigan
Daubert for expert foundation
review CV
research Dragan's articles
research / review "sexuality issues for disabled" Melvyn Littner
                                  2:00 - 2:30    (.50)
research Harassment in SPED        2:30 - 5:30    (3.00)
email corresp. to Dr. Dragan        6:06 - 6:18    (.20)

10/16/2005 expert testimony research  Dambrowski v. Champion                7.20        1,440.00
International  WCC 9302-6710  1:50 - 2:38 (.80)                  200.00/hr
review OTA eval for redirect        2:38 - 2:56    (.30)
travel                                  4:12 - 5:00    (.80)
                                  9:30 - 10:18   (.80)
meet with Dr. Dragan                5:05 - 8:41   (3.60)
redraft direct Dr. Dragan        10:30 - 11:24  (.90)

10/17/2005 travel                                  7:52 - 8:26        9.80        1,960.00
(.50)                                                      200.00/hr
                                  1:30 - 2:02
(.50)
court                                  8:26 - 1:20
(4.90)
Preparation  for examination Herskowitz & Porcaro  4:15 - 4:27
(.20)
review trial notes                        4:27 - 5:03

Porto, Ann Marie                                                             Page    28

|  |  | Hrs/Rate | Amount |
|---|---|---|---|

(.60)
consult Atty. Leonard  re: testimony re: elements          5:03 - 5:27
(.40)
review emails                                              5:27 - 5:39
(.20)
outline closing argument points                            8:00 - 9:06
p.m. (1.10)
review transcripts from opening arguments                  9:06 - 10:30
p.m (1.40)

| 10/18/2005 travel | 7:58 - 8:26 | (.50) | | 10.20 | 2,040.00 |
|---|---|---|---|---|---|
| | 1:50 - 2:20 | (.50) | | 200.00/hr | |
| court/trial | 8:30 - 1:18 | (4.80) | | | |
| client consult | 1:20 - 1:44 | (.40) | | | |

review trial notes for closing argument/ trial Preparation  for
Wednesday,
Preparation  cross exam. Dr. McGrath              4:00 - 5:18
(1.30)
Preparation  cross exam. Cheryl Porcaro           5:18 - 6:42
(1.40)
includes review interrogatories, SPED regulations, mediation
agreement, exhibits re: recommendations for residential
placement, job description
review emails from Lynn                           7:00 - 7:18
(.30)
debrief                                           8:00-9:00
(1.00)

| 10/19/2005 travel | 7:58 - 8:28 | (.50) | | 9.20 | 1,840.00 |
|---|---|---|---|---|---|
| | 5:10 - 5:42 | (.50) | | 200.00/hr | |
| court/ trial | 8:28 - 4:10 | (7.70) | | | |
| client consult | 4:10 - 4:40 | (.50) | | | |

| 10/20/2005 travel | 7:50 - 8:28 | (.50) | | 8.90 | 1,780.00 |
|---|---|---|---|---|---|
| | 4:30 - 4:56 | (.50) | | 200.00/hr | |
| Court / Trial | 8:28 - 4:22 | (7.90) | | | |

review final jury instructions and verdict form

Porto, Ann Marie

Page    29

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 10/21/2005 | trial/jury watch<br>travel          7:40 - 8:28 a.m.  (.80)<br>                  3:50 - 4:26 p.m.  (.60)<br>court             8:28 - 3:50      (7.40)<br>additional client contact  8:20 - 8:44 p.m.  (.40) | 9.20<br>200.00/hr | 1,840.00 |
| 10/24/2005 | researched sec 1988 attorney fees, Marcer v. Dube  EEOC<br>guidelines<br>3:40 - 5:58 | 2.30<br>200.00/hr | 460.00 |
| 10/25/2005 | f/u research re: motions and brief for attorney fees<br>4:30 - 5:18 | 0.80<br>200.00/hr | 160.00 |
| 10/26/2005 | call from Ann Marie Porto<br>2:15 - 2:57 | 0.70<br>200.00/hr | 140.00 |
| 10/28/2005 | f/u call to attorney for trust info<br>11:05 -11:53 | 0.80<br>200.00/hr | 160.00 |
| 11/7/2005 | client conference call<br>2:35 - 2:53 | 0.30<br>200.00/hr | 60.00 |
| 11/22/2005 | edit final brief petition for fees<br>3:50 - 4:44 | 0.90<br>200.00/hr | 180.00 |
| 11/23/2005 | review Tewksbury Motion JNOV, notes for file and research<br>9:30 - 10:48 | 1.80<br>200.00/hr | 360.00 |
| | For professional services rendered | 545.50 | $109,100.00 |

Attorney Anita B. Sullivan
458 Main Street
Wakefield, Ma. 01880


Invoice submitted
to:
Ann Marie & Nicholas Porto
30 Donna Drive
Tewksbury MA. 01876


May 15, 2006

Invoice # 974


Professional Services

|  | | Hrs/Rate | Amount |
|---|---|---|---|
| 11/8/2005 | f/u re: trust provisions<br>1:10 - 1:46 | 0.60<br>200.00/hr | 120.00 |
| 11/23/2005 | receive and review Tewksbury JNOV brief with notes for follow<br>up<br>2:30 - 3:54 | 1.40<br>200.00/hr | 280.00 |
| 11/24/2005 | brief Follow up with Lynn Leonard regarding JNOV<br>9:50 - 10:08 | 0.30<br>200.00/hr | 60.00 |
| 11/27/2005 | review jury instruction standards, research<br>12:30 - 12:54 | 0.40<br>200.00/hr | 80.00 |
| 11/29/2005 | review trial notes for brief<br>1:15 - 3:21 | 2.10<br>200.00/hr | 420.00 |

Ann Marie & Nicholas Porto                                            Page    2

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 11/30/2005 | consult with Lynn (to divide brief issues) 1:18 - 1:54   (.60)<br>draft JNOV brief                    2:36 - 4:00 (1.40)<br>l/m for Ann Marie- spoke with Mr. Porto  2:10 -2:16   (.10) | 2.10<br>200.00/hr | 420.00 |
| 12/2/2005 | 2nd read - JNOV brief from Tewksbury, research JNOV standards and new trial standards, outline introduction<br>2:10 - 5:04 | 2.90<br>200.00/hr | 580.00 |
| 12/6/2005 | receive/review Amended Judgment from Court<br>11:30 -11:36 | 0.10<br>200.00/hr | 20.00 |
| 12/9/2005 | conference with Lynn Leonard re: trust requirements<br>12:45 - 1:03 | 0.30<br>200.00/hr | 60.00 |
| 12/10/2005 | research weight of evidence standards   (.60)<br>review updated draft coordinate Tewksbury's brief facts with notes and transcripts and trial testimony  (1.80) | 2.40<br>200.00/hr | 480.00 |
| 12/13/2005 | review Exhibits to verify Tewksbury facts<br>12:50 - 2:14 | 1.40<br>200.00/hr | 280.00 |
| 12/17/2005 | draft burden/persuasion argument for brief<br>3:20 - 4:32 | 1.20<br>200.00/hr | 240.00 |
| 12/18/2005 | conference with Lynn Leonard re: finalizing brief<br>4:00 - 4:12 | 0.20<br>200.00/hr | 40.00 |
| 12/20/2005 | draft portion of JNOV brief<br>4:00 4:12<br>conference with Lynn Leonard  re: brief<br>4:15 -4:33 | 0.50<br>200.00/hr | 100.00 |
| 12/21/2005 | final redline review/brief for opposition to JNOV, fax return to L. Leonard<br>10:40 - 12:04 | 1.40<br>200.00/hr | 280.00 |

Ann Marie & Nicholas Porto                                                                Page        3

|  | Hrs/Rate | Amount |
|---|---|---|
| 2/1/2006 travel        .80<br>JNOV motions at Federal Court    3.40<br>discuss and identify docs and testimony for sufficiency of<br>evidence brief/phone conference  (.40) | 4.20<br>200.00/hr | 840.00 |
| 2/2/2006 research admissions, official records and public records | 0.60<br>200.00/hr | 120.00 |
| 2/6/2006 case conf. with Lynn, outline tasks for brief | 0.70<br>200.00/hr | 140.00 |
| 2/7/2006 review transcripts | 2.00<br>200.00/hr | 400.00 |
| 2/8/2006 start section of JNOV brief | 2.00<br>200.00/hr | 400.00 |
| 2/16/2006 review additional transcripts | 4.50<br>200.00/hr | 900.00 |
| 2/27/2006 case conf. with Lynn .20, research - non hearsay and hearsay<br>exceptions .80, edit brief .40 | 1.40<br>200.00/hr | 280.00 |
| 2/28/2006 drafting | 1.30<br>200.00/hr | 260.00 |
| 3/1/2006 F/U research and finalize draft | 1.50<br>200.00/hr | 300.00 |
| 3/13/2006 consult with Lynn re: Brief | 0.10<br>200.00/hr | 20.00 |
| 3/15/2006 case conf. to review inaccuracies in Tewksbury brief | 0.80<br>200.00/hr | 160.00 |
| 3/16/2006 final edit, responsive motion | 0.30<br>200.00/hr | 60.00 |
| For professional services rendered | 36.70 | $7,340.00 |