# EXHIBIT 4
Final Time Slips for Attorney Lynn A. Leonard

Attorney Lynn A. Leonard
527 Main Street, Suite 8
Melrose, MA  02176


Invoice submitted to:
Ann Marie and Nicholas Porto
30 Donna Drive
Tewksbury, MA  01876


May 15, 2006

| Date | Timekeeper | Task[1] | Hours |
|------|-----------|---------|-------|
| 06/02/03 | LAL | Consultation with Ann Marie Porto (1.0) | 1.0 |
| **06/03/03** | **LAL** | **Letter to Attorney Gosniak (.2);** | **.2** |
| | | **Letter to Jeffrey Turner re: File Request (.2)** | **.2** |
| 06/10/03 | LAL | Call to Attorney Gosniak (.5) | .5 |
| 06/12/03 | LAL | Review MCAD file (1.5) | 1.5 |
| | | Review file from Attorney Gosniak (1.5) | 1.5 |
| 06/23/03 | LAL | Confer with Attorney Sullivan (1.0) | 1.0 |
| | | re: causes of action | |
| 07/02/03 | LAL | Meeting with Ann Marie Porto and | |
| | | Attorney Sullivan (2.9) | 2.9 |
| | | re: Complaint | |
| 07/23/03 | LAL | Call to OCR Attorney Ruth Ricker (.5); | .5 |
| | | Review OCR file (1.0) | 1.0 |
| | | Review Attorney General file (.5) | .5 |
| 07/24/03 | LAL | Research civil rights statutes (1.4) | 1.4 |
| 09/16/03 | LAL | Meeting with Portos and Attorney Sullivan (2.0); | 2.0 |
| | | re: lawsuit/fee agreement | |
| | | Prep for meeting (1.0) | 1.0 |
| 11/14/03 | LAL | Draft Complaint (8.0) | 8.0 |
| 12/20/03 | LAL | Meeting with Ann Marie Porto and | |
| | | Attorney Sullivan (4.5) | 4.5 |
| | | re: develop facts for complaint | |
| | | Draft Complaint (4.5) | 4.5 |
| **12/29/03** | **LAL** | **Requested information at RMV** | |
| | | **to locate parties' addresses (.8);** | **.8** |

SUBTOTAL    33.0

---

[1] Non-core tasks are bolded.

| 12/30/03 | LAL | Meet with Attorney Sullivan to discuss research and collaborate to draft Complaint (3.0) | 3.0 |
| 01/02/04 | LAL | Draft Complaint (5.0) | 5.0 |
| 01/03/04 | LAL | Finalize Complaint (1.5) | 1.5 |
| 01/04/04 | LAL | Draft Request for Initial Disclosures (.7) | .7 |
| **01/05/04** | **LAL** | **File Complaint by hand-delivery** | **1.6** |
| **01/05/04** | **LAL** | **Call to constable and meet to deliver documents for service** | **.5** |
| 01/22/04 | LAL | Rule 7.1 discussion re: Motion for Extension of Time to File Responsive Pleading (.1); Review EFC filing (.1) | .1 .1 |
| 02/13/04 | LAL | Review Answer to Complaint (.4) Confer with Attorney Sullivan (.2) re: answer to Complaint | .4 .2 |
| **02/27/04** | **LAL** | **Letter to M. DeAngelis re: team meeting (.1)** | **.1** |
| 03/04/04 | LAL | Team Meeting for SC (2.0); Roundtrip travel (.8) | 2.0 .8 |
| 3/11/04 | LAL | Confer with Attorney Sullivan (.6) re: discovery plan | .6 |
| 03/12/04 | LAL | Meeting with Attorney Sullivan re: discovery plan (2.0) | 2.0 |
| 03/17/04 | LAL | Confer with Atty Sullivan re: federal funding issues (.3) | .3 |
| 04/01/04 | LAL | Discuss and draft discovery plan and proposed scheduling order (2.0) | 2.0 |
| 04/06/04 | LAL | Finalize Joint Scheduling Order (1.0) | 1.0 |
| 04/07/04 | LAL | Settlement Demand Letter (.5) | .5 |
| 04/12/04 | LAL | Scheduling Conference (.4) Roundtrip travel (1.0) | .4 1.0 |
| | | **SUBTOTAL** | **23.8** |

| 04/14/04 | LAL | Call to Ann Marie Porto (.2) | .2 |
| | | Letter to Ann Marie Porto re: discovery (.2) | .2 |
| | | Review Tewksbury Automatic Disclosures (.2) | .2 |
| **04/15/04** | **LAL** | **Letter to court re: filing of summonses (.2)** | **.2** |
| 04/16/04 | LAL | Letter to Nancy Stetson (.2); | .2 |
| | | Call to witness Vincent Messina (.6); | .6 |
| | | Draft Automatic Disclosures (1.4) | 1.4 |
| 04/19/04 | LAL | Draft Rule 16.1 Certification (.2) | .2 |
| 04/23/04 | LAL | Call to witness Nancy Stetson (.2) | .2 |
| 04/24/04 | LAL | Meeting with Ann Marie Porto (4.0) | 4.0 |
| **05/01/04** | **LAL** | **Letters and Releases sent to 22 treatment providers (7.5)** | **7.5** |
| 05/07/04 | LAL | Discuss discovery requests | |
| | | with Attorney Sullivan (.6) | .6 |
| 05/08/04 | LAL | Draft discovery requests (4.5) | 4.5 |
| 05/09/04 | LAL | Draft discovery requests (2.0) | 2.0 |
| | | Call to Ann Marie Porto (.2) | .2 |
| 05/10/04 | LAL | Finalize discovery (3.0) | 3.0 |
| | | Letter to Ecker re: discovery (.2); | .2 |
| | | Draft Releases for Ann Marie Porto and SC (.3); | .3 |
| 05/11/04 | LAL | Call to Ann Marie Porto (.3) | .3 |
| 05/14/04 | LAL | Meeting with Attorney Sullivan re: discovery (3.5) | 3.5 |
| 05/21/04 | LAL | Review chronology of events (.5) | .5 |
| 05/06/04 | LAL | Draft discovery responses (1.0) | 1.0 |
| 05/27/04 | LAL | Finalize answers to defendant's document requests (2.0) | 2.0 |
| 05/28/04 | LAL | Finalize answers to defendant's interrogatories (2.4) | 2.4 |
| | | Letter to Ecker re: responses to discovery (.2) | .2 |
| **06/10/04** | **LAL** | **Prepare five Deposition Notices and letter to Ecker (.7)** | **.7** |

SUBTOTAL    36.3

5

| | | | |
|---|---|---|---|
| 06/11/04 | LAL | Call to Ann Marie Porto (.3) | .3 |
| 06/23/04 | LAL | Letter to Ecker re discovery (.2) | .2 |
| | | Call to Ann Marie Porto (.4) | .4 |
| | | Prepare for deposition of Julie Paris (.8) | .8 |
| 07/12/04 | LAL | Prepare for deposition of Julie Paris (1.2) | 1.2 |
| | | Confer with Attorney Sullivan re: deposition (.6) | .6 |
| 07/13/04 | LAL | Deposition of Julie Paris (3.8); | 3.8 |
| | | Roundtrip travel (1.0) | 1.0 |
| 07/16/04 | LAL | Review Letter and Release from Ecker and discuss | |
| | | with Attorney Sullivan (.3); | .3 |
| | | Draft Limited Release (.5) | .5 |
| 07/20/04 | LAL | Review letter from Ecker and Second Request | |
| | | For Production of Documents (.2) | .2 |
| **07/21/04** | **LAL** | **Prepare three Deposition Notices** and letter to Ecker | **.4** |
| | | for Production of Documents (.2) | .2 |
| 07/23/04 | LAL | Letter to Ecker re: discovery (.2); | .2 |
| | | Draft release for Eleanor Edelstein (.2) | .2 |
| 08/02/04 | LAL | Letter to Ecker re: discovery (.2) | .2 |
| | | Consult with Attorney Sullivan re: immunity (.2) | .2 |
| | | Prepare for meeting with Dr. Smith (.6) | .6 |
| 08/05/04 | LAL | Meeting with Dr. Smith (1.0) | 1.0 |
| | | Roundtrip travel (1.0) | 1.0 |
| 08/06/04 | LAL | Letter to Ecker re: discovery (.2) | .2 |
| 08/08/04 | LAL | Research Eleventh Amendment Immunity (1.5) | 1.5 |
| 08/09/04 | LAL | Client Meeting re: deposition (2.2) | 2.2 |
| 08/10/04 | LAL | Day one deposition of Ann Marie Porto (5.8); | 5.8 |
| | | Roundtrip travel (1.0) | 1.0 |
| | | Client Conference (.5) | .5 |
| 08/11/04 | LAL | Prepare for deposition of James McGuire (1.9) | 1.9 |
| | | Confer with Attorney Sullivan re: deposition (.6) | .6 |
| 08/12/04 | LAL | Day one deposition of James McGuire (3.6); | 3.6 |
| | | Roundtrip travel (.8) | .8 |
| | | **SUBTOTAL** | **31.4** |

| 08/25/04 | LAL | Letter to Ecker re: discovery (.2); | .2 |
| | | Review documents and draft letter to Ecker re: discovery (.5) | .5 |
| 08/30/04 | LAL | Meeting with witness Anthony Hickford (1.2); | 1.2 |
| | | Roundtrip travel (.8) | .8 |
| 09/02/04 | LAL | Call to Ann Marie Porto (.2) | .2 |
| | | Draft Confidentiality Agreement (.3); | .3 |
| | | Letter to Ecker re: discovery (.2); | .2 |
| | | Letter to Mrs. Porto (.2) | .2 |
| 09/08/04 | LAL | Call to Ann Marie Porto (.4) | .4 |
| | | Prepare for deposition of Loreen Bradley (1.8) | 1.8 |
| | | Confer with Attorney Sullivan (.5) | .5 |
| 09/09/04 | LAL | Deposition of Loreen Bradley (2.7) | 2.7 |
| | | Roundtrip travel (.8) | .8 |
| 09/10/04 | LAL | Review letter from Ecker re: production of documents | |
| | | and discuss with Attorney Sullivan (.8) | .8 |
| 09/16/04 | LAL | Review letter from Ecker re: production of documents | |
| | | and discuss with Attorney Sullivan (.3) | .3 |
| 09/19/04 | LAL | Call to Ann Marie Porto (.7) | .7 |
| | | Prepare for deposition of William Traveis (1.2); | 1.2 |
| | | Prepare for day two deposition of James McGuire (2.3); | 2.3 |
| | | Confer with Attorney Sullivan re: depositions | .5 |
| 09/20/04 | LAL | Day two deposition of James McGuire (1.9); | 1.9 |
| | | Roundtrip travel (.8) | .8 |
| | | Deposition of William Traveis (2.5) | 2.5 |
| 09/21/04 | LAL | Research issue of whether presentment is required for | |
| | | civil rights actions against a municipality (.4) | .4 |
| 09/22/04 | LAL | Assemble materials for review by Dr. Dragan (.7) | .7 |
| | | Letter to Dr. Dragan (.3) | .3 |
| 09/25/04 | LAL | Letter to Mrs. Porto (.3) | .3 |
| 09/27/04 | LAL | Call to Ann Marie Porto (.5) | .5 |
| | | Prepare for deposition of Alison Dixon (.9); | .9 |
| | | Prepare for deposition of Robert Ware (1.6); | 1.6 |
| | | Confer with Attorney Sullivan re: deposition (.5) | .5 |

                                        **SUBTOTAL**    **26.0**

| | | | |
|---|---|---|---|
| 09/28/04 | LAL | Deposition of Alison Dixon (1.3); | 1.3 |
| | | Deposition of Robert Ware (3.7); | 3.7 |
| | | Roundtrip travel (.8) | .8 |
| 09/29/04 | LAL | Call to Ann Marie Porto (.2) | .2 |
| | | Review and edit Dr. Dragan retainer agreement (.4); | .4 |
| | | Letter to Dr. Dragan (.2) | .2 |
| 09/30/04 | LAL | Call to Ann Marie Porto (.4) | .4 |
| | | Review letter and attachments from Ecker | |
| | | re: additional discovery documents (.3); | .3 |
| | | Prepare for deposition of Eleanor Edelstein (1.3) | 1.3 |
| | | Confer with Attorney Sullivan re: deposition (.3) | .3 |
| 10/01/04 | LAL | Deposition of Eleanor Edelstein (2.6); | 2.6 |
| | | Roundtrip travel (.8); | .8 |
| | | Review letter from Ecker re: deposition | |
| | | errata sheet (.2) | .2 |
| 10/04/04 | LAL | Research and review cases on issue of whether Title IX | |
| | | claim pre-empts 1983 claim (1.7); | 1.7 |
| | | Review defendant Motion re: Reserve | |
| | | Right to Depose and Evaluate SC (.2) | .2 |
| | | discuss with Attorney Sullivan (.4) | .4 |
| 10/05/04 | LAL | Review documents and draft letter to Ecker (.3) | .3 |
| 10/08/04 | LAL | Draft answers to defendant's second request for | |
| | | production of documents (.5); | .5 |
| | | Letter to Ecker (.2) | .2 |
| 10/13/04 | LAL | Draft and file Opposition to Motion (.7) | .7 |
| 10/15/04 | LAL | Review letter and attachments from Ecker re: | |
| | | deposition errata sheets (.1) | .1 |
| 10/16/04 | LAL | Review letter from Ecker and attachments (.1) | .1 |
| 10/20/04 | LAL | Consult with Attorney Sullivan on depositions (.8) | .8 |
| 10/24/04 | LAL | Call to Ann Marie Porto (.2) | .2 |
| | | Prepare for deposition of Sharon Moser (1.1) | 1.1 |
| | | Confer with Attorney Sullivan re: depositions (.3) | .3 |

**SUBTOTAL**      **19.1**

| 10/25/04 | LAL | Deposition of Sharon Moser (2.9) | 2.9 |
| | | Roundtrip travel (.8) | .8 |
| 10/26/04 | LAL | Call to Ann Marie Porto (.5) | .5 |
| | | Prepare for deposition of Christine McGrath (1.8) | 1.8 |
| 10/26/04 | LAL | Follow up with Attorney Sullivan re: depositions (.2) | .2 |
| 10/27/04 | LAL | Deposition of Christine McGrath (2.8) | 2.8 |
| | | Roundtrip travel (.8) | .8 |
| 10/28/04 | LAL | Review answers to 29 sets of document | |
| | | requests and interrogatories from 15 defendants (.5) | .5 |
| 10/29/04 | LAL | Letter to Ecker re: discovery (.3) | .3 |
| 11/03/04 | LAL | Review letter from Ecker re: discovery and discuss | |
| | | with Attorney Sullivan (.3) | .3 |
| 11/09/04 | LAL | Call from Attorney Sullivan re: records (.8) | .8 |
| | | Conference call with Ann Marie Porto (.7) | .7 |
| 11/10/04 | LAL | Call to Dr. Dragan (.9) | .9 |
| | | Call to Attorney Sullivan re: SC Affidavit (.2) | .2 |
| 11/11/04 | LAL | Review letter from Dr. Dragan (.1) | .1 |
| | | Consult with Attorney Sullivan re: expert issues (.4) | .4 |
| 11/12/04 | LAL | Consult with Attorney Sullivan on Court decision | |
| | | re: reserving right to depose SC (.6) | .6 |
| 11/13/04 | LAL | Review letter from Ecker re: discovery (.1) | .1 |
| 11/14/04 | LAL | Review letter from Ecker re: claims against | |
| | | individuals and consider position (.3) | .3 |
| 11/15/04 | LAL | Call from Attorney Sullivan re: dismissing named | |
| | | individual defendants (.1) | .1 |
| 11/17/04 | LAL | Review letter and insurance policy from Ecker (.4) | .4 |
| | | and discuss with Attorney Sullivan (.5) | .5 |
| | | Follow up with adjuster re: interpretation (.5) | .5 |
| 11/22/04 | LAL | Letter to Ecker re: claims against individuals (.2) | .2 |
| 11/24/04 | LAL | Call to Dr. Dragan (.1) | .1 |
| | | Call to Attorney Sullivan re: expert (.3) | .3 |

**SUBTOTAL     17.1**

9

| 11/26/04 | LAL | Review letter from Dr. Dragan (.1) | .1 |
| 11/29/04 | LAL | Call to Ecker (.1) | .1 |
|  |  | Prepare for Day two deposition of Christine McGrath (1.7) | 1.7 |
| 11/30/04 | LAL | Review SC school records at Tewksbury (1.9); | 1.9 |
|  |  | Day two deposition of Christine McGrath (1.6) | 1.6 |
|  |  | Case Conference with Mrs. Porto (.5) | .5 |
|  |  | Roundtrip travel (.8) | .8 |
| 11/30/04 | LAL | Review Motion for Summary Judgment, |  |
|  |  | Concise Statement of facts, Memoranda of Law, |  |
|  |  | Motion and affidavits (1.8) | 1.8 |
| 12/01/04 | LAL | Review correspondence and attachments from |  |
|  |  | Ecker re: production of documents (.1); | .1 |
|  |  | Call to Dr. Dragan (.5); | .5 |
|  |  | Research and review OCR regulations, Title IX and |  |
|  |  | analogous Title VII case law (4.0) | 4.0 |
| 12/02/04 | LAL | Review and summarize 279-page deposition |  |
|  |  | of Ann Marie Porto (6.0); | 6.0 |
|  |  | Review/index New England Medical Center records (1.5); | 1.5 |
|  |  | Letter to New England Medical Center (.3); | .3 |
| 12/03/04 | LAL | Confer with counsel and draft Assented to |  |
|  |  | Motion to Extend Time for Production |  |
|  |  | of Expert Report and correspondence (.7) | .7 |
| 12/05/04 | LAL | Research and review cases on |  |
|  |  | summary judgment standards (.8); | .8 |
|  |  | Research and review OCR regulations |  |
|  |  | and EEOC Policy Guidance (1.6); | 1.6 |
| 12/06/04 | LAL | Review and summarize 133-page deposition |  |
|  |  | of Julie Paris (2.9); | 2.9 |
|  |  | Review and index records of Dr. Bradford Smith (1.5); | 1.5 |
|  |  | Begin drafting opposition to summary judgment |  |
|  |  | on Title IX claim (4.0) | 4.0 |
| 12/07/04 | LAL | Review and summarize 183-page deposition |  |
|  |  | of Robert Ware (4.0); Review and summarize | 4.0 |
|  |  | 151-page deposition of William Traveis (3.3) | 3.3 |
| 12/08/04 | LAL | Continue drafting opposition to Title IX claim (4.0); | 4.0 |
|  |  | **SUBTOTAL** | **43.7** |

| | | | |
|---|---|---|---|
| | | Review and summarize deposition of | |
| | | Eleanor Edelstein (2.1); | 2.1 |
| | | Review Bournewood Hospital medical records (1.5); | 1.5 |
| | | **Travel to RMV to request information** | |
| | | **to locate witnesses (1.1)** | **1.1** |
| | | | |
| | | E-mails to and from Dr. Smith (.1) | .1 |
| | | Call to Ann Marie Porto (.2) | .2 |
| 12/09/04 | LAL | Research issue of SC ability to consent (1.6); | 1.6 |
| | | | |
| | | Review and summarize deposition | |
| | | of Loreen Bradley (2.0); | 2.0 |
| | | Meeting at NEMC re: missing records (.7) | .7 |
| | | Roundtrip travel (1.0) | 1.0 |
| 12/10/04 | LAL | Meeting with SC and Ann Marie (2.8); | 2.8 |
| | | Roundtrip travel (.8) | .8 |
| 12/11/04 | LAL | Meeting with SC (1.6); | 1.6 |
| | | Roundtrip travel (.8); | .8 |
| | | Daft SC affidavit (1.5); | 1.5 |
| 12/12/04 | LAL | Review and summarize 231-page deposition | |
| | | of James McGuire (5.1); | 5.1 |
| | | Review and cross-reference school records | |
| | | with time outline for fact development (3.0) | 3.0 |
| 12/13/04 | LAL | Continue drafting opposition to | |
| | | summary judgment on Title IX claim (4.0); | 4.0 |
| | | Confer with counsel and finalize Assented to Motion | |
| | | for Extension of Time to File Opposition (.5) | .5 |
| 12/14/04 | LAL | Review and index Mass. General Hospital records (.6); | .6 |
| | | Review and index Children's Hospital records (.8); | .8 |
| | | Review and index Wilmington Pediatrics (.7); | .7 |
| | | Review and index East Boston | |
| | | Neighborhood Health records (.7); | .7 |
| | | Review responses to interrogatories (.5); | .5 |
| | | Continue drafting opposition summary judgment on | |
| | | Title IX claim (4.0); | 4.0 |
| 12/15/04 | LAL | Continue Title IX SJ opposition (1.3); | 1.3 |
| | | Review statutes, cases and codes (2.0); | 2.0 |
| | | | |
| | | **SUBTOTAL** | **41.0** |

| 12/16/04 | LAL | Finalize opposition on Title IX claim (2.2);<br>Confer with Attorney Sullivan re: updated research (.5) | 2.2<br>.5 |
|----------|-----|---|---|
| 12/17/04 | LAL | Call to Eagleton School (.3)<br>Confer with Attorney Sullivan re: SJ arguments (.9) | .3<br>.9 |
| 12/19/04 | LAL | Research and review case law (1.5) and<br>draft opposition on state law harassment claim (3.0);<br>Confer with Attorney Sullivan (.5) | 1.5<br>3.0<br>.5 |
| 12/20/04 | LAL | Draft Motion to Dismiss (.2)<br>Confer with Attorney Sullivan re: SJ (.6) | .2<br>.6 |
| 12/22/04 | LAL | Call to Ann Marie Porto (.4)<br>Calls to Eagleton School (.2) | .4<br>.2 |
| 12/23/04 | LAL | Calls to Dr. Smith (.5);<br>Prepare affidavit (1.7);<br>Calls to Eagleton School (.3) | .5<br>1.7<br>.3 |
| 12/26/04 | LAL | Review DOE audit (.6) | .6 |
| 12/27/04 | LAL | Call to Attorney Sullivan re: SJ issues (.2) | .2 |
| 12/28/04 | LAL | Calls to Martina Laska (.3);<br>Prepare affidavit (.9) | .3<br>.9 |
| 12/29/04 | LAL | Calls to Maureen Pryjma (.5);<br>Prepare affidavit (1.5);<br>Meeting with Ann Marie Porto (2.0);<br>Review chronology of events timetable (2.0);<br>Prepare affidavit (1.1) | .5<br>1.5<br>2.0<br>2.0<br>1.1 |
| 12/30/04 | LAL | Meet with Attorney Sullivan to discuss,<br>finalize, merge brief<br>**Photocopy/assemble exhibits (3.5)** | 4.0<br>**3.5** |
| **12/31/04** | **LAL** | **Travel to Court to file Opposition to Motion for SJ by hand-delivery, but courthouse closed** | **1.0** |
| 01/06/05 | LAL | Review letter from Ecker re: Affidavit of SC and<br>and Confer with Attorney Sullivan (.3) | <br>.3 |
| 01/14/05 | LAL | Review EFC filings (.3) | .3 |

**SUBTOTAL**    **31.0**

| | | | |
|---|---|---|---|
| 01/18/05 | LAL | Prepare for Motion Session (.8) | .8 |
| 01/19/05 | LAL | Hearing on Motion for Summary Judgment (1.0);<br>Roundtrip travel (1.0) | 1.0<br>1.0 |
| 1/19/05 | LAL | Review EFC filings from Court (.1) | .1 |
| 01/24/05 | LAL | Draft and file Opposition to Motion to<br>Strike Affidavits (.7)<br>Confer with Attorney Sullivan re: Opposition (.3) | <br>.7<br>.3 |
| **01/27/05** | LAL | Call to Ecker re: discovery and mediation (.1);<br>**Calls to Robert Alba and Amy Nee re: mediation (.2)** | .1<br>**.2** |
| 01/27/05 | LAL | Review and respond to letter from Ecker re:<br>expert witnesses (.6) | <br>.6 |
| **1/28/05** | LAL | Call to Ecker (.1);<br>**Review letter from Ecker re: scheduling**<br>**of deposition and discuss with attorney Sullivan (.2);**<br>Letter to Ecker (.2) | .1<br><br>**.2**<br>.2 |
| 02/03/05 | LAL | Review Supplemental Memorandum in Support of<br>Summary Judgment (.3);<br>E-mail to Dr. Dragan (.1) | <br>.3<br>.1 |
| 02/08/05 | LAL | E-mail to Dr. Dragan (.2);<br>Letter to Ecker (.2) | .2<br>.2 |
| 02/08/05 | LAL | Review and respond to letter from Ecker re: experts (.3) | .3 |
| 02/10/05 | LAL | Confer with Attorney Sullivan re: SC's deposition (1.6) | 1.6 |
| 02/13/05 | LAL | Meeting with SC (3.0)<br>Roundtrip travel (.8) | 3.0<br>.8 |
| 02/14/05 | LAL | Deposition of SC (4.9)<br>Roundtrip travel (1.0)<br>Conference call with Attorney Sullivan and Dr. Dragan (1.2) | 4.9<br>1.0<br>1.2 |
| 02/21/05 | LAL | Call to Ann Marie Porto (.2)<br><br>Review report of Dr. Dragan (.5) | .2<br><br>.5 |
| 02/15/05 | LAL | Call and e-mail to Bernice Sandler (.2)<br>(Title IX Expert) | .2 |
| 02/27/05 | LAL | Review letter from Dr. Dragan (.1) | .1 |

SUBTOTAL    **19.9**

| | | | |
|---|---|---|---|
| 03/01/05 | LAL | Review letter from Dr. Dragan (.1) | .1 |
| 03/03/05 | LAL | Call to Dr. Dragan (.5);<br>Discuss defendant's Motion to Continue Trial<br>with Attorney Sullivan and Portos (.3) | .5<br><br>.3 |
| 03/18/05 | LAL | E-mail to Dr. Dragan (.3) | .3 |
| 03/21/05 | LAL | Call to Dr. Dragan (.7) | .7 |
| **03/21/05** | **LAL** | **Call to Nicole Romano (.1)** | **.1** |
| 03/22/05 | LAL | Call to Dr. Dragan (.3) | .3 |
| 03/26/05 | LAL | Review letter from Dr. Dragan (.1) | .1 |
| 04/01/05 | LAL | Review letter from Dr. Dragan (.1) | .1 |
| 04/14/05 | LAL | Call to Ann Marie Porto (.2) | .2 |
| 04/17/05 | LAL | Call to Ann Marie Porto (.2) | .2 |
| 04/21/05 | LAL | Call to Ann Marie Porto (.2) | .2 |
| 04/26/05 | LAL | Client Meeting (.5)<br>Day two of deposition of Ann Marie Porto (.6)<br>Roundtrip travel (1.0) | .5<br>.6<br>1.0 |
| 04/27/05 | LAL | Call to Ann Marie Porto (.2) | .2 |
| **05/11/05** | **LAL** | **Call to Attorney Sullivan re: trial schedule  (.4)** | **.4** |
| 06/03/05 | LAL | Confer with Attorney Sullivan re: OSEP/DOE (.6) | .6 |
| 06/07/05 | LAL | Draft and file Motion to Amend Pre-Trial Order (.6)<br>Rule 7.1 call to Attorney Ecker (.1) | .6<br>.1 |
| 06/08/05 | LAL | Review Defendant's Opposition to Motion (.1) | .1 |
| 06/17/05 | LAL | Review and consider Court's Order<br>denying Motion for SJ (.2) | <br>.2 |
| 06/20/05 | LAL | Confer with Attorney Sullivan on SJ Motion decision (.5)<br>Call to Ann Marie Porto (.2) | .5<br>.2 |
| 06/27/05 | LAL | Review letter from Dr. Dragan (.1); | .1 |

|  |  |
|---|---|
| **SUBTOTAL** | **8.2** |

14

| | | | |
|---|---|---|---|
| | | Meeting with Attorney Sullivan re: planning and strategy re: pre-trial orders (3.0) | 3.0 |
| **07/01/05** | **LAL** | **Scheduling update from Attorney Sullivan (.2)** | **.2** |
| 07/02/05 | LAL | Research update from Attorney Sullivan (.4) | .4 |
| 07/04/05 | LAL | Investigation update from Attorney Sullivan (.2) | .2 |
| 07/05/05 | LAL | Investigation update from Attorney Sullivan re: expert (.6) | .6 |
| 07/15/05 | LAL | Meeting with SC at Eagleton School (1.4); | 1.4 |
| | | Review Eagleton records (1.6); | 1.6 |
| | | Interview Patricia Doherty (.7) | .7 |
| | | Interview therapist Maureen Pryjma (.4) | .4 |
| | | Meet with program director (.6) | .6 |
| | | Interview teacher (.4) | .4 |
| | | Roundtrip travel (5.0) | 5.0 |
| 07/16/05 | LAL | Consult on evidentiary issues (.3) | .3 |
| 07/18/05 | LAL | Confer with Attorney Sullivan re: trial issues (1.2) | 1.2 |
| 07/20/05 | LAL | Call to Edward Dragan (.8); | .8 |
| | | Research Daubert-Lanigan defenses and review information provided by Dr. Dragan (3.0) | 3.0 |
| 07/21/05 | LAL | Confer with Attorney Sullivan re: defenses (1.3) | 1.3 |
| 07/22/05 | LAL | Case conference with Attorney Sullivan (2.0) re: pre-trial orders | 2.0 |
| 07/23/05 | LAL | Research update from Attorney Sullivan (.8) | .8 |
| 07/24/05 | LAL | Prepare for deposition: Consult with client and review transcripts (1.3) | 1.3 |
| | | Consult with Attorney Sullivan re: deposition (.4) | .4 |
| 07/25/05 | LAL | Day three of deposition of Ann Marie Porto (1.7); | 1.7 |
| | | Roundtrip travel (1.0) | 1.0 |
| 07/28/05 | LAL | Review letter from Dr. Dragan (.1) | .1 |
| 08/01/05 | LAL | Review correspondence from Dr. Dragan (.1) | .1 |

**SUBTOTAL**    **28.5**

15

| | | | |
|---|---|---|---|
| 08/05/05 | LAL | Letter to Dr. Dragan (.5) | .5 |
| | | Confer with Attorney Sullivan re: pre-trial orders (.3) | .3 |
| 08/06/05 | LAL | Confer with Attorney Sullivan re: pre-trial orders (.2) | .2 |
| 08/07/05 | LAL | Confer with Attorney Sullivan re: pre-trial orders (.7) | .7 |
| 08/08/05 | LAL | Confer with Attorney Sullivan re: pre-trial orders (.8) | .8 |
| 08/09/05 | LAL | Confer with Attorney Sullivan re: pre-trial orders (.1) | .1 |
| 08/10/05 | LAL | Confer with Attorney Sullivan re: pre-trial orders (.2) | .2 |
| 08/11/05 | LAL | Discuss McGuire depo with Attorney Sullivan (.6) | .6 |
| 08/20/05 | LAL | Review medical records from Wilmington Pediatrics; New England Medical Center; Floating Hospital for Children (1.4) | 1.4 |
| | | E-mail to Attorney Sullivan (.1) | .1 |
| 08/21/05 | LAL | Draft Motion in Limine on records from Bournewood Hospital, NEMC and Eagleton (3.8) | 3.8 |
| 08/22/05 | LAL | Research and review case law on Fed.R.Evid. 412 (1.5); | 1.5 |
| | | Review medical records from Center for Family Development for SC and for Ann Marie Porto (1.8); | 1.8 |
| | | Research punitive damages under state law (1.2) | 1.2 |
| 8/23/05 | LAL | Research punitive damages under federal law (2.5); | 2.5 |
| | | Draft Motion in Limine and Memoranda of Law re: Fed.R..Evid. 412 (2.0) | 2.0 |
| | | E-mail to Attorney Sullivan (.1) | .1 |
| 08/24/05 | LAL | Additional research on state law peer harassment (3.0) | 3.0 |
| 08/25/05 | LAL | Review transcript from SJ hearing (1.0) | 1.0 |
| | | Memorandum to Dr. Dragan (.5) | .5 |
| **08/25/05** | LAL | Draft Pre-Trial Disclosures including review of medical and school records (4.0) and **locating** | 4.0 |
| | | **names, addresses, telephone numbers of witnesses (2.5)** | **2.5** |
| 08/29/05 | LAL | Call from Elizabeth Stasio (.2) | .2 |
| 08/31/05 | LAL | Call from Dr. Weida re: CV (.1) | .1 |

|  |  |
|---|---|
| **SUBTOTAL** | **29.1** |

| | | | |
|---|---|---|---|
| 09/01/05 | LAL | Review and consider defendant's Pre-Trial Disclosures (.3) | .3 |
| 09/03/05 | LAL | Draft Motion in Limine re: records of Dr. Pilachowski, Dr. Tanguay and Dr. Weida (1.5) | 1.5 |
| **09/05/05** | **LAL** | **Prepare 29 subpoenas; contact constable and arrange for service of process** | **3.2** |
| **09/06/05** | LAL | Call to Ecker (.1); | .1 |
| | | Call to Patricia Doherty (.2) | .2 |
| | | **Call from Maureen White at Wilmington Pediatrics (.2)** | **.2** |
| 09/07/05 | LAL | Calls and e-mails to Dina Laissow at Women's Law Center (.3) | .3 |
| | | Call to Ann Marie Porto (.2); | .2 |
| 09/08/05 | LAL | Review letter from Ecker re: documents (.1) | .1 |
| | | Review documents identified in letter (.2) | .2 |
| | | Call from Claudia Hunter for Dr. Herskowitz (.2) | .2 |
| | | Call from Alexandra Rourke at DSS (.2) | .2 |
| | | **Call from Linda Beaupre at DSS (.2)** | **.2** |
| | | **Research locale of Charles River Hospital records (.6)** | **.6** |
| | | Call from Attorney Rathbone (.1) | .1 |
| | | Call to Maureen Pryjma re: Affidavit (.4) | .4 |
| | | Meeting with Dr. Weida (.5) | .5 |
| | | Roundtrip travel to Lawrence (1.2) | 1.2 |
| 09/09/05 | LAL | Draft Deposition Designations (.1); | .1 |
| | | Assented to Motion for Extension of Time to Submit Jury Instructions/Voire Dire (.2); | .2 |
| | | **Letter to Court (.1);** | **.1** |
| | | **Hand-deliver impounded documents to Court (1.0)** | **1.0** |
| | | Draft plaintiff's witness/exhibit list (.5) | .5 |
| | | Review and consider EFC filings including: Proposed Jury Instructions, Objections to Pre-Trial Disclosures and Witness/Exhibit List (.7); | .7 |
| | | Research Jury Instructions (3.0); | 3.0 |
| | | Research Voire Dire (.5) | .5 |
| 09/10/05 | LAL | Draft Jury Instructions (5.0) | 5.0 |
| 09/11/05 | LAL | Draft Jury Instructions (5.0); Review letter from Dr. Dragan (.1) | 5.0 .1 |

SUBTOTAL    25.9

17

| | | | |
|---|---|---|---|
| **09/12/05** | LAL | Letter to DSS (.3); | **.3** |
| | | Draft Joint Pre-Trial Memo (1.9) | 1.9 |
| **09/13/05** | LAL | Draft Joint Pre-Trial Memo (1.4) | 1.4 |
| | | **Call from Keeper of Records at NEMC** | |
| | | **re: missing files (.2)** | **.2** |
| | | Call from Dr. Weida (.1) | .1 |
| 09/15/05 | LAL | Call from Patricia Stodik of Tewksbury Police (.1) | .1 |
| | | Draft Joint Pre-Trial Memo (1.7) | 1.7 |
| | | Draft Trial Brief (2.1) | 2.1 |
| **09/16/05** | LAL | **Calls to Nicole Romano re: Joint Pre-Trial Memo (.2)** | **.2** |
| | | Review and consider EFC filings (1.4): | 1.4 |
| | | Motion in Limine, Oppositions to | |
| | | Motions in Limine and Pre-Trial Memorandum; | |
| | | Confer with Attorney Sullivan re: motions (.6) | .6 |
| | | Call from Patricia Doherty (.1) | .1 |
| | | Call from David Hastings (.5) | .5 |
| | | Draft Trial Brief (1.6) | 1.6 |
| 09/19/05 | LAL | Call to Dr. Dragan (.1); | .1 |
| | | Call to Dr. Pryjma at Eagleton (.6) | .6 |
| | | Finalize and file Trial Brief (.9) | .9 |
| 09/20/05 | LAL | Call from Attorney Farraher (.3) | .3 |
| | | Call from Leslie Ranhala at DSS (.1) | .1 |
| | | Call from Joel Herskowitz (.1) | .1 |
| 09/21/05 | LAL | Final Pre-Trial Conference (1.7) | 1.7 |
| | | Roundtrip travel (1.0) | 1.0 |
| **09/22/05** | LAL | Prepare Trial Brief on state/federal SH claims (4.8) | 4.8 |
| | | **Contact witnesses to reschedule trial testimony (.7)** | **.7** |
| 09/23/05 | LAL | Review and respond to letter from Atty Farraher (.3) | .3 |
| **09/26/05** | LAL | Call to Dr. Dragan (.3) | .3 |
| | | **Call from Linda Beaupre at DSS (.2)** | **.2** |
| 09/28/05 | LAL | Call from Bradford Smith (.2); | .2 |
| | | Review new records from Bradford Smith and | |
| | | discuss records with Attorney Sullivan (1.5); | 1.5 |
| | | Review and consider EFC filings: Supplemental | |
| | | Memorandum in Opposition to Motion in Limine, | |
| | | Trial Brief, and Supplemental Witness List (.9); | .9 |

|  | **SUBTOTAL** | **25.9** |
|---|---|---|

|            |      |                                                                                                                                                                                                 |       |
| ---------- | ---- | ----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- | ----- |
|            |      | Research new cases cited (.3)                                                                                                                                                                    | .3    |
| 09/29/05   | LAL  | Review deposition summaries (1.4)                                                                                                                                                                | 1.4   |
|            |      | Draft and file Objection to Defendant's Supplemental Witness List (.3)                                                                                                                           | .3    |
|            |      | Draft and file Plaintiff's Rebuttal to Defendant's Opposition to Rule 412 Motion in Limine (.8)                                                                                                  | .8    |
| 09/29/05   | LAL  | Call from Kesten re: Brad Smith records (.1)                                                                                                                                                      | .1    |
| 09/30/05   | LAL  | Document camera tutorial (.9)                                                                                                                                                                     | .9    |
|            |      | Roundtrip travel to courthouse (1.0)                                                                                                                                                             | 1.0   |
|            |      | Phone call to Robert Alba re: trial issues (.1);                                                                                                                                                  | .1    |
|            |      | Review correspondence from Kesten and fax Smith records (.2)                                                                                                                                     | .2    |
| 10/01/05   | LAL  | Trial Prep: (8.0) including:<br>Review depo transcript of Mrs. Porto<br>Review documents, prepare chronology<br>Prepare outline of testimony<br>Meeting with Ann Marie Porto<br>Calls to Attorney DiPietrantio from DARE | 8.0   |
| 10/02/05   | LAL  | Trial Prep (8.5) including:<br>Continue reviewing depo transcripts<br>Second meeting with Ann Marie Porto<br>Cross-reference documents, exhibits<br>Draft letter to Dr. Dragan<br>Organize trial notebook<br>Review file, identify and assemble proposed exhibits | 8.5   |
| 10/03/05   | LAL  | Day one of trial (4.1);                                                                                                                                                                          | 4.1   |
|            |      | Roundtrip travel (1.0)                                                                                                                                                                            | 1.0   |
|            |      | Client conference (.6)                                                                                                                                                                            | .6    |
|            |      | Strategize with Attorney Sullivan (.8)                                                                                                                                                            | .8    |
|            |      | Evening Trial Prep (4.0)<br>Including calls to Mrs. Porto, review notes, revise outline                                                                                                            | 4.0   |
| 10/04/05   | LAL  | Trial prep (7.5) including<br>Meeting with Ann Marie Porto<br>Review trial notes from day one<br>Revise outline, review records                                                                    | 7.5   |

|          |          |
| -------- | -------- |
| **SUBTOTAL** | **39.6** |

| | | | |
|---|---|---|---|
| 10/05/05 | LAL | Day two of trial (4.4) | 4.4 |
| | | Roundtrip travel (1.0); | 1.0 |
| | | Strategize with Attorney Sullivan (1.0) | 1.0 |
| | | Evening Trial Prep (4.0): | 4.0 |
| | | Including calls to Mrs. Porto, outline for redirect exam, | |
| | | review Motion to Produce Eagleton records, | |
| | | call from Eagleton attorney; call to Attorney Sullivan | |
| | | Review DSS records from Attorney Kesten | |
| 10/06/05 | LAL | Day three of trial (4.4) | 4.4 |
| | | Roundtrip travel (1.0) | 1.0 |
| | | Strategize with Attorney Sullivan (1.2) | 1.2 |
| | | Review records produced by Eagleton (1.0) | 1.0 |
| 10/07/05 | LAL | Trial prep (8.0) including: | 8.0 |
| | | Meeting with Dr. Tanguay | |
| | | Travel to Wilmington | |
| | | Start review of records, transcripts, trial notes | |
| | | and exhibits to prepare outlines for trial testimony | |
| | | of Ware, Traveis and Moser | |
| | | Call from witness Allen Willess, call to Dr. Dragan, call to client | |
| 10/08/05 | LAL | Trial Prep (7.5) including: | 7.5 |
| | | Continue review of records, transcripts, trial notes | |
| | | and exhibits and prepare outlines for trial testimony | |
| | | of Ware, Traveis and Moser | |
| 10/09/05 | LAL | Trial Prep (5.0) including: | 5.0 |
| | | Continue review of records, transcripts, trial notes | |
| | | and exhibits and prepare outlines for trial testimony | |
| | | of Ware, Traveis and Moser | |
| 10/10/05 | LAL | Trial Prep (8.0) including: | 8.0 |
| | | Finalize review of records, transcripts, trial notes | |
| | | and exhibits and prepare outlines for trial testimony | |
| | | of Ware, Traveis and Moser | |
| | | Start review for Dixon, Edelstein witnesses | |
| | | Call to Dr. Dragan | |
| | | Call to Client | |
| 10/11/05 | LAL | Day four of trial (4.7) | 4.7 |
| | | Roundtrip travel (1.0) | 1.0 |
| | | Client conference (.8) | .8 |
| | | Call to Attorney Valentine at DOE (.3) | .3 |

|  | **SUBTOTAL** | **53.3** |
|---|---|---|

| | | | |
|---|---|---|---|
| | | Evening Trial Prep (4.0) including:<br>Call to Liz Englehart;<br>Review Allison Dixon deposition summary, notes,<br>documents and prepare outline for trial testimony<br>Review Eleanor Edelstein deposition summary , notes,<br>documents and prepare outline for trial testimony<br>Review EFC filing: Objection to DOE witness | 4.0 |
| 10/12/05 | LAL | Day five of trial (4.2);<br>Roundtrip travel (1.0)<br>Client conference (.4)<br>Strategize with Attorney Sullivan (1.0) | 4.2<br>1.0<br>.4<br>1.0 |
| 10/13/05 | LAL | Trial Prep (6.5) including:<br>Meeting with Dr. Weida, Meeting with<br>Ms. Englehart with travel<br>Review Dr. Smith records and cross-reference<br>with hospital records, start Smith outline | 6.5 |
| **10/14/05** | **LAL** | **Call to Nicole Romano (.1);**<br>Meeting with Dr. Smith including travel (2.0);<br>Meeting with SC at courthouse (3.0)<br>Roundtrip travel to courthouse (1.0)<br>Call from Dr. Tanguay (.2)<br>Call to Dr. Pilachowski (.2) | **.1**<br>2.0<br>3.0<br>1.0<br>.2<br>.2 |
| **10/15/05** | **LAL** | Trial Prep (8.0) including:<br>Review DSS records, **Scan and e-mail documents**<br>**to Ms. Englehart (.5),** discuss records with Ms. Englehart<br>Prepare outline for Englehart testimony, review trial notes<br>Review Dr. Herskowitz records<br>Call to Dr. Herskowitz and prepare outline<br>Call to Dr. Smith, begin outline for Dr. Smith testimony | 8.0 |
| 10/16/05 | LAL | Trial Prep including:<br>Continue preparing for Dr. Smith testimony (3.0)<br>Review SC's IEP's and Testing for meeting with<br>Dr. Dragan (1.2)<br>Meeting with Dr. Dragan (3.6)<br>Roundtrip travel (1.0) | <br>3.0<br><br>1.2<br>3.6<br>1.0 |
| 10/17/05 | LAL | Day six of trial (4.9);<br>Roundtrip travel (1.0)<br>Draft Supplemental Jury Instructions (.9); | 4.9<br>1.0<br>.9 |
| | | **SUBTOTAL** | **47.2** |

|  |  | Review and consider EFC filings including:<br>Supplemental Jury Instructions (.2); | .2 |
|  |  | Evening Trial Prep (3.0)<br>Review report of Dr. Weida and prepare outline;<br>Call to Dr. Weida; additional research on consent issue;<br>Review trial notes, Smith outline | 3.0 |
| 10/18/05 | LAL | Day seven of trial (4.8)<br>Roundtrip travel (1.0)<br>Client conference (.4)<br>Strategize with Attorney Sullivan (1.0) | 4.8<br>1.0<br>.4<br>1.0 |
|  |  | Evening Trial Prep (3.0):<br>Review Motion for DV and draft Opposition<br>Draft Jury Verdict Form<br>Review Court's Proposed Jury Instructions<br>Draft Amended Jury Instructions | 3.0 |
| 10/19/05 | LAL | Day eight of trial (7.7)<br>Roundtrip travel (1.0)<br>Review and consider EFC filings including:<br>Supplemental Proposed Jury Instructions<br>and Motion to Reconsider (.2) | 7.7<br>1.0<br><br><br>.2 |
|  |  | Evening Trial Prep (7.0):<br>Pepare closing argument including<br>review of trial transcript, evidence and notes | 7.0 |
| 10/20/05 | LAL | Day nine of trial (7.9)<br>Roundtrip Travel (1.0) | 7.9<br>1.0 |
| 10/21/05 | LAL | Day ten of trial (7.4);<br>Discuss verdict with client (.6)<br>Roundtrip travel to court (1.0) | 7.4<br>.6<br>1.0 |
| 11/02/05 | LAL | Call to Ann Marie Porto (.3);<br>Call to proposed trustee Howard Cohen (.6);<br>Draft Motion for Attorney's Fees (1.0)<br>Draft Plaintiff's Proposed Judgment (1.2)<br>Call from Nicholas Porto (.6) | .3<br>.6<br>1.0<br>1.2<br>.6 |
| 11/07/05 | LAL | Conference call with Portos (.3) | .3 |
| 11/09/05 | LAL | Draft Motion to Amend Proposed Judgment (.6)<br>Draft Motion for Attorneys Fees (2.0) | .6<br>2.0 |

**SUBTOTAL**    **53.8**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 11/10/05 | LAL | Letter to Portos (.2) | .2 |
| 11/21/05 | LAL | Draft Motion for Attorney Fees (4.0) | 4.0 |
| | | Call to Attorney Michon (.2) | .2 |
| 11/22/05 | LAL | Finalize Motion for Attorneys Fees (2.0) | 2.0 |
| | | Draft Affidavits (1.6) | 1.6 |
| | | Call to Attorney Michon (.2) | .2 |
| | | Call to Attorney Shilepsky (.2) | .2 |
| | | Call to Attorney Musiker (.2) | .2 |
| | | Confer with Attorney Sullivan re: Motion (.5) | .5 |

|  | | SUBTOTAL | 9.1 |
|---|---|---|---|
| | | Total core hours | 642.9 |
| | | Total non-core hours | 29.1 |

**TOTAL HOURS**              672.0

**TOTAL FEES**               $ 134,400

Lynn A. Leonard, Attorney At Law
527 Main Street, Suite 8
Melrose, MA  02176
E-mail:  counsel@thelawbench.com


Invoice submitted to:
Ann Marie and Nicholas Porto
30 Donna Drive
Tewksbury MA 01876
Middlesex


May 15, 2006

In Reference To:    Porto v. Town of Tewksbury, et al. (Post-Trial)

Invoice # 10033


Professional Services

|  | Hours | Amount |
|---|---|---|
| 11/24/2005 Conference with Attorney Sullivan re: JNOV filing. | 0.30 | 60.00 |
| Review for JNOV | 1.70 | 340.00 |
| 11/29/2005 Review cases and outline response to JNOV | 1.50 | 300.00 |
| Review trial notes | 1.00 | 200.00 |
| 11/30/2005 Conference with Attorney Sullivan re: Opposition to JNOV. | 0.60 | 120.00 |
| 12/2/2005 File Review | 1.00 | 200.00 |
| 12/4/2005 Research | 1.50 | 300.00 |
| 12/5/2005 Motion to Correct Judgment Motion to Extend Time | 1.00 | 200.00 |
| 12/6/2005 Review electronic filings | 0.10 | 20.00 |
| 12/9/2005 Draft Opposition to JNOV | 5.00 | 1,000.00 |
| 12/10/2005 Draft Opposition to JNOV | 1.50 | 300.00 |
| Review Opposition to Motion for Atty Fees | 0.50 | 100.00 |
| 12/15/2005 Meeting with Client | 0.50 | 100.00 |

Ann Marie and Nicholas Porto                                                    Page      2

|  |  | Hours | Amount |
|---|---|---|---|
| 12/17/2005 | Draft Opposition to JNOV | 4.50 | 900.00 |
| 12/18/2005 | Revise JNOV Opposition | 1.50 | 300.00 |
|  | File Review | 0.50 | 100.00 |
|  | Conference with Attorney Sullivan re: JNOV Opposition. | 0.50 | 100.00 |
| 12/19/2005 | Draft Opposition to JNOV | 6.00 | 1,200.00 |
| 12/20/2005 | Draft Opposition to JNOV | 3.00 | 600.00 |
|  | Conference with Attorney Sullivan re: Updates to Opposition. | 0.50 | 100.00 |
| 12/21/2005 | Finalize Opposition to JNOV | 1.00 | 200.00 |
| 1/20/2006 | Addendum to Motion for Attorneys Fees. | 1.20 | 240.00 |
| 2/1/2006 | Court Appearance including travel. | 2.50 | 500.00 |
|  | Preparation for JNOV Hearing. | 1.50 | 300.00 |
|  | Discuss JNOV hearing with Atty. Sullivan. | 0.40 | 80.00 |
|  | Phone call to client re: JNOV | 0.20 | 40.00 |
| 2/6/2006 | Phone call from Atty. Sullivan re: supplemental brief, evidentiary issues. | 0.40 | 80.00 |
| 2/7/2006 | Review trial transcripts. | 0.50 | 100.00 |
|  | Review Trial Transcripts. | 0.60 | 120.00 |
| 2/8/2006 | Research evidentiary issues. | 1.50 | 300.00 |
|  | Review cases on evidentiary issues. | 0.50 | 100.00 |
|  | Phone call to Dr. Smith re: bill. (Non-Core) | 0.20 | 40.00 |
|  | Draft supplemental opposition. | 2.00 | 400.00 |
| 2/9/2006 | Review case. | 0.30 | 60.00 |
| 2/14/2006 | Review exhibits and trial transcripts. | 0.70 | 140.00 |
| 2/23/2006 | Review trial transcripts. | 3.00 | 600.00 |
|  | Draft brief. | 4.00 | 800.00 |

Ann Marie and Nicholas Porto

| | | Hours | Amount |
|---|---|---|---|
| 2/24/2006 | Phone call to Anne Marie Porto. | 0.30 | 60.00 |
| | Research. | 0.50 | 100.00 |
| | Draft brief. | 4.00 | 800.00 |
| 2/25/2006 | Draft brief. | 5.00 | 1,000.00 |
| 2/26/2006 | Draft brief | 6.00 | 1,200.00 |
| | Addendum to Fee Petition | 1.00 | 200.00 |
| 2/27/2006 | Phone call to Atty. Sullivan re: brief. | 0.50 | 100.00 |
| | Draft brief. | 1.00 | 200.00 |
| 2/28/2006 | Draft supplemental opposition. | 1.00 | 200.00 |
| | Phone call to Client. | 0.50 | 100.00 |
| | Revise Brief. | 1.50 | 300.00 |
| 3/1/2006 | Finalize Brief. | 4.00 | 800.00 |
| 3/15/2006 | Review defendant's supplemental brief. | 0.60 | 120.00 |
| | Conference with Attorney Sullivan re: Defendant's Supplemental Brief. | 0.20 | 40.00 |
| 3/16/2006 | Review/outline supplemental opposition. | 0.50 | 100.00 |
| | Review court file/exhibits at courthouse including travel. | 2.50 | 500.00 |
| | Draft motion to strike. | 1.00 | 200.00 |
| 3/17/2006 | Finalize Motion. | 0.30 | 60.00 |
| 3/22/2006 | Review opposition to motion. | 0.10 | 20.00 |
| 4/15/2006 | Second Addendum to Attorney Fee Petition. | 1.00 | 200.00 |
| | For professional services rendered | 84.70 | $16,940.00 |