UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 04 - 10003 PBS

| | |
|---|---|
| Ann Marie Porto and Nicholas Porto, Individually and on Behalf of S.C., a Minor Person with a Disability,<br><br>    Plaintiffs<br><br>vs.<br><br>Town of Tewksbury<br><br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEAL

Notice is hereby given that the Defendant, Town of Tewksbury, in the above-captioned matter, hereby appeals to the United States Court of Appeals for the First Circuit from the Order entered on October 25, 2005, from the Judgment entered on November 10, 2005, from the Amended Judgment entered December 6, 2005, from the Memorandum and Order entered on May 1, 2006 denying the Defendant's Motion for Judgment Notwithstanding the Verdict, or, in the Alternative, for a New Trial, and awarding of attorney's fees and costs and from any and all other orders and rulings that merged in the above.

Respectfully submitted,
The Defendant,
**Town of Tewksbury**
By their attorney,

/s/ Leonard H. Kesten
Leonard H. Kesten, BBO# 542042
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

DATED: May 17, 2006

1