UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 04 - 10003 PBS

| | |
|---|---|
| Ann Marie Porto and Nicholas Porto, Individually and on Behalf of S.C., a Minor Person with a Disability, | ) ) ) ) |
| Plaintiffs | ) ) |
| vs. | ) ) ) |
| Town of Tewksbury | ) ) |
| Defendants | ) |

### DEFENDANT'S OPPOSITION TO PLAINTIFF'S REVISED REQUEST FOR ATTORNEYS FEES

Pursuant to the Court Order dated May 1, 2006, the Plaintiffs submitted a Revised Request for Attorneys Fees. While the Plaintiffs' attorneys partially complied with the Court's Order in submitting revised bills for their attorneys fees, the Plaintiffs did not fully designate hours spent as core versus non-core time as ordered by the Court. Core work "includes legal research, writing of legal documents, court appearances, negotiations with opposing counsel, monitoring and implementation of court orders." McLaughlin v. Boston Sch. Comm., 976 F. Supp. 53, 63 (D. Mass. 1997). On the other hand, non-core work 'consists of less demanding tasks, including letter writing and telephone conversations." Id. Accordingly, the following are additional hours reflected in the Plaintiffs' attorneys revised bills that should be designated as non-core work.

ABS Time

| | | |
|---|---|---|
| 7/10/03 | corres to Tewksbury, corres. to Eagleton | 0.30 |
| 7/21/03 | corres. to collaterals re: Tri City.. | 1.20 |

| Date | Description | Hours |
|---|---|---|
| 7/25/03 | corres. to client | 0.20 |
| 7/28/03 | call to Tewksbury Police, draft release | 0.60 |
| 8/6/03 | draft corres. to Tewksbury Police re: records | 0.40 |
| 8/28/03 | draft corres to Ann Marie | 0.30 |
| 1/8/04 | develop discovery index to track records | 0.70 |
| 5/15/04 | track down Dept. of Mass Health billing records | 0.30 |
| 5/22/04 | received and indexed records from Children's Hosp. | 0.30 |
| 5/24/04 | review returned releases redraft and send out | 0.40 |
| 6/14/04 | receive and review notice of depositions, f/u re: scheduling | 0.20 |
| 7/19/04 | corres. to Dr. Bowman and Dr. Bergerson | 0.40 |
| 7/27/04 | consult and f/u draft corres. to North Shore Cardiology | 0.40 |
| 8/14/04 | N. Stein e-mail corres. | 0.20 |
| 10/13/04 | email to Lynn Leonard f/u re: depo mini's | 0.10 |
| 10/15/04 | records received from NEMC f/u missing records | 1.10 |
| 2/8/05 | rec. return corres. and investigate change of address | 0.10 |
| 3/1/05 | review additional documents, copy and forward | 1.50 |
| 3/8/05 | note to calendar rescheduled dates | 0.10 |
| 6/28/05 | call to Eagleton re: appt. | 0.10 |
| 6/29/05 | return call from Eagleton | 0.10 |
| 7/1/05 | call to Eagleton for appt. P. Doherty | 0.60 |
| 8/17/05 | call to constable D. Muscowitz | 0.20 |

LAL Time

| Date | Description | Time |
|---|---|---|
| 6/3/03 | letter to attorney Gosniak | 0.20 |
| | letter to Jeffrey Turner re: file request | 0.20 |
| 12/29/03 | Requested information at RMV to locate parties | 0.80 |
| 1/5/04 | file complaint by hand-delivery | 1.60 |
| | call to constable and meet to deliver documents | 0.50 |
| 4/15/04 | letter to court re: filing of summonses | 0.20 |
| 4/16/04 | letter to Nancy Stetson | 0.20 |
| 5/01/04 | letters and releases sent to 22 treatment providers | 7.50 |
| 6/10/04 | prepare five deposition notices and letter to Ecker | 0.70 |
| 7/21/04 | prepare three deposition notices and letter to Ecker | 0.40 |
| 9/22/04 | assemble materials for review by Dr. Dragan | 0.70 |
| | letter to Dr. Dragan | 0.30 |
| 12/8/04 | travel to RMV to request information to locate witness | 1.10 |
| | e-mails to and from Dr. Smith | 0.10 |
| 12/30/04 | Photocopy/ assemble exhibits | 3.50 |
| 12/31/04 | travel to court to file opposition to motion SJ hand delivery, court closed | 1.0 |
| 3/21/05 | call to Nicole Romano | 0.10 |
| 7/1/05 | scheduling update from attorney Sullivan | 0.20 |
| 9/5/05 | prepare 29 subpoenas; contact constable, arrange service | 3.20 |
| 9/6/05 | call to P. Doherty | 0.20 |
| | call from M. White at Wilmington Pediatrics | 0.20 |
| | calls and e-mails to D. Laissow at Women's Law Center | 0.30 |

| | | |
|---|---|---|
| 9/8/05 | call from C. Hunter for Dr. Herskowitz | 0.20 |
| | call from A. Rourke at DSS | 0.20 |
| | call from L. Beaupre at DSS | 0.20 |
| | research locale of Charles River Hospital records | 0.60 |
| 9/9/05 | letter to Court | 0.10 |
| | hand deliver impounded documents to Court | 1.0 |
| 9/13/05 | call from Keeper of Records at NEMC | 0.20 |
| 9/16/05 | call from David Hastings | 0.50 |
| 9/20/05 | call from Leslie Ranhala at DSS | 0.10 |
| 9/30/05 | document camera tutorial | 0.90 |
| | round trip travel to Court house | 1.0 |
| 10/14/05 | call to Nicole Romano | 0.10 |

In addition to their failure to properly designate all non-core versus core time, the Plaintiffs' attorneys included on their bills time spent on matters not related to this case but related to the annual review of the special education services provided by the Defendant to the Plaintiff. That time includes the following.

ABS Time

| | | |
|---|---|---|
| 3/2/2004 | F/U Eagleton Schools Pat Doherty re: updated evaluations | 0.70 |
| 6/3/2004 | call to Ann Marie re: TEAM | 0.10 |

LAL Time

| | | |
|---|---|---|
| 2/27/04 | Letter to M. DeAngelis re: team meeting | 0.10 |
| 3/04/04 | Team Meeting for SC | 2.10 |
| | round trip travel | 0.80 |

4

## Conclusion

WHEREFORE, the Defendant respectfully request that this Honorable Court reduce the Plaintiffs' requested attorneys' fees by the amounts listed above.

                      Respectfully submitted,
                      The Defendant,
                      **Town of Tewksbury**
                      By their attorney,

                      /s/ Leonard H. Kesten
                      Leonard H. Kesten, BBO# 542042
                      Deborah I. Ecker, BBO # 554623
                      BRODY, HARDOON, PERKINS & KESTEN, LLP
                      One Exeter Plaza
                      Boston, MA 02116
                      (617) 880-7100

DATED: May 31, 2006