UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 04 - 10003 PBS

| | |
|---|---|
| Ann Marie Porto and Nicholas Porto, Individually and on Behalf of S.C., a Minor Person with a Disability, | ) ) ) ) |
| Plaintiffs | ) ) |
| vs. | ) ) |
| Town of Tewksbury | ) ) |
| Defendants | ) |

**DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION TO STRIKE DEFENDANT'S OPPOSITION TO PLAINTIFFS' REVISED MOTION FOR ATTORNEY'S FEES**

NOW COMES the Defendant in the above-captioned matter and hereby opposes the Plaintiff's Motion to Strike Defendant's Opposition to Plaintiff's Revised Motion for Attorney's Fees. As grounds therefore, the Defendant states that the opposition was inadvertently calendared pursuant to the Federal Rules of Civil Procedure instead of pursuant to this Court's directive that the opposition be filed within one week of receipt. However, no party was prejudiced by the additional time taken to file the opposition as the Court has not yet ruled on the Plaintiff's revised motion.

WHEREFORE, the Defendant requests that this Honorable Court deny the Plaintiffs' Motion to Strike Defendant's Opposition to Plaintiffs' Revised Motion for Attorney's Fees.

1

                Respectfully submitted,
                The Defendant,
                **Town of Tewksbury**
                By their attorney,

                /s/ Leonard H. Kesten
                Leonard H. Kesten, BBO# 542042
                Deborah I. Ecker, BBO # 554623
                BRODY, HARDOON, PERKINS & KESTEN, LLP
                One Exeter Plaza
                Boston, MA 02116
DATED: June 1, 2006      (617) 880-7100