UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Ann Marie Porto and Nicholas Porto, Individually and on Behalf of SC, a Minor Person with a Disability<br><br>v.<br><br>Town of Tewksbury | )<br>)<br>)<br>)<br>) C.A. No. 04--CV10003-PBS<br>)<br>)<br>)<br>) |

**PROPOSED ORDER**

Now comes Plaintiff, by and through counsel, and submits the following proposed Order pursuant to the Court's request:

1. On November 10, 2005, this Court entered a judgment in favor of the Plaintiff, which included attorney's fees and costs in an amount to be determined by the Court after consideration of Plaintiff's Motion for Attorney's Fees and Costs.

2. On November 25, 2005, Plaintiff filed a Motion for Attorneys' Fees in the amount of $302,835.27[1] and for costs in the amount of $43,535.69.

3. On January 20, 2006, Plaintiff filed a first Addendum to the Motion for Attorney's Fees for post-trial matters seeking an additional $12,450.00[2] in attorney's fees and $252.03 in costs.

4. On April 15, 2006, Plaintiff filed a second and final Addendum for post-trial matters requesting an additional $17,139.00[3] in attorney's fees and $396.44 in costs. This

---

[1] This figure represents 649.05 hours charged by Attorney Sullivan at $200 per hour and 692.10 hours charged by Attorney Leonard at $250 per hour.
[2] This figure represents post-trial work as follows: 18 hours charged by Attorney Sullivan at $200 per hour and 35.40 hours charged by Attorney Leonard at $250 per hour.
[3] The figure represents additional post-trial work as follows: 21.32 hours charged by Attorney Sullivan at $200 per hour and 51.50 hours charged by Attorney Leonard at $250.

brought the total attorney's fees request to $332,424.27 and the total costs to $44,184.13.

5. On May 1, 2006, the Court issued an Order requesting revisions to the Request for Attorney's Fees. In accordance with the Court's Order, counsel eliminated vague and poorly documented time entries, reduced excessive hours and designated non-core hours. In addition, counsel recalculated the fees based on a core rate of $200 per hour. Accordingly, the attorney's fees were reduced to $267,780.00.[4]

6. On June 1, 2006, Defendant submitted an Opposition to Plaintiff's revised request.

7. On June 6, 2006, the Court issued an Order designating non-core hours and an additional reduction of 3.8 hours. The Court also requested that Plaintiff's counsel submit a revised calculation applying non-core rates.

8. In cases where Courts differentiate between core and non-core work, Courts have charged non-core work at two-thirds of the particular lawyer's rate for core work. Wilson v. McClure, 135 F.Supp. 2nd 66, 72 (D. Mass. 2001); Ciulla v. Rigny, 89 F. Supp. 2d 97, 104-05 & n. 9 (D. Mass. 2000). Accordingly, non-core work shall be charged at a rate of $133.34 per hour.

9. Based upon the accepted revisions and the rates assigned for core work ($200/hr.) and for non-core work ($133.34/hr.), attorney's fees have been recalculated as follows:[5]

| | **LAL Time** | | **ABS Time** | |
|---|---|---|---|---|
| Total Core Hours: | 725.50 | $ 145,100.00 | 574.50 | $ 114.900.00 |
| Total Non-Core Hours: | 28.20 | 3,760.18 | 6.90 | 920.46 |

---

[4]This figure is comprised of 582.20 total hours charged by Attorney Sullivan at $200 per hour and 756.70 total hours charged by Attorney Leonard at a reduced rate of $200 per hour.
[5]See Exhibit 1 for a list of total designated non-core hours and additional hours deleted, as per the Court's June 6, 2006 Order.

9. Based upon the foregoing calculations and supporting documentation submitted to the Court, I award attorney's fees in the amount of $264,680.64 and costs in the amount of $44,184.13. I also award interest on attorney's fees and costs pursuant to 28 U.S.C. §1961. Interest shall continue to accrue until the judgment is satisfied.

Respectfully submitted,
PLAINTIFF
By his Attorneys,


/s/ Lynn A. Leonard                          /s/ Anita B. Sullivan
_____                 _____
Lynn A. Leonard                              Anita B. Sullivan
Attorney-At-Law                              Attorney-At-Law
527 Main Street, Suite 8                     458 Main Street
Melrose, MA  02176                           Wakefield, MA  01880
(781) 662-6161                               (781) 224-0701
B.B.O. No. 561662                            B.B.O. No. 628873

Dated:  June 12, 2006

3