# EXHIBIT 1

## NON-CORE HOURS

The following non-core hours include hours designated by plaintiff's counsel, by defense counsel and by Court order:

**LAL Time**

| Date | | Timeslips Entry | Amount |
|---|---|---|---|
| 06/03/03 | LAL | Letter to Attorney Gosniak | .2 |
| | | Letter to Jeffrey Turner re: File Request | .2 |
| 12/29/03 | LAL | Requested information at RMV to locate parties' addresses | .8 |
| 01/05/04 | LAL | File Complaint by hand-delivery | 1.6 |
| 01/05/04 | LAL | Call to constable and meet to deliver documents for service | .5 |
| 02/27/04 | LAL | Letter to M. DeAngelis re: team meeting | .1 |
| 04/15/04 | LAL | Letter to court re: filing of summonses | .2 |
| 05/01/04 | LAL | Letters and Releases sent to 22 treatment providers | 7.5 |
| 12/08/04 | LAL | Travel to RMV to request information to locate witnesses | 1.1 |
| 12/30/04 | LAL | Photocopy/assemble exhibits | 3.5 |
| 12/31/04 | LAL | Travel to Court to file Opposition to Motion for SJ by hand-delivery, but courthouse closed | 1.0 |
| 01/27/05 | LAL | Calls to Robert Alba and Amy Nee re: mediation | .2 |
| 1/28/05 | LAL | Review letter from Ecker re: scheduling deposition and discuss with attorney Sullivan | .2 |
| 03/21/05 | LAL | Call to Nicole Romano | .1 |
| 04/16/05 | LAL | Letter to Nancy Stetson | .2 |
| 05/11/05 | LAL | Call to Attorney Sullivan re: trial schedule | .4 |
| 07/01/05 | LAL | Scheduling update from Attorney Sullivan | .2 |
| 08/25/05 | LAL | Locate names, addresses, telephone numbers of witnesses | 2.5 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 09/06/05 | LAL | Call to P. Doherty | .2 |
| | | Call from Maureen White at Wilmington Pediatrics | .2 |
| | | Calls and e-mails to D. Laissow at Women's Law Center | .3 |
| 09/08/05 | LAL | Call from Linda Beaupre at DSS | .2 |
| | | Research locale of Charles River Hospital records | .6 |
| | | Call from A. Rourke at DSS | .2 |
| | | Call from C. Hunter for Dr. Herskowitz | .2 |
| 09/09/05 | LAL | Hand-deliver impounded documents to Court | 1.0 |
| | | Letter to Court | .1 |
| 09/12/05 | LAL | Letter to DSS | .3 |
| 09/13/05 | LAL | Call from Keeper of Records at NEMC re: missing files | |
| 9/16/05 | LAL | Call from David Hastings | .5 |
| 9/20/05 | LAL | Call from Leslie Ranhala at DSS | .1 |
| 9/30/05 | LAL | Document camera tutorial | .9 |
| | LAL | Roundtrip travel to Courthouse | 1.0 |
| 09/16/05 | LAL | Calls to Nicole Romano re: Joint Pre-Trial Memo | .2 |
| 09/22/05 | LAL | Contact witnesses to reschedule trial testimony | .7 |
| 09/26/05 | LAL | Call from Linda Beaupre at DSS | .2 |
| 10/14/05 | LAL | Call to Nicole Romano | .1 |
| 10/15/05 | LAL | Scan and e-mail documents to Ms. Englehart | .5 |
| 02/08/06 | LAL | Phone Call to Dr. Smith re: bill | .2 |
| **TOTAL** | | | **28.2** |

**ABS Time**

| Date | Atty | Description | Hours |
|---|---|---|---|
| 7/10/03 | ABS | Corres to Tewksbury, corres. To Eagleton | .3 |
| 7/21/03 | ABS | Corres. To collaterals re: Tri City | 1.2 |
| 7/25/03 | ABS | Corres. to client | .2 |

3

| Date | | Description | Hours |
|---|---|---|---|
| 7/28/03 | ABS | Call to Tewksbury Police, draft release | .6 |
| 8 /6/03 | ABS | Draft corres. to Tewksbury Police re: records | .4 |
| 8/28/03 | ABS | Draft corres to Ann Mane | .3 |
| 1/8/04 | ABS | Develop discovery index to track records | .2 |
| 5/15/04 | ABS | Track down Dept. of Mass Health billing records | .3 |
| 7/19/04 | ABS | Corres. to Dr. Bowman and Dr. Bergerson | .4 |
| 7/27/04 | ABS | Consult and f/u draft corres. to North Shore Cardiology | .4 |
| 8/14/04 | ABS | N. Stein e-mail cones. | .2 |
| 10/13/04 | ABS | Email to Lynn Leonard f/u re: depo mini's | .1 |
| 10/15/04 | ABS | Records received from NEMC f/u missing records | 1.1 |
| 2/8/05 | ABS | Rec. return corres. And investigate changes of address | .1 |
| 3/8/05 | ABS | Note to calendar rescheduled dates | .1 |
| 6/28/05 | ABS | Call to Eagleton re: appt. | .1 |
| 6/29/05 | ABS | Return call from Eagleton | .1 |
| 7/1/05 | ABS | Call to Eagleton for appt. P. Doherty. | .6 |
| 8/17/05 | ABS | Call to constable D. Muscowitz | .2 |
| **TOTAL** | | | **6.9** |

**Additional Deductions for Team Meeting, as per Court Order:**

<u>**ABS Time**</u>

| Date | Description | Hours |
|---|---|---|
| 3/2/2004 | F/U Eagleton Schools Pat Doherty re: updated evaluations | .7 |
| 6/3/2004 | call to Ann Marie: TEAM | .1 |
| **TOTAL** | | **.8** |

4

**LAL Time**

| | | |
|---|---|---:|
| 2/27/04 | Letter to M. DeAngelis re: team meeting | .1 |
| 3/04/04 | Team Meeting for SC | 2.1 |
| | Round trip travel | .8 |

**TOTAL**                                                                               **3.0**