UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                                      )
ANN MARIE PORTO and NICHOLAS PORTO    )
Indiviudally and on Behalf of         )
SC, a Minor Person with               )
a Disability,                         )
                      Plaintiffs,     )
             v.                       )    CIVIL ACTION
                                      )    NO. 04-10003-PBS
THE TOWN OF TEWKSBURY, ET AL.,        )
                      Defendants.     )
                                      )
```

**JUDGMENT FOR ATTORNEYS' FEES AND COSTS**

June 14, 2006

Saris, U.S.D.J.

    Based upon the foregoing calculations and supporting documentation submitted to the Court, I award attorneys' fees in the amount of $264,680.64 and costs in the amount of $44,184.13. I also award interest on attorneys' fees and costs pursuant to 28 U.S.C. § 1961.  Interest shall continue to accrue until the judgment is satisfied.

                                              **S/PATTI B. SARIS**
                                              United States District Judge