APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:04-cv-10003-PBS

Porto et al v. Town of Tewksbury et al
Assigned to: Judge Patti B. Saris
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 01/06/2004
Jury Demand: Both
Nature of Suit: 360 P.I.: Other
Jurisdiction: Federal Question

**Plaintiff**

**Ann Marie Porto**
*Individually and on behalf of Stephen*
*Colon, a Minor person with a disability*

represented by **Anita B. Sullivan**
Anita B. Sullivan
458 Main Street
Wakefield, MA 01880
781-224-0701
Fax: 781-224-4370
Email: attyabs@verizon.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lynn A. Leonard**
Suite 8
527 Main Street
Melrose, MA 02176
781-662-6161
Fax: 781-662-1625
Email: counsel@thelawbench.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nicholas Porto**
*Individually and on behalf of Stephen*
*Colon, a minor person with a disability*

represented by **Anita B. Sullivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lynn A. Leonard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Town of Tewksbury**

represented by **Deborah I. Ecker**
Brody, Hardoon, Perkins & Keston

One Exeter Plaza 12th Floor
699 Exeter Street
Boston, MA 02116
617-880-7100
Fax: 617-880-7171
Email: decker@bhpklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leonard H. Kesten**
Brody, Hardoon, Perkins & Kesten
One Exeter Plaza
12th Floor
Boston, MA 02116
617-880-7100
Fax: 617-880-7171
Email: lkesten@bhpklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Town of Tewksbury Public Schools**          represented by **Deborah I. Ecker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Town of Tewksbury School
Committee**          represented by **Deborah I. Ecker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Christine L. McGrath**          represented by **Deborah I. Ecker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**James McGuire**          represented by **Deborah I. Ecker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kevin P. McArdle**          represented by **Deborah I. Ecker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pauline King**

represented by **Deborah I. Ecker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Loreen R. Bradley**

represented by **Deborah I. Ecker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michelina DeAngelis**

represented by **Deborah I. Ecker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cheryl D. Porcaro**

represented by **Deborah I. Ecker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Carole A. Gallo**

represented by **Deborah I. Ecker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jennifer A. Fiore**

represented by **Deborah I. Ecker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Julie E. Bossdorf-Paras**

represented by **Deborah I. Ecker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Eleanor Edelstein**

represented by **Deborah I. Ecker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Robert Ware**

represented by **Deborah I. Ecker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sharon J. Moser**

represented by **Deborah I. Ecker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**William X. Traveis**

represented by **Deborah I. Ecker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kara M. Buckley**

represented by **Deborah I. Ecker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Allison Dixon**

represented by **Deborah I. Ecker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/05/2004 | 1 | COMPLAINT against Julie E. Bossdorf-Paras, Loreen R. Bradley, Kara M. Buckley, Michelina DeAngelis, Allison Dixon, Eleanor Edelstein, Jennifer A. Fiore, Carole A. Gallo, Pauline King, Kevin P. McArdle, Christine L. McGrath, James McGuire, Sharon J. Moser, Cheryl D. Porcaro, Town of Tewksbury, Town of Tewksbury Public Schools, Town of Tewksbury School Committee, William X. Traveis, Robert Ware Filing fee: $ 150, receipt number 52849, filed by Ann Marie Porto, Nicholas Porto.(Simeone, Maria) (Entered: 01/09/2004) |
| 01/05/2004 | 2 | Summons Issued as to Julie E. Bossdorf-Paras, Loreen R. Bradley, Kara M. Buckley, Michelina DeAngelis, Allison Dixon, Eleanor Edelstein, Jennifer A. Fiore, Carole A. Gallo, Pauline King, Kevin P. McArdle, Christine L. McGrath, James McGuire, Sharon J. Moser, Cheryl D. Porcaro, Town of Tewksbury, Town of Tewksbury Public Schools, Town of Tewksbury School Committee, William X. Traveis, Robert Ware. (Simeone, Maria) (Entered: 01/09/2004) |
| 01/05/2004 | 3 | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge |

| | | Bowler. (Simeone, Maria) (Entered: 01/09/2004) |
|---|---|---|
| 01/05/2004 | 2 | NOTICE of Appearance by Lynn A. Leonard, Anita B. Sullivan on behalf of Ann Marie Porto, Nicholas Porto (Simeone, Maria) (Entered: 01/09/2004) |
| 01/06/2004 | 3 | Plaintiffs request for Intial disclosures by Ann Marie Porto, Nicholas Porto.(Simeone, Maria) (Entered: 01/09/2004) |
| 01/06/2004 | 4 | Requests for initial disclosures by Ann Marie Porto, Nicholas Porto. (Simeone, Maria) (Entered: 01/12/2004) |
| 01/22/2004 | 5 | Assented to MOTION for Extension of Time to 1/25/04 to file a responsive pleading by Julie E. Bossdorf-Paras, Loreen R. Bradley, Kara M. Buckley, Michelina DeAngelis, Allison Dixon, Eleanor Edelstein, Jennifer A. Fiore, Carole A. Gallo, Pauline King, Kevin P. McArdle, Christine L. McGrath, James McGuire, Sharon J. Moser, Cheryl D. Porcaro, Town of Tewksbury, Town of Tewksbury Public Schools, Town of Tewksbury School Committee, William X. Traveis, Robert Ware. (Simeone, Maria) (Entered: 01/23/2004) |
| 01/22/2004 | ● | ***Attorney Deborah I. Ecker for Kara M. Buckley; Michelina DeAngelis; Allison Dixon; Eleanor Edelstein; Jennifer A. Fiore; Carole A. Gallo; Pauline King; Kevin P. McArdle; Christine L. McGrath; James McGuire; Sharon J. Moser; Cheryl D. Porcaro; Town of Tewksbury; Town of Tewksbury Public Schools; Town of Tewksbury School Committee; William X. Traveis; Robert Ware; Julie E. Bossdorf-Paras and Loreen R. Bradley added. (Simeone, Maria) (Entered: 01/30/2004) |
| 01/26/2004 | ● | Judge Patti B. Saris : Electronic ORDER entered granting 5 Motion for Extension of Time. Allowed (Simeone, Maria) (Entered: 01/26/2004) |
| 02/13/2004 | 6 | ANSWER to Complaint with Jury Demand by Julie E. Bossdorf-Paras, Loreen R. Bradley, Kara M. Buckley, Michelina DeAngelis, Allison Dixon, Eleanor Edelstein, Jennifer A. Fiore, Carole A. Gallo, Pauline King, Kevin P. McArdle, Christine L. McGrath, James McGuire, Sharon J. Moser, Cheryl D. Porcaro, Town of Tewksbury, Town of Tewksbury Public Schools, Town of Tewksbury School Committee, William X. Traveis, Robert Ware. (Patch, Christine) Additional attachment(s) added on 8/8/2005 (Patch, Christine). (Entered: 02/18/2004) |
| 02/20/2004 | 7 | NOTICE of Scheduling Conference Scheduling Conference set for 4/12/2004 02:30 PM in Courtroom 13 before Judge Patti B. Saris. (Patch, Christine) (Entered: 02/25/2004) |
| 04/07/2004 | 8 | JOINT STATEMENT re scheduling conference. (Ecker, Deborah) Additional attachment(s) added on 8/8/2005 (Patch, Christine). (Entered: 04/07/2004) |
| 04/12/2004 | ● | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris: Scheduling Conference held on 4/12/2004. Court sets discovery and motion filing schedule. Scheduling Order to issue. Hearing on Summary Judgment or Pretrial Conference set for 1/19/2005 at 2:00 PM in |

| | | Courtroom 13 before Judge Patti B. Saris. (Alba, Robert) (Entered: 04/12/2004) |
|---|---|---|
| 04/12/2004 | 9 | Judge Patti B. Saris : ORDER entered SCHEDULING ORDER:Fact Discovery due by 10/30/2004. Plaintiff's expert designation deadline: 11/30/04. Defendant's expert designation deadline: 12/30/04. Expert discovery deadline: 1/30/05. Summary Judgment Motion due by 11/30/2004; Opposition due by 12/15/04. Hearing on Summary Judgment or Pretrial Conference set for 1/19/2005 02:00 PM in Courtroom 13 before Judge Patti B. Saris. (Patch, Christine) (Entered: 04/16/2004) |
| 04/19/2004 | 10 | CERTIFICATION pursuant to Local Rule 16.1 by Ann Marie Porto, Nicholas Porto.(Patch, Christine) (Entered: 05/04/2004) |
| 04/19/2004 | 11 | Copy of Letter to Attorney Deborah Ecker from Anita B. Sullivan confirming their conversation that Attorney Ecker is accepting service for all the defendants named in the Complaint. (Patch, Christine) (Entered: 05/04/2004) |
| 10/04/2004 | 12 | MOTION to Take Deposition from S.C. *if Necessary after Decision on Defendants' Motion for Summary Judgment* by Julie E. Bossdorf-Paras, Loreen R. Bradley, Kara M. Buckley, Michelina DeAngelis, Allison Dixon, Eleanor Edelstein, Jennifer A. Fiore, Carole A. Gallo, Pauline King, Kevin P. McArdle, Christine L. McGrath, James McGuire, Sharon J. Moser, Cheryl D. Porcaro, Town of Tewksbury, Town of Tewksbury Public Schools, Town of Tewksbury School Committee, William X. Traveis, Robert Ware.(Ecker, Deborah) Additional attachment(s) added on 8/8/2005 (Patch, Christine). Additional attachment(s) added on 8/8/2005 (Patch, Christine). Modified on 8/8/2005 (Patch, Christine). (Entered: 10/04/2004) |
| 10/04/2004 | 13 | CERTIFICATE OF CONSULTATION re 12 MOTION to Take Deposition from S.C. *if Necessary after Decision on Defendants' Motion for Summary Judgment* by Deborah I. Ecker on behalf of Julie E. Bossdorf-Paras, Loreen R. Bradley, Kara M. Buckley, Michelina DeAngelis, Allison Dixon, Eleanor Edelstein, Jennifer A. Fiore, Carole A. Gallo, Pauline King, Kevin P. McArdle, Christine L. McGrath, James McGuire, Sharon J. Moser, Cheryl D. Porcaro, Town of Tewksbury, Town of Tewksbury Public Schools, Town of Tewksbury School Committee, William X. Traveis, Robert Ware. (Ecker, Deborah) Additional attachment(s) added on 8/8/2005 (Patch, Christine). Modified on 8/8/2005 (Patch, Christine). (Entered: 10/04/2004) |
| 10/14/2004 | 14 | Opposition re 12 MOTION to Take Deposition from S.C. *if Necessary after Decision on Defendants' Motion for Summary Judgment* filed by Ann Marie Porto, Nicholas Porto. (Patch, Christine) Modified on 8/8/2005 (Patch, Christine). (Entered: 10/21/2004) |
| 11/06/2004 | | Judge Patti B. Saris : Electronic ORDER entered granting 12 Motion to Reserve the Right to Depose and Evaluate S.C. if Necessary after Decision on Defendants' Motion for Summary Judgment. (Patch, Christine) Modified on 8/8/2005 (Patch, Christine). (Entered: |

| | | |
|---|---|---|
| | | 11/10/2004) |
| 11/30/2004 | 15 | MOTION for Summary Judgment by Julie E. Bossdorf-Paras, Loreen R. Bradley, Kara M. Buckley, Michelina DeAngelis, Allison Dixon, Eleanor Edelstein, Jennifer A. Fiore, Carole A. Gallo, Pauline King, Kevin P. McArdle, Christine L. McGrath, James McGuire, Sharon J. Moser, Cheryl D. Porcaro, Town of Tewksbury, Town of Tewksbury Public Schools, Town of Tewksbury School Committee, William X. Traveis, Robert Ware.(Patch, Christine) Additional attachment(s) added on 8/8/2005 (Patch, Christine). (Entered: 12/08/2004) |
| 11/30/2004 | 16 | MOTION for Leave to File Memorandum in Excess of Twenty Pages by Julie E. Bossdorf-Paras, Loreen R. Bradley, Kara M. Buckley, Michelina DeAngelis, Allison Dixon, Eleanor Edelstein, Jennifer A. Fiore, Carole A. Gallo, Pauline King, Kevin P. McArdle, Christine L. McGrath, James McGuire, Sharon J. Moser, Cheryl D. Porcaro, Town of Tewksbury, Town of Tewksbury Public Schools, Town of Tewksbury School Committee, William X. Traveis, Robert Ware. (Attachments: # (1) Memorandum in Support of Motion for Summary Judgment)(Patch, Christine) Additional attachment(s) added on 8/8/2005 (Patch, Christine). (Entered: 12/08/2004) |
| 11/30/2004 | 17 | Concise STATEMENT of facts re 15 MOTION for Summary Judgment. (Patch, Christine) Additional attachment(s) added on 8/8/2005 (Patch, Christine). (Entered: 12/08/2004) |
| 11/30/2004 | 18 | AFFIDAVIT of Deborah I. Ecker in Support re 15 MOTION for Summary Judgment, 17 Statement of facts. (Patch, Christine) Additional attachment(s) added on 8/8/2005 (Patch, Christine). (Entered: 12/08/2004) |
| 11/30/2004 | 19 | CERTIFICATE OF CONSULTATION re 15 MOTION for Summary Judgment by Deborah I. Ecker on behalf of Julie E. Bossdorf-Paras, Loreen R. Bradley, Kara M. Buckley, Michelina DeAngelis, Allison Dixon, Eleanor Edelstein, Jennifer A. Fiore, Carole A. Gallo, Pauline King, Kevin P. McArdle, Christine L. McGrath, James McGuire, Sharon J. Moser, Cheryl D. Porcaro, Town of Tewksbury, Town of Tewksbury Public Schools, Town of Tewksbury School Committee, William X. Traveis, Robert Ware. (Patch, Christine) Additional attachment(s) added on 8/8/2005 (Patch, Christine). (Entered: 12/08/2004) |
| 12/06/2004 | 20 | Assented to MOTION for Extension of Time for Production of Expert Report by Ann Marie Porto, Nicholas Porto.(Patch, Christine) (Entered: 12/14/2004) |
| 12/13/2004 | 21 | Assented to MOTION for Extension of Time to File Response as to 15 MOTION for Summary Judgment and for Leave to File Excess Pages by Ann Marie Porto, Nicholas Porto.(Patch, Christine) (Entered: 12/15/2004) |
| 12/14/2004 | | Judge Patti B. Saris : Electronic ORDER entered granting 16 Motion for Leave to File Memorandum in Support of Motion for Summary Judgment in Excess of 20 Pages (Patch, Christine) (Entered: 12/16/2004) |

| | | |
|---|---|---|
| 12/14/2004 | 22 | MEMORANDUM in Support re 15 MOTION for Summary Judgment filed by Julie E. Bossdorf-Paras, Loreen R. Bradley, Kara M. Buckley, Michelina DeAngelis, Allison Dixon, Eleanor Edelstein, Jennifer A. Fiore, Carole A. Gallo, Pauline King, Kevin P. McArdle, Christine L. McGrath, James McGuire, Sharon J. Moser, Cheryl D. Porcaro, Town of Tewksbury, Town of Tewksbury Public Schools, Town of Tewksbury School Committee, William X. Traveis, Robert Ware. (Patch, Christine) Additional attachment(s) added on 8/3/2005 (Patch, Christine). (Entered: 12/16/2004) |
| 12/14/2004 | | Judge Patti B. Saris : Electronic ORDER entered granting 21 Motion for Extension of Time to File Response/Reply re 15 MOTION for Summary Judgment and to File Excess Pages. Responses due by 12/31/2004 (Patch, Christine) (Entered: 12/21/2004) |
| 12/16/2004 | | Judge Patti B. Saris : Electronic ORDER entered granting 20 Motion for Extension of Time for Production of Expert Report. (Patch, Christine) (Entered: 12/21/2004) |
| 01/03/2005 | 23 | MOTION to Dismiss by Ann Marie Porto, Nicholas Porto.(Patch, Christine) (Entered: 01/06/2005) |
| 01/03/2005 | 24 | MEMORANDUM in Opposition re 15 MOTION for Summary Judgment filed by Ann Marie Porto, Nicholas Porto. (Attachments: # 1 Part 2 of 2) (Patch, Christine) (Entered: 01/06/2005) |
| 01/03/2005 | 25 | STATEMENT of Material facts Supporting Triable Issues in Support of 24 Memorandum in Opposition to Motion for Summary Judgment. Note: Exhibits not scanned. (Patch, Christine) (Entered: 01/06/2005) |
| 01/14/2005 | 26 | Objection to 25 Statement of facts *Supporting Triable Issues Pursuant to Local Rule 56.1.* (Attachments: # (1))(Ecker, Deborah) Additional attachment(s) added on 8/3/2005 (Patch, Christine). (Entered: 01/14/2005) |
| 01/14/2005 | 27 | MOTION to Strike *Affidavit of Ann Marie Porto Attached to the Plaintiffs' Opposition to Defendants' Motion for Summary Judgment.* (Attachments: # (1) Affidavit of Ann Marie Porto# (2) Plaintiff's Complaint and Answers to Defendants' First Set of Interrogatories) (Ecker, Deborah) Additional attachment(s) added on 8/3/2005 (Patch, Christine). (Entered: 01/14/2005) |
| 01/14/2005 | 28 | MOTION to Strike *Affidavit of S.C. Attached to the Plaintiffs' Opposition to Defendants' Motion for Summary Judgment* by Town of Tewksbury School Committee, Christine L. McGrath, James McGuire, Kevin P. McArdle, Pauline King, Loreen R. Bradley, Michelina DeAngelis, Cheryl D. Porcaro, Carole A. Gallo, Jennifer A. Fiore, Julie E. Bossdorf-Paras, Eleanor Edelstein, Robert Ware, Sharon J. Moser, William X. Traveis, Kara M. Buckley, Allison Dixon, Town of Tewksbury, Town of Tewksbury Public Schools. (Attachments: # (1) Affidavit of Stephen Colon# (2) Plaintiffs' Complaint and Answers to Defendants' First Set of Interrogatories)(Ecker, Deborah) Additional attachment(s) added on 8/3/2005 (Patch, Christine). Modified on 8/8/2005 (Patch, Christine). |

| | | |
|---|---|---|
| | | (Entered: 01/14/2005) |
| 01/19/2005 | 🔊 | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris: Motion Hearing held on 1/19/2005 re 23 MOTION to Dismiss filed by Ann Marie Porto. Court hears argument of counsel. Court takes motion under advisement. Court refers parties to mediation. Final Pretrial Conference set for 7/12/2005 at 3:00 PM in Courtroom 19 before Judge Patti B. Saris. Jury Trial set for 7/18/2005 at 9:00 AM in Courtroom 19 before Judge Patti B. Saris. (Court Reporter Teri Gibson.) (Alba, Robert) (Entered: 01/19/2005) |
| 01/19/2005 | 29 | Judge Patti B. Saris : ORDER entered. PRETRIAL ORDER: Final Pretrial Conference set for 7/12/2005 03:00 PM in Courtroom 19 before Judge Patti B. Saris. Jury Trial set for 7/18/2005 09:00 AM in Courtroom 19 before Judge Patti B. Saris.(Patch, Christine) (Entered: 01/20/2005) |
| 01/19/2005 | 30 | Judge Patti B. Saris : ORDER entered. REFERRING CASE to Alternative Dispute Resolution for Mediation ASAP(Patch, Christine) (Entered: 01/20/2005) |
| 01/24/2005 | 31 | Opposition re 27 MOTION to Strike *Affidavit of Ann Marie Porto Attached to the Plaintiffs' Opposition to Defendants' Motion for Summary Judgment*, 28 MOTION to Strike *Affidavit of S.C. Attached to the Plaintiffs' Opposition to Defendants' Motion for Summary Judgment* filed by Ann Marie Porto, Nicholas Porto. (Leonard, Lynn) Modified on 8/8/2005 (Patch, Christine). (Entered: 01/24/2005) |
| 01/28/2005 | 🔊 | Judge Patti B. Saris : Electronic ORDER entered denying 27 Motion to Strike Portions of Affidavit of Ann Marie Porto Attached to the Plaintiffs' Opposition to Defendants' Motion for Summary Judgment. "However, Plaintiffs may be re-deposed on her points." (Patch, Christine) (Entered: 02/03/2005) |
| 02/03/2005 | 32 | Proposed Document(s) submitted by Town of Tewksbury School Committee, Christine L. McGrath, James McGuire, Kevin P. McArdle, Pauline King, Loreen R. Bradley, Michelina DeAngelis, Cheryl D. Porcaro, Carole A. Gallo, Jennifer A. Fiore, Julie E. Bossdorf-Paras, Eleanor Edelstein, Robert Ware, Sharon J. Moser, William X. Traveis, Kara M. Buckley, Allison Dixon, Town of Tewksbury, Town of Tewksbury Public Schools. Document received: Order of Dismissal. (Ecker, Deborah) Additional attachment(s) added on 8/8/2005 (Patch, Christine). (Entered: 02/03/2005) |
| 02/03/2005 | 33 | Supplemental MEMORANDUM in Support re 15 MOTION for Summary Judgment filed by Town of Tewksbury. (Ecker, Deborah) (Entered: 02/03/2005) |
| 02/16/2005 | 34 | REPORT of Alternative Dispute Resolution Program. The defendant declines to mediate. (Nee, Amy) Additional attachment(s) added on 2/17/2005 (Nee, Amy). (Entered: 02/16/2005) |
| 03/04/2005 | 35 | Assented to MOTION to Continue Trial to any date after the beginning of the 2005-2006 school year by Town of Tewksbury.(Ecker, Deborah) |

| | | |
|---|---|---|
| | | (Entered: 03/04/2005) |
| 03/08/2005 | 🌐 | Judge Patti B. Saris : Electronic ORDER entered granting 35 Motion to Change Trial Date. "The Final Pretrial Conference is rescheduled to September 19, 2005 at 2:00 PM. The Jury Trial is rescheduled to September 26, 2005 at 9:00 AM." (Patch, Christine) (Entered: 03/14/2005) |
| 06/07/2005 | 🌐36 | MOTION to Amend 29 Scheduling Order, Set Deadlines/Hearings,, by Ann Marie Porto, Nicholas Porto. (Attachments: # 1)(Leonard, Lynn) (Entered: 06/07/2005) |
| 06/08/2005 | 🌐37 | Opposition re 36 MOTION to Amend 29 Scheduling Order, Set Deadlines/Hearings,, *(Partial)* filed by Town of Tewksbury School Committee, Christine L. McGrath, James McGuire, Kevin P. McArdle, Pauline King, Loreen R. Bradley, Michelina DeAngelis, Cheryl D. Porcaro, Carole A. Gallo, Jennifer A. Fiore, Julie E. Bossdorf-Paras, Eleanor Edelstein, Robert Ware, Sharon J. Moser, William X. Traveis, Kara M. Buckley, Allison Dixon, Town of Tewksbury, Town of Tewksbury Public Schools. (Ecker, Deborah) Additional attachment(s) added on 8/8/2005 (Patch, Christine). (Entered: 06/08/2005) |
| 06/15/2005 | 🌐 | Judge Patti B. Saris : Electronic ORDER entered granting 36 Motion to Amend Pre-Trial Order. "Pretrial Disclosures shall be filed by 9/1/05." (Patch, Christine) (Entered: 06/15/2005) |
| 06/17/2005 | 🌐38 | Judge Patti B. Saris : ORDER entered. MEMORANDUM AND ORDER, denying 15 MOTION for Summary Judgment filed by Robert Ware,, Town of Tewksbury,, Town of Tewksbury Public Schools,, Town of Tewksbury School Committee,, Christine L. McGrath,, James McGuire,, Kevin P. McArdle,, Pauline King,, Loreen R. Bradley,, Michelina DeAngelis,, Cheryl D. Porcaro,, Carole A. Gallo,, Jennifer A. Fiore,, Julie E. Bossdorf-Paras,, Eleanor Edelstein,, Sharon J. Moser,, William X. Traveis,, Kara M. Buckley,, Allison Dixon, as to the Title IX claim. "The Court will not address the motion as to plaintiffs' other claims until trial." (Patch, Christine) (Entered: 06/20/2005) |
| 08/03/2005 | 🌐 | Motions terminated from Court's statistical report: 28 MOTION to Strike *Affidavit of S.C. Attached to the Plaintiffs' Opposition to Defendants' Motion for Summary Judgment. (Alba, Robert) Modified on 8/8/2005 (Patch, Christine). (Entered: 08/03/2005)* |
| 08/03/2005 | 🌐 | Judge Patti B. Saris : Electronic ORDER entered granting 23 Motion to Dismiss (Patch, Christine) (Entered: 08/03/2005) |
| 08/25/2005 | 🌐39 | NOTICE OF RESCHEDULED FINAL PRETRIAL CONFERENCE. The Final Pretrial Conference previously scheduled for September 19, 2005, has been rescheduled to September 22, 2005, at 2:30 p.m. in Courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: 08/25/2005) |
| 09/01/2005 | 🌐40 | *Pre-Trial Disclosures* Witness List by Ann Marie Porto. (Leonard, Lynn) (Entered: 09/01/2005) |

| 09/01/2005 | 41 | *Defendants' Pre-Trial Disclosures* Witness List by Town of Tewksbury. (Ecker, Deborah) (Entered: 09/01/2005) |
| 09/09/2005 | 42 | Proposed Jury Instructions by Town of Tewksbury. (Kesten, Leonard) (Entered: 09/09/2005) |
| 09/09/2005 | 43 | Objection to 40 Witness List by Town of Tewksbury */Objection to Plaintiff's Pre-Trial Disclosures*. (Kesten, Leonard) (Entered: 09/09/2005) |
| 09/09/2005 | 44 | *Defendants'* Witness List *and Exhibit List* by Town of Tewksbury. (Kesten, Leonard) (Entered: 09/09/2005) |
| 09/09/2005 | 45 | MOTION in Limine *Motion to Impound Exhibits* by Ann Marie Porto. (Leonard, Lynn) (Entered: 09/09/2005) |
| 09/09/2005 | 46 | MOTION in Limine by Ann Marie Porto.(Leonard, Lynn) (Entered: 09/09/2005) |
| 09/09/2005 | 47 | ADDENDUM re 46 MOTION in Limine *Memorandum Law* filed by Ann Marie Porto. (Leonard, Lynn) (Entered: 09/09/2005) |
| 09/09/2005 | 48 | MOTION in Limine by Ann Marie Porto.(Leonard, Lynn) (Entered: 09/09/2005) |
| 09/09/2005 | 49 | Exhibit List by Ann Marie Porto.. (Leonard, Lynn) (Entered: 09/09/2005) |
| 09/09/2005 | 50 | MOTION in Limine *Request for Accommodations* by Ann Marie Porto. (Leonard, Lynn) (Entered: 09/09/2005) |
| 09/09/2005 | 51 | MOTION in Limine *Preclude Characterization* by Ann Marie Porto. (Leonard, Lynn) (Entered: 09/09/2005) |
| 09/09/2005 | 52 | MOTION in Limine *Preclude Consent* by Ann Marie Porto.(Leonard, Lynn) (Entered: 09/09/2005) |
| 09/09/2005 | 53 | MOTION in Limine *Adverse Witnesses* by Ann Marie Porto.(Leonard, Lynn) (Entered: 09/09/2005) |
| 09/09/2005 | 54 | MOTION in Limine *Objection to Pre Trial Disclosure* by Ann Marie Porto.(Leonard, Lynn) (Entered: 09/09/2005) |
| 09/09/2005 | 55 | MOTION in Limine *Deposition Designations* by Ann Marie Porto. (Leonard, Lynn) (Entered: 09/09/2005) |
| 09/09/2005 | 57 | MOTION to Impound by Ann Marie Porto. Re-entered by court staff to correct data entry error. (Patch, Christine) (Entered: 09/12/2005) |
| 09/09/2005 | 58 | MEMORANDUM in Support re 46 MOTION in Limine filed by Ann Marie Porto. Re-entered by court staff to correct data entry error. (Patch, Christine) (Entered: 09/12/2005) |
| 09/09/2005 | 59 | Objections to 41 Pretrial Disclosures by Ann Marie Porto. Re-entered by court staff to correct data entry error. (Patch, Christine) (Entered: 09/12/2005) |

| 09/09/2005 | 🖉60 | Deposition Designations by Ann Marie Porto. Re-entered by court staff to correct data entry error. (Patch, Christine) (Entered: 09/12/2005) |
|---|---|---|
| 09/10/2005 | 🖉56 | MOTION for Extension of Time to 9/12/05 to Submit Jury Instructions/Voire Dire *Motion timely hand-delivered to Court on 9/9/05* by Ann Marie Porto.(Leonard, Lynn) (Entered: 09/10/2005) |
| 09/12/2005 | ❏ | Judge Patti B. Saris: Electronic ORDER entered granting 56 Assented To MOTION for Extension of Time to 9/12/05 to Submit Jury Instructions/Voire Dire. (Alba, Robert) (Entered: 09/12/2005) |
| 09/12/2005 | ❏ | Motions terminated: 45 MOTION in Limine *Motion to Impound Exhibits* filed by Ann Marie Porto,. (Patch, Christine) (Entered: 09/12/2005) |
| 09/12/2005 | ❏ | Notice of correction to docket made by Court staff. Correction: Document No. 45 terminated because: it was filed using the incorrect event. Please see Document No. 57 for corrected filing. (Patch, Christine) (Entered: 09/12/2005) |
| 09/12/2005 | ❏ | Documents terminated: 47 Addendum to Motion/Memorandum filed by Ann Marie Porto,. (Patch, Christine) (Entered: 09/12/2005) |
| 09/12/2005 | ❏ | Notice of correction to docket made by Court staff. Correction: Document No. 47 terminated because it was filed using the incorrect event. Please refer to Document No. 58 for corrected filing. (Patch, Christine) (Entered: 09/12/2005) |
| 09/12/2005 | ❏ | Documents terminated: 54 MOTION in Limine *Objection to Pre Trial Disclosure* filed by Ann Marie Porto,. (Patch, Christine) (Entered: 09/12/2005) |
| 09/12/2005 | ❏ | Notice of correction to docket made by Court staff. Correction: Document No. 54 terminated because it was filed using the incorrect event. Please refer to Document No. 59 for corrected filing. (Patch, Christine) (Entered: 09/12/2005) |
| 09/12/2005 | ❏ | Documents terminated: 55 MOTION in Limine *Deposition Designations* filed by Ann Marie Porto,. (Patch, Christine) (Entered: 09/12/2005) |
| 09/12/2005 | ❏ | Notice of correction to docket made by Court staff. Correction: Document No. 55 terminated because it was filed using the incorrect event. Please refer to Document No. 60 for corrected filing. (Patch, Christine) (Entered: 09/12/2005) |
| 09/12/2005 | 🖉61 | Proposed Jury Instructions by Ann Marie Porto. (Leonard, Lynn) Additional attachment(s) added on 9/14/2005 (Patch, Christine). (Entered: 09/12/2005) |
| 09/12/2005 | 🖉62 | Proposed Voir Dire by Ann Marie Porto. (Leonard, Lynn) (Entered: 09/12/2005) |
| 09/14/2005 | 🖉63 | NOTICE OF RESCHEDULED FINAL PRETRIAL CONFERENCE. The Final Pretrial Conference previously scheduled for September 22, 2005, has been rescheduled to September 21, 2005, at 11:00 a.m. in |

|  |  | Courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: 09/14/2005) |
|---|---|---|
| 09/16/2005 | 64 | MOTION in Limine *to Exclude Evidence of Statements Made by R.C. or his Parents Regarding his Sexual History* by Town of Tewksbury. (Kesten, Leonard) (Entered: 09/16/2005) |
| 09/16/2005 | 65 | Opposition re 52 MOTION in Limine *Preclude Consent* filed by Town of Tewksbury. (Kesten, Leonard) (Entered: 09/16/2005) |
| 09/16/2005 | 66 | Opposition re 53 MOTION in Limine *Adverse Witnesses* filed by Town of Tewksbury. (Kesten, Leonard) (Entered: 09/16/2005) |
| 09/16/2005 | 67 | Opposition re 51 MOTION in Limine *Preclude Characterization of Plaintiff as a Sexual Offender or Perpetrator.* (Kesten, Leonard) (Entered: 09/16/2005) |
| 09/16/2005 | 68 | Opposition re 46 MOTION in Limine *Regarding Federal Rules of Evidence 412 and 802* filed by Town of Tewksbury. (Kesten, Leonard) (Entered: 09/16/2005) |
| 09/16/2005 | 69 | Opposition re 48 MOTION in Limine *Regarding Privilege* filed by Town of Tewksbury. (Kesten, Leonard) (Entered: 09/16/2005) |
| 09/16/2005 | 70 | Opposition re 50 MOTION in Limine *Request for Accommodations* filed by Town of Tewksbury. (Attachments: # 1)(Kesten, Leonard) (Entered: 09/16/2005) |
| 09/16/2005 | 71 | Objection to 43 Objection by Ann Marie Porto *Re: Pre-Trial Disclosures.* (Leonard, Lynn) (Entered: 09/16/2005) |
| 09/16/2005 | 72 | PRETRIAL MEMORANDUM by Ann Marie Porto, Nicholas Porto, Town of Tewksbury. (Kesten, Leonard) (Entered: 09/16/2005) |
| 09/19/2005 | 73 | TRIAL BRIEF by Town of Tewksbury. (Kesten, Leonard) (Entered: 09/19/2005) |
| 09/19/2005 | 74 | TRIAL BRIEF by Ann Marie Porto. (Leonard, Lynn) (Entered: 09/19/2005) |
| 09/21/2005 | ● | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris: Final Pretrial Conference held on 9/21/2005. Court addresses various Motions in Limine. 9/26/05 Trial cancelled. Trial to be rescheduled. Parties to brief State and Federal issues within one week. (Court Reporter Niles Fowlkes.) (Alba, Robert) (Entered: 09/21/2005) |
| 09/27/2005 | 75 | NOTICE of RESCHEDULED JURY TRIAL: The Jury Trial previously scheduled for September 26, 2005, has been rescheduled to October 3, 2005, at 9:00 a.m. in Courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: 09/27/2005) |
| 09/28/2005 | 76 | Supplemental MEMORANDUM in Opposition re 46 MOTION in Limine *Regarding the Introduction of Evidence About S.C.'s Sexual Behavior.* (Kesten, Leonard) (Entered: 09/28/2005) |
|  |  |  |

| 09/28/2005 | 77 | TRIAL BRIEF *(Supplemental)* by Town of Tewksbury. (Kesten, Leonard) (Entered: 09/28/2005) |
|---|---|---|
| 09/28/2005 | 78 | TRIAL BRIEF by Ann Marie Porto, Nicholas Porto. (Leonard, Lynn) (Entered: 09/28/2005) |
| 09/29/2005 | 79 | *Defendant's Supplemental* Witness List by Town of Tewksbury. (Kesten, Leonard) (Entered: 09/29/2005) |
| 09/29/2005 | 80 | Objection to 79 Witness List by Ann Marie Porto, Nicholas Porto. (Leonard, Lynn) (Entered: 09/29/2005) |
| 09/29/2005 | 81 | Objection to 76 Memorandum in Opposition to Motion by Ann Marie Porto, Nicholas Porto. (Leonard, Lynn) (Entered: 09/29/2005) |
| 10/03/2005 | ● | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris: Jury Trial - Day One held on 10/3/2005. Voir Dire held on 10/3/2005. Jury Selected. Plaintiff begins case. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 10/03/2005) |
| 10/05/2005 | ● | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris : Jury Trial - Day Two held on 10/5/2005. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 10/05/2005) |
| 10/05/2005 | 82 | MOTION for Order to Produce Plaintiff's Treatment Records From Eagleton School by Town of Tewksbury.(Kesten, Leonard) (Entered: 10/05/2005) |
| 10/05/2005 | 83 | Judge Patti B. Saris : ORDER entered granting 82 Motion for Order Regarding Eagleton School Records. "The Court hereby orders the Eagleton School to produce all documents relating to their patient, Stephen Colon, to attorney Leonard Kesten, as attorney for the Town of Tewksbury. The documents are to be used only for the purposes of this action and will be held confidential otherwise. SO ORDERED." (Patch, Christine) (Entered: 10/06/2005) |
| 10/06/2005 | ● | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris: Jury Trial - Day Three held on 10/6/2005. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 10/06/2005) |
| 10/11/2005 | ● | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris: Jury Trial - Day Four held on 10/11/2005. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 10/11/2005) |
| 10/11/2005 | 84 | Objection by Town of Tewksbury *to Plaintiffs Calling a Witness from the Department of Education to Testify about the Coordinated Program Review Report of Findings Dated June 2002 and to the Introduction of the Report Into Evidence.* (Kesten, Leonard) (Entered: 10/11/2005) |
| 10/11/2005 | 85 | TRIAL BRIEF *Title II* by Ann Marie Porto, Nicholas Porto. (Leonard, Lynn) (Entered: 10/11/2005) |
| 10/12/2005 | ● | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris : Jury Trial - Day 5 held on 10/12/2005. (Court Reporter Lee Marzilli.) |

| | | (Patch, Christine) (Entered: 10/12/2005) |
|---|---|---|
| 10/17/2005 | ❷ | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris: Jury Trial - Day Six held on 10/17/2005. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 10/17/2005) |
| 10/17/2005 | ❷86 | Supplemental Proposed Jury Instructions by Town of Tewksbury. (Kesten, Leonard) (Entered: 10/17/2005) |
| 10/17/2005 | ❷87 | TRIAL BRIEF *Title II* by Ann Marie Porto, Nicholas Porto. (Leonard, Lynn) (Entered: 10/17/2005) |
| 10/17/2005 | ❷88 | Proposed Jury Instructions by Ann Marie Porto, Nicholas Porto. (Leonard, Lynn) (Entered: 10/17/2005) |
| 10/17/2005 | ❷89 | Response by Town of Tewksbury *to Plaintiff's Memorandum of Law Regarding Title II of the American with Disabilities Act*. (Kesten, Leonard) (Entered: 10/17/2005) |
| 10/17/2005 | ❷90 | APPENDIX/EXHIBIT re 87 Trial Brief *Title II* by Ann Marie Porto, Nicholas Porto. (Leonard, Lynn) (Entered: 10/17/2005) |
| 10/17/2005 | ❷91 | Proposed Jury Verdict. (Kesten, Leonard) (Entered: 10/17/2005) |
| 10/18/2005 | ❷92 | MOTION for Directed Verdict by Town of Tewksbury.(Kesten, Leonard) (Entered: 10/18/2005) |
| 10/18/2005 | ❷ | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris: Jury Trial - Day Seven held on 10/18/2005. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 10/18/2005) |
| 10/19/2005 | ❷93 | Supplemental Proposed Jury Instructions by Town of Tewksbury. (Kesten, Leonard) (Entered: 10/19/2005) |
| 10/19/2005 | ❷94 | TRIAL BRIEF *Continuing Violation* by Ann Marie Porto, Nicholas Porto. (Leonard, Lynn) (Entered: 10/19/2005) |
| 10/19/2005 | ❷95 | MOTION for Reconsideration *of this Court's Ruling Regarding Admissibility of Statements made by S.C. to Daniel Pilachowski* by Town of Tewksbury.(Kesten, Leonard) (Entered: 10/19/2005) |
| 10/19/2005 | ❷96 | Opposition re 92 MOTION for Directed Verdict filed by Ann Marie Porto, Nicholas Porto. (Leonard, Lynn) (Entered: 10/19/2005) |
| 10/19/2005 | ❷97 | Proposed Jury Questions by Ann Marie Porto, Nicholas Porto. (Leonard, Lynn) (Entered: 10/19/2005) |
| 10/19/2005 | ❷98 | Proposed Jury Instructions by Ann Marie Porto, Nicholas Porto. (Leonard, Lynn) (Entered: 10/19/2005) |
| 10/19/2005 | ❷ | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris: Jury Trial - Day Eight held on 10/19/2005. (Court Reporter Lee marzilli.) (Alba, Robert) (Entered: 10/19/2005) |
| 10/19/2005 | ❷99 | MOTION for Application of the Continuing Violation Doctrine to Title II by Ann Marie Porto, Nicholas Porto. Re-entered by court staff to correct |

| | | |
|---|---|---|
| | | data entry error. (Patch, Christine) (Entered: 10/20/2005) |
| 10/19/2005 | ●(100) | Proposed Jury Verdict by Ann Marie Porto, Nicholas Porto. Re-entered by court staff to correct data entry error. (Patch, Christine) (Entered: 10/20/2005) |
| 10/19/2005 | ● | Judge Patti B. Saris : ElectronicORDER entered denying 92 Motion for Directed Verdict (Patch, Christine) (Entered: 10/20/2005) |
| 10/20/2005 | ● | Documents terminated: 94 Trial Brief filed by Ann Marie Porto,, Nicholas Porto,. (Patch, Christine) (Entered: 10/20/2005) |
| 10/20/2005 | ● | Notice of correction to docket made by Court staff. Correction: Document No. 94 terminated because it was filed using the incorrect event. Please refer to Document No. 99 for corrected filing (Patch, Christine) (Entered: 10/20/2005) |
| 10/20/2005 | ● | Documents terminated: 97 Proposed Jury Questions filed by Ann Marie Porto,, Nicholas Porto,. (Patch, Christine) (Entered: 10/20/2005) |
| 10/20/2005 | ● | Notice of correction to docket made by Court staff. Correction: Document No. 97 terminated because it was filed using the incorrect event. Please refer to Document No. 100 for corrected filing. (Patch, Christine) (Entered: 10/20/2005) |
| 10/20/2005 | ● | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris : Jury Trial - Day Nine held on 10/20/2005. Counsel make closing arguments. Jury begins deliberations. Jury released for the day at 4:00 p.m. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 10/20/2005) |
| 10/21/2005 | ●101 | TRANSCRIPT of Jury Trial Day One (Part Two) held on October 3, 2005 before Judge Saris. Court Reporter: Lee A. Marzilli. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/345-6787 or the Clerk's Office. (Scalfani, Deborah) (Entered: 10/21/2005) |
| 10/21/2005 | ●102 | TRANSCRIPT of Jury Trial Day Two held on October 5, 2005 before Judge Saris. Court Reporter: Lee A. Marzilli. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/345-6787 or the Clerk's Office. (Scalfani, Deborah) (Entered: 10/21/2005) |
| 10/21/2005 | ●103 | TRANSCRIPT of Jury Trial Day Three (Part Two) held on October 6, 2005 before Judge Saris. Court Reporter: Lee A. Mazilli. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/345-6787 or the Clerk's Office. (Scalfani, Deborah) (Entered: 10/21/2005) |
| 10/21/2005 | ●104 | TRANSCRIPT of Jury Trial Day Six (Part One) held on October 17, 2005 before Judge Saris. Court Reporter: Lee A. Marzilli. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/345-6787 or the Clerk's Office. (Scalfani, Deborah) (Entered: 10/21/2005) |
| | | |

| 10/21/2005 | ● | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris: Jury Trial - Day Ten held on 10/21/2005. Jury continues deliberations. Jury has two questions. Jury returns verdict at 3:05 p.m. Verdict in favor of Plaintiff. Jury discharged. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 10/21/2005) |
| 10/21/2005 | ●105 | Exhibit List for Jury trial held from 10/3/05 through 10/21/05. (Alba, Robert) (Entered: 10/21/2005) |
| 10/21/2005 | ●106 | Witness List for Jury trial held from 10/3/05 through 10/21/05. (Alba, Robert) (Entered: 10/21/2005) |
| 10/21/2005 | ●107 | JURY VERDICT FORM. (Alba, Robert) (Entered: 10/21/2005) |
| 10/25/2005 | ●108 | Judge Patti B. Saris: ORDER entered. "This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict in favor of the Plaintiff S.C. in the amount of $250,000.00. Plaintiff shall propose a formal judgment that includes the creation of a trust for S.C. with an appropriate trustee with financial experience."(Alba, Robert) (Entered: 10/25/2005) |
| 10/27/2005 | ●109 | TRANSCRIPT of Jury Trial Day Five (Testimony of Alison Dixon) held on October 12, 2005 before Judge Saris. Court Reporter: Lee A. Marzilli. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 6178/345-6787 or the Clerk's Office. (Scalfani, Deborah) (Entered: 10/27/2005) |
| 10/27/2005 | ●110 | TRANSCRIPT of Jury Trial Day Seven (Testimony of Bradford Smith) held on October 18, 2005 before Judge Saris. Court Reporter: Lee A. Marzilli. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/345-6787 or the Clerk's Office. (Scalfani, Deborah) (Entered: 10/27/2005) |
| 10/31/2005 | ●111 | TRANSCRIPT of Jury Trial Day Three -Testimony of Julie Paris held on October 6, 2005 before Judge Saris. Court Reporter: Lee A. Marzilli. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/345-6787 or the Clerk's Office. (Scalfani, Deborah) (Entered: 10/31/2005) |
| 10/31/2005 | ●112 | TRANSCRIPT of Jury Trial Day Four - Testimony of Robert Ware held on October 11, 2005 before Judge Saris. Court Reporter: Lee A. Marzilli. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/345-6787 or the Clerk's Office. (Scalfani, Deborah) (Entered: 10/31/2005) |
| 10/31/2005 | ●113 | TRANSCRIPT of Jury Trial Day Five Testimony of James K. McGuire held on October 12, 2005 before Judge Saris. Court Reporter: Lee A. Marzilli. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/345-6787 or the Clerk's Office. (Scalfani, Deborah) (Entered: |

| | | 10/31/2005) |
|---|---|---|
| 11/03/2005 | ◉114 | Proposed Document(s) submitted by Ann Marie Porto, Nicholas Porto. Document received: Proposed Judgment. (Leonard, Lynn) (Entered: 11/03/2005) |
| 11/09/2005 | ◉115 | Proposed Document(s) submitted by Ann Marie Porto, Nicholas Porto. Document received: Amended Proposed Judgment. (Leonard, Lynn) (Entered: 11/09/2005) |
| 11/09/2005 | ◉ | Judge Patti B. Saris : Electronic ORDER entered. ELECTRONIC ENDORSEMENT re 115 Proposed Document(s) submitted filed by Ann Marie Porto,, Nicholas Porto. "Denied. The monies shall be paid into a trust with a trustee like Mr. Cohen who has the financial experience to invest the funds prudently." (Patch, Christine) (Entered: 11/10/2005) |
| 11/10/2005 | ◉116 | Judge Patti B. Saris : ORDER entered. JUDGMENT in favor of Plaintiff against Defendant(Patch, Christine) (Entered: 11/10/2005) |
| 11/23/2005 | ◉117 | MOTION for Judgment NOV *or, in the alternative, for a New Trial* by Town of Tewksbury. (Attachments: # 1)(Kesten, Leonard) (Entered: 11/23/2005) |
| 11/23/2005 | ◉119 | MOTION for Judgment NOV or, in the Alternative, for a New Trial by Town of Tewksbury. (Attachments: # 1 Exhibit A). Re-entered by court staff to correct data entry error. (Patch, Christine) (Entered: 11/28/2005) |
| 11/23/2005 | ◉120 | Sealed EXHIBIT to 119 MOTION for Judgment NOV, or, in the Alternative, for New Trial by Town of Tewksbury. (Patch, Christine) (Entered: 12/01/2005) |
| 11/25/2005 | ◉118 | MOTION for Attorney Fees by Ann Marie Porto, Nicholas Porto. (Attachments: # 1 # 2 # 3 # 4 # 5 # 6)(Leonard, Lynn) (Entered: 11/25/2005) |
| 11/28/2005 | ◉ | Motions terminated: 117 MOTION for Judgment NOV *or, in the alternative, for a New Trial* filed by Town of Tewksbury,. (Patch, Christine) (Entered: 11/28/2005) |
| 11/28/2005 | ◉ | Notice of correction to docket made by Court staff. Correction: Document No. 117 terminated because it should have been filed as a two part motion. Please refer to Document No. 119 for corrected filing. (Patch, Christine) (Entered: 11/28/2005) |
| 12/05/2005 | ◉121 | MOTION for Extension of Time to 12/22/05 to Oppose Motion by Ann Marie Porto, Nicholas Porto.(Leonard, Lynn) (Entered: 12/05/2005) |
| 12/05/2005 | ◉122 | MOTION to Correct 116 Judgment by Ann Marie Porto, Nicholas Porto. (Leonard, Lynn) (Entered: 12/05/2005) |
| 12/06/2005 | ◉ | Judge Patti B. Saris: Electronic ORDER entered granting 121 Assented to Motion for Extension of Time to Respond to Motion for JNOV or, for New Trial. "A 14 day extension is granted." (Alba, Robert) (Entered: 12/06/2005) |

| | | |
|---|---|---|
| 12/06/2005 | 🔾 | Judge Patti B. Saris: Electronic ORDER entered allowing 122 MOTION to Correct 116 Judgment by Ann Marie Porto, Nicholas Porto. (Alba, Robert) (Entered: 12/06/2005) |
| 12/06/2005 | 🔾123 | Judge Patti B. Saris : ORDER entered. AMENDED JUDGMENT in favor of Plaintiff against Defendant(Patch, Christine) (Entered: 12/06/2005) |
| 12/09/2005 | 🔾124 | Opposition re 118 MOTION for Attorney Fees *And Costs* filed by Town of Tewksbury. (Kesten, Leonard) (Entered: 12/09/2005) |
| 12/22/2005 | 🔾125 | Opposition re 119 MOTION for Judgment NOV MOTION for New Trial filed by Ann Marie Porto, Nicholas Porto. (Attachments: # 1 Exhibit) (Leonard, Lynn) (Entered: 12/22/2005) |
| 01/05/2006 | 🔾126 | NOTICE of Hearing 119 MOTION for Judgment NOV or, for New Trial. Motion Hearing set for 2/1/2006 at 2:30 PM in Courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: 01/05/2006) |
| 01/20/2006 | 🔾127 | MOTION for Attorney Fees *Addendum* by Ann Marie Porto, Nicholas Porto. (Attachments: # 1 # 2 # 3)(Leonard, Lynn) (Entered: 01/20/2006) |
| 01/20/2006 | 🔾128 | ADDENDUM re 118 MOTION for Attorney Fees filed by Ann Marie Porto, Nicholas Porto. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3). Re-entered by court staff to correct data entry error. (Patch, Christine) (Entered: 01/23/2006) |
| 01/23/2006 | 🔾 | Documents terminated: 127 MOTION for Attorney Fees *Addendum* filed by Ann Marie Porto,, Nicholas Porto,. (Patch, Christine) (Entered: 01/23/2006) |
| 01/23/2006 | 🔾 | Notice of correction to docket made by Court staff. Correction: Document No. 127 terminated because it was filed using the incorrect event. Please refer to Document no. 128 for correct filing. (Patch, Christine) (Entered: 01/23/2006) |
| 02/01/2006 | 🔾 | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris: Motion Hearing held on 2/1/2006 re 119 MOTION for Judgment NOV or, in the Alternative, for a New Trial by Town of Tewksbury. Court hears argument of counsel. Court takes motion under advisement. Plaintiff to supplement within thirty days, defendant to supplement 14 days thereafter. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 02/01/2006) |
| 03/01/2006 | 🔾129 | Second Opposition re 119 MOTION for Judgment NOV MOTION for New Trial filed by Ann Marie Porto, Nicholas Porto. (Leonard, Lynn) (Entered: 03/01/2006) |
| 03/13/2006 | 🔾130 | TRANSCRIPT of Jury Trial Day Eight held on October 19, 2005 before Judge Saris. Court Reporter: Lee A. Marzilli. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/345-6787 or the Clerk's Office. (Scalfani, Deborah) (Entered: 03/13/2006) |
| | | |

| 03/15/2006 | 131 | Supplemental MEMORANDUM in Support re 119 MOTION for Judgment NOV MOTION for New Trial filed by Town of Tewksbury. (Kesten, Leonard) (Entered: 03/15/2006) |
|---|---|---|
| 03/17/2006 | 132 | MOTION to Strike 131 Memorandum in Support of Motion by Ann Marie Porto, Nicholas Porto. (Attachments: # 1)(Leonard, Lynn) (Entered: 03/17/2006) |
| 03/22/2006 | 133 | Opposition re 132 MOTION to Strike 131 Memorandum in Support of Motion *for JNOV* filed by Town of Tewksbury. (Kesten, Leonard) (Entered: 03/22/2006) |
| 03/28/2006 | ❍ | Judge Patti B. Saris : Electronic ORDER entered denying 132 Motion to Strike 131 Supplemental Memorandum in Support of Motion of JNOV. (Patch, Christine) (Entered: 03/29/2006) |
| 04/19/2006 | 134 | Second ADDENDUM re 118 MOTION for Attorney Fees filed by Ann Marie Porto, Nicholas Porto. (Attachments: # 1)(Leonard, Lynn) (Entered: 04/19/2006) |
| 04/28/2006 | 135 | Judge Patti B. Saris : ORDER entered. MEMORANDUM AND ORDER entered re 118 MOTION for Attorney Fees filed by Ann Marie Porto, Nicholas Porto, and denying 119 MOTION for Judgment as a Matter of Law or, in the alternative, for New Trial filed by Town of Tewksbury. (Patch, Christine) (Entered: 05/01/2006) |
| 05/15/2006 | 136 | Final ADDENDUM re 127 MOTION for Attorney Fees *Addendum in Response to Court Order* filed by Ann Marie Porto, Nicholas Porto. (Attachments: # 1 # 2 # 3 # 4)(Leonard, Lynn) (Entered: 05/15/2006) |
| 05/17/2006 | 137 | NOTICE OF APPEAL to the United States Court of Appeals for the First Circuit, as to 135 Memorandum & ORDER,, Terminate Motions,, 116 Judgment, 108 Order,, 123 Judgment by Town of Tewksbury. Filing fee $ 455. Appeal Record due by 6/6/2006. (Kesten, Leonard) Modified on 6/7/2006 (Patch, Christine). (Entered: 05/17/2006) |
| 05/18/2006 | ❍ | Filing fee: $ 455.00, receipt number 72577 for 137 Notice of Appeal to the Federal Circuit (Patch, Christine) (Entered: 05/18/2006) |
| 05/31/2006 | 138 | Opposition re 118 MOTION for Attorney Fees, 127 MOTION for Attorney Fees *Addendum and 136 Revised Request for Attorneys Fees* filed by Town of Tewksbury. (Ecker, Deborah) (Entered: 05/31/2006) |
| 06/01/2006 | 139 | MOTION to Strike 138 Opposition to Motion *for Revised Attorney's Fees* by Ann Marie Porto, Nicholas Porto.(Leonard, Lynn) (Entered: 06/01/2006) |
| 06/01/2006 | 140 | Opposition re 139 MOTION to Strike 138 Opposition to Motion *for Revised Attorney's Fees* filed by Town of Tewksbury. (Ecker, Deborah) (Entered: 06/01/2006) |
| 06/02/2006 | ❍ | Judge Patti B. Saris : Electronic ORDER entered denying 139 Motion to Strike 138 Opposition to Motion for Attorney's Fees. (Patch, Christine) (Entered: 06/06/2006) |

| 06/03/2006 | ❷ | Judge Patti B. Saris : Electronic ORDER entered. ELECTRONIC ENDORSEMENT re 136 Revised Request for Attorney's Fees, filed by Ann Marie Porto,, Nicholas Porto. "I agree with Defendant's objections except that the following entries can be categorized as "core": 5/22/04, 5/24/04, 6/14/04, 3/1/05, 6/10/04, 7/21/04, 9/22/04, 9/5/05. All other entries shall be billed at noncore rates and the additional time relating to special ed services should be deleted. Then submit a proposed order with the revised calculations." (Patch, Christine) (Entered: 06/06/2006) |
|---|---|---|
| 06/07/2006 | ❷ | Notice of correction to docket made by Court staff. Correction: Document No. 137 corrected because: entry changed to reflect Notice of Appeal to the United States Court of Appeals for the First Circuit (Patch, Christine) (Entered: 06/07/2006) |
| 06/12/2006 | ❷ 141 | Proposed Document(s) submitted by Ann Marie Porto, Nicholas Porto. Document received: Proposed Judgment. (Attachments: # 1)(Leonard, Lynn) (Entered: 06/12/2006) |
| 06/14/2006 | ❷ 142 | Judge Patti B. Saris : ORDER entered. JUDGMENT on Attorney Fees and Costs. (Patch, Christine) (Entered: 06/15/2006) |