UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 04 - 10003 PBS

| | |
|---|---|
| Ann Marie Porto and Nicholas Porto, Individually and on Behalf of S.C., a Minor Person with a Disability, | ) ) ) ) |
| Plaintiffs | ) ) |
| vs. | ) ) |
| Town of Tewksbury | ) ) ) |
| Defendants | ) |

**NOTICE OF APPEAL**

Notice is hereby given that the Defendant, Town of Tewksbury, in the above-captioned matter, hereby appeals to the United States Court of Appeals for the First Circuit from the Order and Judgment on Attorneys' Fees and Costs entered on June 15, 2006, and from any and all orders and rulings that merged in the same. The Defendant has also appealed from the Order, the Judgment, the Amended Judgment and the May 1, 2006 Order denying defendant's Motion for Judgment Notwithstanding the Verdict, or, in the Alternative, for a New Trial, as indicated in the Notice of Appeal filed on May 17, 2006.

Respectfully submitted,
The Defendant,
**Town of Tewksbury,**
By their attorney,

/s/ Leonard H. Kesten
Leonard H. Kesten, BBO# 542042
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: July 6, 2006