# United States Court of Appeals
## For the First Circuit

# MANDATE

Nos. 06-1994, 06-2139

ANN MARIE PORTO, Individually and on behalf of
SC, a minor person with a disability;
NICHOLAS PORTO, Individually and on behalf of SC,
a minor person with a disability,
Plaintiffs, Appellees,

v.

TOWN OF TEWKSBURY,
Defendant, Appellant,

TOWN OF TEWKSBURY PUBLIC SCHOOLS; TOWN OF TEWKSBURY
SCHOOL COMMITTEE; CHRISTINE L. MCGRATH; JAMES MCGUIRE;
KEVIN P. MCARDLE; PAULINE KING; LOREEN R. BRADLEY;
MICHELINA DEANGELIS; CHERYL D. PORCARO; CAROLE A. GALLO;
JENNIFER A. FIORE; JULIE E. BOSSDORF-PARAS; ELEANOR EDELSTEIN;
ROBERT WARE; SHARON J. MOSER; WILLIAM X. TRAVEIS;
KARA M. BUCKLEY; ALLISON DIXON,
Defendants.

---

**JUDGMENT**
Entered: May 30, 2007

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is reversed, and the matter is remanded to the district court with instructions to enter judgment for the Town of Tewksbury. No costs to either party.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

_____
Deputy Clerk

Date: 6/22/07

By the Court:
Richard Cushing Donovan, Clerk

**MARGARET CARTER**

_____
By: Margaret Carter, Chief Deputy Clerk

[Certified copies to Hon. Patti B. Saris and Ms. Sarah Thornton, Clerk, United States District Court for Massachusetts. Copies to Ms. Leonard, Mr. Kesten, Ms. Ecker, Ms. Regan, & Ms. Perkins.]