UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANN MARIE PORTO, ET AL,
    Plaintiffs,

V.

TOWN OF TEWKSBURY, ET AL,
    Defendants.

Civil Action: 04-10003-PBS

**JUDGMENT**

SARIS, U.S.D.J.                                                              July 9, 2007

Pursuant to the Judgment of the United States Court of Appeals for the First Circuit dated May 30, 2007, it is ORDERED and ADJUDGED that judgment is hereby entered in favor of the Defendant, Town of Tewksbury.

/s/ Patti B. Saris
Patti B. Saris
United States District Judge